1  MORRIS S. GETZELS Law Office
   433 North Camden Drive, Suite 730
2  Beverly Hills, CA 90210-4411
   Telephone (310) 288-0200
3  Facsimile (310) 288-0215

4  Morris S. Getzels, Esq. - State Bar #70947
   Attorney for Plaintiff REV 973, LLC, a California
5  limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MOUREN-LAURENS, an individual; MIREILLE MOUREN-LAURENS, an individual; JOSEPH MOUREN-LAURENS, an individual; EMA MOUREN-LAURENS, an individual; and MOUREN-LAURENS OIL COMPANY, a corporation; ESTATE OF JOSEPH MOUREN-LAURENS BY JOHN MOUREN-LAURENS, ADMINISTRATOR OF THE ESTATE; DOES 1 through 100; and DOE CORPORATIONS 1 through 100, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO. CV 98-10690 AHM (AIJx) <br><br> **NOTICE OF FILING AND FILING OF CHART OF PARTIES AND CAUSES OF ACTION** |

Plaintiff REV 973 LLC, in accordance with the Court's request, hereby files a chart showing the relationship between the parties and the causes of action alleged.

Further, by this pleading, Plaintiff notifies all counsel of record of the filing of the chart, a true and correct copy of which is attached hereto as Exhibit "A".

///

1

NOTICE OF FILING AND FILING OF CHART

1 | DATED: December 1, 1999     MORRIS S. GETZELS Law Office

*[signature]*

Morris S. Getzels, Esq
Attorney for Plaintiff REV 973, LLC, a California limited liability company

2

NOTICE OF FILING AND FILING OF CHART

Exhibit A



1) All parties sue each other under the following causes of action;
   A) Under CERCLA-for private recovery, contribution, and declaratory relief.
   B) Injunction for private nuisance.
   C) Waste.
   D) Atty. fees under Calif. Code Civil Procedure Secs. 1021.5 and 1021.6.
   E) Injury For Public Nuisance.
   F) Trespass.
   G) Ultrahazardous Activity.
   H) Statutory Indemnity under Ca Health/Safety Code.
   I) Equitable Indemnity.
   J) Comparative Equitable Indemnity.

2) Plaintiff REV 973 only sues all defendants
   A) Injunctive relief and restitution and clean-up order under RCRA.
   B) Declaratory relief under State Law.
   C) Express Indemnity.
   D) Negligence.

3) John, Mirelle, Mauren-Laurens Oil Company and Estate of Joe Sr. versus all cross-defendants
   A) Express Indemnity.
   B) Declaratory Relief under state law.

4) Emma only versus Plaintiff
   A) Injunctive Relief under RCRA.
   B) Declaratory Relief under CCP 1060.
   C) Statutory Indemnity under Calif Water Code.

5) Emma only versus all cross-defendants
   A) Injunctive Relief.
   B) Contribution and/or statutory indemnity under Cal Health and Safety Code.
   C) Recovery of Response Costs.
   D) Declaratory Relief under CCP 1060.
   E) Negligence.

6) Emma only versus Narco, Urethane Systems and Sanware
   A) Statutory contribution pursuant to CCP 882.
   B) Negligence.
   C) Contribution under Calif Health/Safety Code.
   D) Statutory Indemnity under Calif Water Code.

NOTE: *All last Names are Mouren-Laurens, unless indicated otherwise.

## PROOF OF SERVICE

State of California, County of Los Angeles

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 North Camden Drive, Suite 730, Beverly Hills, California 90210-4411.

    On December 2, 1999, I served the following document described as **NOTICE OF FILING AND FILING OF CHART OF PARTIES AND CAUSES OF ACTION**, on all of the interested parties in this action, by mailing a true copy thereof enclosed in sealed envelope addressed as stated on the attached mailing list.

    I caused such envelope to be deposited in the mail at Beverly Hills, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on this 2nd day of December, 1999, at Beverly Hills, California.

SANSANEE MARIE WELLS

## MAILING LIST
### REV 973, LLC v. JOHN MOUREN-LAURENS, etc. et al.
USDC CASE NO.   CV 98-10690 AHM AIJx

| | |
|---|---|
| Timothy Lignoul, Esq.<br>TRUTANICH-MICHEL, LLP<br>407 North Harbor Boulevard<br>San Pedro, CA 90731 | (Attorneys for John Mouren-Laurens,<br>Mirielle Mouren-Laurens and Mouren-<br>Laurens Oil Company) |
| Timothy C. Cronin, Esq.<br>LAW OFFICES OF TIMOTHY C. CRONIN<br>615 Battery Street, Sixth Floor<br>San Francisco, CA 94111 | (Attorneys for Emma Mouren-Laurens) |
| James Artiano, Esq.<br>ARTIANO, GUZMAN & TOOMEY, LLP<br>3828 Carson Street, Suite 102<br>Torrance, CA 90503 | (Attorneys for the Estate of Joseph<br>Mouren-Laurens, Sr.) |
| Arthur Fine, Esq.<br>MITCHELL, SILBERBERG & KNUPP, LLP<br>Trident Center<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064-1683 | (Attorneys for Joseph Mouren-Laurens, Jr.) |
| Richard W. Bonner, Esq.<br>5140 Birch Street, Suite 100<br>Newport Beach, CA 92660 | (Attorney for Narco Corporation) |
| Stephen M. Nichols, Esq.<br>WALSWORTH, FRANKLIN, BEVINS & McCALL<br>1 City Boulevard West, Fifth Floor<br>Orange, CA 92868-3604 | (Attorneys for Leach Oil Company,<br>Leach Property Management, Roy<br>Leach and Patricia Leach) |
| John Gaule, Esq.<br>ODENINO & GAULE<br>443 E. Huntington Drive, Suite 325<br>Arcadia, CA 91006 | (Attorneys for Teresa Mae Mouren-Laurens) |