**G. KEITH WISOT**
**Judge of the Superior Court (Ret.)**
**JAMS**
**707 Wilshire Boulevard**
**AON Center, 46th Floor**
**Los Angeles, CA 90017**
**Telephone:   (213) 620-1133**
**Fax:              (213) 620-0100**

**Special Master**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company, | Case No.  98-10690 AHM (Ex) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF SPECIAL MASTER** |
| vs. | **IN TELEPHONIC STATUS CONFERENCE OF DECEMBER 3, 2010** |
| JOHN MOUREN-LAURENS, an individual; et al., | |
| Defendant. | |
| AND ALL RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | |

**TO THE HONORABLE JUDGE MATZ:**

The Special Master hereby submits the Report and Recommendation of Special Master for the Telephonic Status Conference of December 3, 2010 (the "Report"), to the Court in accordance with the September 27, 2001, Order Appointing Special Master for Case Management Purposes (the "Order").  The Report is as follows:

-1-

Parties Attending the Status Conference:

The following parties participated in the telephonic status conference on December 3, 2010:

Attorneys:

Franklin R. Fraley, Jr., Esq.
Fraley & Associates

For Jerrold A. Fine, Revere Financial Corporation, and Rev 973, LLC

Attorneys:

W. Lee Smith, Esq.
Tom Maciejewski, Esq.
Michel & Associates, P.C.

For John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co., Inc.

Attorneys:

Alan R. Johnston, Esq.
The Cronin Law Group

For the Administrator of the Estate of Emma Mouren-Laurens

Attorneys:

Eric Francisconi, Esq.
Barnes, Crosby, Fitzgerald & Zeman, LLP

For Roy Leach, Patricia Leach, Leach Oil Company, and Leach Property Management

Attorneys:

Eric M. Nakasu, Esq.
Artiano & Associates, APC

John McKinney, Esq.
Wolff & Samson, PC

For the Administrator of the Estate of Joseph Mouren-Laurens, Sr.

The Special Master confirmed receipt of the following communications:

- November 24, 2010 letter from Mr. Nakasu re continuance of the January 2011 mediation;
- November 24, 2010 letter from Mr. Maciejewski re agenda items; and
- December 1, 2010 letter from Mr. Fraley re agenda items.

**A. STATUS ON WATERSTONE REPORT FOR THE JOINT ADDITIONAL SITE CHARACERIZATON – PHASE THREE:**

(1) <u>Issue</u>: The parties discussed the status of the Waterstone report for the Joint Additional Site Characterization – Phase Three. Waterstone has completed the majority of its fieldwork and testing. However, Waterstone has been having problems with obtaining site access to potential drilling sites to the south of the Mouren-Laurens Oil Company and Leach Oil Company sites. Rev 973, LLC is now negotiating with Southern California Edison for site access. Rev 973, LLC anticipates that Waterstone will complete this fieldwork by the end of February 2011.

(2) <u>Recommendations</u>: No recommendation.

**B. NOTICE LETTER SENT BY REV 973 RE CONTINUATION OF THE OCTOBER 5, 2010 MEDIATION:**

(1) <u>Issue</u>: This agenda item was withdrawn.

(2) <u>Recommendations</u>: No recommendation.

**C. STATUS OF PURSUIT OF PRPS, INCLUDING CONCERNS EXPRESS BY PRPS**

(1) <u>Issue</u>: The parties discussed questions presented to the mediator and to some of the parties from the potentially responsible parties including requests for a comprehensive body of knowledge that has not yet been determined. The Online Document Depository is expected to be functional by December 15, 2010 and that Online Document Depository will have much of the information sought by the PRPs. The Special Master does not see that any additional procedures for the PRPs to obtain information is required. Rev 973 has already given notice to those PRPs who have responded to the notices of intent to sue that the Online Document

          Depository will become operational on December 15, 2010 and will contain much of the information that the PRPs seek.

(2) <u>Recommendations</u>:   No recommendation.

**D.   POSTING OF LISTS OF NOTICED PRPS TO THE CASE WEBSITE**

    (1) <u>Issue</u>:  The parties discussed the online posting of lists for PRPs to obtain access to these lists.  The parties discussed a clarification that there is not one official online case website and discussed having both parties relieved from the obligation of posting these lists online.

    (2) <u>Recommendations</u>:   The Special Master recommends:

        (a)   The Special Master's previous reference in the September 27, 2010 Report and Recommendation does not raise any implication that there is an official case website, instead there is an Online Document Depository and that is the reference.

        (b)   The Online Document Depository will contain the lists created by Michel & Associates and Fraley and Associates.  Neither of those parties shall have any obligation to post lists to any website of their creation.

**E.   CONTINUANCE OF THE JANUARY 4 AND 5, 2011 MEDIATION SESSIONS WITH JUDGE DANA**:

    (1) <u>Issue</u>:  The parties discussed any request for continuance of the January 4 and 5, 2011 mediation sessions.  The Special Master finds no basis to support a continuance of the January 4 and 5, 2011 mediation sessions.

    (2) <u>Recommendations</u>:   No recommendation.

**F.   DEPOSITION LOG**:

    (1) <u>Issue</u>:  The parties discussed setting further depositions. The parties reminded the Special Master that the issue of an informal deposition moratorium had been

discussed during the September 27, 2010 status conference and, at that time, the Special Master made a specific recommendation regarding further depositions.

(2) <u>Recommendations</u>: The Special Master recommends that the previous recommendation regarding deposition scheduling, as set forth in Item V(1) to (7), on pages 5 and 6, of the September 27, 2010 Report and Recommendation, remains in place.

G. **CLARIFICATION OF THE SEPTEMBER 27, 2010 REPORT AND RECOMMENDATION REGARDING DEADLINES FOR PRP SET NO. 1**:

(1) <u>Issue</u>: The parties discussed clarification of the September 27, 2010 Report and Recommendation regarding the deadlines for PRP Set No. 1.

(2) <u>Recommendations</u>: The Special Master recommends that Item IV(2), on page 5, of the September 27, 2010 Report and Recommendation stating, "The procedures and task timeline established for January 2011 mediation shall be the same procedures and task timeline for the continued October mediation" shall be further clarified and modified as follows:

"All post-mediation deadlines for PRP Set Number 1 set by the Order Approving Revised Stipulation by All Parties re Leave to Amend, or File Additional Pleadings to Name Potentially Responsible Parties, entered 14 April 2010 (the "PRP Joinder Order), are postponed to the corresponding post-mediation deadlines for PRP Set Number 2 set by the PRP Joinder Order."

H. **SCHEDULING THE NEXT STATUS CONFERENCE AND SETTING OF AGENDA ITEMS:**

<u>NEXT TELEPHONIC STATUS CONFERENCE</u>:

-5-
REPORT AND RECOMMENDATION OF SPECIAL MASTER —
TELEPHONIC STATUS CONFERENCE OF DECEMBER 3, 2010

The Special Master will hold the next telephonic status conference on Friday, January 28, 2011 at 12:30 p.m.

AGENDA ITEMS:

- Status of the Mediation Sessions with PRPs held January 4 and 5, 2011.

Dated:  December  9, 2010              _____
                                       Keith Wisot
                                       Special Master

With the following modifications, the foregoing is ordered by the Court:

No modifications.

Dated: December 17, 2010

*[signature]*

_____
Hon. A. Howard Matz
United States District Judge

-7-
**REPORT AND RECOMMENDATION OF SPECIAL MASTER —
TELEPHONIC STATUS CONFERENCE OF DECEMBER 3, 2010**