**G. KEITH WISOT**
**Judge of the Superior Court (Ret.)**
**JAMS**
**707 Wilshire Boulevard**
**AON Center, 46th Floor**
**Los Angeles, CA 90017**
**Telephone:    (213) 620-1133**
**Fax:              (213) 620-0100**

**Special Master**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>      vs.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>          Defendant.<br>_____<br><br>AND ALL RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.  98-10690 AHM (Ex)**

<u>**Report No. 86**</u>

**REPORT AND RECOMMENDATION OF SPECIAL MASTER**

**TELEPHONIC STATUS CONFERENCE OF JANUARY 28, 2010**

                    **and**

<u>**ORDER**</u>

**TO THE HONORABLE JUDGE MATZ:**

The Special Master hereby submits the Report and Recommendation of Special Master for the Telephonic Status Conference of January 28, 2011 (the "Report"), to the Court in accordance with the September 27, 2001, Order Appointing Special Master for Case Management Purposes (the "Order"). The Report is as follows:

<u>Parties Attending the Status Conference</u>:

The following parties participated in the telephonic status conference on January 28, 2010:

<u>Attorneys</u>:

Franklin R. Fraley, Jr., Esq.
Fraley & Associates

For Jerrold A. Fine, Revere Financial Corporation, and Rev 973, LLC

<u>Attorneys</u>:

Thomas E. Maciejewski, Esq.
Michel & Associates, P.C.

For John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co., Inc.

<u>Attorneys</u>:

Alan R. Johnston, Esq.
The Cronin Law Group

For the Administrator of the Estate of Emma Mouren-Laurens

<u>Attorneys</u>:

Eric P. Francisconi, Esq.
Barnes, Crosby, Fitzgerald & Zeman, LLP

For Roy Leach, Patricia Leach, Leach Oil Company, and Leach Property Management

<u>Attorneys</u>:

Joanne K. Leighton, Esq.
Eric M. Nakasu, Esq.
Artiano & Associates, APC

Daniel T. McKillop, Esq.
Wolff & Samson, PC

For the Administrator of the Estate of Joseph Mouren-Laurens, Sr.

-2-

**REPORT AND RECOMMENDATION OF SPECIAL MASTER —**
**TELEPHONIC STATUS CONFERENCE OF JANUARY 28, 2011**

1   ///

2   ///

3   ///

4   The Special Master confirmed receipt of the following communications:

5       •       January 19, 2011 letter from Mr. Maciejewski re agenda items; and

6       •       January 26, 2011 letter from Mr. Fraley re agenda items.

7

8   **A.      THE JANUARY 4 AND 5, 2011 MEDIATION SESSIONS WITH JUDGE DANA:**

9       (1)     <u>Issue</u>:  The parties discussed that the January 4 and 5, 2011 mediation sessions

10              were continued to April 2011.  The parties discussed Mr. Fraley's request for a

11              recommendation for the postponement of the January 2011 PRP mediation to April

12              2011 to combine the court-ordered mediations for PRP Sets Nos. 1, 2, and 3 into

13              one mediation, and to adjust the related post-mediation deadlines accordingly.

14      (2)     <u>Recommendations</u>:     The Special Master recommends:

15              (a)     The 4 and 5 January 2011 mediation for PRP Set Nos. 1 and 2

16                      which the mediator set pursuant to the Order Approving Revised

17                      Stipulation by All Parties re Leave to Amend, or File Additional,

18                      Pleadings to Name Potentially Responsible Parties, entered 14

19                      April 2010 (the "PRP Joinder Order"), is postponed to 4 and 5

20                      April 2011 to occur with the mediation for PRP Set No. 3, which

21                      the mediator set pursuant to the PRP Joinder Order.

22              (b)     All post-mediation deadlines for PRP Set Nos. 1 and 2 set by PRP

23                      Joinder Order are postponed to the corresponding post-mediation

24                      deadlines for PRP Set No. 3 as set by the PRP Order.

25   ///

26   ///

27   ///

28
                                           **-3-**
                 **REPORT AND RECOMMENDATION OF SPECIAL MASTER —**
                 **TELEPHONIC STATUS CONFERENCE OF JANUARY 28, 2011**

1   ///

2   ///

3   ///

**B.   CLARIFICATION OF REVISED STIPULATION BY ALL PARTIES RE LEAVE TO AMEND OR FILE ADDITIONAL PLEADINGS TO NAME POTENTIALLY RESPONSIBLE PARTIES AND APRIL 14, 2010 ORDER APPROVING REVISED STIPULATION:**

(1)   <u>Issue</u>:  The parties discussed Mouren-Laurens Oil Company's request for the Special Master to clarify the Revised Stipulation by All Parties re Leave to Amend or File Additional Pleadings to Name Potentially Responsible Parties and to clarify the April 14, 2010 Order Approving the Revised Stipulation.

(2)   <u>Recommendations</u>:    The Special Master recommends that the parties are to meet and confer on this issue during the February 1, 2011 monthly deposition scheduling conference.

**C.   STATUS AND MANAGEMENT OF THE ONLINE DOCUMENT DEPOSITORY:**

(1)   <u>Issue</u>:  The parties discussed the status and management of the online document depository.   Mr. Fraley reported that the Leach Oil Company documents are currently being uploaded and Mr. Fraley anticipates the depository to be online by February 4, 2011.  Mr. Fraley also reported that the online document depository will be a "work in progress" as further documents are scanned and are uploaded.

(2)   <u>Recommendations</u>:    No recommendation.

**D.   DEPOSITION LOG**:

(1)   <u>Issue</u>:  The parties discussed setting further depositions.

(2)   <u>Recommendations</u>:    The Special Master recommends that the previous recommendation regarding deposition scheduling, as set forth in Item V(1) to (7),

-4-

1    on pages 5 and 6, of the September 27, 2010 Report and Recommendation,

2    remains in place.

3  **E.     SCHEDULING THE NEXT STATUS CONFERENCE AND SETTING OF**

4  **AGENDA ITEMS:**

5

6    NEXT TELEPHONIC STATUS CONFERENCE:

7    The Special Master will hold the next telephonic status conference on Tuesday, March 1,

8    2011 at 12:30 p.m.

9

10    AGENDA ITEMS:

11    •      Status of the Online Document Depository.

12    •      Any requests to serve as PRP "Common Counsel."

13

14

15

16   Dated:  February 2, 2011                    _____//s//_____

17                                               Keith Wisot
                                                 Special Master

18                                               ORDER

19   With the following modifications, the foregoing is ordered by the Court:  No modifications.

20

21   Dated: March 4, 2011

22

23

24

25   _____
                                                 Hon. A. Howard Matz
                                                 United States District Judge

26

27

28
                                              **-5-**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REPORT AND RECOMMENDATION OF SPECIAL MASTER —
TELEPHONIC STATUS CONFERENCE OF JANUARY 28, 2011**