**G. KEITH WISOT**
**Judge of the Superior Court (Ret.)**
**JAMS**
**707 Wilshire Boulevard**
**AON Center, 46th Floor**
Los Angeles, CA 90017
Telephone: (213) 620-1133
Fax: (213) 620-0100

**Special Master**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN MOUREN-LAURENS, an individual; et al., ) <br> ) <br> Defendant. ) <br>_____ ) <br> ) <br> AND ALL RELATED COUNTERCLAIMS, ) <br> CROSS-CLAIMS AND THIRD PARTY ) <br> CLAIMS. ) <br>_____ ) | Case No. CV98-10690 AHM (Ex) <br><br> **Report No. 87** <br><br> **REPORT AND RECOMMENDATION OF SPECIAL MASTER** <br><br> **and ORDER** <br><br> **Telephonic Status Conference Of March 8, 2011** |

**TO THE HONORABLE JUDGE MATZ:**

The Special Master hereby submits the Report and Recommendation of Special Master for the Telephonic Status Conference of March 8, 2011 (the "Report"), to the Court in accordance

-1-
**REPORT AND RECOMMENDATION OF SPECIAL MASTER - REPORT NO. 87 -
TELEPHONIC STATUS CONFERENCE OF MARCH 8, 2011**

with the September 27, 2001, Order Appointing Special Master for Case Management Purposes (the "Order").  The Report is as follows:

<u>Parties Attending the Status Conference</u>:

The following parties participated in the telephonic status conference on March 8, 2011:

<u>Attorneys</u>:

Franklin R. Fraley, Jr., Esq.
Fraley & Associates

For Jerrold A. Fine, Revere Financial Corporation, and Rev 973, LLC

<u>Attorneys</u>:

W. Lee Smith, Esq.
Tom Maciejewski, Esq.
Michel & Associates, P.C.

For John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co., Inc.

<u>Attorneys</u>:

Alan R. Johnston, Esq.
The Cronin Law Group

For the Administrator of the Estate of Emma Mouren-Laurens

<u>Attorneys</u>:

Eric P. Francisconi, Esq.
Barnes, Crosby, Fitzgerald & Zeman, LLP

For Roy Leach, Patricia Leach, Leach Oil Company, and Leach Property Management

<u>Attorneys</u>:

Joanne K. Leighton, Esq.
Eric M. Nakasu, Esq.
Artiano & Associates, APC

Daniel McKillop, Esq.
Wolff & Samson, PC

For the Administrator of the Estate of Joseph Mouren-Laurens, Sr.

///

///

The Special Master confirmed receipt of the following communications:

- Agenda for the March 1, 2011, telephonic status conference, which the Special Master continued to March 8, 2011;
- February 18, 2011, letter from Mr. Maciejewski re agenda items; and
- March 8, 2011, letter from Mr. Fraley re agenda items and the Second Revised Stipulation for Leave to Amend/Add Pleadings to Name Parties.

A.  **STATUS OF THE ONLINE DOCUMENT DEPOSITORY:**

    (1)  <u>Issue</u>: The parties discussed the status of the online document depository. Mr. Fraley stated that the online document depository was currently operational. Mr. Fraley also stated that he would be circulating correspondence to all counsel regarding obtaining access to the online document depository.

    (2)  <u>Recommendations</u>:  None.

B.  **ANY REQUESTS TO SERVE AS PRP "COMMON COUNSEL:"**

    (1)  <u>Issue</u>: The parties discussed any further requests to serve as common counsel for the potentially responsible parties.

    (2)  <u>Recommendations</u>:  None.

C.  **CLARIFICATION OF REVISED STIPULATION BY ALL PARTIES RE LEAVE TO AMEND OR FILE ADDITIONAL PLEADINGS TO NAME POTENTIALLY RESPONSIBLE PARTIES AND APRIL 14, 2010, ORDER APPROVING REVISED STIPULATION:**

    (1)  <u>Issue</u>: The parties discussed the Second Revised Stipulation by All Parties re Leave to Amend or File Additional Pleadings to Name Potentially Responsible Parties (the "2nd Revised Stipulation") that was submitted to the Special Master by Rev 973 and the reasons for the changes to the process for identifying, serving, and

suing potentially responsible parties in the 2nd Revised Stipulation.  All counsel confirmed with the Special Master that they had approved and signed the Second Revised Stipulation.

    (2)   <u>Recommendations</u>:   The Special Master recommends that:

- Rev 973 file the 2nd Revised Stipulation with the Court and lodge a proposed order on the 2nd Revised Stipulation with the Court; and
- The Court approve the 2nd Revised Stipulation.

**D.   DEPOSITION LOG**:

    (1)   <u>Issue</u>:  The parties agreed to maintain the moratorium on depositions.

    (2)   <u>Recommendations</u>:  The Special Master recommends that the previous recommendation regarding deposition scheduling, as set forth in Item V(1) to (7), on pages 5 and 6, of the September 27, 2010 Report and Recommendation, remains in place.

**E.   REV 973'S SANCTIONS MOTION AGAINST THE MLOC DEFENDANTS**:

    (1)   <u>Issue</u>: The parties discussed Rev 973's sanctions motion against the MLOC defendants for failing to comply with past orders regarding the process for joining potentially responsible parties.  Rev 973 reported to the Special Master that April 15, 2011, is the current deadline for Rev 973 to file Rev 973's sanctions motion against the MLOC defendants and Rev 973 and the MLOC Defendants had agreed to postpone that deadline to September 15, 2011, to avoid negatively affecting the current mediation between Rev 973 and the MLOC Defendants.

    (2)   <u>Recommendations</u>:   The Special Master recommends that Rev 973's deadline to file Rev 973's sanctions motion against the MLOC defendants for failing to comply with past orders regarding the process for joining potentially responsible parties be extended from April 15, 2011, to September 15, 2011, and that Rev 973

-4-

and the MLOC Defendants meet/confer on the motion before Rev 973's files the motion.

F. **SCHEDULING THE NEXT STATUS CONFERENCE AND SETTING OF AGENDA ITEMS:**

NEXT TELEPHONIC STATUS CONFERENCE:

The Special Master will hold the next telephonic status conference on Friday, May 13, 2011 at 12:30 p.m.

AGENDA ITEMS:

- Status of the April 5 and 6, 2011 Mediation Sessions.
- Deposition Log.
- Scheduling the Next Status Conference and Setting of Agenda Items.

Dated:  March 11, 2011

_____
Keith Wisot
Special Master

**ORDER**

With the following modifications, the foregoing is ordered by the Court:

No modifications.

Dated: March  21, 2011

_____
Hon. A. Howard Matz
United States District Judge

-5-
**REPORT AND RECOMMENDATION OF SPECIAL MASTER  - REPORT NO. 87 -
TELEPHONIC STATUS CONFERENCE OF MARCH 8, 2011**