1  **G. KEITH WISOT**
   **Judge of the Superior Court (Ret.)**
2  **JAMS**
   **707 Wilshire Boulevard**
3  **AON Center, 46th Floor**
   **Los Angeles, CA 90017**
4  **Telephone:    (213) 620-1133**
   **Fax:              (213) 620-0100**
5
   **Special Master**
6

7

8                      **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  REV 973, LLC, a California limited liability    )  **Case No.  CV98-10690-AHM (Ex)**
12  company,                                        )  JAMS Reference #1220025424
                                                    )
13          Plaintiff,                              )  **REPORT # 90**
                                                    )
14      vs.                                         )  **REPORT AND RECOMMENDATION OF**
                                                    )  **SPECIAL MASTER**
15  JOHN MOUREN-LAURENS, an individual; et )
16  al.,                                            )  **CONFIRMING CONFERENCE OF**
                                                    )  **SEPTEMBER 12, 2011**
17          Defendant.                              )
    _____ )                        **and**
18                                                  )
19  AND ALL RELATED COUNTERCLAIMS,                  )  **ORDER**
    CROSS-CLAIMS AND THIRD PARTY                    )
20  CLAIMS.                                         )
    _____ )
21

22

23

24          **TO THE HONORABLE JUDGE MATZ:**

25          The Special Master hereby submits a Report and Recommendation in accordance with the

26  September 27, 2001, Order Appointing Special Master for Case Management Purposes (the

27

28                                            **-1-**

1  "Order"), for a regularly scheduled telephonic conference held on September 12, 2011, as

2  follows:

3

4  **Parties in attendance**

5  Franklin R. Fraley, Jr., Esq.
   of Fraley & Associates
6  for Jerrold L. Fine, Revere Financial Corporation, and Rev 973, LLC

7
   Tom E. Maciejewski, Esq.
8  of Michel & Associates, P.C.
   for John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co., Inc.
9

10  Eric P. Francisconi, Esq.
    of Barnes Crosby Fitzgerald & Zeman LLP
11  for Roy Leach, Patricia Leach, Leach Oil Company Inc., and Leach Property Management

12
    Eric M. Nakasu, Esq.
13  of Artiano & Associates
    for Estate of Joseph Mouren-Laurens, Sr.
14
    Alan Johnston, Esq.
15  of The Law Offices of Timothy C. Cronin
    for the Administrator of the Estate of  Emma Mouren-Laurens
16

17  The special master confirmed receipt of only the agenda for the telephone conference.

18
    **I.   Extension of Deadlines to Identify, Serve or Join PRP parties**
19

20  <u>Issue:</u>  All parties reported a Stipulation has been submitted to Judge Matz, and corresponding

21  Order signed by him to temporarily suspend joining PRPs until March 12, 2012, based on the

22  following: (1) the mediator, Judge Richard Dana, suggested other tasks listed below be

23  accomplished; (2) the Regional Water Board confirms any approved settlement would be

24  dependent upon a revised ranking of PRPs, further characterization of the site, and a remediation

25  plan.  The next mediation is scheduled for January 12, 2012.

26  <u>Recommendation:</u>  none.

27

28
    **-2-**

    **REPORT AND RECOMMENDATION OF SPECIAL MASTER —**
    **STATUS CONFERENCE OF SEPTEMBER 12, 2011**

**II.   Rev 973 Motion for Sanctions against the MLOC defendants**

Issue:  The deadline for filing this motion is September 15, 2011.  All parties report they are highly involved in the tasks requested by the mediator and the Regional Water Board, and the motion parties request this matter be continued until after March 12, 2012 to attend to the matters of higher priority.  Further, this matter may be resolved by the parties' meet-and-confer after March 12.

Recommendation:  This motion should be renoticed after March 12, 2012, if still unresolved.

**III. Deposition log**

Issue:  The parties' moratorium on depositions remains in effect.  No individual depositions have been scheduled.

Recommendation:  The Special Master recommends the moratorium remain in effect.

**IV.  Next status conference**

All parties and the Special master agreed to schedule a next telephonic conference for **12:30pm** on **October 25, 2011.**  If no agenda items are identified, the call may be cancelled and rescheduled.

IT IS SO RECOMMENDED.

September 19, 2011.

                                   _____/s/_____
                                   G. Keith Wisot

                                   Judge of the Superior Court (Ret.)

                                   Special Master

-3-
**REPORT AND RECOMMENDATION OF SPECIAL MASTER —
STATUS CONFERENCE OF SEPTEMBER 12, 2011**

1

## **ORDER**

2

3    The foregoing Report and Recommendation #90, Confirming Conference of September 12, 2011,

4    is adopted as an Order of the court, with the following modifications:  No modifications.

5

6    IT IS SO ORDERED.

7

8    September 22, 2011.

9                                                          _____

10                                                                      Hon. A. Howard Matz

11                                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
**REPORT AND RECOMMENDATION OF SPECIAL MASTER —
STATUS CONFERENCE OF SEPTEMBER 12, 2011**