UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV98-10690 AHM (Ex) | Date | January 9, 2013 |
|---|---|---|---|
| Title | REV 973, LLC v. JOHN MOUREN-LAURENS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

In light of the parties' Joint Status Report (Dkt. 762), the Court ORDERS as follows:

1. All parties must forthwith proceed in good faith to pursue with each other, and with both Justice Dana (ret.) and Timothy Gallagher, Esq., a concrete mediation plan. The plan should contain agreed-to terms for at least the following:

    (a) Specific dates for the submission to the mediator[s] of whatever materials he or they require.

    (b) Specific dates for mediation sessions, including any sessions requiring the presence of insurance carriers and expert consultants.

    (c) A timetable for obtaining the firm, fixed-price bid (or bids) to remediate the sites, which the Joint Status Report discusses.

    (d) The outside date by which the mediation is to be completed (unless extended by Court order). That date shall not be later than August 1, 2013.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV98-10690 AHM (Ex) | Date | January 9, 2013 |
|---|---|---|---|
| Title | REV 973, LLC v. JOHN MOUREN-LAURENS, et al. | | |

    (e)    The mediator's compensation terms and the parties' payment obligations.[1]

By not later than February 8, 2013, the parties shall confirm that they have complied with this paragraph, by so stating in the report described in ¶3.

    2.    Subject to the requirements set forth in this order, conventional litigation aspects of this case are stayed until August 1, 2013. The stay may be terminated before then if (a) the mediator[s] inform the Court that prospects for progress and success have collapsed or (b) the stay must be lifted in order to effectuate the terms of any mediated agreement.

    3.    The parties shall continue to meet and confer about their proposal(s) for the appointment of a successor Special Master. In a single filing, to be denominated "Joint Report re Appointment of Successor Special Master," they shall submit the names, biographical data and qualifications of three individuals, one of whom the Court will appoint. Each such individual must first have confirmed to the parties his (or her) willingness and availability to accept the appointment and that he (or she) would present no conflict in doing so. This document must be filed by not later than February 8, 2013.

    4.    After reviewing the report referred to in ¶3, the Court will appoint a Successor Special Master. The appointment will provide, however, that the potential or anticipated work of the Special Master will not commence until the earlier of August 1, 2013 or one of the events described in ¶2(a)(b).

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] This list is obviously not meant to be to the exclusion of other terms.