1  FRANKLIN R. FRALEY, JR. — SBN 151879
   ffraley@fraleylaw.com
2  Fraley & Associates
   617 W. 7th St., Ste. 702
3  Los Angeles CA  90017
   Tel   213.550.4000
4  Fax   213.550.4010

5  Attorneys for Plaintiff and Counter-Defendant
   REV 973, LLC, and Third-Party Defendants
6  REVERE FINANCIAL CORPORATION and
   JERROLD A. FINE

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   (Western Division)

12 | REV 973, LLC, a California        | Case No.  CV98-10690 DSF (Ex)
   | limited liability company,        |
13 |                                   | **FIRST RENEWED JUDGMENT IN
   |         Plaintiff,                | FAVOR OF REV 973, LLC, AND
14 |                                   | AGAINST NARCO CORPORATION
   |    v.                             | AND PAL LENGYEL-LEAHU**
15 |                                   |
   | JOHN MOUREN-LAURENS, an           | **[PER DKT. NO. 810]**
16 | individual; et al.,               |

17 |         Defendants,

18

19 | AND RELATED COUNTER-,
   | CROSS-, AND THIRD-PARTY
20 | CLAIMS.

21

22

23

24

25

26

27

FRALEY & ASSOCIATES
STE. 702
617 W. 7" ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

28

The Court enters this First Renewed Judgment in favor Rev 973, LLC, and against NARCO Corporation and Pal Lengyel-Leahu based on the following events:

- On 17 November 2003, the Court entered the Report and Recommendation of Special Master re Further Monetary Sanctions against NARCO Corporation and Pal Lengyel-Leahu in favor of Rev 973, LLC [Docket No. 291] (the "Sanctions Order").

- Pursuant to the Sanctions Order, the Court awarded $3,430.00 in sanctions, with interest to accrue at the rate of ten percent simple interest per annum beginning on 1 September 2003 until paid in full, to Plaintiff, Counter-Defendant, and Judgment Creditor Rev 973, LLC, and against Third-Party Defendant and Judgment Debtor NARCO Corporation and Pal Lengyel-Leahu, attorney of record for NARCO, jointly and severally.

- On 13 November 2013, Rev 973 applied to the Court to renew the Sanctions Order with accrued interest, having filed with the Court the Application [by Rev 973, LLC,] for and Renewal of Judgment [Dkt. No. 810] under penalty of perjury stating the amount due on the Sanctions Order as of 13 November 2013 to be $6,898.62.

The Court, therefore, orders, adjudges, and decrees that Rev 973, LLC, shall recover from NARCO Corporation and Pal Lengyel-Leahu, jointly and severally, $6,898.62 plus ten percent simple interest per annum from 13 November 2013 until paid in full.

Dated: November 15, 2013      *Sharon Hall-Brown*

Sharon Hall-Brown, Deputy Clerk

-1-

**1ST RENEWED JUDGMENT IN FAVOR OF REV 973 AND AGAINST NARCO & LENGYEL-LEAHU**

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010