FRANKLIN R. FRALEY, JR.—SBN 151879
ffraley@fraleylaw.com
Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA  90017
Tel   213.550.4000
Fax   213.550.4010

Attorneys for Plaintiff and Counter-Defendant
REV 973, LLC, and Third-Party Defendants
REVERE FINANCIAL CORPORATION and
JERROLD A. FINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>　　　　　Defendants,<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS. | **Case No.  CV98-10690 DSF (Ex)**<br><br>**NOTICE BY REV 973, LLC, OF ERRATA RE PROPOSED ORDER ON STIPULATION BY EXISTING PARTIES RE FILING AMENDED PLEADINGS TO NAME POTENTIALLY RESPONSIBLE PARTIES, SET NOS. 1-4, PURSUANT TO CASE MANAGEMENT ORDER NO. 3** |

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL 213.550.4000
FAX 213.550.4010

NTC ERRATA RE ORDER ON STIP RE FILING AMENDED PLD'GS TO NAME PRPS, SET NOS. 1-4

1  To the Honorable Court and all parties and their attorneys of record:

2  The proposed Order on Stipulation by Existing Parties re Filing Amended Pleadings to Name Potentially Responsible Parties, Set Nos. 1-4, (the "Stipulation Order"), that Plaintiff and Counter-Defendant Rev 973, LLC, lodged with the Court as an attachment to the Stipulation by Existing Parties re Filing Amended Pleadings to Name Potentially Responsible Parties, Set Nos. 1-4, Pursuant to Case Management Order No. 3, filed 19 February 2014 [Dkt. No. 825] (the "Stipulation"), contained several typographical errors that do not affect the substance of the Stipulation Order.  Rev 973 attaches a corrected Stipulation Order to this Notice of Errata re Order on Stipulation by Existing Parties re Filing Amended Pleadings to Name Potentially Responsible Parties, Set Nos. 1-4, Pursuant to Case Management Order No. 3 and sent the corrected Stipulation Order to the Court's chambers.  Rev 973 apologizes to the Court and the Parties for the error.

Dated:  2014-02-20

Respectfully submitted,

FRANKLIN R. FRALEY, JR.
Fraley & Associates

By: /s/
Franklin R. Fraley, Jr.
Attorneys for Plaintiff and Counter-Defendant REV 973, LLC, and Third-Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA  90017
Tel 213.550.4000
Fax 213.550.4010