1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>          Defendants,<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS. | **Case No.  CV98-10690 DSF (Ex)**<br><br>**ORDER ON STIPULATION BY EXISTING PARTIES RE FILING AMENDED PLEADINGS TO NAME POTENTIALLY RESPONSIBLE PARTIES, SET NOS. 1-4, PURSUANT TO CASE MANAGEMENT ORDER NO. 3** |

1  The Court, having reviewed the Stipulation by Existing Parties re Filing Amended Pleadings to Name Potentially Responsible Parties, Set Nos. 1-4, Pursuant to Case Management Order No. 3, filed 19 February 2014 (the "Stipulation"), and finding that good cause appears, approves the Stipulation and orders that:[1]

    1. The Court accepts the 7$^{th}$AC as properly filed.

    2. The Defendants shall file any amended pleadings naming any additional PRPs in PRP Set Nos. 1 through 4 on or before 13 March 2014.

    3. Nothing in this Order shall affect or extend any other date that CMO-3 sets.

Dated: _____      _____
    Honorable Dale S. Fischer
    United States District Judge

---

[1] All terms printed with an initial capital letter in this Stipulation by Existing Parties re Filing Amended Pleadings to Name Potentially Responsible Parties, Set Nos. 1-4, Pursuant to Case Management Order No. 3 (this "Order") shall have the meaning stated in the Stipulation.

-1-

**ORDER ON STIP RE FILING AMENDED PLEADINGS TO NAME PRPS, SET NOS. 1-4**