1  FRANKLIN R. FRALEY, JR.—SBN 151879
   ffraley@fraleylaw.com
2  Fraley & Associates
   Ste. 702
3  617 W. 7th St.
   Los Angeles CA  90017
4  Tel    213.550.4000
   Fax    213.550.4010
5
6  Attorneys for Plaintiff and Counter-Defendant
   REV 973, LLC, and Third-Party Defendants
   REVERE FINANCIAL CORPORATION and
7  JERROLD A. FINE

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  (Western Division)

12  REV 973, LLC, a California limited          Case No.  CV98-10690 DSF (Ex)
    liability company,
13                                              SEVENTH AMENDED COMPLAINT
                    Plaintiff,                  BY REV 973, LLC
14
        v.                                      (See Table of Contents for List of
15                                              Claims)
    JOHN MOUREN-LAURENS, an
16  individual;                                 JURY TRIAL DEMANDED

17  MIREILLE MOUREN-LAURENS, an                 Filed    Pursuant    To:    Case
    individual;                                 Management Order No. 3, entered
18                                              17 January 2014, Dkt. No. 821
    CLAUDINE MOUREN-LAURENS,
19  as administrator of the Estate of
    Joseph Mouren-Laurens, Sr.;
20
    NICOLE MOUREN-LAURENS, as
21  administrator of the Estate of
    Emma Mouren-Laurens;
22
    MOUREN-LAURENS OIL
23  COMPANY, a California
    corporation;
24
    ROY LEACH, an individual;
25
    PATRICIA LEACH, a/k/a PATRICIA
26  SUTCH, a/k/a PATRICIA
    BENETATOS, an individual;
27
    LEACH PROPERTY
28  MANAGEMENT, a California

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

general partnership;

LEACH OIL COMPANY, INC., a California corporation;

DOES 1 through 10, inclusive,

[PRP ID No. 1] Valov Services, Inc., a California corporation;

[PRP ID No. 3] Jim Knight Oil Drain Company, Inc., a California corporation;

[PRP ID No. 4] Agresco Oil Company, Inc., a California corporation;

[PRP ID No. 6] Advanced Environmental, Inc., a Delaware corporation;

[PRP ID No. 9] Nelco Oil Refining Corporation, a California corporation;

[PRP ID No. 10] Abbott's Waste Oil Service, Inc., a California corporation;

[PRP ID No. 12] Jack Stone, a/k/a John Stone, and a/k/a J. Stone, an individual, d/b/a Jack Stone Drainage Oil Service;

[PRP ID No. 13] Southern California Rapid Transit District, an agency of the State of California;

[PRP ID No. 14] Doe No.11-- Sprenger, the personal representative of the Estate of Otto Sprenger, a/k/a O. Sprenger, a deceased individual;

[PRP ID No. 15] Rosemead Oil Products, Inc., a California corporation;

[PRP ID No. 17] Art Stone, a/k/a A. Stone, an individual;

[PRP ID No. 18] Cooper Drum Co., a/k/a Cooper Drum, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

[PRP ID No. 21]
DeMenno/Kerdoon, a California corporation;

[PRP ID No. 22] Wes Edwards, a/k/a Wesley Edwards, and a/k/a W. Edwards, an individual;

[PRP ID No. 27] Talley Brothers, Inc., a California corporation;

[PRP ID No. 28] Chong Kim, a/k/a C. Kim, an individual, d/b/a Union Oil;

[PRP ID No. 29] Laidlaw Transit, Inc., a Pennsylvania corporation;

[PRP ID No. 34] Express Oil Co., Inc., a California corporation;

[PRP ID No. 36] Doe No. 12--Alarcon, the personal representative of the Estate of Louis Alarcon, a/k/a Louie Alarcon, a/k/a Lou Alarcon, and a/k/a L. Alarcon, a deceased individual;

[PRP ID No. 37] Rutherford/Pacific, Inc., a California corporation;

[PRP ID No. 41] Advanced Recycling Sciences, Inc., a Nevada corporation;

[PRP ID No. 43] Zeferino Gonzalez, a/k/a Z. Gonzalez, an individual;

[PRP ID No. 44] Hazardous Technologies, Inc., a California corporation;

[PRP ID No. 46] American Earth Management, Incorporated, a California corporation;

[PRP ID No. 47] Valvoline Inc., also d/b/a Valvoline, a business of unknown form;

[PRP ID No. 48] Waymire Drum & Container Company, Inc., a California corporation;

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

[PRP ID No. 49] W-H Tank Lines, Inc., a California corporation;

[PRP ID No. 52] Omega Oil Company, a California corporation;

[PRP ID No. 53] Hedrick Distributors, Inc., a California corporation;

[PRP ID No. 55] World Pacific Oil Company, Inc., a California corporation;

[PRP ID No. 56] Black Gold Industries, a California corporation;

[PRP ID No. 57] Commercial Filter Recycling, Inc., a California corporation;

[PRP ID No. 58] Paul Lopez, a/k/a P. Lopez;

[PRP ID No. 59] Ditty Container, Inc., a California corporation;

[PRP ID No. 63] Crane's Waste Oil, Inc., a California corporation;

[PRP ID No. 65] Truck Stops of America, a business of unknown form;

[PRP ID No. 66] Eko Tek, Inc., a/k/a Eko Tek, a business of unknown form;

[PRP ID No. 68] Petro Lock, Inc., a California corporation;

[PRP ID No. 69] Circle R, a California corporation;

[PRP ID No. 71] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 72] Black Star Oil, a California corporation;

[PRP ID No. 73] Reynolds Metals Co., a Delaware corporation;

[PRP ID No. 75] Southwest Trails, a California corporation;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1

2
[PRP ID No. 77] Econo Lube N Tune, a business of unknown form;

3

4
[PRP ID No. 78] Steve Purmort, a/k/a Steven Purmort, a/k/a Stephen Purmort, and a/k/a S. Purmort, an individual;

5

6

7
[PRP ID No. 79] Bureau of Sanitation, an agency of the Department of Public Works, City of Los Angeles, State of California;

8

9

10

11
[PRP ID No. 81] Samuel S. Sayabalian, a/k/a Sam S. Sayabalian, a/k/a Sam Sayabalian, a/k/a S. Sayabalian, a/k/a Samuel Sayabalian, and a/k/a S.S. Sayabalian, an individual, d/b/a Sam's Chevron;

12

13

14
[PRP ID No. 82] Orange County Transit Authority, an agency of the County of Orange, State of California;

15
[PRP ID No. 83] South Bay Toyota, a California corporation;

16

17
[PRP ID No. 84] E.L. Nobles Construction Equipment, Inc., a California corporation;

18

19
[PRP ID No. 86] Western Waste Industries, a California corporation;

20

21
[PRP ID No. 88] Mayflower Contract Services, Inc., an Indiana corporation;

22
[PRP ID No. 91] G.I. Trucking Company, a California corporation;

23

24
[PRP ID No. 95] Cool Fuel, Inc., a California corporation;

25

26
[PRP ID No. 96] Channel and Basin Reclamation, Inc., a California corporation;

27
[PRP ID No. 97] Mark IV Charter Lines, a business of unknown form;

28
[PRP ID No. 98] Cal Waste

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**REV 973's SEVENTH AMENDED COMPLAINT**

1   Industries, Inc., a California
    corporation;

2
    [PRP ID No. 99] Cal-Vac, a
3   business of unknown form;

4   [PRP ID No. 99.1] Doe No. 13--
    Balthazar, the personal
5   representative of the Estate of
    Richard Balthazar, a/k/a Rich
6   Balthazar, a/k/a Rick Balthazar, and
    a/k/a Dick Balthazar, a deceased
7   individual;

8   [PRP ID No. 102] M. O. Dion &
    Sons, Inc., a California corporation;
9
    [PRP ID No. 105] Speedy's Oil, a
10  business of unknown form;

11  [PRP ID No. 106] Joseph Aldecoa,
    a/k/a Joe Aldecoa, a/k/a Joey
12  Aldecoa, a/k/a JJ Aldecoa, and
    a/k/a J. Aldecoa, an individual,
13  d/b/a JJ Waste Oil;

14  [PRP ID No. 107] Cummings Cal
    Pacific, a business of unknown
15  form;

16  [PRP ID No. 109] Guiseppe Saito,
    a/k/a G. Saito, an individual, d/b/a
17  Bay Cities Lube;

18  [PRP ID No. 110] Greg Kalajian,
    a/k/a Gregory Kalajian, and a/k/a
19  G. Kalajian, an individual, d/b/a
    K&S Mobil Service Station;
20
    [PRP ID No. 111] Button
21  Transportation, Inc., a California
    corporation;
22
    [PRP ID No. 112] Adohr Farms,
23  Inc., a California corporation;

24  [PRP ID No. 115] Quik Change
    Lube & Oil, a business of unknown
25  form;

26  [PRP ID No. 116] Thermo King
    Corporation, a California
27  corporation;

28  [PRP ID No. 117] Recycled Energy,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1  also d/b/a Kalbab Industries, Inc.,
   and also d/b/a Kaibab Industries,
2  Inc., an Arizona corporation;

3  [PRP ID No. 118] Econo Lube N'
   Tune #34, a business of unknown
4  form;

5  [PRP ID No. 119] Stuart-Ironsides,
   Inc., also d/b/a D A Stuart
6  Company, a business of unknown
   form;
7
   [PRP ID No. 121] Vector, a
8  business of unknown form;

9  [PRP ID No. 123] Pacific Southwest
   Marine, a California corporation;
10
   [PRP ID No. 128] Bayside Oil II,
11 Inc., a California corporation;

12 [PRP ID No. 129] Instant Lube, Inc.,
   a California corporation;
13
   [PRP ID No. 130] Loyola
14 Marymount University, a California
   corporation;
15
   [PRP ID No. 131] Vikin
16 Eulmessekian, and a/k/a V.
   Eulmessekian, an individual, d/b/a
17 Jack's Lube Services;

18 [PRP ID No. 133] Upstar Auto Sales
   & Services, Inc., a California
19 corporation;

20 [PRP ID No. 135] C.W. Poss, Inc., a
   California corporation;
21
   [PRP ID No. 136] Joseph Aldecoa,
22 a/k/a Joe Aldecoa, a/k/a Joey
   Aldecoa, a/k/a JJ Aldecoa, and
23 a/k/a J. Aldecoa an individual,
   d/b/a Vampire Oil;
24
   [PRP ID No. 138] Al Unser's Auto
25 Care, Inc., a/k/a Al Unser's Auto
   Care, a business of unknown form;
26
    [PRP ID No. 142] Action Oil, a
27 business of unknown form;

28 [PRP ID No. 143] Michelle Stevens,

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

a/k/a M. Stevens, an individual, d/b/a Borg Manufacturing;

[PRP ID No. 145] Don Kott Ford, a California corporation;

[PRP ID No. 147] Doty Bros. Equipment Co., a California corporation;

[PRP ID No. 148] King Oil Co., a/k/a King Oil, and a/k/a King & King Oil, a business of unknown form;

[PRP ID No. 149] Tra Pac Inc., a California corporation;

[PRP ID No. 151] Chia-In Auto Corp., a California corporation;

[PRP ID No. 152] Angelus Sanitary Can Machine Company, d/b/a Angelus Block Co., Inc., a California corporation;

[PRP ID No. 154] Pharmavite International Corporation, a California corporation;

[PRP ID No. 155] International Metals Ekco, Ltd., a California limited partnership;

[PRP ID No. 161] Alpha Oil, a business of unknown form;

[PRP ID No. 162] Kwang Kim, a/k/a K. Kim, an individual, d/b/a Mr. Oil;

[PRP ID No.164] Toyota Central Leasing Corporation, Inc., a California corporation;

[PRP ID No. 165] J. Stubblefield, an individual;

[PRP ID No. 166] Silver Star Svc, a business of unknown form;

[PRP ID No. 168] New Century Leasing, Inc., a California corporation;

[PRP ID No. 169] Sam Simon, a/k/a Samuel Simon, and a/k/a S. Simon,

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1    an individual;

2    [PRP ID No. 170] Paul's
3    Transmissions, a business of
     unknown form;

4    [PRP ID No. 171] Georgia Pacific-
     Corp., a Georgia corporation;
5

6    [PRP ID No. 172] Williams Tank
     Lines, a California corporation;

7    [PRP ID No. 173] Shepherd
8    Machinery, a California corporation;

     [PRP ID No. 175] Federal Express,
9    a business of unknown form;

10    [PRP ID No. 176] Certified Lift
     Truck Company, a California
11    corporation;

12    [PRP ID No. 178] EZ Lube, Inc., a
     California corporation;
13

14    [PRP ID No. 179] Andy Grant, a/k/a
     Andrew Grant, and a/k/a A. Grant,
15    an individual, d/b/a LAX Fuel;

16    [PRP ID No. 180] Transco
     Transmission Company, Inc., a
17    California corporation;

18    [PRP ID No. 182] Jerry Wilson,
     a/k/a J. Wilson an individual, d/b/a
19    Jerry's Mobil, a/k/a Lube &
     Maintenance, a/k/a Mobil 5531;

20    [PRP ID No. 183] California Screw
     Products Corp., a California
21    corporation;

22    [PRP ID No. 184] Valvoline Instant
     Oil Change, a business of unknown
23    form;

24    [PRP ID No. 186] Industry Diesel, a
     business of unknown form;
25

26    [PRP ID No. 187] G&G Trucking, a
     business of unknown form;

27    [PRP ID No. 188] Jim Booth, a/k/a
     James Booth, and a/k/a J. Booth,
28    an individual;

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2   [PRP ID No. 189] Murray Plumbing and Heating Corporation, a
3   California corporation, d/b/a Murray Company;

4   [PRP ID No. 190] R&L Oil, a business of unknown form;
5

6   [PRP ID No. 193] Long Beach Transportation Company, a California corporation;
7

8   [PRP ID No. 194] Whittier Chrysler, Inc., a Delaware corporation;

9   [PRP ID No. 196] United Rentals, Inc., a/k/a United Rentals, a
10  business of unknown form;

11  [PRP ID No. 198] Paul's Oil Service, a business of unknown form;
12

13  [PRP ID No. 199] Harold Silverman, a/k/a Harry Silverman, and a/k/a H. Silverman, an individual;
14

15  [PRP ID No. 200] Asbury System Inc., a Utah corporation;

16  [PRP ID No. 202] Whittier Dodge, Inc., a California corporation;
17

18  [PRP ID No. 203] Western Union, a business of unknown form;

19  [PRP ID No. 204] Randy Bruce Costales, a/k/a Randall Bruce
20  Costales, a/k/a Randy B. Costales, a/k/a Randall B. Costales, a/k/a R.
21  Bruce Costales, a/k/a R.B. Costales, a/k/a Bruce Costales,
22  a/k/a R. Costales, and a/k/a B. Costales, an individual;
23

24  [PRP ID No. 206] BFI Waste Systems, a California corporation;

25  [PRP ID No. 207] Montebello Lincoln-Mercury, a California
26  corporation;

27  [PRP ID No. 210] One Stop Machine Shop, Inc., a California
28  corporation;

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

[PRP ID No. 211] Delta Enterprises Corp., a California corporation;

[PRP ID No. 212] Auto Part Recycler, Inc., a California corporation;

[PRP ID No. 213] Allan Company, Inc., a California corporation;

[PRP ID No. 214] Econo Lune N' Tune Placentia, a business of unknown form;

[PRP ID No. 215] A.P. Fischer, Inc., a California corporation;

[PRP ID No. 216] Penske Truck Rental, a business of unknown form;

[PRP ID No. 219] Econo Lube N' Tune, a business of unknown form;

[PRP ID No. 221] King's Computerized Auto Center, a business of unknown form;

[PRP ID No. 222] Laurel Diesel Service, a business of unknown form;

[PRP ID No. 223] United Auto Service & Repair Center Inc., a California corporation;

[PRP ID No. 225] Unocal 755, a business of unknown form;

[PRP ID No. 226] Scarbrough Construction and Equipment Sales and Leasing, Inc., a California corporation;

[PRP ID No. 227] Hock's Garage, Inc., a California corporation;

[PRP ID No. 229] Douglas Aircraft Company, Inc., a California corporation;

[PRP ID No. 230] BGI Worldwide, a California corporation;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1  [PRP ID No. 231] Best Lube N Tune, a business of unknown form;

2

3  [PRP ID No. 232] Auto Transport, a business of unknown form;

4  [PRP ID No. 234] Joseph Shteysel, a/k/a Joe Shteysel, and a/k/a J.

5  Shteysel, an individual;

6  [PRP ID No. 235] William A. Estrada, a/k/a Will A. Estrada, a/k/a

7  Bill A. Estrada, a/k/a Bill Estrada, a/k/a B. Estrada, a/k/a W. Estrada,

8  a/k/a W.A. Estrada, and a/k/a A. Estrada, an individual;

9

10 [PRP ID No. 237] All American Auto Service, a California corporation;

11 [PRP ID No. 238] Rockview Dairies, Inc., a California corporation;

12

13 [PRP ID No. 239] Loyola Trucking, Inc., a California corporation;

14 [PRP ID No. 242] Valvoline Instant Oil Change, a Delaware

15 corporation;

16 [PRP ID No. 243] Owner-Operator Ready Mix Concrete, Inc., a

17 California corporation;

18 [PRP ID No. 244] Eastern Municipal Water District Facilities

19 Corporation, a California corporation;

20

21 [PRP ID No. 245] Jamy's Auto Repair, a business of unknown form;

22

23 [PRP ID No. 247] A&M Oil, a California corporation;

24 [PRP ID No. 249] Oliver & Williams, a California corporation;

25

26 [PRP ID No. 250] Amberwick Corp., a California corporation;

27 [PRP ID No. 251] Scher Tire, Inc., a California corporation;

28

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1   [PRP ID No. 252] EZ Lube, a California corporation;

2

3   [PRP ID No. 253] Millers Automotive, a business of unknown form;

4

5   [PRP ID No. 255] Upgrade Auto Parts & ACC, a business of unknown form;

6

7   [PRP ID No. 259] Sunkist Growers, Inc., a California corporation;

8   [PRP ID No. 262] Doe No. 14--King, the personal representative of the
9   Estate of William King, a/k/a William M. King, a/k/a Will M. King,
10  a/k/a Bill M. King, a/k/a William King, a/k/a Will King, a/k/a Bill
11  King, a/k/a W. M. King, a/k/a B. M. King, a/k/a M. King, a/k/a B. King,
12  and a/k/a W. King, a deceased individual;

13

14  [PRP ID No. 263] Asian Complete Auto Repair, a California corporation;

15

16  [PRP ID No. 264] Mickey, a business of unknown form;

17  [PRP ID No. 266] Andy's Transmissions, a business of
18  unknown form;

19  [PRP ID No. 267] Ostrum Chevrolet, a business of unknown form;

20

21  [PRP ID No. 268] Mr. Transmission, a business of unknown form;

22  [PRP ID No. 270] Clayton Industries, a California corporation;

23

24  [PRP ID No. 271] Leeco Transmission, a business of unknown form;

25

26  [PRP ID No. 272] Hausman Bus Sales, Inc., an Arizona corporation;

27  [PRP ID No. 274] Borges Rock Products, a California corporation;

28

FRALEY & ASSOCIATES
STE. 702
617 W. 7- ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1
2
[PRP ID No. 276] California Corridor Construction, a business of unknown form;

3
4
[PRP ID No. 278] Tires West Inc., a California corporation;

5
6
[PRP ID No. 279] Home Savings of America, a business of unknown form;

7
8
[PRP ID No. 280] Chemical Transportation, a business of unknown form;

9
[PRP ID No. 281] Weiner Steel, a business of unknown form;

10
11
[PRP ID No. 282] All-American Oil Co., Inc., a California corporation;

12
[PRP ID No. 283] EZ Lube, a business of unknown form;

13
14
[PRP ID No. 284] Econo Lube N Tune, a business of unknown form;

15
[PRP ID No. 285] Tulon Co., Inc., a California corporation;

16
17
[PRP ID No. 286] K. Watanabe Corp., a/k/a K. Watanabe, a business of unknown form;

18
19
[PRP ID No. 287] Earl Purmort Drain Oil Service, a business of unknown form;

20
21
22
[PRP ID No. 287.1] Doe No. 15-- Purmort, the personal representative of the Estate of Earl Purmort, a/k/a E. Purmort, a deceased individual;

23
24
[PRP ID No. 288] PBC Concrete, Inc., a business of unknown form;

25
26
[PRP ID No. 289] George's Shell Service, a business of unknown form;

27
28
[PRP ID No. 293] All American Products, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

[PRP ID No. 294] All Tune & Lube, a business of unknown form;

[PRP ID No. 295] California Charter, Inc., a business of unknown form;

[PRP ID No. 296] Computer Tune and Lube, a business of unknown form;

[PRP ID No. 298] Schlosser Forge Co., a California corporation;

[PRP ID No. 301] Department of Public Works, an agency of the City of Los Angeles, State of California;

[PRP ID No. 302] Santa Ana Transmission Service, a business of unknown form;

[PRP ID No. 305] Industrial Transmission & Machine Co., Inc., a California corporation;

[PRP ID No. 306] Ty Trang, a/k/a T. Trang, an individual, d/b/a All Smog & Tune;

[PRP ID No. 308] United Rentals, Inc., a business of unknown form;

[PRP ID No. 309] John's Auto Repair, a business of unknown form;

[PRP ID No. 311] Steve's VW Repair, a business of unknown form;

[PRP ID No. 312] Fred's Chevron Service, a business of unknown form;

[PRP ID No. 316] Jerry Zanerick, a/k/a Jerome Zanerick, a/k/a Jerrold Zanerick, a/k/a Gerald Zanerick, a/k/a Jer Zanerick, and a/k/a J. Zanerick, an individual, d/b/a Purrfect Auto Service;

[PRP ID No. 317] Ko Ko Transmission Center, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1  [PRP ID No. 319] Frank's Auto
2  Center, a business of unknown form;

3  [PRP ID No. 320] K&J Bros. Shell, a
4  business of unknown form;

   [PRP ID No. 321] Simi Corp., a
5  business of unknown form;

6  [PRP ID No. 322] Utah Petroleum
7  Transport, LLC, a/k/a Utah
   Petroleum Transport, a business of
8  unknown form;

   [PRP ID No. 323] Blue Star
9  Automotive, Inc., a California
   corporation;
10
   [PRP ID No. 324] Leaseway Bulk
11 Services, Inc., a/k/a Leaseway Bulk
   Services, a business of unknown
12 form;

13 [PRP ID No. 325] Hasan Yamani,
   a/k/a H. Yamani, an individual,
14 d/b/a Precise Tune Alignment &
   Brake;
15
   [PRP ID No. 328] Montebello
16 Container Corp., a California
   corporation;
17
   [PRP ID No. 329] R & S
18 Transmission, Inc., a/k/a R & S
   Transmission, a business of
19 unknown form;

20 [PRP ID No. 330] Montenay Pacific
   Power Corp., a/k/a Montenay
21 Pacific Power, a business of
   unknown form;
22
   [PRP ID No. 331] Smog Pros, a
23 business of unknown form;

24 [PRP ID No. 333] B & K Firestone,
   Inc., a California corporation;
25
   [PRP ID No. 334] Courtesy
26 Transmissions, a business of
   unknown form;
27
   [PRP ID No. 335] Bobby's Unocal,
28 a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

[PRP ID No. 336] M.P. McCaffrey, Inc., a California corporation;

[PRP ID No. 337] Valley GM Diesel Holding, Inc., a California corporation;

[PRP ID No. 338] Chaffee Partner, Inc., a California corporation;

[PRP ID No. 339] Park's Shell Service, a business of unknown form;

[PRP ID No. 340] Lakewood Transmission, a business of unknown form;

[PRP ID No. 342] Todd Pacific Shipyards Corporation, a Delaware corporation;

[PRP ID No. 343] Manolo Gonzalez, a/k/a Manny Gonzalez, and a/k/a M. Gonzalez, an individual;

[PRP ID No. 344] Pacific Coast Oil Company, a business of unknown form;

[PRP ID No. 345] San Pedro Smog, a business of unknown form;

[PRP ID No. 347] Choe's Mobil, a business of unknown form;

[PRP ID No. 349] Super Oil Change N Tune, Inc., a California corporation;

[PRP ID No. 352] Maywood Auto Parts, Inc., a California corporation;

[PRP ID No. 353] Tires West, Inc., a California corporation;

[PRP ID No. 356] Alfa Auto Repair, Inc., a California corporation;

[PRP ID No. 357] Shoemaker Service, a business of unknown form;

[PRP ID No. 357.1] Doe No. 16--

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1   Shoemaker, the personal
2   representative of the Estate of
    Maurice Shoemaker, a/k/a Maury
    Shoemaker, and a/k/a M.
3   Shoemaker, a deceased individual;

4   [PRP ID No. 358] TopNotch Auto
    Service, a California corporation;
5

6   [PRP ID No. 360] Doe No. 17--
    Dicus, the personal representative
7   of the Estate of Walter E. Dicus,
    a/k/a Walt E. Dicus, a/k/a W.E.
    Dicus, a/k/a Walter Dicus, a/k/a
8   Walt Dicus, a/k/a W. Dicus, and
    a/k/a E. Dicus, a deceased
9   individual;

10  [PRP ID No. 361] Pelican
    Automotive Group, Inc., a California
11  corporation;

12  [PRP ID No. 362] Euclid Arco Smog
    Pro, a business of unknown form;
13

14  [PRP ID No. 363] Santa Monica
    Motors, Inc., a California
    corporation;
15

16  [PRP ID No. 364] Royal
    Transmissions, a/k/a Royal
    Transmissions, Inc., a business of
17  unknown form;

18  [PRP ID No. 366] Metro Oil &
    Chemical Company, Inc., a
19  California corporation;

20  [PRP ID No. 367] Chevron 2411, a
    business of unknown form;
21

22  [PRP ID No. 369] Auto Care 500, a
    business of unknown form;

23  [PRP ID No. 371] All American
    14600, a business of unknown
24  form;

25  [PRP ID No. 372] United States
    Marine Corps, an agency within the
26  Department of Defense, United
    States of America;
27

28  [PRP ID No. 373] Roger Estrada,
    a/k/a R. Estrada, an individual,

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1  d/b/a Roger Estrada Unocal, a/k/a Roger Estrada's 76;

2

3  [PRP ID No. 375] ABC Bus Inc., a Missouri corporation;

4  [PRP ID No. 376] Doe No. 18--Marshall is the personal
5  representative of the Estate of Alex Marshall, a/k/a Alexander Marshall,
6  a/k/a Alexei Marshall, a/k/a Alexandra Marshall and a/k/a A.
7  Marshall, a deceased individual;

8  [PRP ID No. 377] All Tune and Lube, a business of unknown form;

9

10  [PRP ID No. 379] Star Kist Foods, a business of unknown form;

11  [PRP ID No. 380] Vinod Mittal, a/k/a V. Mittal, an individual, d/b/a Smog
12  Pros;

13  [PRP ID No. 382] Commuter Bus Lines, Inc., a/k/a Commuter Bus
14  Lines, a business of unknown form;

15  [PRP ID No. 383] Dick's Auto Service, a business of unknown
16  form;

17  [PRP ID No. 384] Crescent Transmission, a business of
18  unknown form;

19  [PRP ID No. 385] Commercial Enameling Co., a business of
20  unknown form;

21  [PRP ID No. 386] E-Z Lube, a business of unknown form;

22

23  [PRP ID No. 388] Los Angeles Unified School District, a
24  government agency of the City of Los Angeles, State of California;

25  [PRP ID No. 389] Dale's Union Service, Inc., a California
26  corporation;

27  [PRP ID No. 390] Neighborhood Shell, a business of unknown form;

28

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1  [PRP ID No. 391] Nippon
2  Automotive, Ltd., a California
   corporation;

3  [PRP ID No. 392] Lube Express, a
   business of unknown form;
4

   [PRP ID No. 393] Los Angeles
5  Metropolitan Transit Authority, an
   agency of the County of Los
6  Angeles, State of California;

7  [PRP ID No. 394] Karol's Garage, a
   business of unknown form;
8

   [PRP ID No. 396] Bismark
9  Transmission, Inc., a/k/a Bismark
   Transmission, a business of
10 unknown form;

11 [PRP ID No. 397] GM Smog & Tune
   Up, a business of unknown form;
12

13 [PRP ID No. 398] Pacific
   Environmental Management Corp.,
   a business of unknown form;
14

   [PRP ID No. 400] Rene Prado
15 Gonzalez, a/k/a Rene P. Gonzalez,
   a/k/a R. Prado Gonzalez, a/k/a R.
16 P. Gonzalez, a/k/a Rene Gonzalez,
   a/k/a Prado Gonzalez, a/k/a P.
17 Gonzalez, and a/k/a R. Gonzalez,
   an individual, d/b/a RC Truck &
18 Trailer Repair;

19 [PRP ID No. 401] Smog Pros, a
   business of unknown form;
20

21 [PRP ID No. 402] Aloha Auto
   Center, a business of unknown
   form;
22

23 [PRP ID No. 403] AAA, a business
   of unknown form;

24 [PRP ID No. 404] Chandler's Palos
   Verdes Sand and Gravel, a
25 California corporation;

26 [PRP ID No. 405] Rolling Hills Auto
   Plaza, a business of unknown form;
27

28 [PRP ID No. 406] Econo Lube N
   Tune Service Centers, a business

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

of unknown form;

[PRP ID No. 408] Sam's Datsum, Inc., a California corporation;

[PRP ID No. 409] Elias Chevron, a business of unknown form;

[PRP ID No. 410] Alexco LLC, a/k/a Alexco, a business of unknown form;

[PRP ID No. 412] Dependable Highway Express, Inc., a California corporation;

[PRP ID No. 413] Granger-Pica Shell, Inc., a California corporation;

[PRP ID No. 415] Ecology Control Industries, Inc., a California corporation;

[PRP ID No. 416] Key Nissan Service, Inc., a California corporation;

[PRP ID No. 417] Shell Service Stations, a business of unknown form;

[PRP ID No. 418] Purrfect Auto Service, a business of unknown form;

[PRP ID No. 419] D&D Shell Service, a business of unknown form;

[PRP ID No. 420] Coburn Equipment, Inc., a California corporation;

[PRP ID No. 421] Nick Alexander Imports, a California corporation;

[PRP ID No. 422] Valley Auto Repair & Smog Station, a business of unknown form;

[PRP ID No. 423] A&A Auto Service, a business of unknown form;

[PRP ID No. 424] Al's Auto Transms, a/k/a Al's Auto

Fraley & Associates
Ste. 702
617 W. 7⁻ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

Transmissions, a business of unknown form;

[PRP ID No. 425] Southland Oil, Inc., a California corporation;

[PRP ID No. 426] Diversified Sales & Service Corp., a business of unknown form;

[PRP ID No. 427] Dave Housel, a/k/a David Housel, and a/k/a D. Housel, an individual, d/b/a Dave's Arco;

[PRP ID No. 428] Ramirez Shell Auto Service, a business of unknown form;

[PRP ID No. 429] Doe No. 19-- Lowe, the personal representative of the Estate of Andrew Lowe, a/k/a Andy Lowe, and a/k/a A. Lowe, a deceased individual, d/b/a AC Auto Service;

[PRP ID No. 430] Gary Wong, a/k/a G. Wong, an individual, d/b/a Valley's Smog Pros;

[PRP ID No. 431] Golden Auto Center, Inc., a business of unknown form;

[PRP ID No. 432] Car Tune, a business of unknown form;

[PRP ID No. 433] Joe Bezerra, a/k/a Joseph Bezerra, and a/k/a J. Bezerra, an individual, d/b/a Joe Bezerra's Chevron;

[PRP ID No. 434] Xpert Tune, a business of unknown form;

[PRP ID No. 435] Steele & Kennedy Union Oil, a business of unknown form;

[PRP ID No. 436] Pila Orlando, a/k/a P. Orlando, an individual, d/b/a Pila Orlando UNOCAL;

[PRP ID No. 437] MBZ Motors, LLC, a California limited liability

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

company;

[PRP ID No. 438] Unocal La Palma 76, a business of unknown form;

[PRP ID No. 439] Fariborz Rashidi, a/k/a F. Rashidi, an individual, d/b/a Woodside Village Chevron;

[PRP ID No. 440] Chang Yoon Kim, a/k/a Chang Y. Kim, a/k/a C. Yoon Kim, a/k/a C.Y. Kim, a/k/a C. Kim, a/k/a Yoon Kim, a/k/a Y. Kim, a/k/a C. Kim, a/k/a Chang Kim, a/k/a Kim Yoon Chang, a/k/a Kim Y. Chang, a/k/a K. Yoon Chang, a/k/a K.Y. Chang, a/k/a K. Chang, a/k/a Y. Chang, a/k/a Yoon Chang Kim, a/k/a Yoon C. Kim, a/k/a Y. Chang Kim, a/k/a Y.C. Kim, a/k/a Yoon Kim Chang, a/k/a Yoon K. Chang, a/k/a Y. Kim Chang, a/k/a Y.K. Chang, a/k/a Chang Kim Yoon, a/k/a Chang K. Yoon, a/k/a C. Kim Yoon, a/k/a C.K. Yoon, a/k/a C. Yoon, a/k/a K. Yoon, a/k/a Kim Chang Yoon, a/k/a Kim C. Yoon, a/k/a K. Chang Yoon, and a/k/a K.C. Yoon, an individual, d/b/a ABC Shell;

[PRP ID No. 441] Roger's & Halloway Roofing, a business of unknown form;

[PRP ID No. 442] Jim's Auto Center, a business of unknown form;

[PRP ID No. 444] Vance Corporation, a California corporation;

[PRP ID No. 445] Yoshi Toyomura, a/k/a Y. Toyomura, an individual, d/b/a Yoshi's Auto;

[PRP ID No. 446] Chevron Stations, Inc., a Delaware corporation;

[PRP ID No. 447] Jerry Queza, a/k/a J. Queza, an individual, d/b/a Enterprise Toyota;

[PRP ID No. 448] Chong's Mobil, a

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

business of unknown form;

[PRP ID No. 449] Ty Smith, a/k/a Tyler Smith, and a/k/a T. Smith, an individual, d/b/a American Diesel;

[PRP ID No. 450] Smog Pros, a business of unknown form;

[PRP ID No. 452] Roy Miller Freight Lines, Inc., a California corporation;

[PRP ID No. 453] O'Shea Chevron, a business of unknown form;

[PRP ID No. 454] American Car Wash, a business of unknown form;

[PRP ID No. 455] Rod's Truck Service, a California corporation;

[PRP ID No. 456] Standard Brands Paint Company, a Maryland corporation;

[PRP ID No. 457] Leon's Transmission Service, Inc., a business of unknown form;

[PRP ID No. 459] Bob's Unocal, LLC, a California limited liability company;

[PRP ID No. 460] K&S Mobil Service Station, a business of unknown form;

[PRP ID No. 461] Smog Pros, a business of unknown form;

[PRP ID No. 462] Teddy Donaldson, a/k/a Ted Donaldson, a/k/a T. Donaldson, a/k/a Theodore Donaldson, a/k/a Theo Donaldson, a/k/a Edward Donaldson, a/k/a Ed Donaldson, a/k/a Eddie Donaldson, and a/k/a E. Donaldson, an individual, d/b/a Trojan Chevron Service;

[PRP ID No. 463] Smog Pros, a business of unknown form;

[PRP ID No. 464] San Gabriel Automotive Repair, Inc., a

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

California corporation;

[PRP ID No. 465] Sami Merhi, a/k/a S. Merhi, an individual, d/b/a Del Amo Shell Service;

[PRP ID No. 466] ATR Mobile Trucks Repair, a business of unknown form;

[PRP ID No. 467] Charles H. Simmons, a/k/a C.H. Simmons, a/k/a Charles Simmons, a/k/a H. Simmons, and a/k/a C. Simmons, an individual, d/b/a A&H Olympic;

[PRP ID No. 468] AAMCO Transmissions, a business of unknown form;

[PRP ID No. 469] Chevron, a business of unknown form;

[PRP ID No. 470] Phillips Auto Service Inc., a California corporation;

[PRP ID No. 471] Quick Stop Auto Center, a business of unknown form;

[PRP ID No. 472] AAMCO Transmissions, a business of unknown form;

[PRP ID No. 473] Pro Express, Inc., a California corporation;

[PRP ID No. 474] Haines Mazda Specialist, a business of unknown form;

[PRP ID No. 475] Arrow Fuel Service, Inc., a California corporation;

[PRP ID No. 476] Kelly Khoury, a/k/a K. Khoury, an individual, d/b/a Khoury's Shell Service;

[PRP ID No. 477] Paul Diaz, a/k/a P. Diaz, an individual, d/b/a D&B Services Auto Repair;

[PRP ID No. 478] AAMCO, a

FRALEY & ASSOCIATES
STE. 702
617 W. 7- ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

business of unknown form;

[PRP ID No. 480] Hong Hyung Kyu, a/k/a Hong H. Kyu, a/k/a H. Hyung Kyu, a/k/a H.H. Kyu, a/k/a Hong Kyu, a/k/a Hyung Kyu, and a/k/a H. Kyu, an individual, d/b/a Lim's Shell;

[PRP ID No. 481] Transmission Pete, a business of unknown form;

[PRP ID No. 482] John's Smog Pros, a business of unknown form;

[PRP ID No. 483] Bret Moore Oil Company, a/k/a Bret Moore Oil, a business of unknown form;

[PRP ID No. 484] P&A Truck Repair, a business of unknown form;

[PRP ID No. 485] Dong Jin Park, a/k/a Dong J. Park, a/k/a D. Jin Park, a/k/a D.J. Park, a/k/a Dong Park, a/k/a Jin Park, a/k/a J. Park, and a/k/a D. Park, an individual, d/b/a Loco Auto;

[PRP ID No. 486] Robert's Automotive, a business of unknown form;

[PRP ID No. 487] Smog Pros, a business of unknown form;

[PRP ID No. 488] Avon Tire, a business of unknown form;

[PRP ID No. 489] Dr. Transmission, a business of unknown form;

[PRP ID No. 490] Jaybee Manufacturing Corporation, a California corporation;

[PRP ID No. 491] Jacob Barzideh, a/k/a Jake Barzideh, and a/k/a J. Barzideh, an individual, d/b/a A1 Shell;

[PRP ID No. 492] San Gabriel Transit, Inc., a California corporation;

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1  [PRP ID No. 493] AAMCO
2  Pasadena, a business of unknown form;

3  [PRP ID No. 494] Chevron, a business of unknown form;

4
5  [PRP ID No. 496] Chapman Mobil, a business of unknown form;

6  [PRP ID No. 497] Washington
7  Muffler and Brake, Inc., a California corporation;

8  [PRP ID No. 498] Hrant
9  Shekerdemian, a/k/a H. Shekerdemian, an individual, d/b/a Hrant Auto Service;

10
11 [PRP ID No. 499] Song Kim, a/k/a S. Kim, an individual, d/b/a Sam's Transmission;

12
13 [PRP ID No. 500] Deluxe Laboratories Inc., a business of unknown form;

14
15 [PRP ID No. 501] Mobil Service, a business of unknown form;

16 [PRP ID No. 502] AAMCO, a business of unknown form;

17
18 [PRP ID No. 503] Morrison Knudsen Corporation, a business of unknown form;

19
20 [PRP ID No. 506] Downey Texaco, a business of unknown form;

21 [PRP ID No. 507] Unocal 501, a business of unknown form;

22
23 [PRP ID No. 508] Javad Haghi, a/k/a J. Haghi, an individual, d/b/a Unocal;

24
25 [PRP ID No. 510] Johnny's Le Arco, a business of unknown form;

26 [PRP ID No. 511] Fred's
27 Automotive, a California corporation;

28 [PRP ID No. 512] Toyo-Tech, a

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1   business of unknown form;

2   [PRP ID No. 513] Paul's Auto Repair, a business of unknown
3   form;

4   [PRP ID No. 514] Bethlehem Steel, a business of unknown form;

5

6   [PRP ID No. 515] Luis Mesias, a/k/a L. Mesias, an individual, d/b/a Luis Shop;

7

8   [PRP ID No. 517] Keystone Ford, Inc., a Delaware corporation;

9   [PRP ID No. 518] Jack Larson Shell, Inc., a California corporation;

10

11   [PRP ID No. 519] Doe No. 20-- Williams, the personal
12   representative of the Estate of Kenneth Williams, a/k/a Ken
13   Williams, and a/k/a K. Williams, a deceased individual, d/b/a Ken's
14   Rapid Lube;

15   [PRP ID No. 520] Navas Auto-Pro Plus, a business of unknown form;

16   [PRP ID No. 521] Carlos Monreal, a/k/a C. Monreal, an individual,
17   d/b/a Artesia Automotive;

18   [PRP ID No. 522] Mercury Air Group, a business of unknown
19   form;

20   [PRP ID No. 523] Jenkins Oil Co., Inc., a California corporation;

21

22   [PRP ID No. 524] Ken Banks, a/k/a Kenneth Banks, and a/k/a K.
23   Banks, an individual, d/b/a Moreno Valley Transmission;

24   [PRP ID No. 526] City of Industry Disposal Co., Inc., a California
25   corporation;

26   [PRP ID No. 527] Jim Matson, a/k/a James Matson, a/k/a Jimmy
27   Matson, and a/k/a J. Matson, an individual, d/b/a Jim Matson
28   Automotive;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

1

2
[PRP ID No. 528] Alpha Auto Sales, a business of unknown form;

3

4
[PRP ID No. 529] Sutorbilt, a business of unknown form;

5
[PRP ID No. 530] Cabrillo Marine Services, Inc., a California corporation;

6

7

8
[PRP ID No. 532] David Vatani, a/k/a Dave Vatani, and a/k/a D. Vatani, an individual, d/b/a Unocal Dealers Service Station;

9
[PRP ID No. 533] Taylor Co., a business of unknown form;

10

11
[PRP ID No. 534] H&T Union 76 No. 2, a business of unknown form;

12
[PRP ID No. 535] Triplett & Son, Inc., a California corporation;

13

14
[PRP ID No. 537] Texaco, Inc., a business of unknown form;

15

16
[PRP ID No. 539] Unocal Leisure World Inc., a California corporation;

17

18
[PRP ID No. 540] Berge Karaghossian, a/k/a B. Karaghossian, an individual, d/b/a Berge's Mobil Service;

19

20
[PRP ID No. 542] MD Hydraulics, Inc., a California corporation;

21
[PRP ID No. 543] Able Auto, a business of unknown form;

22

23
[PRP ID No. 544] Best Buy Tire Centers, Inc., a California corporation;

24

25
[PRP ID No. 545] Quik Change Lube & Oil, a business of unknown form;

26

27
[PRP ID No. 546] Star Tire Center, Inc., a California corporation;

28
[PRP ID No. 547] Trans. West Pacific Co., a California

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

corporation;

[PRP ID No. 548] Meng Chea, a/k/a M. Chea, an individual, d/b/a California Nissan Service;

[PRP ID No. 549] Western Municipal Water District of Riverside County, an agency of the Santa Ana Watershed Project Authority;

[PRP ID No. 550] Star Auto Clinic, a business of unknown form;

[PRP ID No. 551] ANDREW KATSUYA ASARI, as administrator of the Estate of Kazumasa Asari, aka Kaz Asari, aka K. Asari, an individual, formerly doing business as Asari Auto Repair;

[PRP ID No. 553] Upgrade Enterprise, Inc., a California corporation;

[PRP ID No. 555] Brewster's Automotive, Inc., a California corporation;

[PRP ID No. 557] A&H Econo Lube & Tune, a business of unknown form;

[PRP ID No. 558] Chemical Leaman Tank Lines, Inc., a Delaware corporation;

[PRP ID No. 559] Shin Cook, a/k/a S. Cook, an individual, d/b/a K1 Transmission Service;

[PRP ID No. 560] Ford's Automotive Service, a business of unknown form;

[PRP ID No. 561] Harry's Airport Garage, a business of unknown form;

[PRP ID No. 562] Santa Ana Lincoln-Mercury, a California corporation;

[PRP ID No. 563] San Luis Service

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Auto Center, Inc., a/k/a San Luis Service Auto Center, a business of unknown form;

[PRP ID No. 564] AAMCO Transmission, a business of unknown form;

[PRP ID No. 567] Jose Pelayo, a/k/a J. Pelayo, an individual, d/b/a Jose Pelayo Auto Service;

[PRP ID No. 568] Car Tune Auto Service, a business of unknown form;

[PRP ID No. 569] Department of Public Works, an agency of the County of Santa Barbara, State of California;

[PRP ID No. 570] Ming's Auto Corporation, a California corporation;

[PRP ID No. 572] Hood Construction Company, a California corporation;

[PRP ID No. 573] Hahn's Auto Service, Inc., a California corporation;

[PRP ID No. 574] Comet California Cutlery, Inc., a/k/a Comet California Cutlery, a business of unknown form;

[PRP ID No. 575] Esmail Enterprises, Inc., a California corporation;

[PRP ID No. 576] Tony's Auto Repair, a California corporation;

[PRP ID No. 578] Quick Auto Repair, a business of unknown form;

[PRP ID No. 579] Gary Johnson, a/k/a G. Johnson, an individual, d/b/a Village Chevron;

[PRP ID No. 580] Calzona Tankways, Inc., an Arizona

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

corporation;

[PRP ID No. 581] Oest Enterprises, Inc., a California corporation;

[PRP ID No. 583] Cerritos Chevron, a California general partnership;

[PRP ID No. 583.1] Robert Chow, a/k/a Rob Chow, a/k/a Robby Chow, a/k/a R. Chow a/k/a Bob Chow, a/k/a Bobby Chow, and a/k/a B. Chow, a general partner in Cerritos Chevron;

[PRP ID No. 583.2] Parina Hirani, a/k/a P. Hirani, a general partner in Cerritos Chevron;

[PRP ID No. 583.3] Ruben Mehrady, a/k/a R. Mehrady, a general partner in Cerritos Chevron;

[PRP ID No. 584] Contico Container Corp., a/k/a Contico Container, a business of unknown form;

[PRP ID No. 585] Gardena Battery, Inc., a California corporation;

[PRP ID No. 586] Don Cooper, a/k/a Donald Cooper, and a/k/a D. Cooper, an individual, d/b/a AAMCO;

[PRP ID No. 587] Able Auto Center, a business of unknown form;

[PRP ID No. 588] LGL Transportation, a business of unknown form;

[PRP ID No. 592] Tony Suskie, a/k/a Anthony Suskie, a/k/a A. Suskie, and a/k/a T. Suskie, an individual, d/b/a Tony's Unocal and Towing;

[PRP ID No. 593] Consolidated Drum Reconditioning, a California corporation;

[PRP ID No. 594] The Tune Up Center, a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

[PRP ID No. 595] Victor Auto Repair, a business of unknown form;

[PRP ID No. 596] Kingsley Auto Service, Inc., a/k/a Kingsley Auto, a business of unknown form;

[PRP ID No. 597] Jae N. Kim, a/k/a Jae Kim, a/k/a J.N. Kim, a/k/a N. Kim, and a/k/a J. Kim, an individual, d/b/a J Kim's Auto Repair Shop;

[PRP ID No. 598] Doe No. 21-- Tony, the personal representative of the Estate of James Tony, Jr., a/k/a Jim Tony, Jr., a/k/a J. Tony, Jr. a/k/a James Tony, a/k/a Jim Tony, a/k/a J. Tony, a/k/a Tony James, Jr., a/k/a T. James, Jr., a/k/a Tony James, a/k/a T. James, a/k/a Anthony James, Jr., a/k/a A. James, Jr., a/k/a Anthony James, and a/k/a A. James, a deceased individual, d/b/a Tony's Discount Transmission;

[PRP ID No. 599] A&B Transmissions, a California general partnership;

[PRP ID No. 599.1] Hector Hernandez, a/k/a H. Hernandez, a general partner in A&B Transmissions;

[PRP ID No. 599.2] Chin Jun, a/k/a C. Jun, a general partner in A&B Transmissions;

[PRP ID No. 599.3] Jin Jun, a/k/a J. Jun, a general partner in A&B Transmissions;

[PRP ID No. 599.4] Celso Murillo, a/k/a C. Murillo, a general partner in A&B Transmissions;

[PRP ID No. 600] Leroy Brazeal, a/k/a Lee Brazeal, and a/k/a L. Brazeal, an individual, d/b/a Lee's Auto Safety;

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1   [PRP ID No. 601] Valley Auto
2   Repair, a business of unknown form;

3   [PRP ID No. 602] Reza Hedayat,
    a/k/a R. Hedayat, an individual,
4   d/b/a Shell Auto;

5   [PRP ID No. 603] MPI, a business
    of unknown form;
6
7   [PRP ID No. 605] Unocal 4373, a
    business of unknown form;

8   [PRP ID No. 606] Swedish
    Advanced Auto Bay, a business of
9   unknown form;

10  [PRP ID No. 609] Cleveland
    Wrecking Company, a Delaware
11  corporation;

12  [PRP ID No. 610] Garfield Chevron,
    a business of unknown form;
13
    [PRP ID No. 612] Crest Steel
14  Corporation, a California
    corporation;
15
    [PRP ID No. 613] Anaheim Union
16  76, a business of unknown form;

17  [PRP ID No. 614] All Tune and
    Lube, a business of unknown form;
18
    [PRP ID No. 616] Buy-Sell
19  Enterprises, Inc., a California
    corporation d/b/a Bob's Tire & Auto
20  Center;

21  [PRP ID No. 622] Wilcox Machine
    Co. a California corporation;
22
    [PRP ID No. 624] Walid Hassan,
23  a/k/a W. Hassan, an individual,
    d/b/a Chuck's Union 76;
24
    [PRP ID No. 625] Orange Texaco, a
25  business of unknown form;

26  [PRP ID No. 626] Ken's Oil, a
    California corporation;
27
    [PRP ID No. 628] Freeway Shell No.
28  5, a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

[PRP ID No. 629] Jim Everett, a/k/a James Everett, and a/k/a J. Everett, an individual;

[PRP ID No. 630] Service Station of the Stars, a business of unknown form;

[PRP ID No. 631] United States Navy, an agency of the Department of Defense, United States of America;

[PRP ID No. 633] American Racing Equipment, Inc., a Delaware corporation;

[PRP ID No. 634] Hung Tran, a/k/a H. Tran, an individual, d/b/a Smog Pro Arco 0087, a/k/a Smog Pro, and a/k/a Arco;

[PRP ID No. 636] Charles B. De Farkas Enterprises, Inc., a California corporation d/b/a Shell Self Service;

[PRP ID No. 638] Jamy H. Hsih, a/k/a J.H. Hsih, a/k/a Jamy Hsih, a/k/a H. Hsih, and a/k/a J. Hsih, an individual, d/b/a Jamy's Auto;

[PRP ID No. 639] Harry H. Hahn, a/k/a Harold H. Hahn, a/k/a H.H. Hahn, a/k/a Harry Hahn, also known as Harold Hahn, and a/k/a H. Hahn, an individual, d/b/a Hahn's Texaco;

[PRP ID No. 640] Arrow Truck Wrecking, Inc., a California corporation;

[PRP ID No. 641] Roldolfo A. Llamas, a/k/a R.A. Llamas, a/k/a Roldolfo Llamas, a/k/a A. Llamas, and a/k/a R. Llamas, an individual, d/b/a Rudy's Truck Service;

[PRP ID No. 642] Ramzi Union, Inc., a/k/a Ramzi Union, a business of unknown form;

[PRP ID No. 644] United Auto &

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

Tires, a business of unknown form;

[PRP ID No. 645] Mike Yeghazar, a/k/a Michael Yeghazar, and a/k/a M. Yeghazar, an individual, d/b/a Ian Auto Service Center;

[PRP ID No. 646] Exxon 921, a business of unknown form;

[PRP ID No. 647] Soon Boon, a/k/a S. Boon, an individual, d/b/a Chino Hills Nissan Service;

[PRP ID No. 648] Chemgold, Inc., a California corporation;

[PRP ID No. 649] Pardella Automotive Repair Service, Ltd., a California corporation;

[PRP ID No. 651] Crest Equipment Co., a business of unknown form;

[PRP ID No. 652] Samuel Lewis, a/k/a Sam Lewis, and a/k/a S. Lewis, an individual, d/b/a Chino Welding & Assembly;

[PRP ID No. 653] Qualified Equipment Service, a business of unknown form;

[PRP ID No. 655] K.S. Waste Oil Co., a business of unknown form;

[PRP ID No. 656] Anthony R. Crisalli, a/k/a A.R. Crisalli, a/k/a Anthony Crisalli, a/k/a R. Crisalli, a/k/a A. Crisalli, a/k/a Tony R. Crisalli, a/k/a T.R. Crisalli, a/k/a Tony Crisalli, and a/k/a T. Crisalli, an individual;

[PRP ID No. 657] Preston's Unocal Service & Tire, a business of unknown form;

[PRP ID No. 658] Dagher Shell, a business of unknown form;

[PRP ID No. 659] California United Terminals, Inc., a/k/a California United Terminals, a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1   [PRP ID No. 660] Toby Ramos Tire
2   Service, Inc., a/k/a Toby Ramos
    Tire Service, a business of
3   unknown form;

4   [PRP ID No. 661] U.S.A. Lubricants
    Company, a California corporation;
5

6   [PRP ID No. 662] Lifetime
    Transmission Exchange, a
    California corporation;
7

8   [PRP ID No. 663] Performance
    Auto, a business of unknown form;

9   [PRP ID No. 664] Doe No. 22--
    Lopez, the personal representative
10  of the Estate of Luis Lopez, a/k/a L.
    Lopez, a deceased individual, d/b/a
11  Monza Auto Service;

12  [PRP ID No. 665] Glen – Mac Swiss
    Co., a California corporation;
13

14  [PRP ID No. 666] Schindler Elevator
    Corporation, a Delaware
    corporation, d/b/a Westinghouse
15  Elevator;

16  [PRP ID No. 667] Mobil Transport
    Service, a business of unknown
17  form;

18  [PRP ID No. 668] Lee's Automotive,
    a business of unknown form;
19

20  [PRP ID No. 670] California Tank
    Lines, LLC, a/k/a California Tank
    Lines, a business of unknown form;
21

22  [PRP ID No. 671] Ben Pouldar,
    a/k/a Benjamin Pouldar, and a/k/a
    B. Pouldar, an individual, d/b/a
23  Nick's Chevron Services;

24  [PRP ID No. 672] US Rentals, a
    business of unknown form;
25

26  [PRP ID No. 673] Robert Seremba,
    a/k/a Rob Seremba, a/k/a Robby
    Seremba, a/k/a Bob Seremba,
27  a/k/a Bobby Seremba, a/k/a B.
    Seremba, and a/k/a R. Seremba,
28  an individual;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1

2   [PRP ID No. 674] Donald Elbin, a/k/a Don Elbin, and a/k/a D. Elbin, an individual, d/b/a Montgomery Tank Lines;

3

4   [PRP ID No. 675] Sunnyside 76, Inc., a/k/a Sunnyside 76, a business of unknown form;

5

6   [PRP ID No. 676] A-1 Auto Repair, Inc., a/k/a A-1 Auto Repair, a business of unknown form;

7

8   [PRP ID No. 677] Rialto Chevron, Inc., a California corporation;

9

10   [PRP ID No. 678] Yagi Auto, Inc., a California corporation;

11   [PRP ID No. 683] Kim's Shell Service (1604), a/k/a Kim's Shell Service, a business of unknown form;

12

13

14   [PRP ID No. 684] Randall McCullough, a/k/a Randy McCullough, and a/k/a R. McCullough, an individual, d/b/a Randy's Chevron;

15

16

17   [PRP ID No. 685] Kim's Shell Service (1135), a business of unknown form;

18

19   [PRP ID No. 686] Lake Forest Toyota Repair, a business of unknown form;

20

21   [PRP ID No. 687] Pedro Gomez, a/k/a P. Gomez, an individual, d/b/a Gomez Auto Repair;

22

23   [PRP ID No. 689] Bernie Screw Products, a business of unknown form;

24

25   [PRP ID No. 690] Christopher Ramirez, a/k/a Chris Ramirez, and a/k/a C. Ramirez, an individual, d/b/a Smog Pros;

26

27   [PRP ID No. 692] Kasem's Union 76, a business of unknown form;

28

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1   [PRP ID No. 693] Texaco (632), a business of unknown form;

2

3   [PRP ID No. 694] Hot VW Repair, Inc., a/k/a Hot VW Repair, a business of unknown form;

4

5   [PRP ID No. 695] AAMCO Transmissions, a business of unknown form;

6

7   [PRP ID No. 696] Downey Firestone, a business of unknown form;

8

9   [PRP ID No. 697] Magnolia Electric-Motors, Inc., a/k/a Magnolia Electric-Motors, a business of unknown form;

10

11   [PRP ID No. 698] Texaco Service Station, a business of unknown form;

12

13   [PRP ID No. 699] United States Navy, an agency of the Department of Defense, United States of America;

14

15

16   [PRP ID No. 700] Jeff Robbins, a/k/a Jeffrey Robins, and a/k/a J. Robbins, an individual, d/b/a Jeff's Auto Repair;

17

18   [PRP ID No. 702] John's Auto Repair, a business of unknown form;

19

20   [PRP ID No. 703] Norco Transmission Center, Inc., a/k/a Norco Transmission Center, a business of unknown form;

21

22

23   [PRP ID No. 704] Fullerton Auto Care & Trans, a business of unknown form;

24

25   [PRP ID No. 705] Jetson Auto Service, Inc., a California corporation;

26

27   [PRP ID No. 706] Colton Equipment Co. a California corporation;

28   [PRP ID No. 707] Nissan Master

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Rev 973's Seventh Amended Complaint

1   Service, a business of unknown form;

2

3   [PRP ID No. 708] 123 Auto Repair, a business of unknown form;

4   [PRP ID No. 711] Michael
5   Reynolds, a/k/a Mike Reynolds, and a/k/a M. Reynolds, an
6   individual, d/b/a Mike Reynolds Chevron Service;

7   [PRP ID No. 712] Kwik Industries, Inc., a California corporation;

8

9   [PRP ID No. 713] Stephen Peters, a/k/a Steven Peters, a/k/a Steve Peters, and a/k/a S. Peters, an
10  individual, d/b/a Diesel Mobile Service;

11

12  [PRP ID No. 715] Hwa H. Wu, a/k/a H. H. Wu, a/k/a Hwa Wu, and a/k/a H. Wu, an individual, d/b/a JW
13  Auto;

14  [PRP ID No. 716] Arctic Cold Storage, Inc., a California
15  corporation;

16  [PRP ID No. 719] OTY Inc., a California corporation;

17

18  [PRP ID No. 720] Hoc V. Nguyen, a/k/a H.V. Nguyen, a/k/a Hoc Nguyen, a/k/a V. Nguyen, and a/k/a
19  H. Nguyen, an individual, d/b/a Smog Pros;

20

21  [PRP ID No. 721] Strege Automotive, Incorporated, a California corporation;

22

23  [PRP ID No. 722] Arco Smog Pros, a business of unknown form;

24  [PRP ID No. 723] Lomita Chevron, a business of unknown form;

25

26  [PRP ID No. 724.1] Tune-Ups Plus, a business of unknown form;

27  [PRP ID No. 724.2] Austin's Transmission, a business of
28  unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

[PRP ID No. 725.1] Valco Plastics Inc., a California corporation;

[PRP ID No. 725.2] Lee's Arco Smog Pros, a business of unknown form;

[PRP ID No. 726] Jagur Tractor, a California corporation;

[PRP ID No. 728] Hamid Kianipur, a/k/a H. Kianipur, an individual, d/b/a Auto Care Unocal;

[PRP ID No. 729] M & M Petroleum Services, Inc., a California corporation;

[PRP ID No. 730] Volvo-Benz Service, Inc., a California corporation;

[PRP ID No. 731] Leon Markosian, a/k/a L. Markosian, an individual, d/b/a Leon's Unocal;

[PRP ID No. 732] Tony's Express Inc., a California corporation;

[PRP ID No. 735] Rio Rancho Goodyear, a business of unknown form;

[PRP ID No. 737] Henry's Auto Repair Center, a business of unknown form;

[PRP ID No. 739] Adnan E. Sahyouni, a/k/a A.E. Sahyouni, a/k/a Adnan Sahyouni, a/k/a E. Sahyouni, and a/k/a A. Sahyouni, an individual, d/b/a Andy's Shell;

[PRP ID No. 740] Ashbel Tune and Lube Inc., a California corporation;

[PRP ID No. 742] Western Shell, a business of unknown form;

[PRP ID No. 743] Wragtime Air Freight, Inc., a New York corporation;

[PRP ID No. 744] George Hanna,

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

a/k/a G. Hanna, an individual, d/b/a Anza Mobil Service;

[PRP ID No. 745] United Auto Repair & Service, a business of unknown form;

[PRP ID No. 746] Ben J. Lee, a/k/a Benjamin J. Lee, a/k/a B.J. Lee, a/k/a Ben Lee, a/k/a Benjamin Lee, a/k/a J. Lee, and a/k/a B. Lee, an individual, d/b/a Mobil (401);

[PRP ID No. 748] Steven Grossi, a/k/a Stephen Grossi, a/k/a Steve Grossi, and a/k/a S. Grossi, an individual, d/b/a Manhattan Beach Shell;

[PRP ID No. 750] Kaylo Limited Partnership, a/k/a Kaylo, a business of unknown form;

[PRP ID No. 751] Pacific Auto Repairs, Inc., a California corporation;

[PRP ID No. 752] Samani Hanna, a/k/a Sam Hanna, and a/k/a S. Hanna, an individual, d/b/a Mike's Auto Repair;

[PRP ID No. 753] Grand Unocal 76 6187, a/k/a Grand Unocal 76, a business of unknown form;

[PRP ID No. 754] R.C. Service Gas Station, Inc., a California corporation;

[PRP ID No. 755] D.B. Oil, LLC, a business of unknown form;

[PRP ID No. 756] Gish Auto Repair, Inc., a California corporation;

[PRP ID No. 757] S.T. Triad Enterprises, a/k/a S.T. Triad, a business of unknown form;

[PRP ID No. 758] Ramirez Auto Repair, a business of unknown form;

[PRP ID No. 761] Saddleback

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

Trans, Inc., a California corporation;

[PRP ID No. 762] Doe No. 23--Casillas, the personal representative of the Estate of David Casillas, a/k/a Dave Casillas, a/k/a D. Casillas, a deceased individual;

[PRP ID No. 764] Michael J. Higgins Enterprises, Inc., a California corporation;

[PRP ID No. 766] S&S Trucking, a business of unknown form;

[PRP ID No. 767] Majid Tabibian, a/k/a M. Tabibian, an individual, d/b/a Smog Pros;

[PRP ID No. 768] Tamco Enterprises, a business of unknown form;

[PRP ID No. 769] Henry Auto Center, Inc., a/k/a Henry Auto Center, a business of unknown form;

[PRP ID No. 770] Gordon Fong, a/k/a G. Fong, an individual, d/b/a Gasoline Alley;

[PRP ID No. 771] Main Street Dairy, Inc., a California corporation;

[PRP ID No. 772] Swedish Pro-Tech, Inc., a California corporation;

[PRP ID No. 773] San Pedro Shell, a business of unknown form;

[PRP ID No. 775] Serkis Targanyan, a/k/a S. Targanyan, an individual, d/b/a George's UNOCAL 76;

[PRP ID No. 777] Annabis Unocal Service, a business of unknown form;

[PRP ID No. 778] Reliance Auto Repair Service, Inc., a California corporation;

[PRP ID No. 779] Siam Minh

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**REV 973's SEVENTH AMENDED COMPLAINT**

1 Corporation, a California corporation;

2

3 [PRP ID No. 783] S. & O. Oil Services, Inc., a/k/a S. & O. Oil Services, a business of unknown form;

4

5 [PRP ID No. 784] Al's Jaguar, Inc., a California corporation;

6

7 [PRP ID No. 785] Pro Auto Care, a California corporation;

8 [PRP ID No. 786] Peter Kwon, a/k/a Pete Kwon, and a/k/a P. Kwon, an individual, d/b/a Kwon's Mobil;

9

10 [PRP ID No. 787] Ralph Panella, a/k/a R. Panella, an individual, d/b/a Ralph's Chevron;

11

12 [PRP ID No. 789] Adolfo's Auto Repair, a business of unknown form;

13

14 [PRP ID No. 791] John Fawcett, a/k/a J. Fawcett, an individual, d/b/a Unocal Service Station at 26th Street;

15

16

17 [PRP ID No. 792] XCO, Inc., a California corporation;

18 [PRP ID No. 793] Ali Majdi, a/k/a A. Majdi, an individual, d/b/a Pars Unocal;

19

20 [PRP ID No. 794] The Tune Up Center, a business of unknown form;

21

22 [PRP ID No. 796] Ray Ziglari, a/k/a Raymond Ziglari, and a/k/a R. Ziglari, an individual, d/b/a Japanese Auto Care Specialist;

23

24

25 [PRP ID No. 797] Yong Chung, a/k/a Y. Chung, an individual, d/b/a Smog Pros;

26

27 [PRP ID No. 798] Rex Osborn, a/k/a R. Osborn, an individual, d/b/a Rex Osborn Exxon Services;

28

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1  [PRP ID No. 799] Ropak West Inc., a California corporation;

2

3  [PRP ID No. 800] Raymond Mendoza, a/k/a Ray Mendoza, and a/k/a R. Mendoza, an individual, d/b/a Ray's Texaco;

4

5  [PRP ID No. 801] Dynamic Performance, a business of unknown form;

6

7  [PRP ID No. 802] Herald's Garage, Inc., a California corporation;

8

9  [PRP ID No. 803] County of Los Angeles Sheriff's Department, an agency of the County of Los Angeles, State of California;

10

11  [PRP ID No. 804] Zareen E. Noory, a/k/a Z.E. Noory, a/k/a Zareen Noory, a/k/a E. Noory, and a/k/a Z. Noory, an individual, d/b/a All Tune & Lube;

12

13

14  [PRP ID No. 805] Jim's Arco Service, a business of unknown form;

15

16  [PRP ID No. 806] Performance Auto Express, a business of unknown form;

17

18  [PRP ID No. 807] Burbank Water and Power, an agency of the City of Burbank, County of Los Angeles, State of California;

19

20

21  [PRP ID No. 808] Goodyear Trinity Auto Service Center, Inc., a/k/a Goodyear Trinity Auto Service Center, a business of unknown form;

22

23

24  [PRP ID No. 809] Autoron Service Co., Inc., a California corporation;

25  [PRP ID No. 810] AJ Mobil Service, a business of unknown form;

26

27  [PRP ID No. 811] Jack Taniguchi, a/k/a John Taniguchi, a/k/a J. Taniguchi, an individual, d/b/a Jack's Friendly Service;

28

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PRP ID No. 812] Bohan Automotive Inc., a California corporation;

[PRP ID No. 814] Gary Mankarian, a/k/a G. Mankarian, an individual, d/b/a Allen & Villa Mobil;

[PRP ID No. 815] J.J. Auto Repair, Inc., a/k/a J.J. Auto Repair, a business of unknown form;

[PRP ID No. 816] G&V Transmissions, a business of unknown form;

[PRP ID No. 818] Cardenas Auto Service, a business of unknown form;

[PRP ID No. 819] Chevron U.S.A., a business of unknown form;

[PRP ID No. 820] Yang C. Chung, a/k/a Y.C. Chung, a/k/a Yang Chung, a/k/a C. Chung, and a/k/a Y. Chung, an individual, d/b/a Chung's Union 76;

[PRP ID No. 821] All Tune and Lube, a business of unknown form;

[PRP ID No. 823] Ray's Arco Smog Pros, a business of unknown form;

[PRP ID No. 824] Classic Star Mercedes, a business of unknown form;

[PRP ID No. 825] Kim's Tire and Auto Service, Inc., a California corporation;

[PRP ID No. 827] Peter H. Pan, a/k/a P.H. Pan, a/k/a Peter Pan, a/k/a H. Pan, and a/k/a P. Pan, an individual, d/b/a Pan's Texaco;

[PRP ID No. 828] A-1 Transmission, a business of unknown form;

[PRP ID No. 829] Crist Contracting Co., Inc., a California corporation;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1  [PRP ID No. 830] Jahan Jahangiri,
   a/k/a J. Jahangiri, an individual,
2  d/b/a Jahan's Arco Smog Pros;

3  [PRP ID No. 831] Peng Sreng, a/k/a
   P. Sreng, an individual, d/b/a
4  Peng's Unocal;

5  [PRP ID No. 832] Ocon 76, a
   business of unknown form;
6
   [PRP ID No. 833] Arco Smog Pros,
7  a business of unknown form;

8  [PRP ID No. 834] Colima Unocal, a
   business of unknown form;
9
   [PRP ID No. 835] Lee's Chevron
10 Station, a business of unknown
   form;
11
   [PRP ID No. 836] Ko Ko
12 Transmissions, Inc., a business of
   unknown form;
13
   [PRP ID No. 837] O & M Auto &
14 Truck Service, Inc., a California
   corporation;
15
   [PRP ID No. 840] Smog Pros, a
16 business of unknown form;

17 [PRP ID No. 841] Silver Sea Auto
   Repair Inc., a business of unknown
18 form;

19 [PRP ID No. 842] Alvarez Shell, a
   business of unknown form;
20
   [PRP ID No. 843] Econo Lube N
21 Tune, a business of unknown form;

22 [PRP ID No. 844] Best Care Exxon,
   a business of unknown form;
23
   [PRP ID No. 845] Viken Aposhian,
24 a/k/a V. Aposhian, an individual,
   d/b/a Smog Pros;
25
   [PRP ID No. 846] A&B Auto, a
26 business of unknown form;

27 [PRP ID No. 848] Chevron (11453),
   a business of unknown form;

28

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1   [PRP ID No. 849] Torco
2   International Corporation, a
    California corporation;

3   [PRP ID No. 850] Ben T. Lei, Sr.,
    a/k/a Benjamin T. Lei, Sr., a/k/a
4   B.T. Lei, Sr., a/k/a Ben Lei, Sr.,
    a/k/a Benjamin Lei, Sr., a/k/a T. Lei,
5   Sr., a/k/a B. Lei, Sr., a/k/a Ben T.
    Lei, a/k/a Benjamin T. Lei, a/k/a
6   B.T. Lei, a/k/a Ben Lei, a/k/a
    Benjamin Lei, a/k/a T. Lei, and
7   a/k/a B. Lei, an individual, d/b/a
    Ben Lei Mobil Service Center;

8
    [PRP ID No. 851] Big John's Trans,
9   a business of unknown form;

10  [PRP ID No. 852] Culver City
    Transmission Service, Inc., a
11  California corporation;

12  [PRP ID No. 853] Jin Cho, a/k/a J.
    Cho, an individual, d/b/a C&C
13  Shell;

14  [PRP ID No. 854] John Morrell &
    Co., a Delaware corporation;
15
    [PRP ID No. 855] Russell J. McKee,
16  a/k/a Russ J. McKee, a/k/a R.J.
    McKee, a/k/a Russell McKee, a/k/a
17  Russ McKee, a/k/a J. McKee, and
    a/k/a R. McKee, an individual,
18  d/b/a Big 4 Transmissions;

19  [PRP ID No. 856] Pro Automotive, a
    business of unknown form;
20
    [PRP ID No. 858] John T. Kim, a/k/a
21  J.T. Kim, a/k/a John Kim, a/k/a T.
    Kim, and a/k/a J. Kim, an
22  individual, d/b/a Burbank Smog &
    Auto Center;
23
    [PRP ID No. 859] Hank's Tire, a
24  California corporation;

25  [PRP ID No. 861] Abu Lashin
    Brothers, Inc., a California
26  corporation;

27  [PRP ID No. 862] Salvatore Zito,
    a/k/a Sal Zito, and a/k/a S. Zito, an
28  individual, d/b/a Zito's Shell;

Fraley & Associates
Ste. 702
617 W. 7ᵗᴴ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PRP ID No. 863] Crosby & Overton, Inc., a California corporation;

[PRP ID No. 865] James Langdon, a/k/a Jim Langdon, a/k/a Jimmy Langdon, and a/k/a J. Langdon, an individual d/b/a Custom Fuel Service;

[PRP ID No. 866] Arco (11470), a business of unknown form;

[PRP ID No. 867] Doe No. 24--McHenry, the personal representative of the Estate of James McHenry, Jr., a/k/a Jim McHenry, Jr., a/k/a J. McHenry, Jr., a/k/a James McHenry, a/k/a Jim McHenry, and a/k/a J. McHenry, a deceased individual, d/b/a McHenry Chevron;

[PRP ID No. 869] Monrovia Shell, a business of unknown form;

[PRP ID No. 870] Prolimn Oil Company, a/k/a Prolimn Oil, a business of unknown form;

[PRP ID No. 871] Smog Pros, a business of unknown form;

[PRP ID No. 872] John Fawcett, a/k/a J. Fawcett, an individual, d/b/a Ken's Union Oil Service, a/k/a John Fawcett Union Oil No. 2;

[PRP ID No. 873] Complete Charter Lines, Inc., a California corporation;

[PRP ID No. 874] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 875] Bay Cities Motors, a business of unknown form;

[PRP ID No. 879] Kim's Mobil, Inc., a/k/a Kim's Mobil, a business of unknown form;

[PRP ID No. 880] Four Star Auto Repair and Parts, a California

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

1 corporation;

2 [PRP ID No. 881] Alan Yu, a/k/a Al
3 Yu, and a/k/a A. Yu, an individual, d/b/a Arco Smog Pros (1000);

4 [PRP ID No. 882] Foroshani
5 Hooshang, a/k/a F. Hooshang, an individual, d/b/a Smog Pros (3111);

6 [PRP ID No. 883] Arthur Saldana,
7 a/k/a Art Saldana, and a/k/a A. Saldana, an individual, d/b/a Art's Shell;
8

9 [PRP ID No. 885] Kamal Sadik,
a/k/a K. Sadik, an individual, d/b/a Magic Lube;
10

11 [PRP ID No. 886] Gary Templeton,
a/k/a G. Templeton, an individual, d/b/a Globe Transmissions;
12

13 [PRP ID No. 888] Pioneer Fast
Service, a business of unknown form;
14

15 [PRP ID No. 889] Harbor City Mobil,
a business of unknown form;

16 [PRP ID No. 890] Jong Hahn, a/k/a
17 J. Hahn, an individual, d/b/a Han Shell, a/k/a Hahn Shell;

18 [PRP ID No. 891] B&H Auto Repair,
a business of unknown form;
19

20 [PRP ID No. 892] Purrfect Auto
Service, a business of unknown
21 form; operating as a franchisee of Purrfect Auto Service, Inc., a
22 California corporation;

23 [PRP ID No. 893] Nick Nazari, a/k/a
Nicholas Nazari, and a/k/a N. Nazari, an individual, d/b/a Nick
24 Nazari Automotive;

25 [PRP ID No. 894] Economy Auto
Center, a business of unknown
26 form;

27 [PRP ID No. 896] Phillips Ranch
Unocal, a business of unknown
28 form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ St.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

[PRP ID No. 897] Lee's Jaguar and British Auto Repair, a business of unknown form;

[PRP ID No. 898] Chris T. Jennings, a/k/a Christopher T. Jennings, a/k/a C.T. Jennings, a/k/a Chris Jennings, a/k/a Christopher Jennings, a/k/a T. Jennings, and a/k/a C. Jennings, an individual, d/b/a Huntington Harbor Mobil;

[PRP ID No. 900] Raj K. Nangia, a/k/a R.K. Nangia, a/k/a Raj Nanjia, a/k/a K. Nangia, and a/k/a R. Nangia, an individual, d/b/a Crown Automotive;

[PRP ID No. 901] Abel Rodriguez, a/k/a A. Rodriguez, an individual, d/b/a Discount Auto Service;

[PRP ID No. 902] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 903] Paul's Automotive Service and Repair, Inc., a California corporation;

[PRP ID No. 905] Moturis Inc., a California corporation;

[PRP ID No. 908] Hawthorne Unocal, a business of unknown form;

[PRP ID No. 909] Norm's Union 76, a business of unknown form;

[PRP ID No. 910] Underground Ford, Inc., a California corporation;

[PRP ID No. 911] Western & Vernon Shell, a business of unknown form;

[PRP ID No. 912] Coker's Trans, a business of unknown form;

[PRP ID No. 913] Louise Unocal, a business of unknown form;

[PRP ID No. 914] AB Plastics Corporation, a California corporation;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ⁻ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

[PRP ID No. 915] Force Automotive, Inc., a California corporation;

[PRP ID No. 916] J.T. Mechanic & Body Shop, Inc., a California corporation;

[PRP ID No. 917] Mark's Mobile Truck Service, LLC, a/k/a Mark's Mobile Truck Service, a business of unknown form;

[PRP ID No. 918] B & B Auto Service, a business of unknown form;

[PRP ID No. 919] William Safarian, a/k/a Will Safarian, a/k/a Bill Safarian, a/k/a W. Safarian, and a/k/a B. Safarian, an individual, d/b/a Bill's Texaco Service Center;

[PRP ID No. 920] All American Products Group Inc., a/k/a All American Products Group, a business of unknown form;

[PRP ID No. 922] Century Transmissions, a business of unknown form;

[PRP ID No. 923] Bob's Unocal, a business of unknown form;

[PRP ID No. 924] Eddie Pouldar, a/k/a Ed Pouldar, a/k/a Edward Pouldar, a/k/a Edwin Pouldar, a/k/a Eduardo Pouldar, and a/k/a E. Pouldar, an individual, d/b/a Eddie's Chevron;

[PRP ID No. 925] Bob's Union, Inc., a California corporation;

[PRP ID No. 926] Hadley Auto Transport, LLC, a/k/a Hadley Auto Transport, a business of unknown form;

[PRP ID No. 927] Cypress College Shell, a business of unknown form;

[PRP ID No. 928] TWL Automobile

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1   Service Inc., a California
2   corporation;

3   [PRP ID No. 930] Econo Lube N
    Tune, a business of unknown form;

4   [PRP ID No. 931] Hubert Young
5   Choi, a/k/a Hubert Y. Choi, a/k/a H.
    Young Choi, a/k/a H.Y. Choi, a/k/a
6   Hubert Choi, a/k/a Young Choi,
    a/k/a Y. Choi, and a/k/a H. Choi, an
7   individual, d/b/a Choi's Airport
    Shell;

8   [PRP ID No. 932] Vincent Auto
9   Repair, Inc., a California
    corporation;

10  [PRP ID No. 933] Tony Nino, a/k/a
    Anthony Nino, a/k/a T. Nino, and
11  a/k/a A. Nino, an individual, d/b/a
    Gary's Unocal;
12
    [PRP ID No. 934] Century Tire, a
13  business of unknown form;

14  [PRP ID No. 935] Hao's Auto
    Service, a business of unknown
15  form;

16  [PRP ID No. 936] Kevin Win, a/k/a
    K. Win, an individual, d/b/a Diana
17  Shell;

18  [PRP ID No. 938] Star Auto Center
    Inc., a California corporation;
19
    [PRP ID No. 939] Econo Lube N
20  Tune, a business of unknown form;

21  [PRP ID No. 941] Warner Service,
    Inc., a/k/a Warner Service, a
22  business of unknown form;

23  [PRP ID No. 942] Amzac
    Enterprises, Inc., a California
24  corporation;

25  [PRP ID No. 943] Delta Forklift, Inc.,
    a/k/a Delta Forklift, a business of
26  unknown form;

27  [PRP ID No. 944] Wayne Randall,
    a/k/a W. Randall, an individual,
28  d/b/a Transmissions R Us;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2      [PRP ID No. 945] Smog Pros, a business of unknown form;

3
4      [PRP ID No. 947] Tsui & Chao Corporation, a California corporation;

5
6      [PRP ID No. 948] Union Paving Co., Inc., a California corporation;

7      [PRP ID No. 949] Guervo Diesel, a business of unknown form;

8      [PRP ID No. 951] Danny's Unocal, a business of unknown form;

9
10     [PRP ID No. 952] Best Lube, a business of unknown form;

11
12     [PRP ID No. 953] Alpha Environmental Recovery Systems, Inc., a California corporation;

13
14     [PRP ID No. 954] Tony's Auto Service Corp., a California corporation;

15
16
17     [PRP ID No. 955] Edward Chairez, a/k/a Ed Chairez, a/k/a Edwin Chairez, a/k/a Eduardo Chairez, and a/k/a E. Chairez, an individual, d/b/a Speedy Transmission;

18
19     [PRP ID No. 956] George Hayek, a/k/a G. Hayek, an individual, d/b/a Car Emporium;

20
21     [PRP ID No. 957] Try-Die, Incorporated, a California corporation;

22
23     [PRP ID No. 958] Vermont Auto Repair, a business of unknown form;

24     [PRP ID No. 959] Jim's Chevron, a business of unknown form;

25
26     [PRP ID No. 962] TODC, a business of unknown form;

27
28     [PRP ID No. 963] Jamil Homsi, a/k/a J. Homsi, an individual, d/b/a Jimmy's Mobil Service;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PRP ID No. 964] German Motorcraft, a business of unknown form;

[PRP ID No. 966] A N J Auto Repair, a business of unknown form;

[PRP ID No. 967] Kaisuen Kong, a/k/a K. Kong, an individual, d/b/a Sunny Auto Repair;

[PRP ID No. 968] Katsuahiko Komaba, a/k/a K. Komaba, an individual, d/b/a Beverly Auto Center;

[PRP ID No. 969] Harrington Tools, Inc., a California corporation;

[PRP ID No. 973] Frontier Aluminum Corporation, a California corporation;

[PRP ID No. 974] Dong A, Inc., a California corporation;

[PRP ID No. 975] JJ Trans, a business of unknown form;

[PRP ID No. 976] Oilab, a California corporation;

[PRP ID No. 977] Purrfect Auto Service #85, a business of unknown form;

[PRP ID No. 979] Wayne's Auto & Truck Repair, Inc., a California corporation;

[PRP ID No. 981] Ace Auto Pros, Incorporated, a/k/a Ace Auto Pros, a business of unknown form;

[PRP ID No. 982] Three D Service Company, Inc., a/k/a Three D Service Company, a business of unknown form;

[PRP ID No. 984] Certified Alloy Products, Inc., a/k/a Certified Alloy Products, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

[PRP ID No. 985] Motor Processors, Inc., a California corporation;

[PRP ID No. 986] Amirs Mobil Service, a business of unknown form;

[PRP ID No. 987] Downey Automotive Service, Inc., a California corporation;

[PRP ID No. 989] Kasler Corporation, a California corporation;

[PRP ID No. 990] Maged M. Bebawi, a/k/a M.M. Bebawi, a/k/a Maged Bebawi, and a/k/a M. Bebawi, an individual, d/b/a Goodyear Tire Center;

[PRP ID No. 992] Colima Auto Repair, a business of unknown form;

[PRP ID No. 994] North Hollywood Auto Repair, Inc., a California corporation;

[PRP ID No. 995] Han's Auto, a business of unknown form;

[PRP ID No. 996] David Lieberman, a/k/a Dave Lieberman, and a/k/a D. Lieberman, an individual, d/b/a Soledad Automotive;

[PRP ID No. 997] Kwang Dong Park, a/k/a Kwang D. Park, a/k/a K. Dong Park, a/k/a K.D. Park, a/k/a Kwang Park, a/k/a Dong Park, a/k/a D. Park, and a/k/a K. Park, an individual, d/b/a Park's Texaco;

[PRP ID No. 998] Mechanic Experts, Inc., a business of unknown form;

[PRP ID No. 1001] California Auto Center, a business of unknown form;

[PRP ID No. 1004] H Car Repair,

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1   Inc., a California corporation;

2   [PRP ID No. 1005] Material
    Transport, a business of unknown
3   form;

4   [PRP ID No. 1006] Burbank
    Automotive Center, a business of
5   unknown form;

6   [PRP ID No. 1007] Troy Howell
    Mobil, a business of unknown form;
7
    [PRP ID No. 1008] Fortune
8   Chevron, a business of unknown
    form;
9
    [PRP ID No. 1010] M&M Mobil
10  Service, a business of unknown
    form;
11
    [PRP ID No. 1011] OS Auto, a
12  business of unknown form;

13  [PRP ID No. 1012] Lomita Shell, a
    business of unknown form;
14
    [PRP ID No. 1014] Al's Automatic
15  Transmissions Inc., a/k/a Al's
    Automatic Transmissions, a
16  business of unknown form;

17  [PRP ID No. 1021] BMW Clinic,
    Inc., a California corporation;
18
    [PRP ID No. 1022] Independent
19  Repair, a business of unknown
    form;
20
    [PRP ID No. 1024] Chevron, a
21  business of unknown form;

22  [PRP ID No. 1025] Smog Pros, a
    business of unknown form;
23
    [PRP ID No. 1026] MK Chevron, a
24  business of unknown form;

25  [PRP ID No. 1027] John's Service
    Center, a business of unknown
26  form;

27  [PRP ID No. 1028] Chino Auto
    Tech, Inc., a/k/a Chino Auto Tech,
28  a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

1

2
[PRP ID No. 1030] R.S., a business of unknown form;

3
[PRP ID No. 1031] Best Trans, a business of unknown form;

4

5
[PRP ID No. 1032] Hillside Chevron, a business of unknown form;

6
[PRP ID No. 1033] Smog Pros, a business of unknown form;

7

8
[PRP ID No. 1034] Exxon Service Station, a business of unknown form;

9

10
[PRP ID No. 1035] Texaco, a business of unknown form;

11
[PRP ID No. 1036] Midway Auto Center, Inc., a California corporation;

12

13
[PRP ID No. 1037] Certified Transmission, a business of unknown form;

14

15
[PRP ID No. 1038] Malone Enterprises, Inc., a California corporation;

16

17
[PRP ID No. 1039] Credo Automotive, Inc., a California corporation;

18

19
[PRP ID No. 1040] Redhill UNOCAL, a business of unknown form;

20

21
[PRP ID No. 1043] Jerry's Union 76, a business of unknown form;

22

23
[PRP ID No. 1044] Walnut Valley Auto, a business of unknown form;

24
[PRP ID No. 1045] Frank's UNOCAL, a/k/a Valley UNOCAL, a business of unknown form;

25

26
[PRP ID No. 1046] Central Riverside Shell, Inc., a California corporation;

27

28
[PRP ID No. 1047] A&A Automotive, a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1

2 [PRP ID No. 1051] Cerritos Towne Center Chevron, a business of unknown form;

3

4 [PRP ID No. 1054] Corona Del Mar Chevron, a business of unknown form;

5

6 [PRP ID No. 1065] Kishi Auto, a business of unknown form;

7 [PRP ID No. 1072] UNOCAL Berth 78, a business of unknown form;

8

9 [PRP ID No. 1073] Pasadena Auto Clinic, a business of unknown form;

10 [PRP ID No. 1080] Armor Elevator, a business of unknown form;

11

12 [PRP ID No. 1081] Morris Motors, Inc., a/k/a Morris Motors, a business of unknown form;

13

14 [PRP ID No. 1082] Mobil Service Center, a business of unknown form;

15

16 [PRP ID No. 1083] Abe's UNOCAL 76, a business of unknown form;

17 [PRP ID No. 1085] Oil Conservation Service Inc., a/k/a Oil Conservation

18 Service, a business of unknown form;

19

20 [PRP ID No. 1086] United States Coast Guard, an agency of the Department of Homeland Security,

21 United States of America;

22 [PRP ID No. 1088] Super Smog, a business of unknown form;

23

24 [PRP ID No. 1089] Amax Motor, Inc., a California corporation;

25 [PRP ID No. 1091] Glendale Auto Sales and Leasing, a business of

26 unknown form;

27 [PRP ID No. 1092] Jerry's UNOCAL, a business of unknown

28 form;

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1
2
[PRP ID No. 1093] Al's UNOCAL 76, a business of unknown form;

3
[PRP ID No. 1097] Mobil 1401, a business of unknown form;

4
5
[PRP ID No. 1098] Charly's Mobil Service Station, a business of unknown form;

6
7
[PRP ID No. 1102] Jeff's UNOCAL, a business of unknown form;

8
9
[PRP ID No. 1103] Culver City UNOCAL, a business of unknown form;

10
[PRP ID No. 1104] Texaco 3454, a business of unknown form;

11
12
[PRP ID No. 1105] Line Operators, Inc., a California corporation;

13
[PRP ID No. 1107] Valley Shell, a business of unknown form;

14
15
[PRP ID No. 1120] Michael's UNOCAL 76, a business of unknown form;

16
17
[PRP ID No. 1122] Glendora Foreign Car Services, a business of unknown form;

18
19
[PRP ID No. 1124] King Bear, a business of unknown form;

20
21
[PRP ID No. 1127] Sam's Arco, a business of unknown form;

22
[PRP ID No. 1131] Flying J, a business of unknown form;

23
24
[PRP ID No. 1134] Art's Service 15100, a business of unknown form;

25
26
[PRP ID No. 1136] J&S Auto, a business of unknown form;

27
28
[PRP ID No. 1137] Whittier UNOCAL, a business of unknown form;

FRALEY & ASSOCIATES
STE. 702
617 W. 7- ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1   [PRP ID No. 1138] Gus Mobil, a business of unknown form;

2

3   [PRP ID No. 1139] Bob Lee Chevron, a business of unknown form;

4

5   [PRP ID No. 1142] Smog Pros, a business of unknown form;

6   [PRP ID No. 1148] B & V Auto Transmission's, Inc., a/k/a B & V Auto Transmission, a business of unknown form;

7

8   [PRP ID No. 1149] Beach City Automotive, a business of unknown form;

9

10  [PRP ID No. 1151] Paley Brothers Purrfect Auto Repair, a business of unknown form;

11

12  [PRP ID No. 1157] Century Tire & Automotive, a business of unknown form;

13

14  [PRP ID No. 1158] T&T Auto Service, a business of unknown form;

15

16  [PRP ID No. 1162] Performance Auto, a business of unknown form;

17

18  [PRP ID No. 1163] Sause Bros. Ocean Towing Co., Inc., an Oregon corporation;

19

20  [PRP ID No. 1166] Little Saigon Auto, a business of unknown form;

21

22  [PRP ID No. 1167] Lingley Chevron, a business of unknown form;

23  [PRP ID No. 1172] Best Buy Tire, a business of unknown form;

24

25  [PRP ID No. 1173] MG Engineering Co., a business of unknown form;

26  [PRP ID No. 1174] C H A in Auto, a business of unknown form;

27

28  [PRP ID No. 1176] Alondra Auto, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Rev 973's Seventh Amended Complaint

1

2
[PRP ID No. 1178] Advance Auto Care, Inc., a California corporation;

3

4
[PRP ID No. 1180] Sierra Transmission & Auto Repair, a business of unknown form;

5

6
[PRP ID No. 1181] Vehicle Maintenance, a business of unknown form;

7

8
[PRP ID No. 1184] Monrovia Exxon, a business of unknown form;

9
[PRP ID No. 1185] Air Eagle, a business of unknown form;

10

11
[PRP ID No. 1186] Best Auto Care Lube & Tune, a business of unknown form;

12

13
[PRP ID No. 1187] "A" Transmission, a business of unknown form;

14

15
[PRP ID No. 1188] Dan Conway's Chevron, a business of unknown form;

16

17

18

19

20

21
[PRP ID No. 1188.1] Doe No. 25-- Conway, the personal representative of the Estate of Daniel P. Conway, a/k/a Dan P. Conway, a/k/a Danny P. Conway, a/k/a Daniel Conway, a/k/a Dan Conway, a/k/a Danny Conway, a/k/a D. P. Conway, also known P. Conway, and a/k/a D. Conway, a deceased individual;

22

23
[PRP ID No. 1189] UNOCAL 76 Main St., a business of unknown form;

24
[PRP ID No. 1190] Pitt-Des Moines, Inc., a Pennsylvania corporation;

25

26
[PRP ID No. 1193] Hanna UNOCAL, a business of unknown form;

27
[PRP ID No. 1198] Corona Transmissions, a business of unknown form;

28

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1    [PRP ID No. 1200] Mike's Chevron, a business of unknown form;

2

3    [PRP ID No. 1201] Nick's Arco Service Station, a business of unknown form;

4

5    [PRP ID No. 1206] Joe's Trans, a business of unknown form;

6    [PRP ID No. 1207] QMC, Inc., a California corporation;

7

8    [PRP ID No. 1209] Triangle Texaco, a business of unknown form;

9    [PRP ID No. 1210] Alpha Transform, Inc., a/k/a Alpha

10   Transform, a business of unknown form;

11

12   [PRP ID No. 1211] Brink's, Incorporated, a Delaware corporation;

13

14   [PRP ID No. 1212] Durham School Services, L.P., a business of unknown form;

15

16   [PRP ID No. 1213] Coordinated Equipment Co., a California corporation;

17

18   [PRP ID No. 1215] High Industries, Inc., a business of unknown form;

19   [PRP ID No. 1217] Brea UNOCAL, a business of unknown form;

20

21   [PRP ID No. 1218] Albert A. Rios, a/k/a Alberto A. Rios, a/k/a Al A. Rios, a/k/a A.A. Rios, a/k/a Albert

22   Rios, a/k/a Alberto Rios, a/k/a Al Rios, and a/k/a A. Rios, an

23   individual;

24   [PRP ID No. 1220] Kinney Vacuum, a business of unknown form;

25

26   [PRP ID No. 1221] RWA Trucking Company, Inc., a California corporation;

27

28   [PRP ID No. 1222] Raymond Aluminum, Inc., a business of

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1    unknown form;

2    [PRP ID No. 1222.1] Doe No. 26--
3    James is the personal
representative of the Estate of
4    Raymond L. James, a/k/a Ray L.
James, a/k/a Raymond James,
a/k/a Ray James, a/k/a R. L.
5    James, a/k/a L. James, and a/k/a
R. James, a deceased individual;
6

7    [PRP ID No. 1223] Bill's Mobil
Service Station, a business of
unknown form;
8

9    [PRP ID No. 1224] Brake Masters, a
business of unknown form;

10    [PRP ID No. 1226] Best Buy Tire
Centers, Inc., a California
11    corporation;

12    [PRP ID No. 1227] Ramin's Mobil
Service Center, a business of
13    unknown form;

14    [PRP ID No. 1229] German Auto
Repair, a business of unknown
15    form;

16    [PRP ID No. 1230] Herman's Expert
Automotive, a business of unknown
17    form;

18    [PRP ID No. 1231] Golden
Automotive, a business of unknown
19    form;

20    [PRP ID No. 1234] Mobil 2925, a
business of unknown form;
21

22    [PRP ID No. 1235] Johnson's Lube,
a business of unknown form;

23    [PRP ID No. 1238] Cho's Auto
Service, Inc., a business of
24    unknown form;

25    [PRP ID No. 1240] Markovitch
Chevron Service, a business of
26    unknown form;

27    [PRP ID No. 1243] Bay Auto
Services, a business of unknown
28    form;

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

[PRP ID No. 1244] Los Angeles County Fire Department, an agency of the County of Los Angeles, State of California;

[PRP ID No. 1245] Arco Smog Pros, a business of unknown form;

[PRP ID No. 1246] Fiesta Leasing, a business of unknown form;

[PRP ID No. 1249] Playa Vista Car Care, a business of unknown form;

[PRP ID No. 1250] A-1 Equipment Rentals, a business of unknown form;

[PRP ID No. 1251] Lewis Carburetor Rebuilt, Inc., a California corporation;

[PRP ID No. 1252] JC . . . Garage, a/k/a JC Garage, a business of unknown form;

[PRP ID No. 1253] Yang's Union, a business of unknown form;

[PRP ID No. 1254] Yorba Linda UNOCAL, a business of unknown form;

[PRP ID No. 1255] Alcorn Fence Company, a California corporation;

[PRP ID No. 1257] Western Auto, a business of unknown form;

[PRP ID No. 1258] Studio City Mobil, a business of unknown form;

[PRP ID No. 1259] Andy's Mobil Tune Up, a business of unknown form;

[PRP ID No. 1260] Lomita Shell, a business of unknown form;

[PRP ID No. 1261] UNOCAL, a business of unknown form;

[PRP ID No. 1262] Thrifty Car Rental, a business of unknown

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

REV 973'S SEVENTH AMENDED COMPLAINT

form;

[PRP ID No. 1263] Auto Tech 365, a business of unknown form;

[PRP ID No. 1264] Mobil Auto Service, a business of unknown form;

[PRP ID No. 1265] Arco Smog Pros, a business of unknown form;

[PRP ID No. 1266] Avery Foreign Car Service, a business of unknown form;

[PRP ID No. 1267] OVH Independent, Inc., a business of unknown form;

[PRP ID No. 1268] Gabriel's Automotive and Towing, a business of unknown form;

[PRP ID No. 1269] Trans Auto Clinic, a business of unknown form;

[PRP ID No. 1270] Pomona Valley Tires and Service, a business of unknown form;

[PRP ID No. 1272] Demerjian Auto Service, a business of unknown form;

[PRP ID No. 1273] Massoud Mobil, a business of unknown form;

[PRP ID No. 1275] Ball Glass Container Corporation, a Delaware corporation;

[PRP ID No. 1278] Arco 8601, a business of unknown form;

[PRP ID No. 1279] UNOCAL, a business of unknown form;

[PRP ID No. 1280] Taylor Concrete Pumping Corp., a/k/a Taylor Concrete Pumping, a business of unknown form;

[PRP ID No. 1281] Sam's UNOCAL, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1

2     [PRP ID No. 1282] Auto Tune 27620, a business of unknown form;

3

4     [PRP ID No. 1284] Mobil Service Station, a business of unknown form;

5

6     [PRP ID No. 1285] Parvis Chevron, a business of unknown form;

7

8     [PRP ID No. 1287] Exxon Gas Station, a business of unknown form;

9     [PRP ID No. 1289] Pacific Steel Treating Co., Inc., a business of

10    unknown form;

11    [PRP ID No. 1290] Orange Import Car Service, Inc., a California

12    corporation;

13    [PRP ID No. 1292] Eastern Exxon Service Station, a business of

14    unknown form;

15    [PRP ID No. 1293] Auto Tune Center, a business of unknown

16    form;

17    [PRP ID No. 1294] Euro Performance World, a California

18    corporation;

19    [PRP ID No. 1295] Shell, a business of unknown form;

20

21    [PRP ID No. 1297] Custom Rubber Mix, Inc., a California corporation;

22    [PRP ID No. 1300] Calgo Mfg, Inc., a California corporation;

23

24    [PRP ID No. 1303] Hugo-Neu Proler, a business of unknown form;

25

26    [PRP ID No. 1304] Cornejo's Service Station, a business of unknown form;

27

28    [PRP ID No. 1307] L & M Motors, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7᭼ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Rev 973's Seventh Amended Complaint

1

2
[PRP ID No. 1309] Azusa White GMC, a business of unknown form;

3

4
[PRP ID No. 1310] Shell 1631, a business of unknown form;

5
[PRP ID No. 1311] Sir Mix Concrete Products, Inc., a business of unknown form;

6

7
[PRP ID No. 1313] Danny's Mobil, a business of unknown form;

8

9
[PRP ID No. 1314] American Workboats, Inc., a Hawaii corporation;

10

11
[PRP ID No. 1316] Airport UNOCAL, a business of unknown form;

12

13
[PRP ID No. 1318] Metric Motors Japanese Car Repair, a business of unknown form;

14

15
[PRP ID No. 1322] Steve's Transmission, a business of unknown form;

16

17
[PRP ID No. 1323] United Transmission, a business of unknown form;

18

19
[PRP ID No. 1324] Auto Meister, a business of unknown form;

20
[PRP ID No. 1325] Reseda Motor Works, a business of unknown form;

21

22
[PRP ID No. 1326] Alco Plating Corporation, a California corporation;

23

24
[PRP ID No. 1327] Discount Tire Stores, a business of unknown form;

25

26
[PRP ID No. 1329] MPR Trucking, a business of unknown form;

27

28
[PRP ID No. 1330] Wilco Machine, Inc., a California corporation;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1  [PRP ID No. 1331] Tustin
2  Automotive, a business of unknown form;

3  [PRP ID No. 1332] Spence & Frye
4  GM Specialist, a business of unknown form;

5  [PRP ID No. 1333] Santa Monica
6  Isuzu, a business of unknown form;

7  [PRP ID No. 1334] Dave's Towing, a business of unknown form;

8  [PRP ID No. 1334.1] Doe No. 27--
9  Crisp, the personal representative
   of the Estate of Dave E. Crisp, a/k/a
   David E. Crisp, a/k/a Dave Crisp,
10 a/k/a David Crisp, a/k/a D. E. Crisp,
   a/k/a E. Crisp, and a/k/a D. Crisp, a
11 deceased individual;

12 [PRP ID No. 1335] Perfect Auto
   Service #24, a business of
13 unknown form;

14 [PRP ID No. 1338] Lyby's General
   Auto Repair, a business of
15 unknown form;

16 [PRP ID No. 1340] German Car
   Service, a business of unknown
17 form;

18 [PRP ID No. 1341] Alliance Trans, a
   business of unknown form;
19
   [PRP ID No. 1343] Viklund
20 Mercedes, a business of unknown
   form;
21
   [PRP ID No. 1344] Jay's Auto
22 Repair, Inc., a business of unknown
   form;
23
   [PRP ID No. 1345] D&D Garage, a
24 business of unknown form;

25 [PRP ID No. 1346] U Pick U Save
   Self Service Auto, a business of
26 unknown form;

27 [PRP ID No. 1347] Crown Shell, a
   business of unknown form;

28

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

Rev 973's Seventh Amended Complaint

1

[PRP ID No. 1348] UNOCAL 2041, a business of unknown form;

2

3

[PRP ID No. 1350] Bill Moyle & Sons, Inc., a California corporation;

4

[PRP ID No. 1351] El Segundo Tire Service, a California corporation;

5

6

[PRP ID No. 1352] Agency Auto, a business of unknown form;

7

[PRP ID No. 1353] Mike's Main Channel Marine, a business of unknown form;

8

9

[PRP ID No. 1354] Anglemyer Crane Rental, a business of unknown form;

10

11

[PRP ID No. 1355] Texaco 5289, a business of unknown form;

12

13

[PRP ID No. 1357] Starlite Reclamation, a business of unknown form;

14

15

[PRP ID No. 1358] Arco 3227, a business of unknown form;

16

[PRP ID No. 1360] Covina Mobil, Inc., a business of unknown form;

17

18

[PRP ID No. 1361] Smog Pros, a business of unknown form;

19

[PRP ID No. 1362] Chevron, a business of unknown form;

20

21

[PRP ID No. 1363] Sid's Auto Repair, a business of unknown form;

22

23

[PRP ID No. 1365] Cash Grading Contractors, Inc., a/k/a Cash Grading Contractors, a business of unknown form;

24

25

[PRP ID No. 1366] Abco Hardware & Builder's Supply, Inc., a/k/a Abco Hardware & Builder's Supply, a business of unknown form;

26

27

28

[PRP ID No. 1367] JB Chevron, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Rev 973's Seventh Amended Complaint

1

2     [PRP ID No. 1368] Blaine's 76, a business of unknown form;

3     [PRP ID No. 1369] Shell 2322, a business of unknown form;

4

5     [PRP ID No. 1370] John Piechoski Chevron Service, a business of unknown form;

6

7     [PRP ID No. 1371] Upland Nissan Service, a business of unknown form;

8

9     [PRP ID No. 1372] Roger's Maintenance, a business of unknown form;

10

11    [PRP ID No. 1373] Chevron 910, a business of unknown form;

12

13    [PRP ID No. 1375] Standard Catering, Inc., a California corporation;

14    [PRP ID No. 1376] Keith & Bill's Auto, a business of unknown form;

15

16    [PRP ID No. 1378] Chuck's Transmission, Inc., a business of unknown form;

17

18    [PRP ID No. 1379] Texaco 892, a business of unknown form;

19    [PRP ID No. 1380] Westside International Texaco, a business of unknown form;

20

21    [PRP ID No. 1381] P & R Metals, Inc., a California corporation;

22

23    [PRP ID No. 1382] Universal Transmission, a business of unknown form;

24

25    [PRP ID No. 1383] Container Corporation of America, a business of unknown form;

26

27    [PRP ID No. 1384] Gabriel's Shell Service, a business of unknown form;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel  213.550.4000
Fax  213.550.4010

28

1

[PRP ID No. 1385] UNOCAL 1385, a business of unknown form;

2

[PRP ID No. 1386] Leonard's Diesel Repair, Inc., a California corporation;

3

4

[PRP ID No. 1389] U.S. Equipment Co., Inc., a business of unknown form;

5

6

[PRP ID No. 1391] Pomona Car Care, a business of unknown form;

7

8

[PRP ID No. 1393] Angelica Health Care, a business of unknown form;

9

[PRP ID No. 1394] Jusen Terminal, a business of unknown form;

10

11

[PRP ID No. 1395] Arco 2040, a business of unknown form;

12

[PRP ID No. 1396] Motri Auto Repair, a business of unknown form;

13

14

[PRP ID No. 1397] Bob's UNOCAL 76, a business of unknown form;

15

16

[PRP ID No. 1398] LA Mesa R.V. Center, Inc., (Central), a business of unknown form;

17

18

[PRP ID No. 1400] Erik Estrada, a/k/a E. Estrada, an individual;

19

20

[PRP ID No. 1401] Aero Auto Repair, a business of unknown form;

21

22

[PRP ID No. 1402] UNOCAL 2600, a business of unknown form;

23

[PRP ID No. 1403] Arka's Auto, a business of unknown form;

24

25

[PRP ID No. 3785] Oil Fields Trucking, a business of unknown form;

26

27

[PRP ID No. 8388] Inland Container Corporation, an Indiana corporation;

28

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1
2

[PRP ID No. 27,909] Redwood Oil Company, Inc., a California corporation;

3
4

[PRP ID No. 27,910] San Joaquin Oil Company, a California corporation;

5
6

[PRP ID No. 27,911] Alameda Oil Company, Inc., a California corporation.

7

Defendants,

8
9

AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1

# **TABLE OF CONTENTS**

2   I.      Plaintiff ........................................................................................1

3   II.     Personal Jurisdiction over Owner/Operator Defendants................1

4   III.    Subject Matter Jurisdiction over All Claims for Relief ....................4

5   IV.     Venue for All Claims for Relief ......................................................5

6   V.      Definitions Applicable to All Claims for Relief................................5

7           Deed of Trust ........................................................................5

8           Defendants ............................................................................5

9           Dispose or Disposal ..............................................................5

10          Environment ..........................................................................6

11          Environmental Conditions .....................................................6

12          Facility ..................................................................................6

13          Hazardous Substance...........................................................7

14          Hazardous Waste ..................................................................7

15          Leach Defendants .................................................................8

16          Leach Site .............................................................................8

17          Mouren-Laurens Defendants .................................................8

18          Mouren-Laurens Site .............................................................9

19          National Contingency Plan.....................................................9

20          Release .................................................................................9

21          Response Cost/s....................................................................9

22  VI.     Relationships among Owner/Operator Defendants.......................11

23          Mouren-Laurens Defendants .................................................11

24          Leach Defendants .................................................................14

25  VII.    Facts Applicable to All Claims for Relief.......................................17

26  VIII.   Requests for Attorneys' Fees, Expenses, & Costs (Against All

27          Defendants ...........................................................................20

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

**Rev 973's Seventh Amended Complaint**

IX.     Claims for Relief against Owner/Operator Defendants .................22

                First Claim for Relief

                        --Response Cost Recovery under CERCLA....................22

                Second Claim for Relief

                        --Contribution under CERCLA.........................................24

                Third Claim for Relief

                        --Declaratory Relief under CERCLA ................................27

                Fourth Claim for Relief

                        --Injunctive Relief under RCRA........................................29

                Fifth Claim for Relief

                        --Restitution under RCRA.................................................34

                Sixth Claim for Relief

                        --Injunctive Relief under RCRA........................................38

                Seventh Claim for Relief

                        --Removal Costs under the Oil Pollution Act...................43

                Eighth Claim for Relief

                        --Contribution under the Oil Pollution Act .......................46

                Ninth Claim for Relief

                        --Indemnity and/or Contribution under California Health

                        and Safety Code ..............................................................49

                Tenth Claim for Relief

                        --Indemnity under California Water Code.......................51

                Eleventh Claim for Relief

                        --Civil Penalties and Injunctive Relief under

                        Proposition 65.................................................................52

                Twelfth Claim for Relief

                        --Declaratory Relief under California Code of Civil

                        Procedure .......................................................................54

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thirteenth Claim for Relief

    --Violation of the California Unfair Competition Law .......56

Fourteenth Claim for Relief

    --Breach of Contract.........................................................59

Fifteenth Claim for Relief

    --Implied Contractual Indemnity ......................................61

Sixteenth Claim for Relief

    --Comparative Equitable Indemnity.................................64

Seventeenth Claim for Relief

    --Ultrahazardous Activity ................................................66

Eighteenth Claim for Relief

    --Continuing Private Nuisance........................................69

Nineteenth Claim for Relief

    --Continuing Public Nuisance..........................................72

Twentieth Claim for Relief

    --Continuing Trespass ....................................................75

Twenty-First Claim for Relief

    --Waste (Count One—Common Law)..............................78

Twenty-Second Claim for Relief

    --Waste (Count Two—Contract) ....................................80

Twenty-Third Claim for Relief

    --Negligence ...................................................................82

Twenty-Fourth Claim for Relief

    --Money Had and Received (Count One—Savings)........85

Twenty-Fifth Claim for Relief

    --Money Had and Received (Count Two—Profits) ..........88

Twenty-Sixth Claim for Relief

    --Money Paid ..................................................................90

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973's SEVENTH AMENDED COMPLAINT**

1   X.      Prayer for Relief against Owner/Operator Defendants .................93

2   XI.     Jury Trial Demand against Owner/Operator Defendants ..............99

3   XII.    Personal Jurisdiction over Arranger/Generator/Transporter

4           Defendants ...................................................................................99

5   XIII.   Definitions re Arranger/Generator/Transporter Defendants ........270

6               Arranger ..............................................................................270

7               Generator ............................................................................270

8               Transporter..........................................................................270

9               Arranger/Generator/Transporter Defendants..........................271

10  XIV.    Facts Applicable to All Arranger/Generator/Transporter

11          Defendants .................................................................................271

12  XV.     Claims for Relief against Arranger/Generator/Transporter

13          Defendants .................................................................................272

14              Twenty-Seventh Claim for Relief

15              --Response Cost Recovery under CERCLA ...........................272

16              Twenty-Eighth Claim for Relief

17              --Contribution under CERCLA ...............................................275

18              Twenty-Ninth Claim for Relief

19              --Declaratory Relief under CERCLA.......................................277

20               Thirtieth Claim for Relief

21              --Restitution under RCRA ......................................................280

22              Thirty-First Claim for Relief

23              --Injunctive Relief under RCRA ..............................................284

24              Thirty-Second Claim for Relief

25              --Indemnity and/or Contribution under California Health and

26              Safety Code ..........................................................................288

27  XVI.    Prayer for Relief against Arranger/Generator/Transporter

28          Defendants .................................................................................291

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-iv-

**REV 973'S SEVENTH AMENDED COMPLAINT**

XVII.    Jury Trial Demand re Arranger/Generator/Transporter

Defendants ...................................................................293

Exhibit "1"..................................................................294

Exhibit "2"..................................................................298

Exhibit "3"..................................................................310

Exhibit "4"..................................................................321

Exhibit "5"..................................................................331

FRALEY & ASSOCIATES
STE. 702
617 W. 7™ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

Plaintiff Rev 973, LLC, alleges as follows for the Seventh Amended Complaint by Rev 973, LLC, dated [insert date] 2012, which supersedes every prior complaint that Rev 973, LLC, has filed in this action:

## I.

## **PLAINTIFF**

1.     Plaintiff Rev 973, LLC, is, and at all material times was, a limited liability company organized and existing under the laws of the State of California ("Rev 973").

## II.

## PERSONAL JURISDICTION OVER OWNER/OPERATOR DEFENDANTS

2.     Rev 973 alleges on information and belief that Joseph Mouren-Laurens, Sr., was, at all material times, an individual with his principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Claudine Mouren-Laurens currently is the personal representative of the Estate of Joseph Mouren-Laurens, Sr., an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

3.     Rev 973 alleges on information and belief that Emma Mouren-Laurens was, at all material times, an individual with her principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Nicole Marie Mouren-Laurens is the personal representative of the Estate of Emma Mouren-Laurens, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

4.     Rev 973 alleges on information and belief that Joseph Mouren-Laurens, Sr., and Defendant Emma Mouren-Laurens were, at all material times, husband and wife.

5.     Rev 973 alleges on information and belief that Defendant John Mouren-Laurens, is, and at all material times was, an individual who currently maintains his principal place of residence in the County of Riverside, State of California, but who maintained his principal place of residence in the County of Los Angeles, State of California, on the date that Rev 973 filed the original complaint in this action.

6.     Rev 973 intentionally leaves this paragraph blank to maintain consistent paragraph numbering with the Fifth Amended Complaint by Rev 973, LLC, filed 19 June 2001.

7.     Rev 973 alleges on information and belief that Defendant Mireille Mouren-Laurens is, and at all material times was, an individual who currently maintains her principal place of residence in the County of Riverside, State of California, but who maintained her principal place of residence in the County of Los Angeles, State of California, on the date that Rev 973 filed the original complaint in this action.

8.     Rev 973 alleges on information and belief that Defendants John Mouren-Laurens and Mireille Mouren-Laurens, are, and at all material times were, husband and wife.

9.     Rev 973 alleges on information and belief that Defendant Mouren-Laurens Oil Company, is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

10.     Rev 973 alleges on information and belief that Defendant Roy Leach is, and at all material times was, an individual with his principal place

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-2-

1   of residence in the County of Orange, State of California.

2       11.    Rev 973 alleges on information and belief that Defendant

3   Patricia Leach, also known as Patricia Sutch, also known as Patricia

4   Benetatos, is, and at all material times was, an individual with her principal

5   place of residence in the County of Los Angeles, State of California

6   ("Patricia Leach").

7       12.    Rev 973 alleges on information and belief that Defendant Leach

8   Property Management, is, and at all material times was, a general

9   partnership with its principal place of business in the County of Los

10  Angeles, State of California.

11      13.    Rev 973 alleges on information and belief that the general

12  partners in Leach Property Management include, and at all material times

13  included, but are and were not necessarily limited to, Defendants Roy

14  Leach and Patricia Leach.

15      14.    Rev 973 alleges on information and belief that Defendant Leach

16  Oil Company, Inc., is, and at all material times was, a corporation

17  organized and existing under the laws of the State of California, with its

18  principal place of business in the County of Los Angeles, State of California

19  ("Leach Oil Company").

20      15.    Rev 973 does not know the true names and capacities, whether

21  individual, corporate, associate, or otherwise, of the Defendants that Rev

22  973 sues in this Seventh Amended Complaint as Does 1 through 10,

23  inclusive, and, therefore, sues these Defendants, and each of them, by

24  these fictitious names.  Rev 973 will seek leave of the Court to amend this

25  Seventh Amended Complaint to allege the true names and capacities of

26  Does 1 through 10, inclusive, and each of them, when Rev 973 ascertains

27  their true names and capacities.  Rev 973 alleges on information and belief

28  that Does 1 through 10, and each of them, are responsible in some manner

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-3-

1  for the acts and omissions alleged in this Seventh Amended Complaint and

2  that the conduct of Does 1 through 10, inclusive, and each of them, directly

3  and proximately caused Rev 973's damages and/or are liable to Rev 973

4  for the claims alleged in this Seventh Amended Complaint.

5

6  **III.**

7  **SUBJECT MATTER JURISDICTION OVER ALL CLAIMS FOR RELIEF**

8      16.   This Court has subject matter jurisdiction over the claims for

9  relief that Rev 973 alleges in this Seventh Amended Complaint pursuant to

10  42 U.S.C. § 1331 because these claims for relief arise under the

11  Constitution, statutes, or treaties of the United States.

12      17.   This Court also has independent subject matter jurisdiction of

13  the claims for relief that Rev 973 alleges in this Seventh Amended

14  Complaint pursuant to the Comprehensive Environmental Response,

15  Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq., the

16  Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2701 et seq., the Solid Waste

17  Disposal Act, as amended by the Resource Conservation and Recovery

18  Act of 1976, as further amended by the Hazardous and Solid Waste

19  Amendments of 1984 ("RCRA"), 42 U.S.C. § 6901 et seq., and the

20  Declaratory Judgment Act,  28 U.S.C. § 2201, as provided in those

21  statutes.

22      18.   This Court has subject matter jurisdiction over the claims for

23  relief based on state law that Rev 973 alleges in this Seventh Amended

24  Complaint pursuant to the doctrine of supplemental jurisdiction because

25  these claims arise out of the same nucleus of operative facts as the claims

26  for relief based on federal law that Rev 973 alleges in this Seventh

27  Amended Complaint.

28

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-4-

## IV.

## <u>VENUE FOR ALL CLAIMS FOR RELIEF</u>

19.     The Western Division of the Central District of the State of California is the proper venue for trial of the claims for relief that Rev 973 alleges in this Seventh Amended Complaint pursuant to 28 U.S.C. § 1391(b) because the real property at issue in this action is located in, and the acts and/or omissions of the Defendants, and each of them, that Rev 973 alleges in this Seventh Amended Complaint occurred in, the Western Division of the Central District of the State of California.

## V.

## <u>DEFINITIONS APPLICABLE TO ALL CLAIMS FOR RELIEF</u>

20.     **Deed of Trust.**  As used in this Seventh Amended Complaint, the term "Deed of Trust" means the Deed of Trust by John Mouren-Laurens and Mireille Mouren-Laurens, as trustors, to Security Allied Services, as trustee, in favor of Gibralter Savings, as beneficiary, recorded 9 February 1984 in the official records of the County of Los Angeles, State of California, a true copy of which Rev 973 has attached to this Seventh Amended Complaint as Exhibit "1" and incorporates into this paragraph by this reference as though set forth in full.

21.     **Defendants.**  As used in this Seventh Amended Complaint, the term "Defendants" means all persons that Rev 973 has named, or subsequently names, as a party defendant in this action.

22.     **Dispose or Disposal**.  As used in this Seventh Amended Complaint, the term "disposal" or "dispose" has the meaning set forth in RCRA § 1004 (3), 42 U.S.C. § 6903(3), as amended from time to time:

The discharge, deposit, injection, dumping, spilling, leaking or placing of any solid waste or hazardous waste into or

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1   on any land or water so that such waste or hazardous waste or
2   any constituent thereof may enter the environment or be
3   emitted into the air or discharged into any waters, including
4   ground waters.

5   23.   **Environment**.  As used in this Seventh Amended Complaint,
6   the term "Environment" has the meaning set forth in CERCLA § 101(8), 42
7   U.S.C. § 9601(8), as amended from time to time:

8   (A)   the navigable waters, the waters of the contiguous
9   zone, and the ocean waters for which the natural resources are
10   under the exclusive management authority of the United States
11   . . . and

12   (B)   any other surface water, ground water, drinking
13   water supply, land surface or subsurface strata, or ambient air
14   within the United States or under the jurisdiction of the United
15   States.

16   24.   **Environmental Conditions**.  As used in this Seventh Amended
17   Complaint, the term "Environmental Conditions" means:  Contamination
18   and pollution to the structures, soil, subsoil, surface water, and
19   groundwater on, under, from, and in the vicinity of the Mouren-Laurens Site
20   and/or the Leach Site from, but not limited to, hazardous substances,
21   hazardous wastes, chemicals known to the State of California to cause
22   cancer and/or reproductive toxicity, petroleum-related products, petroleum
23   products, and/or petroleum residues.

24   25.   **Facility**.  As used in this Seventh Amended Complaint, the term
25   "facility" has the meaning set forth in CERCLA § 101(9), 42 U.S.C. §
26   9601(9), as amended from time to time:

27   (A)   any building, structure, installation, equipment, pipe
28   or pipeline (including any pipe into a sewer or publicly owned

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-6-

treatment works), well, pit, pond, lagoon, impoundment, ditch, landfill, storage container, motor vehicle, rolling stock, or aircraft; or

(B)    any site or area where a hazardous substance has been deposited, disposed of, or placed, or otherwise come to be located.

26.    **Hazardous Substance**.  As used in this Seventh Amended Complaint, the term "hazardous substance" has the meaning set forth in CERCLA § 101(14), 42 U.S.C. § 9601(14), 40 C.F.R. § 302.4, CERCLA § 102, 42 U.S.C. § 9602, and any applicable state law, as amended from time to time.

27.    **Hazardous Waste**.  As used in this Seventh Amended Complaint, the term "hazardous waste" has the meaning:

a.    set forth in RCRA § 1004(5), 42 U.S.C. § 6903(5), as amended from time to time:

a solid waste, or combination of solid wastes, which because of its quantity, concentration, or physical, chemical or infectious characteristics may –

(A) cause or significantly contribute to an increase in mortality or any increase in serious irreversible, or incapacitating reversible illness; or

(B) pose a substantial present or potential hazard to human health or the environment when improperly treated, stored, transported, or disposed of, or otherwise managed;

b.    set forth in RCRA § 1004(27), 42 U.S.C. § 6903(27), for the term "Solid Waste" as amended from time to time:

any garbage, refuse, sludge from a waste treatment

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1          plant, water supply treatment plant, or air pollution control

2          facility and other discarded material, including solid,

3          liquid, semisolid, or contained gaseous material resulting

4          from industrial, commercial, mining, and agricultural

5          operations, and from community activities, but does not

6          include solid or dissolved material in domestic sewage, or

7          solid or dissolved materials in irrigation return flows or

8          industrial discharges which are point sources subject to

9          permits under section 1342 of Title 33, or source, special

10          nuclear, or byproduct material as defined by the Atomic

11          Energy Act of 1994, as amended (68 Stat. 923) [42

12          U.S.C.A. § 2011 et seq.];

13     and

14          c.     set forth in any applicable state law.

15      28.    **Leach Defendants**.  As used in this Seventh Amended

16 Complaint, the term "Leach Defendants" means:  Roy Leach, Patricia

17 Leach, Leach Property Management, and Leach Oil Company.

18      29.    **Leach Site**.  As used in this Seventh Amended Complaint, the

19 term "Leach Site" means:  The real property and improvements located at

20 625 E. Compton Blvd., Los Angeles CA 90220, and/or 15006 S. Avalon

21 Blvd., Gardena CA 90248.

22      30.    **Mouren-Laurens Defendants**.  As used in this Seventh

23 Amended Complaint, the term "Mouren-Laurens Defendants" means:

24 Claudine Mouren-Laurens as personal representative of the Estate of

25 Joseph Mouren-Laurens, Sr., Nicole Marie Mouren-Laurens as personal

26 representative of the Estate of Emma Mouren-Laurens, John Mouren-

27 Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Company.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

28

-8-

**REV 973'S SEVENTH AMENDED COMPLAINT**

31.   **Mouren-Laurens Site.**  As used in this Seventh Amended Complaint, the term "Mouren-Laurens Site" means:  The real property and improvements located at 641, 705, 715, and 719 E. Compton Blvd., Los Angeles CA 90220.

32.   **National Contingency Plan**.  As used in this Seventh Amended Complaint, the term "National Contingency Plan" ("NCP") means the National Oil and Hazardous Substance Pollution Contingency Plan as set forth in 40 C.F.R. Part 300, as amended from time to time.

33.   **Release**.  As set forth in this Seventh Amended Complaint, the term "release" has the meaning set forth in CERCLA § 101(22), 42. U.S.C. § 9601(22), and as amended from time to time:

Any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment (including the abandonment or discharging of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant).

34.   **Response Cost/s**.  As used in this Seventh Amended Complaint, the term "response costs" includes, but is not limited to:

a.     cost of  "removal" and "remedial actions" of hazardous substances and/or hazardous waste, as those terms are defined in CERCLA § 101(23) and (24), 42 U.S.C. § 9601(23) and (24), as amended from time to time;

b.     costs to respond to releases of hazardous substances and/or hazardous waste, as defined in CERCLA § 101(25), 42 U.S.C. § 9601(25), as amended from time to time;

c.     costs incurred to monitor, assess and evaluate the release of hazardous substances, hazardous waste, chemicals

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-9-

REV 973'S SEVENTH AMENDED COMPLAINT

known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues;

d.    costs to remove and dispose of any hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues;

e.    costs to remedy permanently the release of hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues, including, but not limited to:  (1) the storage, confinement, and cleanup of hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues; (2) the recycling or reuse, diversion, destruction or segregation of reactive wastes: (3) the dredging or excavation, repair, or replacement of leaking containers; and (4) any other such action necessary to protect public health, welfare, and the Environment;

f.    all additional taxes, assessments, fees, interest, levies, penalties, and/or taxes arising out of, or related to, any of (a) through (e), above; and

g.    attorneys' fees, expenses, and costs arising out of, or related to, any of (a) through (f), above.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-10-

# VI.

## RELATIONSHIPS AMONG OWNER/OPERATOR DEFENDANTS

### Mouren-Laurens Defendants

35.    Rev 973 alleges on information and belief that Joseph Mouren-Laurens, Sr., Emma Mouren-Laurens, and/or Does 1 through 6, inclusive, and each of them, were the legal or equitable owners of the Mouren-Laurens Site from on or about 20 April 1955 until on or about 27 July 1979.

36.    Rev 973 alleges on information and belief that Joseph Mouren-Laurens, Sr., Emma Mouren-Laurens, and/or Does 1 through 6, inclusive, and each of them, were the legal and/or equitable owners of the Leach Site from in or about 1955 until in or about 1964.

37.    Rev 973 alleges on information and belief that Defendants John Mouren-Laurens, Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and each of them, were the legal and/or equitable owners of the Mouren-Laurens Site from on or about 27 July 1979 until on or about 10 February 1998.

38.    Rev 973 alleges on information and belief that Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and each of them, operated and engaged in the business of, among other things, recycling, refining, and/or blending used oil on the Mouren-Laurens Site from in or about 1955 through in or about 1998.

39.    Rev 973 alleges on information and belief that Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and each of them, operated and engaged in the business of, among other things, recycling, refining, and/or blending used oil on the Leach Site from in or about 1955 through in or about 1964.

40.    Rev 973 alleges on information and belief that Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and

Fraley & Associates
Ste. 702
617 W. 7⸱ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-11-

REV 973'S SEVENTH AMENDED COMPLAINT

1   each of them, purchased, received, handled, used, generated, stored,

2   processed, treated, transported, disposed of, and/or released hazardous

3   substances, hazardous waste, chemicals known to the State of California

4   to cause cancer and/or reproductive toxicity, petroleum-related products,

5   petroleum products, and/or petroleum residues on, under, from, and/or in

6   the vicinity of the Mouren-Laurens Site and/or the Leach Site.

7       41.    Rev 973 alleges on information and belief that Joseph Mouren-

8   Laurens, Sr., and Emma Mouren-Laurens and Defendants John Mouren-

9   Laurens, Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and

10  each of them, are, and/or at all material times were, directors, officers,

11  agents, representatives, and/or employees of Defendant Mouren-Laurens

12  Oil Company and/or Does 1 through 6, inclusive, and each of them.

13      42.    Rev 973 alleges on information and belief that Joseph Mouren-

14  Laurens, Sr., and Emma Mouren-Laurens and Defendants John Mouren-

15  Laurens, Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and

16  each of them, are, and/or at all material times were, the legal and/or

17  equitable owners of Defendant Mouren-Laurens Oil Company and/or Does

18  1 through 6, inclusive, and each of them.

19      43.    Rev 973 alleges on information and belief that Joseph Mouren-

20  Laurens, Sr., and Emma Mouren-Laurens and Defendants John Mouren-

21  Laurens, Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and

22  each of them, and/or at various material times were, actively involved in the

23  management and control of Defendant Mouren-Laurens Oil Company

24  and/or Does 1 through 6, inclusive, and each of them, including, but not

25  limited to, the management and control of policies, procedures, and/or

26  practices of Defendant Mouren-Laurens Oil Company and/or Does 1

27  through 6, inclusive, and each of them, relating to hazardous substances,

28  hazardous waste, chemicals known to the State of California to cause

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-12-

cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues.

44.    Rev 973 alleges on information and belief that Joseph Mouren-Laurens, Sr., and Emma Mouren-Laurens and Defendants John Mouren-Laurens, Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and each of them:

a.    purchased, received, handled, used, generated, stored, processed, treated, transported, disposed of, and/or released hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site; and

b.    set, controlled, and/or implemented the policies, procedures, and/or practices of Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and each of them, for purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues

all within the scope of their respective authority as owners of beneficial and/or equitable interests in, and/or as directors, officers, agents, representatives, and/or employees of, Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and each of them.

45.    Rev 973 alleges on information and belief that Defendant Mouren-Laurens Oil Company and/or Does 1 through 6, inclusive, and

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-13-

**Rev 973's Seventh Amended Complaint**

1  each of them, is, and at all material times was, a mere shell,

2  instrumentality, and conduit through which Joseph Mouren-Laurens, Sr.,

3  and Emma Mouren-Laurens and Defendants John Mouren-Laurens,

4  Mireille Mouren-Laurens, and/or Does 1 through 6, inclusive, and each of

5  them, carried on business.

6      46.    Rev 973 alleges on information and belief that there exists, and

7  at all material times did exist, a unity of interest and ownership among the

8  Mouren-Laurens Defendants and/or Does 1 through 6, inclusive, and each

9  of them, such that any individuality and separateness among the Mouren-

10  Laurens Defendants and/or Does 1 through 6, inclusive, and each of them,

11  has ceased and the Mouren-Laurens Defendants and/or Does 1 through 6,

12  inclusive, and each of them, are the alter egos of one another.

13     47.    Rev 973 alleges on information and belief that the Mouren-

14  Laurens Defendants and/or Does 1 through 6, inclusive, and each of them,

15  therefore, are personally liable for the acts of the other Mouren-Laurens

16  Defendants and/or Does 1 through 6, inclusive, and each of them,

17  including, but not limited to, ownership and/or operation of Mouren-

18  Laurens Oil Company and/or Does 1 through 6, inclusive, and each of

19  them, ownership and/or operation of the Mouren-Laurens Site and/or the

20  Leach Site, and the Environmental Conditions.

21  **Leach Defendants**

22     48.    Rev 973 alleges on information and belief that Defendants Roy

23  Leach, Patricia Leach, Leach Property Management, Leach Oil Company,

24  and/or Does 4 through 10, inclusive, and each of them, are, and/or at all

25  material times were, the legal or equitable owners of the Leach Site from in

26  or about 1974 through the present.

27     49.    Rev 973 alleges on information and belief that Defendant Leach

28  Oil Company, and/or Does 4 through 10, inclusive, and each of them,

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-14-

operated and engaged in the business of, among other things, recycling, refining, and/or blending used oil on the Leach Site from in or about 1960 through in or about the present.

50.   Rev 973 alleges on information and belief that Defendant Leach Oil Company, and/or Does 4 through 10, inclusive, and each of them, purchased, received, handled, used, generated, stored, processed, treated, transported, disposed of, and/or released hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of the Leach Site.

51.   Rev 973 alleges on information and belief that Defendants Roy Leach, Patricia Leach, Leach Property Management, and/or Does 4 through 10, inclusive, and each of them, are, and/or at all material times were, directors, officers, agents, representatives, and/or employees of Defendant Leach Oil Company, and/or Does 4 through 10, inclusive, and each of them.

52.   Rev 973 alleges on information and belief that Defendants Roy Leach, Patricia Leach, Leach Property Management, and/or Does 4 through 10, inclusive, and each of them, are, and/or at all material times were, the legal or equitable owners of Defendant Leach Oil Company, and/or Does 4 through 10, inclusive, and each of them.

53.   Rev 973 alleges on information and belief that Defendants Roy Leach, Patricia Leach, Leach Property Management, and/or Does 4 through 10, inclusive, and each of them, are, and/or at various material times were, actively involved in the management and control of Defendant Leach Oil Company, and/or Does 4 through 10, inclusive, and each of them, including, but not limited to, the management and control of the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1  policies, procedures, and/or practices of Defendant Leach Oil Company

2  and/or Does 4 through 10, inclusive, and each of them, relating to

3  hazardous substances, hazardous waste, chemicals known to the State of

4  California to cause cancer and/or reproductive toxicity, petroleum-related

5  products, petroleum products, and/or petroleum residues.

6      54.    Rev 973 alleges on information and belief that Defendants Roy

7  Leach, Patricia Leach, Leach Property Management, and/or Does 4

8  through 10, inclusive, and each of them:

9          a.    purchased, received, handled, used, generated, stored,

10         processed, treated, transported, disposed of, and/or released

11         hazardous substances, hazardous waste, chemicals known to the

12         State of California to cause cancer and/or reproductive toxicity,

13         petroleum-related products, petroleum products, and/or petroleum

14         residues on the Leach Site and/or the Mouren-Laurens Site; and

15         b.    set, controlled, and/or implemented the policies,

16         procedures, and/or practices of Defendant Leach Oil Company

17         and/or Does 4 through 10, inclusive, and each of them, for

18         purchasing, receiving, handling, using, generating, storing,

19         processing, treating, transporting, disposing of, and/or releasing

20         hazardous substances, hazardous waste, chemicals known to the

21         State of California to cause cancer and/or reproductive toxicity,

22         petroleum-related products, petroleum products, and/or petroleum

23         residues

24  all within the scope of their respective authority as owners of beneficial

25  and/or equitable interests in, and/or as  directors, officers, agents,

26  representatives, and/or employees of Defendant Leach Oil Company

27  and/or Does 4 through 10, inclusive, and each of them.

28      55.    Rev 973 alleges on information and belief that Defendant Leach

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

Oil Company and/or Does 4 through 10, inclusive, and each of them, is, and at all material times was, a mere shell, instrumentality, and conduit through which Defendants Roy Leach, Patricia Leach, Leach Property Management, and/or Does 4 through 10, inclusive, and each of them, carried on business.

56.    Rev 973 alleges on information and belief that there exists, and at all material times did exist, a unity of interest and ownership among the Leach Defendants and/or Does 4 through 10, inclusive, and each of them, such that any individuality and separateness among the Leach Defendants and/or Does 4 through 10, inclusive, and each of them, has ceased and the Leach Defendants and/or Does 4 through 10, inclusive, and each of them, are the alter egos of one another.

57.    Rev 973 alleges on information and belief that the Leach Defendants and/or Does 4 through 10, inclusive, and each of them, therefore, are personally liable for the acts of the other Leach Defendants and/or Does 4 through 10, inclusive, and each of them, including, but not limited to, ownership and/or operation of Leach Oil Company and/or Does 4 through 10, inclusive, and each of them, ownership and/or operation of the Leach Site, and the Environmental Conditions.

## VII.

## <u>FACTS APPLICABLE TO ALL CLAIMS FOR RELIEF</u>

58.    Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and Does 1 through 6, inclusive, and each of them, and/or the predecessors-in-interest of the Mouren-Laurens Defendants and Does 1 through 6, inclusive, and each of them, owned, constructed improvements on, and operated a business on, the Leach Site and engaged in recycling, refining, and/or blending used oil from in or about

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1   1955 until in or about 1964.

2       59.    Rev 973 alleges on information and belief that the Mouren-

3   Laurens Defendants and Does 1 through 6, inclusive, and each of them,

4   and/or the predecessors-in-interest of the Mouren-Laurens Defendants

5   and Does 1 through 6, inclusive, and each of them, owned, constructed

6   improvements on, and operated a business on, the Mouren-Laurens Site

7   and engaged in recycling, refining, and/or blending used oil from in or

8   about 1955 until in or about February 1998.

9       60.    Rev 973 alleges on information and belief that the Leach

10   Defendants and Does 4 through 10, inclusive, and each of them, and/or the

11   predecessors-in-interest of the Leach Defendants and Does 4 through 10,

12   inclusive, and each of them, owned, constructed improvements on, and

13   operated a business on, the Leach Site and engaged in recycling, refining,

14   and/or blending of used oil from in or about 1960 through the present.

15       61.    On or about 18 September 1997, non-party Federal Deposit

16   Insurance Corporation assigned all right, title, and interest in the Deed of

17   Trust to non-party Revere Financial Corporation.

18       62.    At the time that non-party Revere Financial Corporation

19   acquired all right, title, and interest in the Deed of Trust, non-party Revere

20   Financial Corporation was acting as a loan-servicing agent for Rev 973.

21       63.    On 14 October 1997, non-party Revere Financial Corporation

22   assigned all right, title, and interest in the Deed of Trust to Rev 973.

23       64.    On 10 February 1998, Rev 973 acquired all right, title, and

24   interest to the Mouren-Laurens Site pursuant to a trustee's deed upon sale

25   after a duly noticed non-judicial foreclosure sale.

26       65.    Rev 973 alleges on information and belief that the Defendants,

27   and each of them, contaminated and polluted the structures, soil, subsoil,

28   surface water, and groundwater on, under, from, and in the vicinity of, the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

Mouren-Laurens Site and/or the Leach Site through the acts and/or omissions of the Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, and/or from the Mouren-Laurens Site and/or the Leach Site, thereby causing the Environmental Conditions.

66.   The Environmental Conditions existed prior to 10 February 1998.

67.   Rev 973 alleges on information and belief that the Defendants, through their acts and/or omissions, caused, permitted, and/or are otherwise responsible for, the Environmental Conditions.

68.   The Environmental Conditions have:

a.   permanently diminished the fair market value of the Mouren-Laurens Site;

b.   permanently diminished the lease-hold value of the Mouren-Laurens Site; and

c.   rendered title to the Mouren-Laurens Site unmarketable.

69.   Rev 973, therefore, cannot dispose of the Mouren-Laurens Site without first cleaning up the Environmental Conditions.

70.   Due to the Environmental Conditions, therefore, Rev 973 has suffered, and will continue to suffer:

a.   damages for injury to, and/or the destruction of, real property, personal property, and/or natural resources that comprise the Mouren-Laurens Site;

b.   damages due to the loss of value and/or use of the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀ STᵀ.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-19-

REV 973'S SEVENTH AMENDED COMPLAINT

1   Mouren-Laurens Site;

2       c.   damages for profits that Rev 973 would have earned from

3   the value and/or use of the Mouren-Laurens Site;

4       d.   damages from the impairment of Rev 973's investment

5   and earning capacity due to the injury, destruction, and/or loss of real

6   property, personal property, and/or natural resources that comprise

7   the Mouren-Laurens Site;

8       e.   obligations, liabilities, and Response Costs for the

9   Environmental Conditions;

10      f.   interest;

11  and

12      g.   attorneys' fees, expenses, and costs.

13

14  **VIII.**

15  **REQUESTS FOR ATTORNEYS' FEES, EXPENSES, & COSTS**

16  **(AGAINST ALL DEFENDANTS)**

17  71.   The acts and/or omissions of the Defendants, and each of

18  them, have forced Rev 973 to retain attorneys to prosecute this action.

19  72.   The acts and/or omissions of the Defendants, and each of

20  them, have forced Rev 973 to retain attorneys to respond to, and/or

21  implement, various directives by various government agencies arising out

22  of, or related to, the Environmental Conditions, but Rev 973 is not at fault

23  with respect to such directives.

24  73.   Rev 973 has incurred, and will incur, substantial attorneys' fees,

25  expenses, and costs to prosecute this action.

26  74.   Rev 973 has incurred, and will incur, substantial attorneys' fees,

27  expenses, and costs to respond to, and/or implement, various directives

28  by various government agencies arising out of, or related to, the

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-20-

**Rev 973's Seventh Amended Complaint**

1  Environmental Conditions.

2  75.  Rev 973 has notified the Defendants, and each of them, of the

3  Environmental Conditions and requested that the Defendants, and each of

4  them, remediate the Environmental Conditions, but the Defendants, and

5  each of them, have failed and refused, and continue to fail and refuse to do

6  so.

7  76.  The relief that Rev 973 seeks in this Seventh Amended

8  Complaint against the Defendants, and each of them, including, but not

9  limited to, reimbursement of response costs and injunctive relief, will confer

10  a substantial benefit on the general public by, among other things, ensuring

11  that those who are responsible for release/s of hazardous substances,

12  hazardous wastes, chemicals known to the State of California to cause

13  cancer and/or reproductive toxicity, petroleum-related products, petroleum

14  products, and/or petroleum residues into the Environment bear the full cost

15  of such release/s and clean-up such release/s, thereby discouraging future

16  releases and preventing the endangerment of the public.

17  77.  Pursuant to the terms of the Deed of Trust, the prevailing party

18  in any action arising out of, or relating to, the Deed of Trust, shall recover

19  from the losing party the prevailing party's reasonable attorneys' fees,

20  expenses, and costs.  This action is an action arising out of, or relating to,

21  the Deed of Trust.  Rev 973 has incurred attorneys' fees, expenses, and

22  costs to hire attorneys to prosecute and defend this action in a total

23  amount that Rev 973 does not yet know, but which Rev 973 will prove and

24  request the Court to award to Rev 973 by post-judgment motion after Rev

25  973 prevails in this action.

26  78.  Pursuant to California Code of Civil Procedure §§ 1021.5 and

27  1021.6 and/or the terms of the Deed of Trust, as appropriate, therefore,

28  Rev 973 requests that the Court enter an order requiring the Defendants to

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-21-

REV 973'S SEVENTH AMENDED COMPLAINT

pay, and awarding such payment to Rev 973, all attorneys' fees, expenses, and costs that Rev 973 incurs to prosecute this action and/or to respond to, and/or implement, various directives by various government agencies arising out of, or related to, the Environmental Conditions.

## IX.

## CLAIMS FOR RELIEF AGAINST OWNER/OPERATOR DEFENDANTS

## FIRST CLAIM FOR RELIEF

## (FOR RESPONSE COST RECOVERY UNDER CERCLA AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

79.    Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

80.    Rev 973 is a "person" as that term is defined in CERCLA § 101(21), 42 U.S.C. § 9601 (21).

81.    Rev 973 is not, and at all material times was not, a "covered person" or responsible party pursuant to CERCLA § 107, 42 U.S.C. § 9607.

82.    Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are "person/s" as defined in CERCLA § 101 (21), 42 U.S.C. § 9601(21).

83.    Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "owners" and/or "operators" of the Mouren-Laurens Site and/or the Leach Site as defined in CERCLA § 101(20), 42 U.S.C. § 9601(20).

84.    Rev 973 alleges on information and belief that the Mouren-

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Laurens Site and the Leach Site are, and at all material times were, "facilities" as defined in CERCLA § 101(9), 42 U.S.C. § 9601(9).

85.   Rev 973 alleges on information and belief that a "release" or "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

86.   Rev 973 alleges on information and belief that a "release" or "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Leach Site onto the Mouren-Laurens Site.

87.   Rev 973 alleges on information and belief that the substances that have been released on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site are "hazardous substances" as defined in CERCLA § 101(14), 42 U.S.C. § 9601(14).

88.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, therefore, are "covered person/s" or responsible party/ies pursuant to CERCLA § 107, 42 U.S.C. § 9607.

89.   As a direct and proximate result of the release/s of hazardous substances that have occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, Rev 973 has incurred and will continue to incur response costs as defined in CERCLA § 101(25), 42 U.S.C. § 9601(25) for the Environmental Conditions.

90.   The response costs that Rev 973 has incurred and will continue to incur for the Environmental Conditions are necessary and consistent with the NCP.

91.   The Mouren-Laurens Defendants and the Leach Defendants,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

-23-

and each of them, therefore, are strictly liable to Rev 973 under CERCLA § 107(a), 42 U.S.C. § 9607(a), for all response costs that Rev 973 incurs for the Environmental Conditions due to the release/s on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

92.   As a direct and proximate result of the releases that have occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and the resulting Environmental Conditions, Rev 973 has suffered, and/or will suffer, damages as follows:

a.   Response Costs;

b.   Damages for injury to, destruction of, and/or loss of, natural resources, including, but not limited to, the reasonable costs of assessing such injury, destruction, or loss; and

c.   The costs of a health assessment or health effects study, in a total amount that Rev 973 does not yet know, but which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

## SECOND CLAIM FOR RELIEF

### (FOR CONTRIBUTION UNDER CERCLA AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

93.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

94.   Rev 973 is a "person" as that term is defined in CERCLA § 101(21), 42 U.S.C. § 9601(21).

95.   Rev 973 alleges on information and belief that the Defendants, and each of them, are "persons" as defined in CERCLA § 101(21), 42

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁸ᵀ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-24-

**REV 973'S SEVENTH AMENDED COMPLAINT**

1  U.S.C. § 9601(21).

2      96.   Rev 973 alleges on information and belief that the Mouren-

3  Laurens Defendants and the Leach Defendants, and each of them, are,

4  and/or at all material times were, "owners" and/or "operators" of the

5  Mouren-Laurens Site and/or the Leach Site as defined in CERCLA §

6  101(20), 42 U.S.C. § 9601(20).

7      97.   Rev 973 alleges on information and belief that the Mouren-

8  Laurens Site and the Leach Site are, and/or at all material times were,

9  "facilities" as defined in CERCLA § 101(9), 42 U.S.C. § 9601(9).

10     98.   Rev 973 alleges on information and belief that a "release" or

11  "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of

12  substances has occurred, and may be continuing to occur, on, under,

13  from, and/or in the vicinity of, the Mouren-Laurens Site.

14     99.   Rev 973 alleges on information and belief that a "release" or

15  "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of

16  substances has occurred, and may be continuing to occur, on, under,

17  from, and/or in the vicinity of, the Leach Site onto the Mouren-Laurens Site.

18     100.  Rev 973 alleges on information and belief that the substances

19  that have been released on, under, from, and/or the vicinity of, the Mouren-

20  Laurens Site and the Leach Site are "hazardous substances" as defined in

21  CERCLA § 101(14), 42 U.S.C. § 9601(14).

22     101.  Rev 973 alleges on information and belief that the Mouren-

23  Laurens Defendants and the Leach Defendants, and each of them,

24  therefore, are "covered person/s" or responsible party/ies pursuant to

25  CERCLA § 107, 42 U.S.C. § 9607.

26     102.  As a direct and proximate result of the release/s of hazardous

27  substances that have occurred, and may be continuing to occur, on, under,

28  from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-25-

Rev 973 has incurred and will continue to incur response costs as defined in CERCLA § 101(25), 42 U.S.C. § 9601(25) for the Environmental Conditions.

103.  The response costs that Rev 973 has incurred and will continue to incur for the Environmental Conditions are necessary and consistent with the NCP.

104.  Although Rev 973 denies any liability for the Environmental Conditions, Rev 973 may be nonetheless assessed liability for such Environmental Conditions as a covered person or responsible party pursuant to CERCLA § 107(a), 42 U.S.C. § 9607(a), by government agencies or in a private cost recovery action.

105.  The liability of Rev 973, if any, for the Environmental Conditions has not been resolved through a cost recovery action or a de minimis settlement with the United States.

106.  Rev 973, therefore, is entitled to contribution from the Mouren-Laurens Defendants and the Leach Defendants, and each of them, under CERCLA § 113, 42 U.S.C. § 9613, for all, or such portion as the Court may determine of the, response costs that Rev 973 incurs for the Environmental Conditions due to the release/s on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

107.  As a direct and proximate result of the releases that have occurred, and may be continuing to occur, on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and the resulting Environmental Conditions, Rev 973 has suffered, and/or will suffer, damages as follows:

a.    Response costs;

b.    Damages for injury to, destruction of, and/or loss of, natural resources, including, but not limited to, the reasonable costs

-26-

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1    of assessing such injury, destruction, or loss; and

2        c.     The costs of a health assessment or health effects study,

3 in a total amount that Rev 973 does not yet know, but which Rev 973

4 alleges on information and belief is at least US $20 million, plus interest at

5 the rate provided by law, and which Rev 973 will prove at trial in this action.

6

7                  **THIRD CLAIM FOR RELIEF**

8    **(FOR DECLARATORY RELIEF UNDER CERCLA AGAINST THE**

9    **MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)**

10      108.   Rev 973 realleges and incorporates into this paragraph by this

11 reference each and every allegation contained in paragraphs 1 through 78,

12 inclusive, of this Seventh Amended Complaint as though set forth in full.

13      109.   An actual controversy has arisen and now exists between Rev

14 973 and the Mouren-Laurens Defendants and the Leach Defendants, and

15 each of them.

16      110.   Rev 973 contends that the Mouren-Laurens Defendants and the

17 Leach Defendants, and each of them, are liable for all:

18        a.     Response Costs;

19        b.     Damages for injury to, destruction of, and/or loss of,

20      natural resources, including the reasonable costs of assessing such

21      injury, destruction, or loss; and

22        c.     The costs of a health assessment or health effects study,

23   that Rev 973 incurs for the Environmental Conditions in response to

24 releases and threatened releases of hazardous substances on, under,

25 emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or

26 the Leach Site.

27      111.   Rev 973 alleges on information and belief that the Mouren-

28 Laurens Defendants and the Leach Defendants, and each of them, have

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-27-

**REV 973'S SEVENTH AMENDED COMPLAINT**

denied, and continue to deny, that they are liable for all:

       a.     Response Costs;

       b.     Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

       c.     The costs of a health assessment or health effects study, that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

112.  This Court has jurisdiction pursuant to CERCLA, § 113(g)(2), 42 U.S.C. § 9613(g)(2), and the Declaratory Judgments Act, § 201(a), 28 U.S.C. § 2201(a), to enter a declaratory judgment establishing liability for all:

       a.     Response Costs;

       b.     Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

       c.     The costs of a health assessment or health effects study, that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

113.  Absent a judicial declaration setting forth the rights, obligations, and liabilities of the parties in the controversy between Rev 973, on the one hand, and the Mouren-Laurens Defendants and the Leach Defendants, and each of them, on the other hand, a multiplicity of actions may result.

114.  Rev 973, therefore, requests that this Court enter a declaratory

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-28-

judgment declaring that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable for all:

      a.    Response Costs;

      b.    Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

      c.    The costs of a health assessment or health effects study; that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

## **FOURTH CLAIM FOR RELIEF**

### **(FOR INJUNCTIVE RELIEF UNDER RCRA AGAINST THE LEACH DEFENDANTS AND DOES 4 THROUGH 10, INCLUSIVE)**

115.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78 inclusive, of this Seventh Amended Complaint as though set forth in full.

116.  Rev 973 is a "person" as that term is defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

117.  Rev 973 has given the requisite "Notice of Endangerment" to all required persons, to the Administrator of the United States Environmental Protection Agency, to the Regional Administrator of the United States Environmental Protection Agency, and to the State of California, pursuant to RCRA § 7002(b)(1), 42 U.S.C. § 6972(b)(1).  Rev 973 has attached a true copy of the Sixty-Day Notice by Rev 973, LLC, of Intent to File Suit Pursuant to the Resource Recovery and Conservation Act, dated 18 March 2002 (the "Rev 973 Sixty-Day Notice of Endangerment"), to this Seventh

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-29-

**Rev 973's Seventh Amended Complaint**

Amended Complaint as Exhibit "2" and incorporates the Rev 973 Sixty-Day Notice of Endangerment into this paragraph by this reference as though set forth in full.

118.  Rev 973 alleges on information and belief that neither the Administrator of the Environmental Protection Agency nor the State of California has commenced and is diligently prosecuting a civil or criminal action in a court of the United States or any state to require compliance with any permit, standard, regulation, condition, requirement, prohibition, or order under RCRA for alleged RCRA violations on, under, from, and/or in the vicinity of the Leach Site.

119.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, are "persons" as defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

120.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, are, and/or at all material times were, the owners and/or operators of hazardous waste treatment, storage, and/or disposal facilities on, under, from, and/or in the vicinity of, the Leach Site.

121.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, are, and/or at all material times were, contributing to the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous waste on, under, from, and/or in the vicinity of, the Leach Site.

122.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, installed, operated, and/or and maintained an "underground storage tank," as that term is defined in RCRA § 9001(1), 42 U.S.C. § 6991(1), commonly known

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1  as the "light ends pond" (the "Leach UST"), on the Leach Site from in or
2  about 1960 until the present.

3      123.  Rev 973 alleges on information and belief that the Leach UST
4  contains, and/or contained, hazardous substances, hazardous wastes,
5  chemicals known to the State of California to cause cancer and/or
6  reproductive toxicity, petroleum-related products, petroleum products,
7  and/or petroleum residues from in or about 1960 until the present.

8      124.  Rev 973 alleges on information and belief that the Leach
9  Defendants and Does 4 through 10, inclusive, and each of them, are
10  violating, and/or have violated, standards, regulations, conditions,
11  requirements, and/or prohibitions relating to the installation, operation,
12  maintenance, and closure of underground storage tanks as set forth in
13  RCRA, including subchapters III and IX, and the federal and state
14  regulations promulgated under RCRA, by, among other things, failing to:

15          a.     notify federal and/or state officials of the existence of the
16      Leach UST;

17          b.     register the Leach UST,

18          c.     failing to obtain a permit for the Leach UST;

19          d.     take corrective action with respect to releases and on-
20      going releases from the Leach UST;

21          e.     comply with the requirements for closing the Leach UST.

22      125.  Rev 973 alleges on information and belief that the Leach
23  Defendants and Does 4 through 10, inclusive, and each of them, through
24  their acts and/or omissions relating to the Leach UST have caused,
25  continue to cause, and threaten to cause, release/s of hazardous
26  substances and hazardous wastes on, under, from, and/or in the vicinity of,
27  the Leach Site and/or the Mouren-Laurens Site, thereby causing the
28  Environmental Conditions.

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-31-

Rev 973's Seventh Amended Complaint

126.  Rev 973 alleges on information and belief that the hazardous substances and hazardous wastes that the Leach Defendants and Does 4 through 10, inclusive, and each of them, have disposed into the Environment on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site have been detected on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site in concentrations that exceed those levels recognized as safe by the federal and state governments.

127.  Rev 973 alleges on information and belief that the hazardous substances and hazardous wastes that the Leach Defendants and Does 4 through 10, inclusive, and each of them, have disposed into the Environment on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site may have migrated, be migrating, and/or continue to migrate off the Leach Site and/or the Mouren-Laurens Site, degrading the quality, integrity, and healthfulness of the soils and groundwater on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site.

128.  Rev 973 has requested that the Leach Defendants and Does 4 through 10, inclusive, and each of them, conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions arising out of, or related to, the Leach UST.

129.   The Leach Defendants and Does 4 through 10, inclusive, and each of them, have failed and refused and continue to fail and refuse to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions arising out of, or related to, the Leach UST.

130.  Rev 973 has incurred, and will continue to incur, substantial

Fraley & Associates
Ste. 702
617 W. 7˙ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-32-

investigation, cleanup, and abatement costs for investigating, monitoring, responding to, and remediating the Environmental Conditions arising out of, or related to, Leach UST.

131.  Rev 973 has incurred, and will continue to incur, substantial costs to abate the imminent and substantial danger caused by the Environmental Conditions arising out of, or related to, Leach UST.

132.  The response actions that Rev 973 has taken, and will continue to take, and the costs that Rev 973 has incurred, and will continue to incur, to abate the imminent and substantial danger caused by the Environmental Conditions arising out of, or related to, the Leach UST were the legal responsibility of, and should have been performed by, the Leach Defendants and Does 4 through 10, inclusive, and each of them.

133.  The Leach Defendants and Does 4 through 10, inclusive, and each of them, are responsible for performing any order that this Court may issue, and/or for taking all other action that may be necessary, to investigate, abate, and/or remediate the actual and/or potential endangerment caused by the Environmental Conditions arising out of, or related to, the Leach UST.

134.  Rev 973 requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Leach Defendants and Does 4 through 10, inclusive, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to clean-up the Environmental Conditions and take the necessary corrective and closure action with respect to the Leach UST and/or to assist Rev 973 in conducting the necessary environmental remedial investigation and remediation to abate the actual or potential endangerment caused by, and to clean up, the Environmental Conditions arising out of, or related to, the

Fraley & Associates
Ste. 702
617 W. 7·· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-33-

Leach UST.

## **FIFTH CLAIM FOR RELIEF**

### **(FOR RESTITUTION UNDER RCRA AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)**

Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Sixth Amended Complaint as though set forth in full.

135.  Rev 973 is a "person" as that term is defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

136.  Rev 973 has given the requisite "Notice of Endangerment" to all required persons, to the Administrator of the United States Environmental Protection Agency, to the Regional Administrator of the United States Environmental Protection Agency, and to the State of California, pursuant to RCRA § 7002(b)(2)(A), 42 U.S.C. § 6972(b)(2)(A).  Rev 973 has attached a true copy of the Ninety-Day Notice by Rev 973, LLC, of Intent to File Suit pursuant to the Resource Conservation and Recovery Act, dated 18 March 2002 (the "Rev 973 Ninety-Day Notice of Endangerment"), to this Sixth Amended Complaint as Exhibit "3" and incorporates the Rev 973 Ninety-Day Notice of Endangerment into this paragraph by this reference as though set forth in full.

137.  Rev 973 sent a copy of this Sixth Amended Complaint, as proposed, to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency pursuant to RCRA § 7002(b)(2)(F), 42 U.S.C. § 6972(b)(2)(F).

138.  Rev 973 alleges on information and belief that neither the Administrator of the Environmental Protection Agency nor the State of California:

FRALEY & ASSOCIATES
STE. 702
617 W. 7- ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-34-

a.     has commenced or are diligently prosecuting an action under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C. § 9606, to restrain or abate acts or conditions that may have contributed, or are contributing, to alleged RCRA violations on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

b.     is actually engaged in a removal action under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

c.     has incurred costs to initiate a Remedial Investigation and Feasibility Study ("RI/FS") under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

d.     is diligently prosecuting a remedial action under CERCLA to remedy the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site; or

e.     has obtained a court order under RCRA § 7003, 42 U.S.C. § 6973, CERCLA § 106, 42 U.S.C. § 9606, pursuant to which a responsible party is diligently conducting a removal action, RI/FS, or proceeding with a remedial action for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

139.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are "persons" as defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-35-

140.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, the owners and/or operators of hazardous waste treatment, storage, or disposal facilities on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

141.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, contributing to purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous waste on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

142.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, through their acts or omissions are threatening to cause, and/or have caused, release/s of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the Environmental Conditions.

143.  Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have disposed into the Environment on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site have been detected on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site in concentrations that exceed those levels recognized as safe by the federal and state governments.

144.  Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have disposed into the

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-36-

1   Environment on, under, from, and/or in the vicinity of, the Mouren-Laurens

2   Site and/or the Leach Site may have migrated, be migrating, and/or

3   continue to migrate off the Mouren-Laurens Site and/or the Leach Site,

4   degrading the quality, integrity, and healthfulness of the soils and

5   groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens

6   Site and/or the Leach Site.

7        145.  Rev 973 alleges on information and belief that the

8   Environmental Conditions violate RCRA, subchapters III (Hazardous Waste

9   Management) and IV (Solid Waste Management), and present, and/or may

10  present, an imminent and substantial endangerment to health and/or the

11  Environment by, among other things, threatening the groundwater on,

12  under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the

13  Leach Site and/or the health of the people who live or work on and/or in

14  the vicinity of the Mouren-Laurens Site and/or the Leach Site.

15       146.  Rev 973 has requested that the Mouren-Laurens Defendants

16  and the Leach Defendants, and each of them, conduct the necessary

17  environmental remedial investigation and remediation to abate the actual

18  and/or potential endangerment caused by the Environmental Conditions.

19       147.   The Mouren-Laurens Defendants and the Leach Defendants,

20  and each of them, have failed and refused and continue to fail and refuse

21  to conduct the necessary environmental remedial investigation and

22  remediation to abate the actual and/or potential endangerment caused by

23  the Environmental Conditions.

24       148.  Rev 973 has incurred, and will continue to incur, substantial

25  investigation, cleanup, and abatement costs for investigating, monitoring,

26  responding to, and remediating the Environmental Conditions.

27       149.  Rev 973 has incurred, and will continue to incur, substantial

28  costs to abate the imminent and substantial danger caused by the

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-37-

REV 973'S SEVENTH AMENDED COMPLAINT

1    Environmental Conditions.

2        150.  The response actions that Rev 973 has taken, and will continue

3    to take, and the costs that Rev 973 has incurred, and will continue to incur,

4    to abate the imminent and substantial danger caused by the Environmental

5    Conditions were the legal responsibility of, and should have been

6    performed by, the Mouren-Laurens Defendants and the Leach Defendants,

7    and each of them.

8        151.  The Mouren-Laurens Defendants and the Leach Defendants,

9    and each of them, are responsible for performing any order that this Court

10    may issue, and/or for taking all other action that may be necessary, to

11    investigate, abate, and/or remediate the actual and/or potential

12    endangerment caused by the Environmental Conditions.

13    The Mouren-Laurens Defendants and the Leach Defendants, and each of

14    them, are responsible for paying restitution to Rev 973 pursuant to RCRA §

15    7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B), for all costs that Rev 973 has

16    incurred, and/or will incur, to investigate, abate, and/or remediate the

17    actual and/or potential endangerment caused by the Environmental

18    Conditions, which Rev 973 alleges on information and belief is at least US

19    $20 million, plus interest at the rate provided by law, and which Rev 973

20    will prove at trial in this action.

21

22        **SIXTH CLAIM FOR RELIEF**

23    **(FOR INJUNCTIVE RELIEF UNDER RCRA AGAINST THE MOUREN-**

24        **LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)**

25        152.  Rev 973 realleges and incorporates into this paragraph by this

26    reference each and every allegation contained in paragraphs 1 through 78

27    inclusive, of this Seventh Amended Complaint as though set forth in full.

28        153.  Rev 973 is a "person" as that term is defined in RCRA §

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1    1004(15), 42 U.S.C. § 6903(15).

2         154.   Rev 973 has given the requisite "Notice of Endangerment" to all

3    required persons, to the Administrator of the United States Environmental

4    Protection Agency, to the Regional Administrator of the United States

5    Environmental Protection Agency, and to the State of California, pursuant

6    to RCRA § 7002(b)(2)(A), 42 U.S.C. § 6972(b)(2)(A).  Rev 973 has attached a

7    true copy of the Ninety-Day Notice by Rev 973, LLC, of Intent to File Suit

8    pursuant to the Resource Conservation and Recovery Act, dated 18 March

9    2002 (the "Rev 973 Ninety-Day Notice of Endangerment"), to this Seventh

10   Amended Complaint as Exhibit "3" and incorporates the Rev 973 Ninety-

11   Day Notice of Endangerment into this paragraph by this reference as

12   though set forth in full.

13        155.   Rev 973 has sent a copy of this Seventh Amended Complaint,

14   as proposed, to the Attorney General of the United States and the

15   Administrator of the United States Environmental Protection Agency

16   pursuant to RCRA § 7002(b)(2)(F), 42 U.S.C. § 6972(b)(2)(F).

17        156.   Rev 973 alleges on information and belief that neither the

18   Administrator of the Environmental Protection Agency nor the State of

19   California:

20             a.     has commenced or are diligently prosecuting an action

21        under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C.

22        § 9606, to restrain or abate acts or conditions that may have

23        contributed, or are contributing, to alleged RCRA violations on,

24        under, from, or in the vicinity of, the Mouren-Laurens Site and/or the

25        Leach Site;

26             b.     are actually engaged in a removal action under CERCLA §

27        104, 42 U.S.C. § 9604, for the presence of hazardous substances

28        and/or hazardous wastes on, under, from, or in the vicinity of, the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-39-

REV 973'S SEVENTH AMENDED COMPLAINT

Mouren-Laurens Site and/or the Leach Site;

c. has incurred costs to initiate a Remedial Investigation and Feasibility Study ("RI/FS") under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

d. are diligently prosecuting a remedial action under CERCLA to remedy the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site; or

e. has obtained a court order under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C. § 9604, pursuant to which a responsible party is diligently conducting a removal action, RI/FS, or proceeding with a remedial action for the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

157. Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are "persons" as defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

158. Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are or were, at all material times, the owners and/or operators of hazardous waste treatment, storage, or disposal facilities on, under, emanating from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

159. Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, contributing to the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-40-

REV 973'S SEVENTH AMENDED COMPLAINT

disposing of, and/or releasing hazardous waste on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

160.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, through their acts and/or omissions are threatening to cause, or caused, release/s of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the Environmental Conditions.

161.  Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have disposed into the Environment on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site have been detected on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site in concentrations that exceed those levels recognized as safe by the federal and state governments.

162.  Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have disposed into the Environment on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site may have migrated, be migrating, and/or continue to migrate off the Mouren-Laurens Site and/or the Leach Site, degrading the quality, integrity, and healthfulness of the soils and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

163.  Rev 973 alleges on information and belief that the Environmental Conditions violate RCRA, Subchapter III (Hazardous Waste Management) and Subchapter IV (Solid Waste Management), and present,

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-41-

or may present, an imminent and substantial endangerment to health and/or the Environment by, among other things, threatening the groundwater on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and/or the health of the people who live or work on and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site.

164.  Rev 973 has requested that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

165.  The Mouren-Laurens Defendants and the Leach Defendants, and each of them, have failed and refused and continue to fail and refuse to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

166.  Rev 973 has incurred, and will continue to incur, substantial investigation, clean-up, and abatement costs for investigating, monitoring, responding to, and remediating the Environmental Conditions.

167.  Rev 973 has incurred, and will continue to incur, substantial costs to abate the imminent and substantial danger caused by the Environmental Conditions.

168.  Rev 973 requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Mouren-Laurens Defendants and the Leach Defendants, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to clean up the Environmental Conditions and/or assist Rev 973 to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by, and to clean

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

up, the Environmental Conditions.

## SEVENTH CLAIM FOR RELIEF

## (FOR REMOVAL COSTS UNDER THE OIL POLLUTION ACT AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

169.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Sixth Amended Complaint as though set forth in full.

170.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are "persons" as defined in OPA § 1001(27), 33 U.S.C. § 2701(27).

171.  Rev 973 alleges on information and belief that the Mouren-Laurens Site and/or the Leach Site are, and at all material times were, "facilities" used for the purpose of handling, transferring, processing, or transporting oil within the meaning of OPA § 1001(9), 33 U.S.C. § 2701(9).

172.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "owners" and/or "operators" of a "pipeline" as those terms are defined in OPA §§ 1001(26) & (32)(E), 33 U.S.C. § 2701(26) & (32)(E).

173.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "owners" and/or "operators" of facilities as defined in OPA § 1001(26), 33 U.S.C. § 2701(26).

174.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "responsible parties" as that term is defined in

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-43-

1    OPA 1001(32), 33 U.S.C. § 2701(32).

2    175.  Rev 973 alleges on information and belief that the Mouren-

3    Laurens Defendants and the Leach Defendants, and each of them, have

4    discharged, or pose a substantial threat of discharging, "oil" within the

5    meaning of OPA § 1001(23), 33 U.S.C. § 2701(23), and/or are potentially

6    liable under OPA for the discharge of oil on, under, from, and/or in the

7    vicinity of the Mouren-Laurens Site, the Leach Site, and/or the pipeline,

8    thereby causing the Environmental Conditions.

9    176.  Rev 973 alleges on information and belief that the Mouren-

10    Laurens Defendants and the Leach Defendants, and each of them, by

11    discharging, and/or posing a substantial threat of discharging, oil on,

12    under, from, and/or in the vicinity of, the Mouren-Laurens Site, the Leach

13    Site, and/or the pipeline have also discharged, and/or also pose a

14    substantial threat of discharging, oil into or upon the navigable waters,

15    adjoining shorelines, and/or the exclusive economic zone.

16    177.  As a direct and proximate result of the acts and/or omissions of

17    the Mouren-Laurens Defendants and the Leach Defendants, and each of

18    them, Rev 973 has incurred, and will continue to incur, "removal costs"

19    including, but not limited to, attorneys' fees, expenses, and costs, within

20    the meaning of OPA § 1001(31), 33 U.S.C. § 2701(31), and the NCP.

21    178.  As a further direct and proximate result of the acts and/or

22    omissions of the Mouren-Laurens Defendants and the Leach Defendants,

23    and each of them, Rev 973 has suffered, and will continue to suffer,

24    damages for injury to, and/or economic losses resulting from, the

25    destruction of real and/or personal property within the meaning of OPA §

26    2702(b)(2)(B), 33 U.S.C. § 2701(b)(2)(B).

27    179.  As a further direct and proximate result of the acts and/or

28    omissions of the Mouren-Laurens Defendants and the Leach Defendants,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-44-

and each of them, Rev 973 has suffered, and will continue to suffer, damages for the loss of profits and impairment of earning capacity due to the injury, destruction, and/or loss of real property, personal property, and/or natural resources within the meaning of OPA § 2702(b)(2)(E), 33 U.S.C. § 2701(b)(2)(E).

180. The Mouren-Laurens Defendants and the Leach Defendants, and each of them, are strictly liable, jointly and severally, for all necessary removal costs for the Environmental Conditions pursuant to OPA § 1002, 33 U.S.C. § 2702, because the Mouren-Laurens Defendants and the Leach Defendants, and each of them, owned, operated, and/or were responsible for the facility/ies and/or the pipeline when the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discharged, and/or posed a substantial threat of discharging, oil on, under, from, and/or in the vicinity of, the Mouren-Laurens Site, the Leach Site, and/or the pipeline.

181. Rev 973 is entitled to recover from the Mouren-Laurens Defendants and the Leach Defendants, and each of them, under OPA § 1002, 33 U.S.C. § 2702, all necessary removal costs that Rev 973 incurs for the Environmental Conditions and all damages that Rev 973 suffers due to the discharges, and substantial threats of discharges, of oil by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, the total of which Rev 973 does not yet know, but which Rev 973 alleges on information and belief is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

///

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-45-

REV 973'S SEVENTH AMENDED COMPLAINT

# EIGHTH CLAIM FOR RELIEF

## (FOR CONTRIBUTION UNDER THE OIL POLLUTION ACT AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

182.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Sixth Amended Complaint as though set forth in full.

183.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are "persons" as defined in OPA § 1001(27), 33 U.S.C. § 2701(27).

184.   Rev 973 alleges on information and belief that the Mouren-Laurens Site and/or the Leach Site are, and at all material times were, "facilities" used for the

185.   purpose of handling, transferring, processing, or transporting oil within the meaning of OPA § 1001(9), 33 U.S.C. § 2701(9).

186.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "owners" and/or "operators" of a "pipeline" as those terms are defined in OPA §§ 1001(26) & (32)(E), 33 U.S.C. § 2701(26) & (32)(E).

187.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "owners" and/or "operators" of facilities as defined in OPA § 1001(26), 33 U.S.C. § 2701(26).

188.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and at all material times were, "responsible parties" as that term is defined in OPA § 1001(32), 33 U.S.C. § 2701(32).

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-46-

REV 973'S SEVENTH AMENDED COMPLAINT

189.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have discharged, or pose a substantial threat of discharging, "oil" within the meaning of OPA § 1001(23), 33 U.S.C. § 2701(23), and/or are potentially liable under OPA for the discharge of oil on, under, from, and/or in the vicinity of the Mouren-Laurens Site, the Leach Site, and/or the pipeline, thereby causing the Environmental Conditions.

190.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, by discharging, and/or posing a substantial threat of discharging, oil on, under, from, and/or in the vicinity of, the Mouren-Laurens Site, the Leach Site, and/or the pipeline have also discharged, and/or also pose a substantial threat of discharging, oil into or upon the navigable waters, adjoining shorelines, and/or the exclusive economic zone.

191.  As a direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has incurred, and will continue to incur, "removal costs," including, but not limited to, attorneys' fees, expenses, and costs, within the meaning of OPA § 1001(31), 33 U.S.C. § 2701(31), and the NCP.

192.  As a further direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has suffered, and will continue to suffer, damages for injury to, and/or economic losses resulting from, the destruction of real and/or personal property within the meaning of OPA § 2702(b)(2)(B), 33 U.S.C. § 2701(b)(2)(B).

193.  As a further direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has suffered, and will continue to suffer,

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-47-

damages for the loss of profits and impairment of earning capacity due to the injury, destruction, and/or loss of real property, personal property, and/or natural resources within the meaning of OPA § 2702(b)(2)(E), 33 U.S.C. § 2701(b)(2)(E).

194.   The Mouren-Laurens Defendants and the Leach Defendants, and each of them, are strictly liable, jointly and severally, for all necessary removal costs for the Environmental Conditions pursuant to OPA § 1002, 33 U.S.C. § 2702, because the Mouren-Laurens Defendants and the Leach Defendants, and each of them, owned, operated, and/or were responsible for the facility/ies and/or the pipeline when the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discharged, and/or posed a substantial threat of discharging, oil on, under, from, and/or in the vicinity of, the Mouren-Laurens Site, the Leach Site, and/or the pipeline.

195.   Rev 973 is entitled to contribution from the Mouren-Laurens Defendants and the Leach Defendants, and each of them, under OPA § 1002, 33 U.S.C. § 2709, for all necessary removal costs that Rev 973 incurs for the Environmental Conditions and all damages that Rev 973 suffers due to the discharges, and substantial threats of discharges, of oil by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, the total of which Rev 973 does not yet know, but which Rev 973 alleges on information and belief is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

///

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-48-

# NINTH CLAIM FOR RELIEF

## (FOR INDEMNITY AND/OR CONTRIBUTION UNDER CALIFORNIA HEALTH AND SAFETY CODE AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

196.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

197.   Rev 973 is a "person" as that term is defined in Hazardous Substance Account Act ("HSAA"), California Health and Safety Code § 25319.

198.   Rev 973 has provided written notice of this claim for relief to the Director of the California Department of Toxic Substances Control in accord with the HSAA, California Health and Safety Code § 25363(e).  Rev 973 has attached a true copy of the Notice by Rev 973, LLC, of Intent to File Suit pursuant to the Hazardous Substances Account Act, dated 18 March 2002 (the "Rev 973 HSAA Notice"), to this Seventh Amended Complaint as Exhibit "4" and incorporates the Rev 973 HSAA Notice into this paragraph by this reference as though set forth in full.

199.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, "covered persons" or "responsible parties" as those terms are defined in CERCLA § 107(a), 42 U.S.C. § 9607(a).

200.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, "owners" and/or "operators" of a facility and/or "generators" and/or "transporters" and as such are "covered persons" under CERCLA § 107(a), 42 U.S.C. § 9607(a).

FRALEY & ASSOCIATES
STE. 702
617 W. 7· ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

201.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and/or at all material times were, "responsible parties" under the HSAA, California Health & Safety Code § 25323.5.

202.  Rev 973 alleges on information and belief that the substances that have been deposited, stored, disposed of, released, placed, and/or otherwise have come to be located on Mouren-Laurens Site and/or the Leach Site are "hazardous substances" within the meaning of the HSAA, California Health & Safety Code § 25316.

203.  Rev 973 alleges on information and belief that the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, with regard to the hazardous substances on, under, from, and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site resulted in a "release" of hazardous substances on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site within the meaning of the HSAA, California Health & Safety Code § 25320.

204.  As a direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has incurred and will continue to incur "remedial action" and "removal action" costs and expenditures as those terms are defined in the HSAA, California Health & Safety Code §§ 25322 and 25323, including, but not limited to, costs and expenditures to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions.

205.  Rev 973 alleges on information and belief that the liability of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, has not been terminated, has not been discharged by arbitration, and is not the subject of a pending apportionment proceeding under the HSAA,

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-50-

California Health and Safety Code § 25356.6.

206.  Rev 973 is entitled to indemnification and/or contribution, in whole or part, from the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for all "remedial action" and "removal action" costs and expenditures as those terms are defined in HSAA, California Health & Safety Code §§ 25322 and 25323, that Rev 973 has incurred, and/or will incur, for the Environmental Conditions, which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

### TENTH CLAIM FOR RELIEF

### (FOR INDEMNITY UNDER CALIFORNIA WATER CODE AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

207.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

208.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, negligently or wrongfully caused or threatened to cause, hazardous substances and/or hazardous waste to be deposited or discharged in or on the waters of the State of California in a manner that threatens to create, or has created, a condition of "pollution" or "nuisance" as defined in the Porter-Cologne Water Quality Control Act, California Water Code §§ 13050(l) and (m), thereby causing the Environmental Conditions.

209.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable in whole or in part for any costs, including, but not limited to, cleanup

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

and/or abatement action costs and attorneys' fees, costs, and expenses,
that Rev 973 has incurred, and/or incurs, arising out of, or related to, any
order by the Regional Water Quality Control Board for removal and/or
remedial action for the Environmental Conditions.

210.  Rev 973 is not responsible for any condition of pollution and/or
nuisance on, under, from, and/or in the vicinity of, the Mouren-Laurens Site
and/or the Leach Site and is, therefore, entitled to indemnification and/or
contribution, in whole or in part, from the Mouren-Laurens Defendants and
the Leach Defendants, and each of them, under the Porter-Cologne Water
Quality Control Act, California Water Code § 13304, for the costs that Rev
973 has incurred, and/or will incur, in connection with the investigation,
monitoring, removal, and/or remediation of the Environmental Conditions,
any alleged contamination in the waters of the State of California, and any
administrative and/or civil penalties imposed on Rev 973 arising out of, or
related to, any condition of pollution and/or nuisance caused by the
Environmental Conditions.


**ELEVENTH CLAIM FOR RELIEF**

**(FOR CIVIL PENALTIES AND INJUNCTIVE RELIEF UNDER
PROPOSITION 65 AGAINST THE LEACH DEFENDANTS AND DOES 4
THROUGH 10, INCLUSIVE)**

211.  Rev 973 realleges and incorporates into this paragraph by this
reference each and every allegation contained in paragraphs 1 through 78,
inclusive, of this Seventh Amended Complaint as though set forth in full.

212.  Rev 973 has given the requisite notice of this claim for relief to
all required persons, the Attorney General of the State of California, the
District Attorney for the County of Los Angeles, State of California, and the
City Attorney for the City of Los Angeles, State of California, pursuant to

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

the Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65"), California Health and Safety § 25249.7(d)(1).  Rev 973 has attached a true copy of the Sixty-Day Notice by Rev 973, LLC, of Intent to File Suit Pursuant to the California Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65"), dated 18 March 2002 (the "Rev 973 Prop 65 Notice") to this Seventh Amended Complaint as Exhibit "5" and incorporates the Rev 973 Prop 65 Notice into this paragraph by this reference as though set forth in full.

213.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, are, and/or at all material times were, "persons" as defined in Proposition 65, California Health and Safety Code § 25249.11(a).

214.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, are, and at all material times were, "persons" acting in the "course of doing business," as defined in Proposition 65, California Health and Safety Code § 25249.11(b).

215.  Rev 973 alleges on information and belief that the Leach Defendants and Does 4 through 10, inclusive, and each of them, discharged and/or released and are continuing to discharge and/or release, chemical/s known to the State of California to cause cancer and/or reproductive toxicity on, under, from, and in the vicinity of, the Leach Site and/or the Mouren-Laurens Site where such chemical/s will pass and/or probably will pass into a source of drinking water, thereby causing the Environmental Conditions.

216.  Rev 973 alleges on information and belief that the discharge/s and/or release/s by the Leach Defendants and Does 4 through 10, inclusive, and each of them, of the chemical/s occurred more than twenty

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-53-

(20) months after the State of California included the chemical/s on the list published under Proposition 65, California Health and Safety Code § 25249.8.

217.   As a direct and proximate result of the discharges and/or release/s by the Leach Defendants and Does 4 through 10, inclusive, and each of them, of the chemicals, Rev 973 brings this action in the public interest pursuant to Proposition 65, California Health and Safety Code § 25249.7(d), and, accordingly, seeks civil penalties against the Leach Defendants and Does 4 through 10, inclusive, and each of them, in accord with Proposition 65, California Health and Safety Code §§ 25192 and 25249.7.

218.   Rev 973 further requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Leach Defendants and Does 4 through 10, inclusive, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to cease discharging and/or releasing the chemicals and to clean up the Environmental Conditions and/or assist Rev 973 to conduct the necessary environmental remedial investigation and remediation to clean up the Environmental Conditions.

## TWELFTH CLAIM FOR RELIEF

## (FOR DECLARATORY RELIEF UNDER CALIFORNIA CODE OF CIVIL PROCEDURE AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

219.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-54-

220.  An actual controversy has arisen and now exists between Rev 973 and the Mouren-Laurens Defendants and the Leach Defendants, and each of them.

221.  Rev 973 contends that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable for all necessary "removal action" and "remedial action" costs, as those terms are defined in HSAA, California Health and Safety Code §§ 25322 and 25323, to abate the Environmental Conditions.

222.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have denied, and continue to deny, that they are liable for all necessary "removal action" and "remedial action" costs, as those terms are defined in HSAA, California Health and Safety Code §§ 25322 and 25323, to abate the Environmental Conditions.

223.  This Court has jurisdiction pursuant to California Code of Civil Procedure § 1060 to enter a declaratory judgment establishing liability for all necessary "removal action" and "remedial action" costs, as those terms are defined in HSAA, California Health and Safety Code §§ 25322 and 25323, that Rev 973 has incurred and/or will incur to abate the Environmental Conditions.

224.  Absent a judicial declaration setting forth the rights, obligations, and liabilities of the parties in the controversy between Rev 973, on the one hand, and the Mouren-Laurens Defendants and the Leach Defendants, and each of them, on the other hand, a multiplicity of actions may result.

225.  Rev 973, therefore, requests that this Court enter a declaratory judgment declaring that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable for all necessary "removal action" and "remedial action" costs, as those terms are defined in HSAA, California

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-55-

REV 973'S SEVENTH AMENDED COMPLAINT

Health and Safety Code §§ 25322 and 25323, that Rev 973 has incurred and/or will incur to abate the Environmental Conditions.

## THIRTEENTH CLAIM FOR RELIEF

## (FOR VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

226.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

227.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, received significant monetary gain through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

228.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, contaminated and polluted the structures, soil, subsoil, surface water, and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-56-

1   chemicals known to the State of California to cause cancer and/or

2   reproductive toxicity, petroleum-related products, petroleum products,

3   and/or petroleum residues on, under, from, and/or in the vicinity of, the

4   Mouren-Laurens Site and/or the Leach Site, thereby causing the

5   Environmental Conditions.

6       229.  Rev 973 alleges on information and belief that the conduct of

7   the Mouren-Laurens Defendants and the Leach Defendants, and each of

8   them, violates, and/or at all material times violated, federal and state laws.

9       230.  The acts and/or omissions of the Mouren-Laurens Defendants

10  and the Leach Defendants, and each them, in purchasing, receiving,

11  handling, using, generating, storing, processing, treating, transporting,

12  disposing of, and/or releasing hazardous substances, hazardous wastes,

13  chemicals known to the State of California to cause cancer and/or

14  reproductive toxicity, petroleum-related products, petroleum products,

15  and/or petroleum residues on, under, from, and/or in the vicinity of, the

16  Mouren-Laurens Site and/or the Leach Site constitute and/or constituted

17  "unfair business practices or acts" as defined in California Business and

18  Professions Code § 17200.

19      231.  As a direct and proximate result of the unfair business practices

20  of the Mouren-Laurens Defendants and the Leach Defendants, and each of

21  them, Rev 973 has suffered damages as follows:

22          a.   General damages, including, but not limited to, a

23  permanent loss of fair market value of the Mouren-Laurens Site

24  caused by the Environmental Conditions;

25          b.   Special damages, including, but not limited to, injury to,

26  destruction of, and/or loss of natural resources, including the

27  reasonable costs of assessing such injury, destruction, or loss;

28          c.   Incidental damages, including, but not limited to, the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-57-

Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

      d.    Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

232.  Rev 973 has incurred, and will continue to incur, attorneys' fees, expenses, and costs to prosecute/defend this action to stop the unfair business practices or acts of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in an amount which Rev 973 does not yet know, but which Rev 973 will prove and request the Court to award to Rev 973 when Rev 973 prevails in this action.

233.  Rev 973, therefore, requests that the Court order the Mouren-Laurens Defendants and the Leach Defendants, and each of them, to pay restitution pursuant to California Business and Professions Code §§ 17200 and 17203 to all those who have suffered from the unfair business practices or acts of the Mouren-Laurens Defendants and the Leach Defendants, and each them, which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

234.  Rev 973 further requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Leach Defendants, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to cease their unfair

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

business practices or acts, to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by, and to clean up, the Environmental Conditions.

235.  Rev 973 further requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Mouren-Laurens Defendants, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by, and to clean up, the Environmental Conditions.

## FOURTEENTH CLAIM FOR RELIEF

## (FOR BREACH OF CONTRACT AGAINST DEFENDANTS JOHN MOUREN-LOURENS AND MIREILLE MOUREN-LAURENS AND DOES 1 AND 6)

236.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

237.  Pursuant to the terms of the Deed of Trust, Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, agreed, among other things:

a.      to protect and preserve Rev 973's beneficial interest in the security underlying the Deed of Trust by protecting, preserving, and maintaining the Mouren-Laurens Site;

b.      to indemnify, defend, and hold Rev 973 harmless as the beneficiary of the Deed of Trust; and

c.      to deliver exclusive possession and control of the

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel  213.550.4000
Fax  213.550.4010

-59-

**Rev 973's Seventh Amended Complaint**

Mouren-Laurens Site to Rev 973 upon foreclosure.

238.  Rev 973 alleges on information and belief that Rev 973 and Rev 973's predecessors-in-interest, as beneficiaries of the Deed of Trust, performed all of the conditions, covenants, and obligations that the Deed of Trust required the beneficiaries to perform except for those conditions, covenants, and obligations that were waived or excused by Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them.

239.  Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, have breached the Deed of Trust by, among other things, failing and refusing, and continuing to fail and refuse,:

    a.    to protect and preserve Rev 973's beneficial interest in the security underlying the Deed of Trust by protecting, preserving, and maintaining the Mouren-Laurens Site;

    b.    to protect, defend, indemnify, and hold Rev 973 harmless as the beneficiary of the Deed of Trust; and

    c.    to deliver exclusive possession and control of the Mouren-Laurens Site to Rev 973 upon foreclosure.

240.  Rev 973 has demanded that Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, perform the Deed of Trust according to the terms of the Deed of Trust, but Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 4 and 5, and each of them, have failed and refused, and continue to fail and refuse, to perform the Deed of Trust according to the terms of the Deed of Trust.

241.  As a direct and proximate result of the breaches of the Deed of Trust by Defendants John Mouren-Laurens and Mireille Mouren-Laurens

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-60-

and Does 1 and 6, inclusive, and each of them, Rev 973 has suffered

damages as follows:

      a.    General damages, including, but not limited to, a

permanent loss of fair market value of the Mouren-Laurens Site

caused by the Environmental Conditions;

      b.    Special damages, including, but not limited to, injury to,

destruction of, and/or loss of natural resources, including the

reasonable costs of assessing such injury, destruction, or loss;

      c.    Incidental damages, including, but not limited to, the

Response Costs to investigate, identify, assess, monitor, remove,

remediate, and otherwise rectify the Environmental Conditions and

the costs of a health assessment or health effects study; and

      d.    Consequential damages, including, but not limited to, loss

of earning capacity, revenue, and/or profit in the lease, sale, use,

and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or

greater than US $20 million, plus interest at the rate provided by law, plus

attorneys' fees, expenses, and costs.

## FIFTEENTH CLAIM FOR RELIEF

### (FOR IMPLIED CONTRACTUAL INDEMNITY AGAINST DEFENDANTS JOHN MOUREN-LAURENS AND MIREILLE MOUREN-LAURENS AND DOES 1 AND 6)

242.  Rev 973 realleges and incorporates into this paragraph by this

reference each and every allegation contained in paragraphs 1 through 78,

inclusive, of this Seventh Amended Complaint as though set forth in full.

243.  Pursuant to the terms of the Deed of Trust, Defendants John

Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

and each of them, agreed, among other things:

       a.    to protect and preserve Rev 973's beneficial interest in the security underlying the Deed of Trust by protecting, preserving, and maintaining the Mouren-Laurens Site; and

       b.    to discharge all obligations arising out of, or relating to, possession and use of the Mouren-Laurens Site by Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them.

244.  By virtue of the conditions, covenants, and obligations that Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, agreed to perform under the Deed of Trust, Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, each of them, implicitly agreed to protect, defend, indemnify, and hold Rev 973 harmless from all obligations, liabilities, damages, losses, and/or costs, including, but not limited to, Response Costs, for their failure to perform, or their negligent performance of, the Deed of Trust.

245.  Rev 973 alleges on information and belief that the Environmental Conditions exist because Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, failed to perform and/or negligently performed their obligations under the Deed of Trust.

246.  Rev 973 has incurred, and will incur additional, obligations, liabilities, damages, losses, and/or costs, including, but not limited to, Response Costs and attorneys' fees, expenses, and costs, to identify, investigate, and remediate fully the Environmental Conditions, to respond to, and/or implement, various directives by various government agencies arising out of, or related to, the Environmental Conditions, and to

FRALEY & ASSOCIATES
STE. 702
617 W. 7^ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-62-

REV 973'S SEVENTH AMENDED COMPLAINT

1    prosecute/defend this action.

2        247.  Rev 973 has demanded that Defendants John Mouren-Laurens

3    and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of

4    them, protect, defend, indemnify, and hold Rev 973 harmless from the

5    obligations, liabilities, damages, losses, and costs, including, but not

6    limited to, Response Costs and attorneys' fees, expenses, and costs, that

7    Rev 973 has incurred, and will incur, to identify, investigate, and remediate

8    fully the Environmental Conditions on, under, emanating from, and in the

9    vicinity of, the Mouren-Laurens Site to respond to, and/or implement,

10   various directives by various government agencies arising out of, or related

11   to, the Environmental Conditions, and to prosecute/defend this action.

12       248.  Despite Rev 973's demands, Defendants John Mouren-Laurens

13   and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of

14   them, have failed and refused, and continue to fail and refuse, to protect,

15   defend, indemnify and hold Rev 973 harmless from all obligations,

16   liabilities, damages, losses, and costs, including, but not limited to,

17   Response Costs and attorneys' fees, expenses, and costs, that Rev 973

18   has incurred, and will incur, to identify, investigate, and remediate fully the

19   Environmental Conditions to respond to, and/or implement, various

20   directives by various government agencies arising out of, or related to, the

21   Environmental Conditions, and to prosecute/defend this action.

22       249.  As a direct and proximate result of the failures and refusals by

23   Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does

24   1 and 6, inclusive, and each of them, to protect, defend, indemnify, and

25   hold Rev 973 harmless, Rev 973 has suffered damages as follows:

26           a.    General damages, including, but not limited to, a

27       permanent loss of fair market value of the Mouren-Laurens Site

28       caused by the Environmental Conditions;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-63-

REV 973'S SEVENTH AMENDED COMPLAINT

b.     Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

c.     Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

d.     Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

## SIXTEENTH CLAIM FOR RELIEF
## (FOR COMPARATIVE EQUITABLE INDEMNITY AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

250.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

251.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, through their acts and/or omissions, caused, created, maintained, and/or contributed to the Environmental Conditions.

252.  As between Rev 973, on the one hand, and the Mouren-Laurens Defendants and the Leach Defendants, and each of them, on the other hand, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, should bear and/or pay all obligations, liabilities, losses,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

damages, and/or costs, including, but not limited to, Response Costs and attorneys fees, expenses, and costs, that Rev 973 has incurred, and will incur, caused by the Environmental Conditions.

253. As a matter of equity and good conscience, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, therefore, should protect, defend, indemnify, and hold Rev 973 harmless, in whole or in part, from all obligations, liabilities, losses, damages, and/or costs, including, but not limited to, Response Costs and attorneys' fees, expenses, and costs, that Rev 973, has incurred, and/or will incur, caused by the Environmental Conditions.

254. As a direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has suffered damages as follows:

a. General damages, including, but not limited to, a permanent loss of fair market value of the Mouren-Laurens Site caused by the Environmental Conditions;

b. Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

c. Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

d. Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or ///

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

## SEVENTEENTH CLAIM FOR RELIEF

### (FOR ULTRAHAZARDOUS ACTIVITY AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

255.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

256.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, created a high degree of risk of serious harm to human health, the Environment, and the Mouren-Laurens Site.

257.   Rev 973 alleges on information and belief that the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, was not a matter of common usage.

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-66-

258.   Rev 973 alleges on information and belief that the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, were inappropriate activities for the area in which the Mouren-Laurens Defendants and the Leach Defendants, and each of them, performed those activities.

259.   Rev 973 alleges on information and belief that the risk of harm to human health, the Environment, and the Mouren-Laurens Site from the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, was and/or continues to be great.

260.   Rev 973 alleges on information and belief that the value to the community of the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site by

Fraley & Associates
Ste. 702
617 W. 7 - St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-67-

the Mouren-Laurens Defendants and the Leach Defendants, and each of them, was and/or is outweighed by the dangerous attributes of these activities.

261. Rev 973 alleges on information and belief that the risk that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, caused by the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, could not be eliminated through the exercise of reasonable care.

262. Rev 973 alleges on information and belief that the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and the Leach Site by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, constituted, and/or constitute, ultrahazardous activities under California law.

263. Rev 973 alleges on information and belief that the ultrahazardous activities of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, caused, created, maintained, and/or contributed to the Environmental Conditions.

264. The Mouren-Laurens Defendants and the Leach Defendants, and each of them, are strictly liable for damages caused by their

-68-

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1    ultrahazardous activities.

2        265.  As a direct and proximate result of ultrahazardous activities by

3    the Mouren-Laurens Defendants and the Leach Defendants, and each of

4    them, Rev 973 has suffered damages as follows:

5            a.    General damages, including, but not limited to, a

6        permanent loss of fair market value of the Mouren-Laurens Site

7        caused by the Environmental Conditions;

8            b.    Special damages, including, but not limited to, injury to,

9        destruction of, and/or loss of natural resources, including the

10       reasonable costs of assessing such injury, destruction, or loss;

11           c.    Incidental damages, including, but not limited to, the

12       Response Costs to investigate, identify, assess, monitor, remove,

13       remediate, and otherwise rectify the Environmental Conditions and

14       the costs of a health assessment or health effects study; and

15           d.    Consequential damages, including, but not limited to, loss

16       of earning capacity, revenue, and/or profit in the lease, sale, use,

17       and/or development of the Mouren-Laurens Site,

18   the total of which Rev 973 alleges on information and belief, is equal to or

19   greater than US $20 million, plus interest at the rate provided by law, plus

20   attorneys' fees, expenses, and costs.

21

22           **EIGHTEENTH CLAIM FOR RELIEF**

23   **(FOR CONTINUING PRIVATE NUISANCE AGAINST THE MOUREN-**

24       **LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)**

25       266.  Rev 973 realleges and incorporates into this paragraph by this

26   reference each and every allegation contained in paragraphs 1 through 78,

27   inclusive, of this Seventh Amended Complaint as though set forth in full.

28       267.  Rev 973 is, and has been since on or about 14 October 1997,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-69-

**Rev 973's Seventh Amended Complaint**

either the fee or beneficial owner of the Mouren-Laurens Site.

268.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, through their acts and/or omissions, caused, created, maintained, and/or contributed to the Environmental Conditions.

269.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have allowed, and continue to allow, the Environmental Conditions to persist.

270.  The Environmental Conditions unreasonably and substantially interfere with Rev 973's reasonable use and comfortable enjoyment of the Mouren-Laurens Site by, among other things:

> a.  Posing an unreasonable and substantial threat to human health;
>
> b.  Being indecent or offensive to the senses;
>
> c.  Preventing the sale, use, and/or development of the Mouren-Laurens Site;
>
> d.  Diminishing the fair market value of the Mouren-Laurens Site;
>
> e.  Forcing Rev 973 to incur liability, damages, and/or costs, including attorneys' fees, expenses, and costs, caused by the presence of the Environmental Conditions.

271.  Rev 973 alleges on information and belief that the Environmental Conditions can be discontinued and/or abated.

272.  Rev 973 has notified the Mouren-Laurens Defendants and the Leach Defendants, and each of them, that the Environmental Conditions unreasonably and substantially interfere with Rev 973's use and enjoyment of the Mouren-Laurens Site and demanded that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discontinue

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-70-

and/or abate the Environmental Conditions.

273.  The Mouren-Laurens Defendants and the Leach Defendants, and each of them, have failed and refused, and continue to fail and refuse, to discontinue and/or abate the Environmental Conditions.

274.  Rev 973 requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Mouren-Laurens Defendants and the Leach Defendants, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to conduct the necessary environmental remedial investigation and remediation to discontinue and/or abate the Environmental Conditions.

275.  As a direct and proximate result of the continuing private nuisance that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have created, Rev 973 has suffered damages as follows:

a.    General damages, including, but not limited to, a permanent loss of fair market value of the Mouren-Laurens Site caused by the Environmental Conditions;

b.    Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

c.    Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

d.    Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or

Fraley & Associates
Ste. 702
617 W. 7⸱ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-71-

greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

## NINTEENTH CLAIM FOR RELIEF

### (FOR CONTINUING PUBLIC NUISANCE AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

276.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

277.  Rev 973 is, and has been since on or about 14 October 1997, either the fee or beneficial owner of the Mouren-Laurens Site.

278.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, through their acts and/or omissions, caused, created, maintained, and/or contributed to the Environmental Conditions.

279.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have allowed, and continue to allow, the Environmental Conditions to persist.

280.  The Environmental Conditions unreasonably and substantially interfere with Rev 973's reasonable use and comfortable enjoyment of the Mouren-Laurens Site by, among other things:

    a.    Posing an unreasonable and substantial threat to human health;

    b.    Being indecent or offensive to the senses;

    c.    Preventing the sale, use, and/or development of the Mouren-Laurens Site;

    d.    Diminishing the fair market value of the Mouren-Laurens Site;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

e.      Forcing Rev 973 to incur liability, damages, and/or costs, including attorneys' fees, expenses, and costs, caused by the presence of the Environmental Conditions.

281.  Rev 973 alleges on information and belief that the Environmental Conditions affect the entire community because:

a.      hazardous substances may have contaminated, and may be continuing to contaminate, the groundwater, which is the property of the people of the State of California; and

b.      hazardous substances may have migrated, and may be continuing to migrate, into the Environment, damaging the public natural resources of the State of California,

thereby depriving the public of the right to free and full beneficial uses of uncontaminated groundwater and the natural resources.

282.  Rev 973 alleges on information and belief that the Environmental Conditions can be discontinued and/or abated.

283.  Rev 973 has notified the Mouren-Laurens Defendants and the Leach Defendants, and each of them, that the Environmental Conditions unreasonably and substantially interfere with Rev 973's use and enjoyment of the Mouren-Laurens Site and demanded that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discontinue and/or abate the Environmental Conditions.

284.  The Mouren-Laurens Defendants and the Leach Defendants, and each of them, have failed and refused, and continue to fail and refuse, to discontinue and/or abate the Environmental Conditions.

285.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, by their acts and/or omissions in causing, creating, maintaining, and/or contributing to the Environmental Conditions and/or allowing the Environmental

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-73-

Conditions to persist are liable for a "public nuisance" as defined in
California Civil Code §§ 3479 and 3480.

286.  The Mouren-Laurens Defendants and the Leach Defendants,
and each of them, are strictly and jointly and severally liable for
discontinuing and/or abating the single indivisible endangerment to the
Environment and resulting interference with the public's free use and
enjoyment of public groundwater and natural resources posed by the
Environmental Conditions.

287.  Rev 973 requests that this Court issue a temporary restraining
order, a preliminary injunction, and a permanent injunction requiring the
Mouren-Laurens Defendants and the Leach Defendants, and each of them,
and their respective agents, representatives, servants, and employees, and
all persons acting by or under their authority or in concert with them, to
conduct the necessary environmental remedial investigation and
remediation to discontinue and/or abate the Environmental Conditions.

288.  As a direct and proximate result of the continuing public
nuisance that the Mouren-Laurens Defendants and the Leach Defendants,
and each of them, have created, Rev 973 has suffered damages as follows:

    a.    General damages, including, but not limited to, a
permanent loss of fair market value of the Mouren-Laurens Site
caused by the Environmental Conditions;

    b.    Special damages, including, but not limited to, injury to,
destruction of, and/or loss of natural resources, including the
reasonable costs of assessing such injury, destruction, or loss;

    c.    Incidental damages, including, but not limited to, the
Response Costs to investigate, identify, assess, monitor, remove,
remediate, and otherwise rectify the Environmental Conditions and
the costs of a health assessment or health effects study; and

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-74-

REV 973'S SEVENTH AMENDED COMPLAINT

d.   Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

## TWENTIETH CLAIM FOR RELIEF

## (FOR CONTINUING TRESPASS AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

289.   Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

290.   Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have continually entered, encroached, and intruded upon the Mouren-Laurens Site without Rev 973's consent by allowing the Environmental Conditions, for which the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are, and were, responsible, to persist since on or about 10 February 1998.

291.   The Environmental Conditions interfere with Rev 973's exclusive possession and control of the Mouren-Laurens Site.

292.   Rev 973 alleges on information and belief that the Environmental Conditions can be discontinued and/or abated at a reasonable cost by reasonable means.

293.   Rev 973 has given notice to the Mouren-Laurens Defendants and the Leach Defendants, and each of them, that the Environmental Conditions interfere with Rev 973's exclusive possession and control of the

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-75-

Mouren-Laurens Site and requested that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discontinue and/or abate the Environmental Conditions.

294.  The Mouren-Laurens Defendants and the Leach Defendants, and each of them, have failed and refused, and continue to fail and refuse, to discontinue and/or abate the Environmental Conditions or to compensate Rev 973 for the damages that Rev 973 has suffered, and will suffer, caused by the Environmental Conditions.

295.  Rev 973 alleges on information and belief that the Environmental Conditions constitute a continuing trespass by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, on the Mouren-Laurens Site because the Mouren-Laurens Defendants and the Leach Defendants, and each of them, allow the Environmental Conditions to persist despite Rev 973's demands that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, discontinue and/or abate the Environmental Conditions.

296.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants will continue to allow the Environmental Conditions to persist without Rev 973's consent unless this Court restrains the Mouren-Laurens Defendants and the Leach Defendants, and each of them, from doing so.

297.  Unless this Court restrains the Mouren-Laurens Defendants and the Leach Defendants, and each of them, from allowing the Environmental Conditions to persist, Rev 973 will, among other things:

     a.    Have to commence many successive actions against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for the damages that the Environmental Conditions will cause Rev 973 in the future;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-76-

REV 973'S SEVENTH AMENDED COMPLAINT

b.     Continue to suffer from the adverse effects of the

Environmental Conditions on a daily basis;

c.     Suffer interference with Rev 973's exclusive possession

and control of the Mouren-Laurens Site on a daily basis; and

d.     Suffer permanent, irreparable injury in that the

Environmental Conditions will permanently impair the usefulness, and

diminish the market value, of the Mouren-Laurens Site.

298.  Rev 973 has no plain, speedy, or adequate remedy at law for

the Environmental Conditions.  Pursuant to California Civil Procedure Code

§§ 526 and 731, therefore, Rev 973 requests that this Court issue a

temporary restraining order, a preliminary injunction, and a permanent

injunction requiring the Mouren-Laurens Defendants and the Leach

Defendants, and each of them, and their respective agents,

representatives, servants, and employees, and all persons acting by or

under their authority or in concert with them, to conduct the necessary

environmental remedial investigation and remediation to discontinue and/or

abate the Environmental Conditions.

299.  As a direct and proximate result of the continuing trespass of

the Mouren-Laurens Defendants and the Leach Defendants, and each of

them, on the Mouren-Laurens Site, Rev 973 has suffered damages as

follows:

a.     General damages, including, but not limited to, a

permanent loss of fair market value of the Mouren-Laurens Site

caused by the Environmental Conditions;

b.     Special damages, including, but not limited to, injury to,

destruction of, and/or loss of natural resources, including the

reasonable costs of assessing such injury, destruction, or loss;

c.     Incidental damages, including, but not limited to, the

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-77-

Response Costs to investigate, identify, assess, monitor, remove,
remediate, and otherwise rectify the Environmental Conditions and
the costs of a health assessment or health effects study; and

      d.    Consequential damages, including, but not limited to, loss
of earning capacity, revenue, and/or profit in the lease, sale, use,
and/or development of the Mouren-Laurens Site,

the total of which Rev 973 alleges on information and belief, is equal to or
greater than US $20 million, plus interest at the rate provided by law, plus
attorneys' fees, expenses, and costs.

## TWENTY-FIRST CLAIM FOR RELIEF

**(FOR WASTE AGAINST THE MOUREN-LAURENS DEFENDANTS AND
THE LEACH DEFENDANTS)**

**(COUNT ONE—COMMON LAW)**

300.  Rev 973 realleges and incorporates into this paragraph by this
reference each and every allegation contained in paragraphs 1 through 78,
inclusive, of this Seventh Amended Complaint as though set forth in full.

301.  Rev 973 alleges on information and belief that the acts and/or
omissions of the Mouren-Laurens Defendants and the Leach Defendants,
and each of them, caused hazardous substances, hazardous waste,
chemicals known to the State of California to cause cancer and/or
reproductive toxicity, petroleum-related products, petroleum products,
and/or petroleum residues to be disposed into the Environment on, under,
from, and/or in the vicinity of, the Mouren-Laurens Site, thereby causing
the Environmental Conditions.

302.  Rev 973 alleges on information and belief that hazardous
substances, hazardous waste, chemicals known to the State of California
to cause cancer and/or reproductive toxicity, petroleum-related products,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-78-

**REV 973'S SEVENTH AMENDED COMPLAINT**

petroleum products, and/or petroleum residues have been detected on, under, from, and/or in the vicinity of, the Mouren-Laurens Site in concentrations that exceed the levels that federal and state authorities recognize as safe.

303. Rev 973 alleges on information and belief that, as a direct and proximate result of the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, the market value of the Mouren-Laurens Site has been substantially and/or permanently diminished and/or depreciated.

304. Rev 973 alleges on information and belief that the substantial and/or permanent diminishment or depreciation of the market value of the Mouren-Laurens Site constitutes an "injury done to the inheritance" or waste.

305. As a direct and proximate result of the waste by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, of the Mouren-Laurens Site, Rev 973 has suffered damages as follows:

a. General damages, including, but not limited to, a permanent loss of fair market value of the Mouren-Laurens Site caused by the Environmental Conditions;

b. Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

c. Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

d. Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-79-

REV 973'S SEVENTH AMENDED COMPLAINT

1    and/or development of the Mouren-Laurens Site,

2    the total of which Rev 973 alleges on information and belief, is equal to or

3    greater than US $20 million, plus interest at the rate provided by law, plus

4    attorneys' fees, expenses, and costs.

5

6    ### TWENTY-SECOND CLAIM FOR RELIEF

7    ### (FOR WASTE AGAINST DEFENDANTS JOHN MOUREN-LAURENS AND

8    ### MIRELLE MOUREN-LAURENS AND DOES 1 AND 6)

9    ### (COUNT TWO—CONTRACT)

10    306.  Rev 973 realleges and incorporates into this paragraph by this

11    reference each and every allegation contained in paragraphs 1 through 78,

12    inclusive, of this Seventh Amended Complaint as though set forth in full.

13    307.  Pursuant to the terms of the Deed of Trust, Defendants John

14    Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive,

15    and each of them, agreed, among other things, to protect and preserve

16    Rev 973's beneficial interest in the security underlying the Deed of Trust by

17    protecting, preserving, and maintaining the Mouren-Laurens Site.

18    308.  Rev 973 alleges on information and belief that hazardous

19    substances, hazardous waste, chemicals known to the State of California

20    to cause cancer and/or reproductive toxicity, petroleum-related products,

21    petroleum products, and/or petroleum residues have been detected on,

22    under, from, and/or in the vicinity of, the Mouren-Laurens Site in

23    concentrations that exceed the levels that federal and state authorities

24    recognize as safe, thereby causing the Environmental Conditions.

25    309.  Rev 973 alleges on information and belief that Defendants John

26    Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive,

27    and each of them, through their acts and/or omissions, failed to protect the

28    Mouren-Laurens Site pursuant to the Deed of Trust, by, among other

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-80-

REV 973'S SEVENTH AMENDED COMPLAINT

things, causing and/or contributing to the Environmental Conditions and/or allowing the Environmental Conditions to persist.

310.  Rev 973 alleges on information and belief that, as a direct and proximate result of the acts and/or omissions of the Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 4 and 5, and each of them, the market value of the Mouren-Laurens Site has been substantially and/or permanently diminished and/or depreciated.

311.  Rev 973 alleges on information and belief that the substantial and/or permanent diminishment or depreciation of the market value of the Mouren-Laurens Site constitutes an "injury done to the inheritance" or waste.

312.  As a direct and proximate result of the waste by Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, of the Mouren-Laurens Site, Rev 973 has suffered damages as follows:

a.  General damages, including, but not limited to, a permanent loss of fair market value of the Mouren-Laurens Site caused by the Environmental Conditions;

b.  Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

c.  Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions and the costs of a health assessment or health effects study; and

d.  Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-81-

REV 973'S SEVENTH AMENDED COMPLAINT

the total of which Rev 973 alleges on information and belief, is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

## TWENTY-THIRD CLAIM FOR RELIEF

### (FOR NEGLIGENCE AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

313.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

314.  As predecessor and/or neighboring owners and/or operators of the Mouren-Laurens Site and/or the Leach Site, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, owed a duty of care to successor and neighboring owners of real property, including Rev 973, with respect to the use, operation, and maintenance of Mouren-Laurens Site and/or the Leach Site, including, without limitation, a duty to:

a.    operate and maintain the Mouren-Laurens Site and/or the Leach Site in accord with all applicable laws and regulations;

b.    prevent the release or threatened release of hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

c.    exercise reasonable care in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-82-

1    cause cancer and/or reproductive toxicity, petroleum-related

2    products, petroleum products, and/or petroleum residues so as not

3    to cause successor and/or neighboring owners of real property,

4    including Rev 973, to suffer damages or losses of any nature or kind;

5    and

6          d.    investigate, identify, assess, monitor, remove, remediate,

7    and otherwise rectify the Environmental Conditions.

8    315.  Rev 973 alleges on information and belief that the Mouren-

9    Laurens Defendants and the Leach Defendants, and each of them,

10    breached their duties of care by, among other things, failing to:

11          a.    operate and maintain the Mouren-Laurens Site and/or the

12    Leach Site in accord with all applicable laws and regulations;

13          b.    prevent the release or threatened release of hazardous

14    substances, hazardous waste, chemicals known to the State of

15    California to cause cancer and/or reproductive toxicity, petroleum-

16    related products, petroleum products, and/or petroleum residues on,

17    under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or

18    the Leach Site;

19          c.    exercise reasonable care in purchasing, receiving,

20    handling, using, generating, storing, processing, treating,

21    transporting, disposing of, and/or releasing hazardous substances,

22    hazardous wastes, chemicals known to the State of California to

23    cause cancer and/or reproductive toxicity, petroleum-related

24    products, petroleum products, and/or petroleum residues so as not

25    to cause successor and/or neighboring owners of real property,

26    including Rev 973, to suffer damages or losses of any nature or kind;

27    and

28          d.    investigate, identify, assess, monitor, remove, remediate,

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-83-

and otherwise rectify the Environmental Conditions.

316.  Rev 973 alleges on information and belief that, as a direct and proximate result of the breaches by the Mouren-Laurens Defendants and the Leach Defendants, and each of them, of their duties of care, Rev 973 has suffered, and will continue to suffer, reasonably foreseeable harm, including, but not limited to, the Environmental Conditions.

317.  As a direct and proximate result of the negligence of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, Rev 973 has suffered damages as follows:

      a.      General damages, including, but not limited to, a permanent loss of fair market value of the Mouren-Laurens Site caused by the Environmental Conditions;

      b.      Special damages, including, but not limited to, injury to, destruction of, and/or loss of natural resources, including the reasonable costs of assessing such injury, destruction, or loss;

      c.      Incidental damages, including, but not limited to, the Response Costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions the costs of a health assessment or health effects study; and

      d.      Consequential damages, including, but not limited to, loss of earning capacity, revenue, and/or profit in the lease, sale, use, and/or development of the Mouren-Laurens Site,

the total of which Rev 973 does not yet know, but which Rev 973 alleges on information and belief is equal to or greater than US $20 million, plus interest at the rate provided by law, plus attorneys' fees, expenses, and costs.

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

**<u>TWENTY-FOURTH CLAIM FOR RELIEF</u>**

**(FOR MONEY HAD AND RECEIVED AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)**

**(COUNT ONE—SAVINGS)**

318.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

319.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, received significant monetary gain through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

320.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, contaminated and polluted the structures, soil, subsoil, surface water, and/or groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity

Fraley & Associates
Ste. 702
617 W. 7™ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-85-

1   of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the

2   Environmental Conditions.

3       321.  Rev 973 alleges on information and belief that the Mouren-

4   Laurens Defendants and the Leach Defendants, and each of them,

5   violated, and/or are violating, federal and state laws in purchasing,

6   receiving, handling, using, generating, storing, processing, treating,

7   transporting, disposing of, and/or releasing hazardous substances,

8   hazardous wastes, chemicals known to the State of California to cause

9   cancer and/or reproductive toxicity, petroleum-related products, petroleum

10   products, and/or petroleum residues on, under, from, and/or in the vicinity

11   of, the Mouren-Laurens Site and/or the Leach Site.

12       322.  Rev 973 has requested that the Mouren-Laurens Defendants

13   and the Leach Defendants, and each of them, conduct the necessary

14   environmental remedial investigation and remediation to clean up the

15   Environmental Conditions.

16       323.  The Mouren-Laurens Defendants and the Leach Defendants,

17   and each of them, have failed and refused, and continue to fail and refuse,

18   to conduct the necessary environmental remedial investigation and

19   remediation to clean up the Environmental Conditions.

20       324.  Rev 973 has incurred, and will continue to incur, substantial

21   costs to conduct the necessary environmental remedial investigation and

22   remediation to clean up the Environmental Conditions.

23       325.  As a direct and proximate result of the money that the Mouren-

24   Laurens Defendants and the Leach Defendants, and each of them, saved

25   and/or avoided spending by violating federal and state laws in purchasing,

26   receiving, handling, using, generating, storing, processing, treating,

27   transporting, disposing of, and/or releasing hazardous substances,

28   hazardous wastes, chemicals known to the State of California to cause

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have been unjustly enriched.

326.   The Mouren-Laurens Defendants and the Leach Defendants, and each of them, therefore, are indebted to Rev 973 for money had and received for the use and benefit of Rev 973 in an amount equal to the amount that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, should have spent to comply with applicable federal and state laws when purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and/or to conduct the necessary environmental remedial investigation and remediation to prevent and/or clean up the Environmental Conditions.

327.   By virtue of having and receiving money for the use and benefit of Rev 973, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, hold such money and any proceeds from such money as constructive trustees for the benefit of Rev 973.

328.   Rev 973 requests that the Court enter an order compelling the Mouren-Laurens Defendants and the Leach Defendants, and each of them, to deliver such money and any proceeds from such money to Rev 973 and granting possession of such money and any proceeds from such money to Rev 973.

///

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-87-

**Rev 973's Seventh Amended Complaint**

## TWENTY-FIFTH CLAIM FOR RELIEF

## (FOR MONEY HAD AND RECEIVED AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

## (COUNT TWO—PROFITS)

329.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

330.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, received significant monetary gain through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

331.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, contaminated and polluted the structures, soil, subsoil, surface water, and/or groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-88-

1    of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the

2    Environmental Conditions.

3         332.  Rev 973 alleges on information and belief that the Mouren-

4    Laurens Defendants and the Leach Defendants, and each of them, profited

5    from purchasing, receiving, handling, using, generating, storing,

6    processing, treating, transporting, disposing of, and/or releasing hazardous

7    substances, hazardous wastes, chemicals known to the State of California

8    to cause cancer and/or reproductive toxicity, petroleum-related products,

9    petroleum products, and/or petroleum residues on, under, from, and/or in

10   the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

11        333.  Rev 973 has requested that the Mouren-Laurens Defendants

12   and the Leach Defendants, and each of them, conduct the necessary

13   environmental remedial investigation and remediation to clean up the

14   Environmental Conditions.

15        334.   The Mouren-Laurens Defendants and the Leach Defendants,

16   and each of them, have failed and refused, and continue to fail and refuse,

17   to conduct the necessary environmental remedial investigation and

18   remediation to clean up the Environmental Conditions.

19        335.  Rev 973 has incurred, and will continue to incur, substantial

20   costs to conduct the necessary environmental remedial investigation and

21   remediation to clean up the Environmental Conditions.

22        336.  As a direct and proximate result of the money that the Mouren-

23   Laurens Defendants and the Leach Defendants, and each of them,

24   received as profit from purchasing, receiving, handling, using, generating,

25   storing, processing, treating, transporting, disposing of, and/or releasing

26   hazardous substances, hazardous wastes, chemicals known to the State of

27   California to cause cancer and/or reproductive toxicity, petroleum-related

28   products, petroleum products, and/or petroleum residues on, under, from,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL 213.550.4000
FAX 213.550.4010

-89-

and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, have been unjustly enriched.

337.   The Mouren-Laurens Defendants and the Leach Defendants, and each of them, therefore, are indebted to Rev 973 for money had and received for the use and benefit of Rev 973 in an amount equal to the profit that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, earned through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

338.   By virtue of having and receiving money for the use and benefit of Rev 973, the Mouren-Laurens Defendants and the Leach Defendants, and each of them, hold such money and any proceeds from such money as constructive trustees for the benefit of Rev 973.

339.   Rev 973 requests that the Court enter an order compelling the Mouren-Laurens Defendants and the Leach Defendants, and each of them, to deliver such money and any proceeds from such money to Rev 973 and granting possession of such money and any proceeds from such money to Rev 973.

///

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-90-

Rev 973's Seventh Amended Complaint

# TWENTY-SIXTH CLAIM FOR RELIEF

## (FOR MONEY PAID AGAINST THE MOUREN-LAURENS DEFENDANTS AND THE LEACH DEFENDANTS)

340.  Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, inclusive, of this Seventh Amended Complaint as though set forth in full.

341.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, received significant monetary gain through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

342.  Rev 973 alleges on information and belief that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, contaminated and polluted the structures, soil, subsoil, surface water, and/or groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site through the acts and/or omissions of the Mouren-Laurens Defendants and the Leach Defendants, and each of them, in purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous substances, hazardous wastes, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1  Environmental Conditions.

2  343.  Rev 973 alleges on information and belief that the Mouren-

3  Laurens Defendants and the Leach Defendants, and each of them,

4  violated, and/or are violating, federal and state laws in purchasing,

5  receiving, handling, using, generating, storing, processing, treating,

6  transporting, disposing of, and/or releasing hazardous substances,

7  hazardous wastes, chemicals known to the State of California to cause

8  cancer and/or reproductive toxicity, petroleum-related products, petroleum

9  products, and/or petroleum residues on, under, from, and/or in the vicinity

10  of, the Mouren-Laurens Site and/or the Leach Site.

11  344.  Rev 973 has requested that the Mouren-Laurens Defendants

12  and the Leach Defendants, and each of them, conduct the necessary

13  environmental remedial investigation and remediation to clean up the

14  Environmental Conditions.

15  345.   The Mouren-Laurens Defendants and the Leach Defendants,

16  and each of them, have failed and refused, and continue to fail and refuse,

17  to conduct the necessary environmental remedial investigation and

18  remediation to clean up the Environmental Conditions.

19  346.  Rev 973 has incurred, and will continue to incur, substantial

20  costs to conduct the necessary environmental remedial investigation and

21  remediation to clean up the Environmental Conditions.

22  347.  The Mouren-Laurens Defendants and the Leach Defendants,

23  and each of them, therefore, are indebted to Rev 973 for money paid by

24  Rev 973 for the use and benefit of the Mouren-Laurens Defendants and the

25  Leach Defendants in an amount equal to the amount that Rev 973 spends

26  to conduct the necessary environmental remedial investigation and

27  remediation to clean up the Environmental Conditions.

28  348.  Rev 973 requests that the Court enter an order compelling the

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-92-

Mouren-Laurens Defendants and the Leach Defendants, and each of them, to repay the debt owed to Rev 973, plus interest at the rate provided by law.

## X.

## PRAYER FOR RELIEF AGAINST OWNER/OPERATOR DEFENDANTS

349.  Rev 973 prays for judgment against the Mouren-Laurens Defendants and the Leach Defendants as follows:

a.      On the First Claim for Relief for Recovery of Response Costs Under CERCLA, against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for recovery of Response Costs incurred, damages to natural resources, and the cost of a health assessment or health effects study in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

b.      On the Second Claim for Relief for Contribution under CERCLA against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for contribution of Response Costs incurred, damages to natural resources, and the cost of a health assessment or health effects study in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

c.      On the Third Claim for Relief for Declaratory Relief under CERCLA against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a declaration by the Court that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable for all or part of the Response Costs of past, present, and future actions taken by Rev 973, the Mouren-Laurens

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-93-

Defendants and the Leach Defendants, or other persons consistent with the NCP to respond to Releases or threatened Releases that directly and proximately caused the Environmental Conditions, damages to natural resources, and the cost of a health assessment or health effects study, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

d.     On the Fourth Claim for Relief for Injunctive Relief under RCRA against the Leach Defendants and Does 4 through 10, inclusive, and each of them, for a temporary restraining order, a preliminary injunction, and a permanent injunction, plus attorneys' fees, expenses, and costs;

e.     On the Fifth Claim for Relief for Restitution under RCRA against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for restitution in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

f.     On the Sixth Claim for Relief for Injunctive Relief under RCRA against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a temporary restraining order, a preliminary injunction, and a permanent injunction, plus attorneys' fees, expenses, and costs;

g.     On the Seventh Claim for Relief for Cost Recovery pursuant to the Oil Pollution Act against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for recovery of removal costs incurred in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

h.     On the Eighth Claim for Relief for Contribution pursuant to

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-94-

the Oil Pollution Act against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for contribution of removal costs incurred in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

i. On the Ninth Claim for Relief for Indemnity or Contribution under California Health and Safety Code against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for indemnification and/or contribution in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

j. On the Tenth Claim for Relief for Indemnity under California Water Code against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for indemnification in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

k. On the Eleventh Claim for Relief for Civil Penalties and Injunctive Relief under Proposition 65 against the Leach Defendants and Does 4 through 10, inclusive, and each of them, for civil penalties, a temporary restraining order, a preliminary injunction, a permanent injunction, and attorneys' fees, expenses, and costs;

l. On the Twelfth Claim for Relief for Declaratory Relief under the California Code of Civil Procedure against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a declaration by this Court that the Mouren-Laurens Defendants and the Leach Defendants, and each of them, are liable for all or part of the Response Costs of past, present, and future actions to be taken by Rev 973, the Mouren-Laurens Defendants and the Leach

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-95-

Defendants, or other persons consistent with the NCP to respond to Releases or threatened Releases that directly and proximately caused the Environmental Conditions, damages to natural resources, and the cost of a health assessment or health effects study, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

m.      On the Thirteenth Claim for Relief for Unfair Competition Under the California Unfair Competition Law, against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for restitution, a temporary restraining order, a preliminary injunction, and a permanent injunction, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

n.      On the Fourteenth Claim for Relief for Breach of Contract against John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, for general, special, incidental, and consequential damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

o.      On the Fifteenth Claim for Relief for Implied Contractual Indemnity against John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, for indemnification and damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

p.      On the Sixteenth Claim for Relief for Equitable Indemnity against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for indemnification and damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

q. On the Seventeenth Claim for Relief for Ultrahazardous Activity against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

r. On the Eighteenth Claim for Relief for Continuing Private Nuisance against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a temporary restraining order, a preliminary injunction, a permanent injunction, and damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

s. On the Nineteenth Claim for Relief for Continuing Public Nuisance against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a temporary restraining order, a preliminary injunction, a permanent injunction, and damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

t. On the Twentieth Claim for Relief for Continuing Trespass against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for a temporary restraining order, a preliminary injunction, a permanent injunction, and damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

u. On the Twenty-First Claim for Relief for Waste against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

v.      On the Twenty-Second Claim for Relief for Waste against Defendants John Mouren-Laurens and Mireille Mouren-Laurens and Does 1 and 6, inclusive, and each of them, for damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

w.      On the Twenty-Third Claim for Relief for Negligence against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for damages in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

x.      On the Twenty-Fourth Claim for Relief for Money Had and Received against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for restitution of money had and received in the total amount of US $20 million or according to proof at trial and an imposition of a constructive trust on such money and the proceeds of such money, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

y.      On the Twenty-Fifth Claim for Relief for Money Had and Received against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for restitution of money had and received in the total amount of US $20 million or according to proof at trial and an imposition of a constructive trust on such money and the proceeds of such money, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

z.      On the Twenty-Sixth Claim for Relief for Money Paid against the Mouren-Laurens Defendants and the Leach Defendants, and each of them, for restitution of money paid in the total amount of US $20 million or according to proof at trial, plus interest at the legal

-98-

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

rate, plus attorneys' fees, expenses, and costs; and

such other and further relief as the Court deems just and proper.

## XI.

## JURY TRIAL DEMAND AGAINST OWNER/OPERATOR DEFENDANTS

350.  Rev 973 demands a jury trial on all claims for relief that Rev 973 alleges in this Seventh Amended Complaint against the Mouren-Laurens Defendants and the Leach Defendants and that are so triable.

## XII.

## PERSONAL JURISDICTION OVER

## ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

351.  **[PRP ID No. 1--Valov]** Rev 973 alleges on information and belief that Defendant Valov Services, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

352.  **[PRP ID No. 3--Knight Oil]** Rev 973 alleges on information and belief that Defendant Jim Knight Oil Drain Company, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

353.  **[PRP ID No. 4--Agresco Oil]** Rev 973 alleges on information and belief that Defendant Agresco Oil Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

354.  **[PRP ID No. 6--Advanced Environmental]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7⫟ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-99-

information and belief that Defendant Advanced Environmental, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of San Bernardino, State of California.

355. **[PRP ID No. 9--Nelco]** Rev 973 alleges on information and belief that Defendant Nelco Oil Refining Corporation was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Diego, State of California.

356. **[PRP ID No. 10--Abbott's]** Rev 973 alleges on information and belief that Defendant Abbott's Waste Oil Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

357. **[PRP ID No. 12--Jack Stone]** Rev 973 alleges on information and belief that Defendant Jack Stone, also known as John Stone, and also known as J. Stone, was, at all material times, an individual who did business as Jack Stone Drainage Oil Service with his principal places of residence and business in the County of Los Angeles, State of California.

358. **[PRP ID No. 13--Rapid Transit]** Rev 973 alleges on information and belief that the Southern California Rapid Transit District was, at all material times, an agency of the State of California, responsible for improving bus operations, creating a heavy rail public transportation system for Southern California, and owning and/or operating facilities within the Counties of Los Angeles, Orange, Riverside, and San Bernardino, State of California.

359. **[PRP ID No. 14--Sprenger]** Rev 973 alleges on information and belief that Otto Sprenger, also known as O. Sprenger, was, at all

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁺ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-100-

REV 973'S SEVENTH AMENDED COMPLAINT

material times, an individual with his principal place of residence in the County Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 11--Sprenger is the personal representative of the Estate of Otto Sprenger, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

360.  **[PRP ID No. 15--Rosemead Oil]** Rev 973 alleges on information and belief that Defendant Rosemead Oil Products, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

361.  **[PRP ID No. 17--Art Stone]** Rev 973 alleges on information and belief that Defendant Art Stone, also known as A. Stone, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

362.  **[PRP ID No. 18--Cooper Drum]** Rev 973 alleges on information and belief that Defendant Cooper Drum Co., also known as Cooper Drum, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

363.  **[PRP ID No. 21--DeMenno/Kerdoon]** Rev 973 alleges on information and belief that Defendant DeMenno/Kerdoon is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-101-

364.  **[PRP ID No. 22--Edwards]** Rev 973 alleges on information and belief that Defendant Wes Edwards, also known as Wesley Edwards, and also known as W. Edwards, is, and at all material times was, an individual who maintained his principal places of residence and business in the County of Sacramento, State of California.

365.  **[PRP ID No. 27--Talley]** Rev 973 alleges on information and belief that Defendant Talley Brothers, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

366.  **[PRP ID No. 28--Kim]** Rev 973 alleges on information and belief that Defendant Chong Kim, also known as C. Kim, was, at all material times, an individual who did business as Union Oil with his principal places of residence and business in the County of Los Angeles, State of California.

367.  **[PRP ID No. 29--Laidlaw]** Rev 973 alleges on information and belief that Defendant Laidlaw Transit, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in the County of Hamilton, State of Ohio.

368.  **[PRP ID No. 34--Express Oil]** Rev 973 alleges on information and belief that Defendant Express Oil Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

369.  **[PRP ID No. 36--Alarcon]** Rev 973 alleges on information and belief that Defendant Louis Alarcon, also known as Louie Alarcon, also known as Lou Alarcon, and also known as L. Alarcon, was, at all material

Fraley & Associates
Ste. 702
617 W. 7⁻ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

times, an individual with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 12--Alarcon is the personal representative of the Estate of Louis Alarcon, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

370.  **[PRP ID No. 37--Rutherford/Pacific]** Rev 973 alleges on information and belief that Defendant Rutherford/Pacific, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

371.  **[PRP ID No. 41--Advanced Recycling]** Rev 973 alleges on information and belief that Defendant Advanced Recycling Sciences, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Nevada with its principal place of business in the County of Orange, State of California.

372.  **[PRP ID No. 43--Gonzalez]** Rev 973 alleges on information and belief that Defendant Zeferino Gonzalez, also known as Z. Gonzalez, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

373.  **[PRP ID No. 44--Hazardous Tech]** Rev 973 alleges on information and belief that Defendant Hazardous Technologies, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-103-

**Rev 973's Seventh Amended Complaint**

374.  **[PRP ID No. 46--American Earth]** Rev 973 alleges on information and belief that Defendant American Earth Management, Incorporated, is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

375.  **[PRP ID No. 47--Valvoline]** Rev 973 alleges on information and belief that Defendant Valvoline Inc., also doing business as Valvoline, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

376.  **[PRP ID No. 48--Waymire]** Rev 973 alleges on information and belief that Defendant Waymire Drum & Container Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

377.  **[PRP ID No. 49--W-H Tank Lines]** Rev 973 alleges on information and belief that Defendant W-H Tank Lines, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

378.  **[PRP ID No. 52--Omega Oil]** Rev 973 alleges on information and belief that Defendant Omega Oil Company was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

379.  **[PRP ID No. 53--Hedrick]** Rev 973 alleges on information and belief that Defendant Hedrick Distributors, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Santa Cruz, State of

Fraley & Associates
Ste. 702
617 W. 7 - St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-104-

REV 973'S SEVENTH AMENDED COMPLAINT

California.

380. **[PRP ID No. 55--World Pacific]** Rev 973 alleges on information and belief that Defendant World Pacific Oil Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

381. **[PRP ID No. 56--Black Gold]** Rev 973 alleges on information and belief that Defendant Black Gold Industries is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Ventura, State of California.

382. **[PRP ID No. 57--Commercial Filter]** Rev 973 alleges on information and belief that Defendant Commercial Filter Recycling, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

383. **[PRP ID No. 58--Lopez]** Rev 973 alleges on information and belief that Defendant Paul Lopez, also known as P. Lopez, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

384. **[PRP ID No. 59--Ditty]** Rev 973 alleges on information and belief that Defendant Ditty Container, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

385. **[PRP ID No. 63—Crane's]** Rev 973 alleges on information and belief that Defendant Crane's Waste Oil, Inc., is, and at all material times

Fraley & Associates
Ste. 702
617 W. 7ᵀʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-105-

**Rev 973's Seventh Amended Complaint**

was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Kern, State of California.

386.  **[PRP ID No. 65--Truck Stops]** Rev 973 alleges on information and belief that Defendant Truck Stops of America is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

387.  **[PRP ID No. 66--Eko Tek]** Rev 973 alleges on information and belief that Defendant Eko Tek, Inc., also known as Eko Tek, is, and at all material times was, a business of unknown form with its principal place of business in the County of Salt Lake, State of Utah.

388.  **[PRP ID No. 68--Petro Lock]** Rev 973 alleges on information and belief that Defendant Petro Lock, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

389.  **[PRP ID No. 69--Circle R]** Rev 973 alleges on information and belief that Defendant Circle R was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

390.  **[PRP ID No. 71--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

391.  **[PRP ID No. 72--Black Star]** Rev 973 alleges on information and belief that Defendant Black Star Oil was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-106-

Rev 973's Seventh Amended Complaint

392. **[PRP ID No. 73--Reynolds]** Rev 973 alleges on information and belief that Defendant Reynolds Metals Co., is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

393. **[PRP ID No. 75--Southwest Trails]** Rev 973 alleges on information and belief that Defendant Southwest Trails is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

394. **[PRP ID No. 77--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

395. **[PRP ID No. 78--Purmort]** Rev 973 alleges on information and belief that Defendant Steve Purmort, also known as Steven Purmort, also known as Stephen Purmort, and also known as S. Purmort, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Lincoln, State of Montana.

396. **[PRP ID No. 79--Bureau of Sanitation]** Rev 973 alleges on information and belief that the Bureau of Sanitation is, and at all material times was, an agency of the Department of Public Works, City of Los Angeles, State of California, responsible for collecting, cleaning, and recycling residential, commercial, and industrial waste in the City of Los Angeles and surrounding communities and owning and/or operating facilities within the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-107-

REV 973'S SEVENTH AMENDED COMPLAINT

397.  **[PRP ID No. 81--Sayabalian]** Rev 973 alleges on information and belief that Defendant Samuel S. Sayabalian, also known as Sam S. Sayabalian, also known as Sam Sayabalian, also known as S. Sayabalian, also known as Samuel Sayabalian, and also known as S.S. Sayabalian, was, at all material times, an individual who did business as Sam's Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

398.  **[PRP ID No. 82--OCTA]** Rev 973 alleges on information and belief that the Orange County Transit Authority is, and at all material times was, an agency of the County of Orange, State of California, responsible for planning, coordinating, designing, building, and operating a transportation system for the County of Orange and owning and/or operating facilities within the County of Orange, State of California.

399.  **[PRP ID No. 83--South Bay Toyota]** Rev 973 alleges on information and belief that Defendant South Bay Toyota was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

400.  **[PRP ID No. 84--Nobles]** Rev 973 alleges on information and belief that Defendant E.L. Nobles Construction Equipment, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

401.  **[PRP ID No. 86--Western Waste]** Rev 973 alleges on information and belief that Defendant Western Waste Industries is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

402.  **[PRP ID No. 88--Mayflower]** Rev 973 alleges on information and belief that Defendant Mayflower Contract Services, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Indiana with its principal place of business in the County of Los Angeles, State of California.

403.  **[PRP ID No. 91--G.I. Trucking]** Rev 973 alleges on information and belief that Defendant G.I. Trucking Company is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

404.  **[PRP ID No. 95--Cool Fuel]** Rev 973 alleges on information and belief that Defendant Cool Fuel, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

405.  **[PRP ID No. 96--Channel and Basin]** Rev 973 alleges on information and belief that Defendant Channel and Basin Reclamation, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

406.  **[PRP ID No. 97--Mark IV Charter]** Rev 973 alleges on information and belief that Defendant Mark IV Charter Lines is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

407.  **[PRP ID No. 98--Cal Waste]** Rev 973 alleges on information and belief that Defendant Cal Waste Industries, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

State of California.

408.  **[PRP ID No. 99--Cal-Vac]** Rev 973 alleges on information and belief that Defendant Cal-Vac is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

409.  **[PRP ID No. 99.1--Balthazar]** Rev 973 alleges on information and belief that Richard Balthazar, also known as Rich Balthazar, also known as Rick Balthazar, and also known as Dick Balthazar, was, at all material times, an individual with his principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 13--Balthazar is the personal representative of the Estate of Richard Balthazar, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

410.  **[PRP ID No. 102--Dion & Sons]** Rev 973 alleges on information and belief that Defendant M. O. Dion & Sons, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

411.  **[PRP ID No. 105--Speedy's]** Rev 973 alleges on information and belief that Defendant Speedy's Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

412.  **[PRP ID No. 106--Aldecoa]** Rev 973 alleges on information and belief that Defendant Joseph Aldecoa, also known as Joe Aldecoa, also known as Joey Aldecoa, also known as JJ Aldecoa, and also known

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-110-

**REV 973'S SEVENTH AMENDED COMPLAINT**

as J. Aldecoa, was, at all material times, an individual who did business as JJ Waste Oil with his principal places of residence and business in the County of Los Angeles, State of California.

413. **[PRP ID No. 107--Cummings]** Rev 973 alleges on information and belief that Defendant Cummings Cal Pacific is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

414. **[PRP ID No. 109--Saito]** Rev 973 alleges on information and belief that Defendant Guiseppe Saito, also known as G. Saito, was, at all material times, an individual who did business as Bay Cities Lube with his principal places of residence and business in the County of Los Angeles, State of California.

415. **[PRP ID No. 110--Kalajian]** Rev 973 alleges on information and belief that Defendant Greg Kalajian, also known as Gregory Kalajian, and also known as G. Kalajian, was, at all material times, an individual who did business as K&S Mobil Service Station with his principal places of residence and business in the County of Los Angeles, State of California.

416. **[PRP ID No. 111--Button]** Rev 973 alleges on information and belief that Defendant Button Transportation, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Solano, State of California.

417. **[PRP ID No. 112--Adohr]** Rev 973 alleges on information and belief that Defendant Adohr Farms, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

418. **[PRP ID No. 115--Quick Change]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-111-

REV 973'S SEVENTH AMENDED COMPLAINT

information and belief that Defendant Quik Change Lube & Oil was, at all material times, a business of unknown form with its principal place of business in the County of Orange, State of California.

419. **[PRP ID No. 116--Thermo King]** Rev 973 alleges on information and belief that Defendant Thermo King Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

420. **[PRP ID No. 117--Recycled Energy]** Rev 973 alleges on information and belief that Defendant Recycled Energy, also doing business as Kalbab Industries, Inc., and also doing business as Kaibab Industries, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Arizona with its principal place of business in the County of Maricopa, State of Arizona.

421. **[PRP ID No. 118--Econo Lube N' Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N' Tune #34 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

422. **[PRP ID No. 119-- Stuart-Ironsides]** Rev 973 alleges on information and belief that Defendant Stuart-Ironsides, Inc., also doing business as D A Stuart Company, was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

423. **[PRP ID No. 121--Vector]** Rev 973 alleges on information and belief that Defendant Vector is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

424. **[PRP ID No. 123--Pacific Southwest]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-112-

**REV 973'S SEVENTH AMENDED COMPLAINT**

information and belief that Defendant Pacific Southwest Marine was, at all material times, a corporation organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

425. **[PRP ID No. 128--Bayside]** Rev 973 alleges on information and belief that Defendant Bayside Oil II, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Santa Cruz, State of California.

426. **[PRP ID No. 129--Instant Lube]** Rev 973 alleges on information and belief that Defendant Instant Lube, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

427. **[PRP ID No. 130--Loyola]** Rev 973 alleges on information and belief that Defendant Loyola Marymount University is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

428. **[PRP ID No. 131--Eulmessekian]** Rev 973 alleges on information and belief that Defendant Vikin Eulmessekian, and also known as V. Eulmessekian, is, and at all material times was, an individual who did business as Jack's Lube Services with his principal places of residence and business in the County of Los Angeles, State of California.

429. **[PRP ID No. 133--Upstar]** Rev 973 alleges on information and belief that Defendant Upstar Auto Sales & Services, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

Los Angeles, State of California.

430.   **[PRP ID No. 135--C.W. Poss]** Rev 973 alleges on information and belief that Defendant C.W. Poss, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

431.   **[PRP ID No. 136--Aldecoa]** Rev 973 alleges on information and belief that Defendant Joseph Aldecoa, also known as Joe Aldecoa, also known as Joey Aldecoa, also known as JJ Aldecoa, and also known as J. Aldecoa was, at all material times, an individual who did business as Vampire Oil with his principal places of residence and business in the County of Los Angeles, State of California.

432.   **[PRP ID No. 138--Al Unser's]** Rev 973 alleges on information and belief that Defendant Al Unser's Auto Care, Inc., also known as Al Unser's Auto Care, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

433.   **[PRP ID No. 142--Action Oil]** Rev 973 alleges on information and belief that Defendant Action Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

434.   **[PRP ID No. 143--Stevens]** Rev 973 alleges on information and belief that Defendant Michelle Stevens, also known as M. Stevens, was, at all material times, an individual who did business as Borg Manufacturing with her principal places of residence and business in the County of San Bernardino, State of California.

435.   **[PRP ID No. 145--Kott Ford]** Rev 973 alleges on information and belief that Defendant Don Kott Ford was, at all material times, a

Fraley & Associates
Ste. 702
617 W. 7ᵗ⁸ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-114-

**Rev 973's Seventh Amended Complaint**

corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

436.  **[PRP ID No. 147--Doty]** Rev 973 alleges on information and belief that Defendant Doty Bros. Equipment Co., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

437.  **[PRP ID No. 148--King Oil]** Rev 973 alleges on information and belief that Defendant King Oil Co., also known as King Oil, and also known as King & King Oil, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

438.  **[PRP ID No. 149--Tra Pac]** Rev 973 alleges on information and belief that Defendant Tra Pac Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California its principal place of business in the County of Los Angeles, State of California.

439.  **[PRP ID No. 151--Chia-In]** Rev 973 alleges on information and belief that Defendant Chia-In Auto Corp., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

440.  **[PRP ID No. 152--Angelus]** Rev 973 alleges on information and belief that Defendant Angelus Sanitary Can Machine Company, also doing business as Angelus Block Co., Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles,

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

State of California.

441.  **[PRP ID No. 154--Pharmavite]** Rev 973 alleges on information and belief that Defendant Pharmavite International Corporation was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

442.  **[PRP ID No. 155--Ekco]** Rev 973 alleges on information and belief that Defendant International Metals Ekco, Ltd., is, and at all material times was, a limited liability partnership organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

443.  **[PRP ID No. 161--Alpha Oil]** Rev 973 alleges on information and belief that Defendant Alpha Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

444.  **[PRP ID No. 162--Kwang Kim]** Rev 973 alleges on information and belief that Defendant Kwang Kim, also known as K. Kim, was, at all material times, an individual who did business as Mr. Oil with his principal places of residence and business in the County of Los Angeles, State of California.

445.  **[PRP ID No.164--Toyota]** Rev 973 alleges on information and belief that Defendant Toyota Central Leasing Corporation, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

446.  **[PRP ID No. 165--Stubblefield]** Rev 973 alleges on information and belief that Defendant J. Stubblefield is, and at all material times was,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-116-

**REV 973'S SEVENTH AMENDED COMPLAINT**

an individual who currently maintains his/her principal places of residence and business in the County of Los Angeles, State of California.

447. **[PRP ID No. 166--Silver Star]** Rev 973 alleges on information and belief that Defendant Silver Star Svc is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

448. **[PRP ID No. 168--New Century]** Rev 973 alleges on information and belief that Defendant New Century Leasing, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

449. **[PRP ID No. 169--Simon]** Rev 973 alleges on information and belief that Defendant Sam Simon, also known as Samuel Simon, and also known as S. Simon, is, and at all material times was, an individual who currently maintains his/her principal places of residence and business in the County of Los Angeles, State of California.

450. **[PRP ID No. 170--Paul's Transmissions]** Rev 973 alleges on information and belief that Defendant Paul's Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

451. **[PRP ID No. 171--Georgia Pacific-Corp]** Rev 973 alleges on information and belief that Defendant Georgia Pacific-Corp., is, and at all material times was, a corporation organized and existing under the laws of the State of Georgia with its principal place of business in the County of Fulton, State of Georgia, and formerly with a place of business in the County of Los Angeles, State of California.

452. **[PRP ID No. 172--Williams Tank Lines]** Rev 973 alleges on information and belief that Defendant Williams Tank Lines is, and at all

FRALEY & ASSOCIATES
STE. 702
617 W. 7.ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-117-

**REV 973'S SEVENTH AMENDED COMPLAINT**

material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Joaquin, State of California.

453.   **[PRP ID No. 173--Shepherd Machinery]** Rev 973 alleges on information and belief that Defendant Shepherd Machinery was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

454.   **[PRP ID No. 175--Federal Express]** Rev 973 alleges on information and belief that Defendant Federal Express is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

455.   **[PRP ID No. 176--Certified Lift]** Rev 973 alleges on information and belief that Defendant Certified Lift Truck Company was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

456.   **[PRP ID No. 178--EZ Lube]** Rev 973 alleges on information and belief that Defendant EZ Lube, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

457.   **[PRP ID No. 179--Grant]** Rev 973 alleges on information and belief that Defendant Andy Grant, also known as Andrew Grant, and also known as A. Grant, is, and at all material times was, an individual who did business as LAX Fuel with his principal places of residence and business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

28

-118-

**REV 973'S SEVENTH AMENDED COMPLAINT**

458.  **[PRP ID No. 180--Transco]** Rev 973 alleges on information and belief that Defendant Transco Transmission Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

459.  **[PRP ID No. 182--Wilson]** Rev 973 alleges on information and belief that Defendant Jerry Wilson, also known as J. Wilson, is, and at all material times was, an individual who did business as Jerry's Mobil, and also as Lube & Maintenance, and also as Mobil 5531, with his principal places of residence and business in the County of Orange, State of California.

460.  **[PRP ID No. 183--California Screw]** Rev 973 alleges on information and belief that Defendant California Screw Products Corp., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

461.  **[PRP ID No. 184--Valvoline]** Rev 973 alleges on information and belief that Defendant Valvoline Instant Oil Change is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

462.  **[PRP ID No. 186--Industry Diesel]** Rev 973 alleges on information and belief that Defendant Industry Diesel is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

463.  **[PRP ID No. 187--G&G Trucking]** Rev 973 alleges on information and belief that Defendant G&G Trucking is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7· ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-119-

464.  **[PRP ID No. 188--Booth]** Rev 973 alleges on information and belief that Defendant Jim Booth, also known as James Booth, and also known as J. Booth, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

465.  **[PRP ID No. 189--Murray]** Rev 973 alleges on information and belief that Defendant Murray Plumbing and Heating Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California, doing business as Murray Company, with its principal place of business in the County of Los Angeles, State of California.

466.  **[PRP ID No. 190--R&L Oil]** Rev 973 alleges on information and belief that Defendant R&L Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

467.  **[PRP ID No. 193--Long Beach Trans]** Rev 973 alleges on information and belief that Defendant Long Beach Transportation Company is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

468.  **[PRP ID No. 194--Whittier Chrysler]** Rev 973 alleges on information and belief that Defendant Whittier Chrysler, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

469.  **[PRP ID No. 196--United Rentals]** Rev 973 alleges on information and belief that Defendant United Rentals, Inc., also known as United Rentals, is, and at all material times was, a business of unknown

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-120-

REV 973'S SEVENTH AMENDED COMPLAINT

form with its principal place of business in the County of Los Angeles, State of California.

470.  **[PRP ID No. 198--Paul's Oil]** Rev 973 alleges on information and belief that Defendant Paul's Oil Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

471.  **[PRP ID No. 199--Silverman]** Rev 973 alleges on information and belief that Defendant Harold Silverman, also known as Harry Silverman, and also known as H. Silverman, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

472.  **[PRP ID No. 200--Asbury]** Rev 973 alleges on information and belief that Defendant Asbury System Inc., was, at all material times, a corporation organized and existing under the laws of the State of Utah with its principal place of business in the County of Salt Lake, State of Utah.

473.  **[PRP ID No. 202--Whittier Dodge]** Rev 973 alleges on information and belief that Defendant Whittier Dodge, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

474.  **[PRP ID No. 203--Western Union]** Rev 973 alleges on information and belief that Defendant Western Union is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

475.  **[PRP ID No. 204--Costales]** Rev 973 alleges on information and belief that Defendant Randy Bruce Costales, also known as Randall Bruce Costales, also known as Randy B. Costales, also known as Randall B. Costales, also known as R. Bruce Costales, also known as R.B.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-121-

Costales, also known as Bruce Costales, also known as R. Costales, and also known as B. Costales, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

476. **[PRP ID No. 206--BFI Waste]** Rev 973 alleges on information and belief that Defendant BFI Waste Systems is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

477. **[PRP ID No. 207--Montebello Lincoln-Mercury]** Rev 973 alleges on information and belief that Defendant Montebello Lincoln-Mercury was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

478. **[PRP ID No. 210--One Stop Machine]** Rev 973 alleges on information and belief that Defendant One Stop Machine Shop, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

479. **[PRP ID No. 211--Delta Enterprises]** Rev 973 alleges on information and belief that Defendant Delta Enterprises Corp., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

480. **[PRP ID No. 212--Auto Part Recycler]** Rev 973 alleges on information and belief that Defendant Auto Part Recycler, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Angeles, State of California.

481.  **[PRP ID No. 213--Allan Company]** Rev 973 alleges on information and belief that Defendant Allan Company, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

482.  **[PRP ID No. 214--Econo Lune N' Tune]** Rev 973 alleges on information and belief that Defendant Econo Lune N' Tune Placentia was, at all material times, a business of unknown form with its principal place of business in the County of Orange, State of California.

483.  **[PRP ID No. 215--Fischer]** Rev 973 alleges on information and belief that Defendant A.P. Fischer, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

484.  **[PRP ID No. 216--Penske]** Rev 973 alleges on information and belief that Defendant Penske Truck Rental is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

485.  **[PRP ID No. 219--Econo Lube N' Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N' Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

486.  **[PRP ID No. 221--King's Computerized Auto]** Rev 973 alleges on information and belief that Defendant King's Computerized Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

487.  **[PRP ID No. 222--Laurel Diesel]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7⁻ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

1  information and belief that Defendant Laurel Diesel Service is, and at all

2  material times was, a business of unknown form with its principal place of

3  business in the County of Los Angeles, State of California.

4      488.  **[PRP ID No. 223--United Auto]** Rev 973 alleges on information

5  and belief that Defendant United Auto Service & Repair Center Inc., was, at

6  all material times, a corporation organized and existing under the laws of

7  the State of California with its principal place of business in the County of

8  San Gabriel, State of California.

9      489.  **[PRP ID No. 225--Unocal 755]** Rev 973 alleges on information

10  and belief that Defendant Unocal 755, is, and at all material times was, a

11  business of unknown form with its principal place of business in the County

12  of Los Angeles, State of California.

13      490.  **[PRP ID No. 226--Scarbrough Construction]** Rev 973 alleges

14  on information and belief that Defendant Scarbrough Construction, And

15  Equipment Sales and Leasing, Inc., was, at all material times, a corporation

16  organized and existing under the laws of the State of California with its

17  principal place of business in the County of Mohave, State of Arizona.

18      491.  **[PRP ID No. 227--Hock's]** Rev 973 alleges on information and

19  belief that Defendant Hock's Garage, Inc., was, at all material times, a

20  corporation organized and existing under the laws of the State of California

21  with its principal place of business in the County of Los Angeles, State of

22  California.

23      492.  **[PRP ID No. 229--Douglas Aircraft]** Rev 973 alleges on

24  information and belief that Defendant Douglas Aircraft Company, Inc., is,

25  and at all material times was, a corporation organized and existing under

26  the laws of the State of California with its principal place of business in the

27  County of Los Angeles, State of California.

28      493.  **[PRP ID No. 230--BGI Worldwide]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel  213.550.4000
Fax  213.550.4010

-124-

information and belief that Defendant BGI Worldwide is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

494. **[PRP ID No. 231--Best Lube N Tune]** Rev 973 alleges on information and belief that Defendant Best Lube N Tune was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

495. **[PRP ID No. 232--Auto Transport]** Rev 973 alleges on information and belief that Defendant Auto Transport is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

496. **[PRP ID No. 234--Shteysel]** Rev 973 alleges on information and belief that Defendant Joseph Shteysel, also known as Joe Shteysel, and also known as J. Shteysel, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

497. **[PRP ID No. 235--Estrada]** Rev 973 alleges on information and belief that Defendant William A. Estrada, also known as Will A. Estrada, also known as Bill A. Estrada, also known as Bill Estrada, also known as B. Estrada, also known as W. Estrada, also known as W.A. Estrada, and also known as A. Estrada, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

498. **[PRP ID No. 237--American Auto]** Rev 973 alleges on information and belief that Defendant All American Auto Service was, at all material times, a corporation organized and existing under the laws of the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-125-

REV 973'S SEVENTH AMENDED COMPLAINT

State of California with its principal place of business in the County of Los Angeles, State of California.

499.  **[PRP ID No. 238--Rockview Dairies]** Rev 973 alleges on information and belief that Defendant Rockview Dairies, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

500.  **[PRP ID No. 239--Loyola Trucking]** Rev 973 alleges on information and belief that Defendant Loyola Trucking, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

501.  **[PRP ID No. 242--Valvoline]** Rev 973 alleges on information and belief that Defendant Valvoline Instant Oil Change is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

502.  **[PRP ID No. 243--Ready Mix]** Rev 973 alleges on information and belief that Defendant Owner-Operator Ready Mix Concrete, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

503.  **[PRP ID No. 244--Eastern Municipal]** Rev 973 alleges on information and belief that Defendant Eastern Municipal Water District Facilities Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

504.  **[PRP ID No. 245--Jamy's Auto]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-126-

REV 973'S SEVENTH AMENDED COMPLAINT

1  information and belief that Defendant Jamy's Auto Repair is, and at all

2  material times was, a business of unknown form with its principal place of

3  business in the County of Los Angeles, State of California.

4      505.  **[PRP ID No. 247--A&M Oil]** Rev 973 alleges on information

5  and belief that Defendant A&M Oil was, at all material times, a corporation

6  organized and existing under the laws of the State of California with its

7  principal place of business in the County of Los Angeles, State of

8  California.

9      506.  **[PRP ID No. 249--Oliver & Williams]** Rev 973 alleges on

10  information and belief that Defendant Oliver & Williams was, at all material

11  times, a corporation organized and existing under the laws of the State of

12  California with its principal place of business in the County of Los Angeles,

13  State of California.

14      507.  **[PRP ID No. 250--Amberwick]** Rev 973 alleges on information

15  and belief that Defendant Amberwick Corp., is, and at all material times

16  was, a corporation organized and existing under the laws of the State of

17  California with its principal place of business in the County of Los Angeles,

18  State of California.

19      508.  **[PRP ID No. 251--Scher Tire]** Rev 973 alleges on information

20  and belief that Defendant Scher Tire, Inc., is, and at all material times was,

21  a corporation organized and existing under the laws of the State of

22  California with its principal place of business in the County of Orange,

23  State of California.

24      509.  **[PRP ID No. 252--EZ Lube]** Rev 973 alleges on information

25  and belief that Defendant EZ Lube was, at all material times, a corporation

26  organized and existing under the laws of the State of California with its

27  principal place of business in the County of Los Angeles, State of

28  California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-127-

510.   **[PRP ID No. 253--Millers]** Rev 973 alleges on information and belief that Defendant Millers Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

511.   **[PRP ID No. 255--Upgrade Auto]** Rev 973 alleges on information and belief that Defendant Upgrade Auto Parts & ACC is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

512.   **[PRP ID No. 259--Sunkist]** Rev 973 alleges on information and belief that Defendant Sunkist Growers, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

513.   **[PRP ID No. 262--King]** Rev 973 alleges on information and belief that William M. King, also known as Will M. King, also known as Bill M. King, also known as William King, also known as Will King, also known as Bill King, also known as W. M. King, also known as B. M. King, also known as M. King, also known as B. King, and also known as W. King, was, at all material times, an individual with his principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 14--King is the personal representative of the Estate of William King, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

514.   **[PRP ID No. 263--Asian Complete]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA  90071
TEL  213.550.4000
FAX  213.550.4010

-128-

**REV 973'S SEVENTH AMENDED COMPLAINT**

information and belief that Defendant Asian Complete Auto Repair was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

515. **[PRP ID No. 264--Mickey]** Rev 973 alleges on information and belief that Defendant Mickey is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

516. **[PRP ID No. 266--Andy's]** Rev 973 alleges on information and belief that Defendant Andy's Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

517. **[PRP ID No. 267--Ostrum Chevrolet]** Rev 973 alleges on information and belief that Defendant Ostrum Chevrolet is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

518. **[PRP ID No. 268--Mr. Transmission]** Rev 973 alleges on information and belief that Defendant Mr. Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

519. **[PRP ID No. 270--Clayton]** Rev 973 alleges on information and belief that Defendant Clayton Industries is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

520. **[PRP ID No. 271--Leeco]** Rev 973 alleges on information and belief that Defendant Leeco Transmission was, at all material times, a business of unknown form with its principal place of business in the County

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

of Los Angeles, State of California.

521.  **[PRP ID No. 272--Hausman]** Rev 973 alleges on information and belief that Defendant Hausman Bus Sales, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Arizona with its principal place of business in the County of Los Angeles, State of California.

522.  **[PRP ID No. 274--Borges]** Rev 973 alleges on information and belief that Defendant Borges Rock Products was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

523.  **[PRP ID No. 276--California Corridor]** Rev 973 alleges on information and belief that Defendant California Corridor Construction is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

524.  **[PRP ID No. 278--Tires West]** Rev 973 alleges on information and belief that Defendant Tires West Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

525.  **[PRP ID No. 279--Home Savings]** Rev 973 alleges on information and belief that Defendant Home Savings of America was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

526.  **[PRP ID No. 280--Chemical Transportation]** Rev 973 alleges on information and belief that Defendant Chemical Transportation is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-130-

527.  **[PRP ID No. 281--Weiner Steel]** Rev 973 alleges on information and belief that Defendant Weiner Steel is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

528.  **[PRP ID No. 282--All-American Oil]** Rev 973 alleges on information and belief that Defendant All-American Oil Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

529.  **[PRP ID No. 283--EZ Lube]** Rev 973 alleges on information and belief that Defendant EZ Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

530.  **[PRP ID No. 284--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

531.  **[PRP ID No. 285--Tulon]** Rev 973 alleges on information and belief that Defendant Tulon Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

532.  **[PRP ID No. 286--Watanabe]** Rev 973 alleges on information and belief that Defendant K. Watanabe Corp., also known as K. Watanabe, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

533.  **[PRP ID No. 287--Earl Purmort Drain Oil]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

information and belief that Defendant Earl Purmort Drain Oil Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Mariposa, State of California.

534.  **[PRP ID No. 287.1--Earl Purmort]** Rev 973 alleges on information and belief that Earl Purmort, also known as E. Purmort, was, at all material times, an individual with his principal place of residence in the County of Mariposa, State of California, but who is now deceased, and that Defendant Doe No. 15--Purmort is the personal representative of the Estate of Earl Purmort, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Mariposa, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

535.  **[PRP ID No. 288--PBC Concrete]** Rev 973 alleges on information and belief that Defendant PBC Concrete, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

536.  **[PRP ID No. 289--George's Shell]** Rev 973 alleges on information and belief that Defendant George's Shell Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

537.  **[PRP ID No. 293--All American Products]** Rev 973 alleges on information and belief that Defendant All American Products is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

538.  **[PRP ID No. 294--All Tune & Lube]** Rev 973 alleges on information and belief that Defendant All Tune & Lube is, and at all material times was, a business of unknown form with its principal place of business

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

in the County of Riverside, State of California.

539. **[PRP ID No. 295--California Charter]** Rev 973 alleges on information and belief that Defendant California Charter, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

540. **[PRP ID No. 296--Computer Tune and Lube]** Rev 973 alleges on information and belief that Defendant Computer Tune and Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

541. **[PRP ID No. 298--Schlosser]** Rev 973 alleges on information and belief that Defendant Schlosser Forge Co., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

542. **[PRP ID No. 301--Public Works]** Rev 973 alleges on information and belief that the Department of Public Works is, and at all material times was, an agency of the City of Los Angeles, State of California, responsible for recovering and treating wastewater bio-resources used for energy generation and agricultural applications and owning and/or operating facilities within the County of Los Angeles, State of California.

543. **[PRP ID No. 302--Santa Ana Transmission]** Rev 973 alleges on information and belief that Defendant Santa Ana Transmission Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

544. **[PRP ID No. 305--Industrial Transmission]** Rev 973 alleges on information and belief that Defendant Industrial Transmission & Machine Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business

FRALEY & ASSOCIATES
STE. 702
617 W. 7.· ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

in the County of Los Angeles, State of California.

545.  **[PRP ID No. 306--Trang]** Rev 973 alleges on information and belief that Defendant Ty Trang, also known as T. Trang, was, at all material times, an individual who did business as All Smog & Tune with his principal places of residence and business in the County of Los Angeles, State of California.

546.  **[PRP ID No. 308--United Rentals]** Rev 973 alleges on information and belief that Defendant United Rentals, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

547.  **[PRP ID No. 309--John's Auto]** Rev 973 alleges on information and belief that Defendant John's Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

548.  **[PRP ID No. 311--Steve's VW]** Rev 973 alleges on information and belief that Defendant Steve's VW Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

549.  **[PRP ID No. 312--Fred's Chevron]** Rev 973 alleges on information and belief that Defendant Fred's Chevron Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

550.  **[PRP ID No. 316--Zanerick]** Rev 973 alleges on information and belief that Defendant Jerry Zanerick, also known as Jerome Zanerick, also known as Jerrold Zanerick, also known as Gerald Zanerick, also known as Jer Zanerick, and also known as J. Zanerick, was, at all material times, an individual who did business as Purrfect Auto Service, with his principal places of residence and business in the County of Los Angeles,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-134-

REV 973'S SEVENTH AMENDED COMPLAINT

State of California, and operating as a franchisee of Purrfect Auto Service, Inc., a corporation which, at all material times, was organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

551.   **[PRP ID No. 317--Ko Ko]** Rev 973 alleges on information and belief that Defendant Ko Ko Transmission Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

552.   **[PRP ID No. 319--Frank's Auto]** Rev 973 alleges on information and belief that Defendant Frank's Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

553.   **[PRP ID No. 320--K&J Bros.]** Rev 973 alleges on information and belief that Defendant K&J Bros. Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

554.   **[PRP ID No. 321--Simi Corp.]** Rev 973 alleges on information and belief that Defendant Simi Corp., is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

555.   **[PRP ID No. 322--Utah Petroleum]** Rev 973 alleges on information and belief that Defendant Utah Petroleum Transport, LLC, also known as Utah Petroleum Transport, is, and at all material times was, a business of unknown form with its principal place of business in the County of Davis, State of Utah.

556.   **[PRP ID No. 323--Blue Star]** Rev 973 alleges on information and belief that Defendant Blue Star Automotive, Inc., is, and at all material times was, a corporation organized and existing under the laws of the

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

State of California with its principal place of business in the County of Los Angeles, State of California.

557.   **[PRP ID No. 324--Leaseway Bulk]** Rev 973 alleges on information and belief that Defendant Leaseway Bulk Services, Inc., also known as Leaseway Bulk Services, was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

558.   **[PRP ID No. 325--Yamani]** Rev 973 alleges on information and belief that Defendant Hasan Yamani, also known as H. Yamani, was, at all material times, an individual who did business as Precise Tune Alignment & Brake with his/her principal places of residence and business in the County of Orange, State of California.

559.   **[PRP ID No. 328--Montebello Container]** Rev 973 alleges on information and belief that Defendant Montebello Container Corp., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

560.   **[PRP ID No. 329--R & S Transmission]** Rev 973 alleges on information and belief that Defendant R & S Transmission, Inc., also known as R & S Transmission, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

561.   **[PRP ID No. 330--Montenay Pacific]** Rev 973 alleges on information and belief that Defendant Montenay Pacific Power Corp., also known as Montenay Pacific Power, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

562.   **[PRP ID No. 331--Smog Pros]** Rev 973 alleges on information

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ⁸ St.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-136-

and belief that Defendant Smog Pros is, and at all material times was, a
business of unknown form with its principal place of business in the County
of Orange, State of California.

563.   **[PRP ID No. 333--B & K Firestone]** Rev 973 alleges on
information and belief that Defendant B & K Firestone, Inc., is, and at all
material times was, a corporation organized and existing under the laws of
the State of California with its principal place of business in the County of
Los Angeles, State of California.

564.   **[PRP ID No. 334--Courtesy Transmissions]** Rev 973 alleges
on information and belief that Defendant Courtesy Transmissions is, and at
all material times was, a business of unknown form with its principal place
of business in the County of Orange, State of California.

565.   **[PRP ID No. 335--Bobby's Unocal]** Rev 973 alleges on
information and belief that Defendant Bobby's Unocal is, and at all material
times was, a business of unknown form with its principal place of business
in the County of Los Angeles, State of California.

566.   **[PRP ID No. 336--M.P. McCaffrey]** Rev 973 alleges on
information and belief that Defendant M.P. McCaffrey, Inc., was, at all
material times, a corporation organized and existing under the laws of the
State of California with its principal place of business in the County of Los
Angeles, State of California.

567.   **[PRP ID No. 337--Valley GM]** Rev 973 alleges on information
and belief that Defendant Valley GM Diesel Holding, Inc., was, at all
material times, a corporation organized and existing under the laws of the
State of California with its principal place of business in the County of Los
Angeles, State of California.

568.   **[PRP ID No. 338--Chaffee Partner]** Rev 973 alleges on
information and belief that Defendant Chaffee Partner, Inc., is, and at all

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

569.  **[PRP ID No. 339--Park's Shell]** Rev 973 alleges on information and belief that Defendant Park's Shell Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

570.  **[PRP ID No. 340--Lakewood Transmission]** Rev 973 alleges on information and belief that Defendant Lakewood Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

571.  **[PRP ID No. 342--Todd Pacific]** Rev 973 alleges on information and belief that Defendant Todd Pacific Shipyards Corporation was, at all material times, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

572.  **[PRP ID No. 343--Gonzalez]** Rev 973 alleges on information and belief that Defendant Manolo Gonzalez, also known as Manny Gonzalez, and also known as M. Gonzalez, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

573.  **[PRP ID No. 344--Pacific Coast Oil]** Rev 973 alleges on information and belief that Defendant Pacific Coast Oil Company, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

574.  **[PRP ID No. 345--San Pedro Smog]** Rev 973 alleges on information and belief that Defendant San Pedro Smog is, and at all material times was, a business of unknown form with its principal place of

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-138-

REV 973'S SEVENTH AMENDED COMPLAINT

business in the County of Los Angeles, State of California.

575.  **[PRP ID No. 347--Choe's Mobil]** Rev 973 alleges on information and belief that Defendant Choe's Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

576.  **[PRP ID No. 349--Super Oil]** Rev 973 alleges on information and belief that Defendant Super Oil Change N Tune, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

577.  **[PRP ID No. 352--Maywood Auto Parts]** Rev 973 alleges on information and belief that Defendant Maywood Auto Parts, Inc., was, at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

578.  **[PRP ID No. 353--Tires West]** Rev 973 alleges on information and belief that Defendant Tires West, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

579.  **[PRP ID No. 356--Alfa Auto]** Rev 973 alleges on information and belief that Defendant Alfa Auto Repair, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

580.  **[PRP ID No. 357--Shoemaker Service]** Rev 973 alleges on information and belief that Defendant Shoemaker Service is, and at all material times was, a business of unknown form with its principal place of

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

business in the County of Los Angeles, State of California.

581.  **[PRP ID No. 357.1--Shoemaker]** Rev 973 alleges on information and belief that Maurice Shoemaker, also known as Maury Shoemaker, and also known as M. Shoemaker, was, at all material times, an individual with his principal place of residence in the County Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 16--Shoemaker is the personal representative of the Estate of Maurice Shoemaker, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

582.  **[PRP ID No. 358--TopNotch]** Rev 973 alleges on information and belief that Defendant TopNotch Auto Service is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

583.  **[PRP ID No. 360--Dicus]** Rev 973 alleges on information and belief that Defendant Walter E. Dicus, also known as Walt E. Dicus, also known as W.E. Dicus, also known as Walter Dicus, also known as Walt Dicus, also known as W. Dicus, and also known as E. Dicus, was, at all material times, an individual with his principal places of residence and business in the County of Fresno, State of California, but who is now deceased, and that Defendant Doe No. 17--Dicus is the personal representative of the Estate of Walter E. Dicus, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Fresno, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ St.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-140-

capacities of such defendant after Rev 973 ascertains those names and capacities.

584.   **[PRP ID No. 361--Pelican]** Rev 973 alleges on information and belief that Defendant Pelican Automotive Group, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

585.   **[PRP ID No. 362--Euclid Arco]** Rev 973 alleges on information and belief that Defendant Euclid Arco Smog Pro is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

586.   **[PRP ID No. 363--Santa Monica Motors]** Rev 973 alleges on information and belief that Defendant Santa Monica Motors, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

587.   **[PRP ID No. 364--Royal Transmissions]** Rev 973 alleges on information and belief that Defendant Royal Transmissions, also known as Royal Transmissions, Inc., was, at all material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

588.   **[PRP ID No. 366--Metro Oil & Chemical]** Rev 973 alleges on information and belief that Defendant Metro Oil & Chemical Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

589.   **[PRP ID No. 367--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron 2411 is, and at all material times was, a

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

business of unknown form with its principal place of business in the County of Los Angeles, State of California.

590.  **[PRP ID No. 369--Auto Care 500]** Rev 973 alleges on information and belief that Defendant Auto Care 500 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

591.  **[PRP ID No. 371--All American 14600]** Rev 973 alleges on information and belief that Defendant All American 14600 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

592.  **[PRP ID No. 372--USMC]** Rev 973 alleges on information and belief that the United States Marine Corps is, and at all material times was, an agency within the Department of Defense, United States of America, responsible for providing forces and detachments to naval vessels and shore operations and owning and/or operating facilities within the County of Orange, State of California.

593.  **[PRP ID No. 373--Estrada]** Rev 973 alleges on information and belief that Defendant Roger Estrada, also known as R. Estrada, was, at all material times, an individual who did business as Roger Estrada Unocal, also known as Roger Estrada's 76, with his principal places of residence and business in the County of Los Angeles, State of California.

594.  **[PRP ID No. 375--ABC Bus]** Rev 973 alleges on information and belief that Defendant ABC Bus Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Missouri with its principal place of business in the County of Orange, State of California.

595.  **[PRP ID No. 376--Marshall]** Rev 973 alleges on information and belief that Defendant Alex Marshall, also known as Alexander Marshall,

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

also known as Alexei Marshall, also known as Alexandra Marshall, and also known as A. Marshall, was, at all material times, an individual with his/her principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 18--Marshall is the personal representative of the Estate of Alex Marshall, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

596.   **[PRP ID No. 377--All Tune and Lube]** Rev 973 alleges on information and belief that Defendant All Tune and Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

597.   **[PRP ID No. 379--Star Kist]** Rev 973 alleges on information and belief that Defendant Star Kist Foods is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

598.   **[PRP ID No. 380--Mittal]** Rev 973 alleges on information and belief that Defendant Vinod Mittal, also known as V. Mittal, was, at all material times, an individual who did business as Smog Pros with his principal places of residence and business in the County of Los Angeles, State of California.

599.   **[PRP ID No. 382--Commuter Bus]** Rev 973 alleges on information and belief that Defendant Commuter Bus Lines, Inc., also known as Commuter Bus Lines, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-143-

REV 973'S SEVENTH AMENDED COMPLAINT

600.   **[PRP ID No. 383--Dick's Auto]** Rev 973 alleges on information and belief that Defendant Dick's Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

601.   **[PRP ID No. 384--Crescent]** Rev 973 alleges on information and belief that Defendant Crescent Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

602.   **[PRP ID No. 385--Commercial Enameling]** Rev 973 alleges on information and belief that Defendant Commercial Enameling Co. is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

603.   **[PRP ID No. 386--E-Z Lube]** Rev 973 alleges on information and belief that Defendant E-Z Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

604.   **[PRP ID No. 388--LAUSD]** Rev 973 alleges on information and belief that the Los Angeles Unified School District is, and at all material times was, a government agency of the City of Los Angeles, State of California, responsible for the education of students in the City of Los Angeles and owning and/or operating facilities within the County of Los Angeles, State of California.

605.   **[PRP ID No. 389--Dale's Union]** Rev 973 alleges on information and belief that Defendant Dale's Union Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

606.   **[PRP ID No. 390--Neighborhood Shell]** Rev 973 alleges on information and belief that Defendant Neighborhood Shell was, at all

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-144-

material times, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

607.  **[PRP ID No. 391--Nippon]** Rev 973 alleges on information and belief that Defendant Nippon Automotive, Ltd., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

608.  **[PRP ID No. 392--Lube Express]** Rev 973 alleges on information and belief that Defendant Lube Express is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

609.  **[PRP ID No. 393--LA Metro]** Rev 973 alleges on information and belief that the Los Angeles Metropolitan Transit Authority was, at all material times, an agency of the County of Los Angeles, State of California, responsible for planning, coordinating, designing, building, and operating a transportation system for the County of Los Angeles and owning and/or operating facilities within the County of Los Angeles, State of California.

610.  **[PRP ID No. 394--Karol's Garage]** Rev 973 alleges on information and belief that Defendant Karol's Garage is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

611.  **[PRP ID No. 396--Bismark Transmission]** Rev 973 alleges on information and belief that Defendant Bismark Transmission, Inc., also known as Bismark Transmission, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

612.  **[PRP ID No. 397--GM Smog & Tune]** Rev 973 alleges on information and belief that Defendant GM Smog & Tune Up is, and at all

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

613.  **[PRP ID No. 398--Pacific Environmental]** Rev 973 alleges on information and belief that Defendant Pacific Environmental Management Corp., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

614.  **[PRP ID No. 400--Gonzalez]** Rev 973 alleges on information and belief that Defendant Rene Prado Gonzalez, also known as Rene P. Gonzalez, also known as R. Prado Gonzalez, also known as R. P. Gonzalez, also known as Rene Gonzalez, also known as Prado Gonzalez, also known as P. Gonzalez, and also known as R. Gonzalez, was, at all material times, an individual who did business as RC Truck & Trailer Repair with his/her principal places of residence and business in the County of Los Angeles, State of California.

615.  **[PRP ID No. 401--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

616.  **[PRP ID No. 402--Aloha Auto]** Rev 973 alleges on information and belief that Defendant Aloha Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

617.  **[PRP ID No. 403--AAA]** Rev 973 alleges on information and belief that Defendant AAA is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

618.  **[PRP ID No. 404--Chandler's]** Rev 973 alleges on information

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-146-

REV 973'S SEVENTH AMENDED COMPLAINT

and belief that Defendant Chandler's Palos Verdes Sand and Gravel is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

619.  **[PRP ID No. 405--Rolling Hills Auto]** Rev 973 alleges on information and belief that Defendant Rolling Hills Auto Plaza is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

620.  **[PRP ID No. 406--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune Service Centers is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

621.  **[PRP ID No. 408--Sam's Datsum]** Rev 973 alleges on information and belief that Defendant Sam's Datsum, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

622.  **[PRP ID No. 409--Elias Chevron]** Rev 973 alleges on information and belief that Defendant Elias Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

623.  **[PRP ID No. 410--Alexco]** Rev 973 alleges on information and belief that Defendant Alexco LLC, also known as Alexco, is, and at all material times was, a business of unknown form with its principal place of business in the County of Maricopa, State of Arizona.

624.  **[PRP ID No. 412--Dependable Highway Express]** Rev 973 alleges on information and belief that Defendant Dependable Highway Express, Inc., is, and at all material times was, a corporation organized and

Fraley & Associates
Ste. 702
617 W. 7᙭ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

625.  **[PRP ID No. 413--Granger-Pica]** Rev 973 alleges on information and belief that Defendant Granger-Pica Shell, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

626.  **[PRP ID No. 415--Ecology Control]** Rev 973 alleges on information and belief that Defendant Ecology Control Industries, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

627.  **[PRP ID No. 416--Key Nissan]** Rev 973 alleges on information and belief that Defendant Key Nissan Service, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

628.  **[PRP ID No. 417--Shell]** Rev 973 alleges on information and belief that Defendant Shell Service Stations is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

629.  **[PRP ID No. 418--Purrfect Auto]** Rev 973 alleges on information and belief that Defendant Purrfect Auto Service, is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

630.  **[PRP ID No. 419--D&D Shell]** Rev 973 alleges on information and belief that Defendant D&D Shell Service is, and at all material times was, a business of unknown form with its principal place of business in the

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

County of Los Angeles, State of California.

631.  **[PRP ID No. 420--Coburn]** Rev 973 alleges on information and belief that Defendant Coburn Equipment, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

632.  **[PRP ID No. 421--Nick Alexander]** Rev 973 alleges on information and belief that Defendant Nick Alexander Imports is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

633.  **[PRP ID No. 422--Valley Auto]** Rev 973 alleges on information and belief that Defendant Valley Auto Repair & Smog Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

634.  **[PRP ID No. 423--A&A Auto]** Rev 973 alleges on information and belief that Defendant A&A Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

635.  **[PRP ID No. 424--Al's]** Rev 973 alleges on information and belief that Defendant Al's Auto Transms, also known as Al's Auto Transmissions, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

636.  **[PRP ID No. 425--Southland Oil]** Rev 973 alleges on information and belief that Defendant Southland Oil, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Angeles, State of California.

637.  **[PRP ID No. 426--Diversified Sales]** Rev 973 alleges on information and belief that Defendant Diversified Sales & Service Corp., is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

638.  **[PRP ID No. 427--Housel]** Rev 973 alleges on information and belief that Defendant Dave Housel, also known as David Housel, and also known as D. Housel, was, at all material times, an individual who did business as Dave's Arco with his principal places of residence and business in the County of Orange, State of California.

639.  **[PRP ID No. 428--Ramirez Shell]** Rev 973 alleges on information and belief that Defendant Ramirez Shell Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

640.  **[PRP ID No. 429--Lowe]** Rev 973 alleges on information and belief that Defendant Andrew Lowe, also known as Andy Lowe, and also known as A. Lowe, was, at all material times, an individual who did business as AC Auto Service with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 19--Lowe is the personal representative of the Estate of Andrew Lowe, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

641.  **[PRP ID No. 430--Wong]** Rev 973 alleges on information and belief that Defendant Gary Wong, also known as G. Wong, was, at all

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-150-

**Rev 973's Seventh Amended Complaint**

material times, an individual who did business as Valley's Smog Pros with his principal places of residence and business in the County of Los Angeles, State of California.

642.   **[PRP ID No. 431--Golden Auto]** Rev 973 alleges on information and belief that Defendant Golden Auto Center, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

643.   **[PRP ID No. 432--Car Tune]** Rev 973 alleges on information and belief that Defendant Car Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

644.   **[PRP ID No. 433--Bezerra]** Rev 973 alleges on information and belief that Defendant Joe Bezerra, also known as Joseph Bezerra, and also known as J. Bezerra, was, at all material times, an individual who did business as Joe Bezerra's Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

645.   **[PRP ID No. 434--Xpert Tune]** Rev 973 alleges on information and belief that Defendant Xpert Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

646.   **[PRP ID No. 435--Steele & Kennedy]** Rev 973 alleges on information and belief that Defendant Steele & Kennedy Union Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

647.   **[PRP ID No. 436--Orlando]** Rev 973 alleges on information and belief that Defendant Pila Orlando, also known as P. Orlando, was, at all material times, an individual who did business as Pila Orlando UNOCAL

FRALEY & ASSOCIATES
STE. 702
617 W. 7^ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-151-

REV 973'S SEVENTH AMENDED COMPLAINT

with his/her principal places of residence and business in the County of Los Angeles, State of California.

648.  **[PRP ID No. 437--MBZ Motors]** Rev 973 alleges on information and belief that MBZ Motors, LLC, is, and at all material times was, a limited liability company organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

649.  **[PRP ID No. 438--Unocal La Palma 76]** Rev 973 alleges on information and belief that Defendant Unocal La Palma 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

650.  **[PRP ID No. 439--Rashidi]** Rev 973 alleges on information and belief that Defendant Fariborz Rashidi, also known as F. Rashidi, was, at all material times, an individual who did business as Woodside Village Chevron with his/her principal places of residence and business in the County of Orange, State of California.

651.  **[PRP ID No. 440--Chang Kim]** Rev 973 alleges on information and belief that Defendant Chang Yoon Kim, also known as Chang Y. Kim, also known as C. Yoon Kim, also known as C.Y. Kim, also known as C. Kim, also known as Yoon Kim, also known as Y. Kim, also known as C. Kim, also known as Chang Kim, also known as Kim Yoon Chang, also known as Kim Y. Chang, also known as K. Yoon Chang, also known as K.Y. Chang, also known as K. Chang, also known as Y. Chang, also known as Yoon Chang Kim, also known as Yoon C. Kim, also known as Y. Chang Kim, also known as Y.C. Kim, also known as Yoon Kim Chang, also known as Yoon K. Chang, also known as Y. Kim Chang, also known as Y.K. Chang, also known as Chang Kim Yoon, also known as Chang K. Yoon, also known as C. Kim Yoon, also known as C.K. Yoon, also known as C.

Fraley & Associates
Ste. 702
617 W. 7·· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-152-

Yoon, also known as K. Yoon, also known as Kim Chang Yoon, also known as Kim C. Yoon, also known as K. Chang Yoon, and also known as K.C. Yoon, was, at all material times, an individual who did business as ABC Shell with his/her principal places of residence and business in the County of Los Angeles, State of California.

652.  **[PRP ID No. 441--Roger's & Halloway]** Rev 973 alleges on information and belief that Defendant Roger's & Halloway Roofing is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

653.  **[PRP ID No. 442--Jim's Auto]** Rev 973 alleges on information and belief that Defendant Jim's Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

654.  **[PRP ID No. 444--Vance]** Rev 973 alleges on information and belief that Defendant Vance Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, California.

655.  **[PRP ID No. 445--Toyomura]** Rev 973 alleges on information and belief that Defendant Yoshi Toyomura, also known as Y. Toyomura, was, at all material times, an individual who did business as Yoshi's Auto with his principal places of residence and business in the County of Los Angeles, State of California.

656.  **[PRP ID No. 446--Chevron Stations]** Rev 973 alleges on information and belief that Defendant Chevron Stations, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Orange, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

657.  **[PRP ID No. 447--Queza]** Rev 973 alleges on information and belief that Defendant Jerry Queza, also known as J. Queza, was, at all material times, an individual who did business as Enterprise Toyota with his principal places of residence and business in the County of Los Angeles, State of California.

658.  **[PRP ID No. 448--Chong's Mobil]** Rev 973 alleges on information and belief that Defendant Chong's Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

659.  **[PRP ID No. 449--Smith]** Rev 973 alleges on information and belief that Defendant Ty Smith, also known as Tyler Smith, and also known as T. Smith, was, at all material times, an individual who did business as American Diesel with his principal places of residence and business in the County of San Bernardino, State of California.

660.  **[PRP ID No. 450--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

661.  **[PRP ID No. 452--Roy Miller]** Rev 973 alleges on information and belief that Defendant Roy Miller Freight Lines, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

662.  **[PRP ID No. 453--O'Shea]** Rev 973 alleges on information and belief that Defendant O'Shea Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

663.  **[PRP ID No. 454--American Car Wash]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

information and belief that Defendant American Car Wash is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

664.  **[PRP ID No. 455--Rod's Truck]** Rev 973 alleges on information and belief that Defendant Rod's Truck Service is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

665.  **[PRP ID No. 456--Standard Brands]** Rev 973 alleges on information and belief that Defendant Standard Brands Paint Company is, and at all material times was, a corporation organized and existing under the laws of the State of Maryland with its principal place of business in the County of Los Angeles, State of California.

666.  **[PRP ID No. 457--Leon's Transmission]** Rev 973 alleges on information and belief that Defendant Leon's Transmission Service, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

667.  **[PRP ID No. 459--Bob's Unocal]** Rev 973 alleges on information and belief that Bob's Unocal, LLC, was, at all material times, a limited liability company organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

668.  **[PRP ID No. 460--K&S Mobil]** Rev 973 alleges on information and belief that Defendant K&S Mobil Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

669.  **[PRP ID No. 461--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀʰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-155-

REV 973'S SEVENTH AMENDED COMPLAINT

business of unknown form with its principal place of business in the County
of Orange, State of California.

670.  **[PRP ID No. 462--Donaldson]** Rev 973 alleges on information
and belief that Defendant Teddy Donaldson, also known as Ted
Donaldson, also known as T. Donaldson, also known as Theodore
Donaldson, also known as Theo Donaldson, also known as Edward
Donaldson, also known as Ed Donaldson, also known as Eddie Donaldson,
and also known as E. Donaldson, was, at all material times, an individual
who did business as Trojan Chevron Service with his principal places of
residence and business in the County of Los Angeles, State of California.

671.  **[PRP ID No. 463--Smog Pros]** Rev 973 alleges on information
and belief that Defendant Smog Pros is, and at all material times was, a
business of unknown form with its principal place of business in the County
of Los Angeles, State of California.

672.  **[PRP ID No. 464--San Gabriel Automotive]** Rev 973 alleges
on information and belief that Defendant San Gabriel Automotive Repair,
Inc., is, and at all material times was, a corporation organized and existing
under the laws of the State of California with its principal place of business
in the County of Los Angeles, State of California.

673.  **[PRP ID No. 465--Merhi]** Rev 973 alleges on information and
belief that Sami Merhi, also known as S. Merhi, was, at all material times,
an individual who did business as Del Amo Shell Service with his/her
principal places of residence and business in the County of Los Angeles,
State of California.

674.  **[PRP ID No. 466--ATR Mobile]** Rev 973 alleges on information
and belief that Defendant ATR Mobile Trucks Repair is, and at all material
times was, a business of unknown form with its principal place of business
in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7™ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-156-

675.  **[PRP ID No. 467--Simmons]** Rev 973 alleges on information and belief that Defendant Charles H. Simmons, also known as C.H. Simmons, also known as Charles Simmons, also known as H. Simmons, and also known as C. Simmons, was, at all material times, an individual who did business as A&H Olympic Service with   his principal places of residence and business in the County of Los Angeles, State of California.

676.  **[PRP ID No. 468--AAMCO Transmissions]** Rev 973 alleges on information and belief that Defendant AAMCO Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

677.  **[PRP ID No. 469--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

678.  **[PRP ID No. 470--Phillips Auto]** Rev 973 alleges on information and belief that Defendant Phillips Auto Service Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

679.  **[PRP ID No. 471--Quick Stop Auto]** Rev 973 alleges on information and belief that Defendant Quick Stop Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

680.  **[PRP ID No. 472--AAMCO Transmissions]** Rev 973 alleges on information and belief that Defendant AAMCO Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

681.  **[PRP ID No. 473--Pro Express]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-157-

**REV 973'S SEVENTH AMENDED COMPLAINT**

information and belief that Defendant Pro Express, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

682.   **[PRP ID No. 474--Haines Mazda]** Rev 973 alleges on information and belief that Defendant Haines Mazda Specialist is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

683.   **[PRP ID No. 475--Arrow Fuel]** Rev 973 alleges on information and belief that Defendant Arrow Fuel Service, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

684.   **[PRP ID No. 476--Khoury]** Rev 973 alleges on information and belief that Defendant Kelly Khoury, also known as K. Khoury, was, at all material times, an individual who did business as Khoury's Shell Service with his/her principal places of residence and business in the County of Los Angeles, State of California.

685.   **[PRP ID No. 477--Diaz]** Rev 973 alleges on information and belief that Defendant Paul Diaz, also known as P. Diaz, was, at all material times, an individual who did business as D&B Services Auto Repair with his principal places of residence and business in the County of Maricopa, State of Arizona.

686.   **[PRP ID No. 478--AAMCO]** Rev 973 alleges on information and belief that Defendant AAMCO is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-158-

**Rev 973's Seventh Amended Complaint**

687.  **[PRP ID No. 480—Kyu]** Rev 973 alleges on information and belief that Defendant Hong Hyung Kyu, also known as Hong H. Kyu, also known as H. Hyung Kyu, also known as H.H. Kyu, also known as Hong Kyu, also known as Hyung Kyu, and also known as H. Kyu, was, at all material times, an individual who did business as Lim's Shell with his/her principal places of residence and business in the County of Los Angeles, State of California.

688.  **[PRP ID No. 481--Transmission Pete]** Rev 973 alleges on information and belief that Defendant Transmission Pete is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

689.  **[PRP ID No. 482--John's Smog Pros]** Rev 973 alleges on information and belief that Defendant John's Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

690.  **[PRP ID No. 483--Bret Moore Oil]** Rev 973 alleges on information and belief that Defendant Bret Moore Oil Company, also known as Bret Moore Oil, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

691.  **[PRP ID No. 484--P&A Truck]** Rev 973 alleges on information and belief that Defendant P&A Truck Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

692.  **[PRP ID No. 485--Park]** Rev 973 alleges on information and belief that Defendant Dong Jin Park, also known as Dong J. Park, also known as D. Jin Park, also known as D.J. Park, also known as Dong Park, also known as Jin Park, also known as J. Park, and also known as D. Park,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-159-

REV 973'S SEVENTH AMENDED COMPLAINT

was, at all material times, an individual who did business as Loco Auto with

his/her principal places of residence and business in the County of Los

Angeles, State of California.

693.  **[PRP ID No. 486--Robert's Automotive]** Rev 973 alleges on

information and belief that Defendant Robert's Automotive is, and at all

material times was, a business of unknown form with its principal place of

business in the County of Los Angeles, State of California.

694.  **[PRP ID No. 487--Smog Pros]** Rev 973 alleges on information

and belief that Defendant Smog Pros is, and at all material times was, a

business of unknown form with its principal place of business in the County

of Los Angeles, State of California.

695.  **[PRP ID No. 488--Avon Tire]** Rev 973 alleges on information

and belief that Defendant Avon Tire is, and at all material times was, a

business of unknown form with its principal place of business in the County

of Los Angeles, State of California.

696.  **[PRP ID No. 489--Dr. Transmission]** Rev 973 alleges on

information and belief that Defendant Dr. Transmission is, and at all

material times was, a business of unknown form with its principal place of

business in the County of Los Angeles, State of California.

697.  **[PRP ID No. 490--Jaybee Manufacturing]** Rev 973 alleges on

information and belief that Defendant Jaybee Manufacturing Corporation

was, at all material times, a corporation organized and existing under the

laws of the State of California with its principal place of business in the

County of Los Angeles, State of California.

698.  **[PRP ID No. 491--Barzideh]** Rev 973 alleges on information

and belief that Defendant Jacob Barzideh, also known as Jake Barzideh,

and also known as J. Barzideh, was, at all material times, an individual who

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-160-

**Rev 973's Seventh Amended Complaint**

did business as A1 Shell with his principal places of residence and
business in the County of Los Angeles, State of California.

699.  **[PRP ID No. 492--San Gabriel Transit]** Rev 973 alleges on
information and belief that Defendant San Gabriel Transit, Inc., is, and at all
material times was, a corporation organized and existing under the laws of
the State of California with it principal place of business in the County of
Los Angeles, State of California.

700.  **[PRP ID No. 493--AAMCO Pasadena]** Rev 973 alleges on
information and belief that Defendant AAMCO Pasadena is, and at all
material times was, a business of unknown form with its principal place of
business in the County of Los Angeles, State of California.

701.  **[PRP ID No. 494--Chevron]** Rev 973 alleges on information
and belief that Defendant Chevron is, and at all material times was, a
business of unknown form with its principal place of business in the County
of Los Angeles, State of California.

702.  **[PRP ID No. 496--Chapman Mobil]** Rev 973 alleges on
information and belief that Defendant Chapman Mobil is, and at all material
times was, a business of unknown form with its principal place of business
in the County of Orange, State of California.

703.  **[PRP ID No. 497--Washington Muffler]** Rev 973 alleges on
information and belief that Defendant Washington Muffler and Brake, Inc.,
was, at all material times, a corporation organized and existing under the
laws of the State of California with its principal place of business in the
County of Los Angeles, State of California.

704.  **[PRP ID No. 498--Shekerdemian]** Rev 973 alleges on
information and belief that Defendant Hrant Shekerdemian, also known as
H. Shekerdemian, was, at all material times, an individual who did business

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

-161-

**Rev 973's Seventh Amended Complaint**

as Hrant Auto Service with his/her principal places of residence and
business in the County of Los Angeles, State of California.

705. **[PRP ID No. 499--Song Kim]** Rev 973 alleges on information
and belief that Defendant Song Kim, also known as S. Kim, was, at all
material times, an individual who did business as Sam's Transmission with
his/her principal places of residence and business in the County of Los
Angeles, State of California.

706. **[PRP ID No. 500--Deluxe Laboratories]** Rev 973 alleges on
information and belief that Defendant Deluxe Laboratories Inc., is, and at all
material times was, a business of unknown form with its principal place of
business in the County of Los Angeles, State of California.

707. **[PRP ID No. 501--Mobil Service]** Rev 973 alleges on
information and belief that Defendant Mobil Service is, and at all material
times was, a business of unknown form with its principal place of business
in the County of Los Angeles, State of California.

708. **[PRP ID No. 502--AAMCO]** Rev 973 alleges on information and
belief that Defendant AAMCO is, and at all material times was, a business
of unknown form with its principal place of business in the County of Los
Angeles, State of California.

709. **[PRP ID No. 503--Morrison Knudsen]** Rev 973 alleges on
information and belief that Defendant Morrison Knudsen Corporation is,
and at all material times was, a business of unknown form with its principal
place of business in the County of Orange, State of California.

710. **[PRP ID No. 506--Downey Texaco]** Rev 973 alleges on
information and belief that Defendant Downey Texaco is, and at all material
times was, a business of unknown form with its principal place of business
in the County of Los Angeles, State of California.

711. **[PRP ID No. 507--Unocal 501]** Rev 973 alleges on information

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-162-

**REV 973'S SEVENTH AMENDED COMPLAINT**

and belief that Defendant Unocal 501 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

712.  **[PRP ID No. 508--Haghi]** Rev 973 alleges on information and belief that Defendant Javad Haghi, also known as J. Haghi, was, at all material times, an individual who did business as Unocal with his/her principal places of residence and business in the County of Los Angeles, State of California.

713.  **[PRP ID No. 510--Johnny's Le Arco]** Rev 973 alleges on information and belief that Defendant Johnny's Le Arco is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

714.  **[PRP ID No. 511--Fred's Automotive]** Rev 973 alleges on information and belief that Defendant Fred's Automotive is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

715.  **[PRP ID No. 512--Toyo-Tech]** Rev 973 alleges on information and belief that Defendant Toyo-Tech is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

716.  **[PRP ID No. 513--Paul's Auto]** Rev 973 alleges on information and belief that Defendant Paul's Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

717.  **[PRP ID No. 514--Bethlehem Steel]** Rev 973 alleges on information and belief that Defendant Bethlehem Steel is, and at all material times was, a business of unknown form with its principal place of business

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-163-

in the County of Los Angeles, State of California.

718.  **[PRP ID No. 515--Mesias]** Rev 973 alleges on information and belief that Defendant Luis Mesias, also known as L. Mesias, was, at all material times, an individual who did business as Luis Shop with his principal places of residence and business in the County of Los Angeles, State of California.

719.  **[PRP ID No. 517--Keystone Ford]** Rev 973 alleges on information and belief that Defendant Keystone Ford, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

720.  **[PRP ID No. 518--Jack Larson Shell]** Rev 973 alleges on information and belief that Defendant Jack Larson Shell, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

721.  **[PRP ID No. 519--Williams]** Rev 973 alleges on information and belief that Defendant Kenneth Williams, also known as Ken Williams, and also known as K. Williams, was, at all material times, an individual who did business as Ken's Rapid Lube with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 20--Williams is the personal representative of the Estate of Kenneth Williams, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

722.  **[PRP ID No. 520--Navas Auto-Pro]** Rev 973 alleges on information and belief that Defendant Navas Auto-Pro Plus is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

723.  **[PRP ID No. 521--Monreal]** Rev 973 alleges on information and belief that Defendant Carlos Monreal, also known as C. Monreal, was, at all material times, an individual who did business as Artesia Automotive with his principal places of residence and business in the County of Los Angeles, State of California.

724.  **[PRP ID No. 522--Mercury Air]** Rev 973 alleges on information and belief that Defendant Mercury Air Group is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

725.  **[PRP ID No. 523--Jenkins Oil]** Rev 973 alleges on information and belief that Defendant Jenkins Oil Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

726.  **[PRP ID No. 524--Banks]** Rev 973 alleges on information and belief that Defendant Ken Banks, also known as Kenneth Banks, and also known as K. Banks, was, at all material times, an individual who did business as Moreno Valley Transmission with his principal places of residence and business in the County of Riverside, State of California.

727.  **[PRP ID No. 526--City of Industry Disposal]** Rev 973 alleges on information and belief that Defendant City of Industry Disposal Co., Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

728.  **[PRP ID No. 527--Matson]** Rev 973 alleges on information and belief that Defendant Jim Matson, also known as James Matson, also known as Jimmy Matson, and also known as J. Matson, was, at all material times, an individual who did business as Jim Matson Automotive with his principal places of residence and business in the County of Los Angeles, State of California.

729.  **[PRP ID No. 528--Alpha Auto]** Rev 973 alleges on information and belief that Defendant Alpha Auto Sales is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

730.  **[PRP ID No. 529--Sutorbilt]** Rev 973 alleges on information and belief that Defendant Sutorbilt is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

731.  **[PRP ID No. 530--Cabrillo Marine]** Rev 973 alleges on information and belief that Defendant Cabrillo Marine Services, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

732.  **[PRP ID No. 532--Vatani]** Rev 973 alleges on information and belief that Defendant David Vatani, also known as Dave Vatani, and also known as D. Vatani, was, at all material times, an individual who did business as Unocal Dealers Service Station with his principal places of residence and business in the County of Orange, State of California.

733.  **[PRP ID No. 533--Taylor Co.]** Rev 973 alleges on information and belief that Defendant Taylor Co., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-166-

REV 973'S SEVENTH AMENDED COMPLAINT

734.  **[PRP ID No. 534--H&T Union 76]** Rev 973 alleges on information and belief that Defendant H&T Union 76 No. 2 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

735.  **[PRP ID No. 535--Triplett & Son]** Rev 973 alleges on information and belief that Defendant Triplett & Son, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

736.  **[PRP ID No. 537--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

737.  **[PRP ID No. 539--Unocal Leisure World]** Rev 973 alleges on information and belief that Defendant Unocal Leisure World Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

738.  **[PRP ID No. 540--Karaghossian]** Rev 973 alleges on information and belief that Defendant Berge Karaghossian, also known as B. Karaghossian, was, at all material times, an individual who did business as Berge's Mobil Service with his/her principal places of residence and business in the County of Los Angeles, State of California.

739.  **[PRP ID No. 542--MD Hydraulics]** Rev 973 alleges on information and belief that Defendant MD Hydraulics, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

740.  **[PRP ID No. 543--Able Auto]** Rev 973 alleges on information and belief that Defendant Able Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

741.  **[PRP ID No. 544--Best Buy Tire]** Rev 973 alleges on information and belief that Defendant Best Buy Tire Centers, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

742.  **[PRP ID No. 545--Quik Change]** Rev 973 alleges on information and belief that Defendant Quik Change Lube & Oil is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

743.  **[PRP ID No. 546--Star Tire Center]** Rev 973 alleges on information and belief that Defendant Star Tire Center, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

744.  **[PRP ID No. 547--Trans. West]** Rev 973 alleges on information and belief that Defendant Trans. West Pacific Co., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

745.  **[PRP ID No. 548--Chea]** Rev 973 alleges on information and belief that Defendant Meng Chea, also known as M. Chea, was, at all material times, an individual who did business as California Nissan Service with his/her principal places of residence and business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

746. **[PRP ID No. 549--Western Municipal Water District]** Rev 973 alleges on information and belief that the Western Municipal Water District of Riverside County is, and at all material times was, an agency of the Santa Ana Watershed Project Authority responsible for planning and building facilities to protect the water quality of the Santa Ana River Watershed and owning and/or operating facilities within the County of Riverside, State of California.

747. **[PRP ID No. 550--Star Auto]** Rev 973 alleges on information and belief that Defendant Star Auto Clinic is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

748. **[PRP ID No. 551--Asari]** Rev 973 alleges on information and belief that Defendant Asari Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

749. **[PRP ID No. 553--Upgrade Enterprise]** Rev 973 alleges on information and belief that Defendant Upgrade Enterprise, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

750. **[PRP ID No. 555--Brewster's Automotive]** Rev 973 alleges on information and belief that Defendant Brewster's Automotive, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

751. **[PRP ID No. 557--Econo Lube & Tune]** Rev 973 alleges on information and belief that Defendant A&H Econo Lube & Tune is, and at all material times was, a business of unknown form with its principal place of

FRALEY & ASSOCIATES
STE. 702
617 W. 7^ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-169-

business in the County of Los Angeles, State of California.

752.   **[PRP ID No. 558--Chemical Leaman]** Rev 973 alleges on information and belief that Defendant Chemical Leaman Tank Lines, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Hillsborough, State of Florida.

753.   **[PRP ID No. 559--Cook]** Rev 973 alleges on information and belief that Defendant Shin Cook, also known as S. Cook, was, at all material times, an individual who did business as K1 Transmission Service with his/her principal places of residence and business in the County of Los Angeles, State of California.

754.   **[PRP ID No. 560--Ford's Automotive]** Rev 973 alleges on information and belief that Defendant Ford's Automotive Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

755.   **[PRP ID No. 561--Harry's]** Rev 973 alleges on information and belief that Defendant Harry's Airport Garage is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

756.   **[PRP ID No. 562--Santa Ana Lincoln-Mercury]** Rev 973 alleges on information and belief that Defendant Santa Ana Lincoln-Mercury is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

757.   **[PRP ID No. 563--San Luis Service]** Rev 973 alleges on information and belief that Defendant San Luis Service Auto Center, Inc., also known as San Luis Service Auto Center, is, and at all material times was, a business of unknown form with its principal place of business in the

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-170-

County of Los Angeles, State of California.

758.  **[PRP ID No. 564--AAMCO Transmission]** Rev 973 alleges on information and belief that Defendant AAMCO Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

759.  **[PRP ID No. 567--Pelayo]** Rev 973 alleges on information and belief that Defendant Jose Pelayo, also known as J. Pelayo, was, at all material times, an individual who did business as Jose Pelayo Auto Service with his principal places of residence and business in the County of Los Angeles, State of California.

760.  **[PRP ID No. 568--Car Tune Auto]** Rev 973 alleges on information and belief that Defendant Car Tune Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

761.  **[PRP ID No. 569--Public Works]** Rev 973 alleges on information and belief that the Department of Public Works is, and at all material times was, an agency of the County of Santa Barbara, State of California, responsible for providing, operating, and maintaining public works infrastructure for the County of Santa Barbara and owning and/or operating facilities within the County of Santa Barbara, State of California.

762.  **[PRP ID No. 570--Ming's Auto]** Rev 973 alleges on information and belief that Defendant Ming's Auto Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

763.  **[PRP ID No. 572--Hood Construction]** Rev 973 alleges on information and belief that Defendant Hood Construction Company was, at all material times, a corporation organized and existing under the laws of

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-171-

REV 973'S SEVENTH AMENDED COMPLAINT

the State of California with its principal place of business in the County of Los Angeles, State of California.

764.   **[PRP ID No. 573--Hahn's Auto]** Rev 973 alleges on information and belief that Defendant Hahn's Auto Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

765.   **[PRP ID No. 574--Comet]** Rev 973 alleges on information and belief that Defendant Comet California Cutlery, Inc., also known as Comet California Cutlery, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

766.   **[PRP ID No. 575--Esmail]** Rev 973 alleges on information and belief that Defendant Esmail Enterprises, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

767.   **[PRP ID No. 576--Tony's Auto]** Rev 973 alleges on information and belief that Defendant Tony's Auto Repair was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

768.   **[PRP ID No. 578--Quick Auto]** Rev 973 alleges on information and belief that Defendant Quick Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

769.   **[PRP ID No. 579--Johnson]** Rev 973 alleges on information and belief that Defendant Gary Johnson, also known as G. Johnson, was,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-172-

REV 973'S SEVENTH AMENDED COMPLAINT

at all material times, an individual who did business as Village Chevron with his principal places of residence and business in the County of Orange, State of California.

770.  **[PRP ID No. 580--Calzona Tankways]** Rev 973 alleges on information and belief that Defendant Calzona Tankways, Inc., was, at all material times, a corporation organized and existing under the laws of the State of Arizona with its principal place of business in the County of Maricopa, State of Arizona.

771.  **[PRP ID No. 581--Oest]** Rev 973 alleges on information and belief that Defendant Oest Enterprises, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

772.  **[PRP ID No. 583--Cerritos Chevron]** Rev 973 alleges on information and belief that Defendant Cerritos Chevron is, and at all material times was, a general partnership organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

773.  **[PRP ID No. 583.1--Chow]** Rev 973 alleges on information and belief that Defendant Robert Chow, also known as Rob Chow, also known as Robby Chow, also known as R. Chow, also known as Bob Chow, also known as Bobby Chow, also known as B. Chow, is, and at all material times was, a general partner in Cerritos Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

774.  **[PRP ID No. 583.2--Hirani]** Rev 973 alleges on information and belief that Defendant Parina Hirani, also known as P. Hirani, is, and at all material times was, a general partner in Cerritos Chevron with his/her

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

principal places of residence and business in the County of Los Angeles, State of California.

775. **[PRP ID No. 583.3--Mehrady]** Rev 973 alleges on information and belief that Defendant Ruben Mehrady, also known as R. Mehrady, is, and at all material times was, a general partner in Cerritos Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

776. **[PRP ID No. 584--Contico]** Rev 973 alleges on information and belief that Defendant Contico Container Corp., also known as Contico Container, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

777. **[PRP ID No. 585--Gardena Battery]** Rev 973 alleges on information and belief that Defendant Gardena Battery, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

778. **[PRP ID No. 586--Cooper]** Rev 973 alleges on information and belief that Defendant Don Cooper, also known as Donald Cooper, and also known as D. Cooper, was, at all material times, an individual who did business as AAMCO with his principal places of residence and business in the County of Los Angeles, State of California.

779. **[PRP ID No. 587--Able Auto]** Rev 973 alleges on information and belief that Defendant Able Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

780. **[PRP ID No. 588--LGL Transportation]** Rev 973 alleges on information and belief that Defendant LGL Transportation is, and at all

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-174-

material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

781.  **[PRP ID No. 592--Suskie]** Rev 973 alleges on information and belief that Defendant Tony Suskie, also known as Anthony Suskie, also known as A. Suskie, and also known as T. Suskie, was, at all material times, an individual who did business as Tony's Unocal and Towing with his principal places of residence and business in the County of Orange, State of California.

782.  **[PRP ID No. 593--Consolidated Drum]** Rev 973 alleges on information and belief that Defendant Consolidated Drum Reconditioning was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

783.  **[PRP ID No. 594--Tune Up Center]** Rev 973 alleges on information and belief that Defendant The Tune Up Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

784.  **[PRP ID No. 595--Victor Auto]** Rev 973 alleges on information and belief that Defendant Victor Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

785.  **[PRP ID No. 596--Kingsley Auto]** Rev 973 alleges on information and belief that Defendant Kingsley Auto Service, Inc., also known as Kingsley Auto, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

786.  **[PRP ID No. 597--Kim]** Rev 973 alleges on information and belief that Defendant Jae N. Kim, also known as Jae Kim, also known as

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

J.N. Kim, also known as N. Kim, and also known as J. Kim, was, at all material times, an individual who did business as J Kim's Auto Repair Shop with his/her principal places of residence and business in the County of Los Angeles, State of California.

787.   **[PRP ID No. 598--Tony]** Rev 973 alleges on information and belief that Defendant James Tony, Jr., also known as Jim Tony, Jr., also known as J. Tony, Jr. also known as James Tony, also known as Jim Tony, also known as J. Tony, also known as Tony James, Jr., also known as T. James, Jr., also known as Tony James, also known as T. James, also known as Anthony James, Jr., also known as A. James, Jr., also known as Anthony James, and also known as A. James, was, at all material times, an individual who did business as Tony's Discount Transmission with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 21--Tony is the personal representative of the Estate of James Tony, Jr., an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

788.   **[PRP ID No. 599--A&B Transmissions]** Rev 973 alleges on information and belief that Defendant A&B Transmissions is, and at all material times was, a general partnership organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

789.   **[PRP ID No. 599.1--Hernandez]** Rev 973 alleges on information and belief that Defendant Hector Hernandez, also known as H. Hernandez, is, and at all material times was, a general partner in A&B

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-176-

**REV 973'S SEVENTH AMENDED COMPLAINT**

Transmissions with his principal places of residence and business in the County of Los Angeles, State of California.

790.   **[PRP ID No. 599.2--Chin Jun]** Rev 973 alleges on information and belief that Defendant Chin Jun, also known as C. Jun, is, and at all material times was, a general partner in A&B Transmissions with his/her principal places of residence and business in the County of Los Angeles, State of California.

791.   **[PRP ID No. 599.3--Jin Jun]** Rev 973 alleges on information and belief that Defendant Jin Jun, also known as J. Jun, is, and at all material times was, a general partner in A&B Transmissions with his/her principal places of residence and business in the County of Los Angeles, State of California.

792.   **[PRP ID No. 599.4--Murillo]** Rev 973 alleges on information and belief that Defendant Celso Murillo, also known as C. Murillo, is, and at all material times was, a general partner in A&B Transmissions with his principal places of residence and business in the County of Los Angeles, State of California.

793.   **[PRP ID No. 600--Brazeal]** Rev 973 alleges on information and belief that Defendant Leroy Brazeal, also known as Lee Brazeal, and also known as L. Brazeal, was, at all material times, an individual who did business as Lee's Auto Safety with his principal places of residence and business in the County of San Bernardino, State of California.

794.   **[PRP ID No. 601--Valley Auto]** Rev 973 alleges on information and belief that Defendant Valley Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

795.   **[PRP ID No. 602--Heyadat]** Rev 973 alleges on information and belief that Defendant Reza Hedayat, also known as R. Hedayat, was,

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

at all material times, an individual who did business as Shell Auto with his/her principal places of residence and business in the County of Los Angeles, State of California.

796.  **[PRP ID No. 603--MPI]** Rev 973 alleges on information and belief that Defendant MPI is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

797.  **[PRP ID No. 605--Unocal]** Rev 973 alleges on information and belief that Defendant Unocal 4373 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

798.  **[PRP ID No. 606--Swedish Advanced]** Rev 973 alleges on information and belief that Defendant Swedish Advanced Auto Bay is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

799.  **[PRP ID No. 609--Cleveland Wrecking]** Rev 973 alleges on information and belief that Defendant Cleveland Wrecking Company is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

800.  **[PRP ID No. 610--Garfield Chevron]** Rev 973 alleges on information and belief that Defendant Garfield Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

801.  **[PRP ID No. 612--Crest Steel]** Rev 973 alleges on information and belief that Defendant Crest Steel Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

Angeles, State of California.

802. **[PRP ID No. 613-- Anaheim Union 76]** Rev 973 alleges on
information and belief that Defendant Anaheim Union 76 is, and at all
material times was, a business of unknown form with its principal place of
business in the County of Orange, State of California.

803. **[PRP ID No. 614--All Tune and Lube]** Rev 973 alleges on
information and belief that Defendant All Tune and Lube is, and at all
material times was, a business of unknown form with its principal place of
business in the County of Los Angeles, State of California.

804. **[PRP ID No. 616--Buy-Sell Enterprises]** Rev 973 alleges on
information and belief that Defendant Buy-Sell Enterprises, Inc., was, at all
material times, a corporation organized and existing under the laws of the
State of California, doing business as Bob's Tire & Auto Center, with its
principal place of business in the County of Los Angeles, State of
California.

805. **[PRP ID No. 622--Wilcox Machine]** Rev 973 alleges on
information and belief that Defendant Wilcox Machine Co., is, and at all
material times was, a corporation organized and existing under the laws of
the State of California with its principal place of business in the County of
Los Angeles, State of California.

806. **[PRP ID No. 624--Hassan]** Rev 973 alleges on information and
belief that Defendant Walid Hassan, also known as W. Hassan, was, at all
material times, an individual who did business as Chuck's Union 76 with
his principal places of residence and business in the County of Los
Angeles, State of California.

807. **[PRP ID No. 625--Orange Texaco]** Rev 973 alleges on
information and belief that Defendant Orange Texaco is, and at all material
times was, a business of unknown form with its principal place of business

Fraley & Associates
Ste. 702
617 W. 7- St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

in the County of Orange, State of California.

808.  **[PRP ID No. 626--Ken's Oil]** Rev 973 alleges on information and belief that Defendant Ken's Oil is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

809.  **[PRP ID No. 628--Freeway Shell]** Rev 973 alleges on information and belief that Defendant Freeway Shell No. 5 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

810.  **[PRP ID No. 629--Everett]** Rev 973 alleges on information and belief that Defendant Jim Everett, also known as James Everett, and also known as J. Everett, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

811.  **[PRP ID No. 630--Service Station of the Stars]** Rev 973 alleges on information and belief that Defendant Service Station of the Stars is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

812.  **[PRP ID No. 631--Navy]** Rev 973 alleges on information and belief that the United States Navy is, and at all material times was, an agency of the Department of Defense, United States of America, responsible for training and equipping combat-ready naval forces and maintaining freedom of the seas for the United States of America and owning and/or operating facilities within the County of Los Angeles, State of California.

813.  **[PRP ID No. 633--American Racing]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

information and belief that Defendant American Racing Equipment, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Los Angeles, State of California.

814.   **[PRP ID No. 634--Tran]** Rev 973 alleges on information and belief that Defendant Hung Tran, also known as H. Tran, was, at all material times, an individual who did business as Smog Pro Arco 0087, also known as Smog Pro, and also known as Arco, with his/her principal places of residence and business in the County of Los Angeles, State of California.

815.   **[PRP ID No. 636--Charles B. De Farkas]** Rev 973 alleges on information and belief that Defendant Charles B. De Farkas Enterprises, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California, doing business as Shell Self Service, with its principal place of business in the County of Orange, State of California.

816.   **[PRP ID No. 638--Hsih]** Rev 973 alleges on information and belief that Defendant Jamy H. Hsih, also known as J.H. Hsih, also known as Jamy Hsih, also known as H. Hsih, and also known as J. Hsih, was, at all material times, an individual who did business as Jamy's Auto with his/her principal places of residence and business in the County of Los Angeles, State of California.

817.   **[PRP ID No. 639--Hahn]** Rev 973 alleges on information and belief that Defendant Harry H. Hahn, also known as Harold H. Hahn, also known as H.H. Hahn, also known as Harry Hahn, also known as Harold Hahn, and also known as H. Hahn, was, at all material times, an individual who did business as Hahn's Texaco with his principal places of residence and business in the County of Los Angeles, State of California.

818.   **[PRP ID No. 640--Arrow Truck]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

information and belief that Defendant Arrow Truck Wrecking, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

819.  **[PRP ID No. 641--Llamas]** Rev 973 alleges on information and belief that Defendant Roldolfo A. Llamas, also known as R.A. Llamas, also known as Roldolfo Llamas, also known as A. Llamas, and also known as R. Llamas, was, at all material times, an individual who did business as Rudy's Truck Service with his principal places of residence and business in the County of Los Angeles, State of California.

820.  **[PRP ID No. 642--Ramzi Union]** Rev 973 alleges on information and belief that Defendant Ramzi Union, Inc., also known as Ramzi Union, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

821.  **[PRP ID No. 644--United Auto]** Rev 973 alleges on information and belief that Defendant United Auto & Tires is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

822.  **[PRP ID No. 645--Yeghazar]** Rev 973 alleges on information and belief that Defendant Mike Yeghazar, also known as Michael Yeghazar, and also known as M. Yeghazar, was, at all material times, an individual who did business as Ian Auto Service Center with his principal places of residence and business in the County of Los Angeles, State of California.

823.  **[PRP ID No. 646--Exxon 921]** Rev 973 alleges on information and belief that Defendant Exxon 921 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-182-

REV 973'S SEVENTH AMENDED COMPLAINT

824.  **[PRP ID No. 647--Boon]** Rev 973 alleges on information and belief that Defendant Soon Boon, also known as S. Boon, was, at all material times, an individual who did business as Chino Hills Nissan Service with his/her principal places of residence and business in the County of Los Angeles, State of California.

825.  **[PRP ID No. 648--Chemgold]** Rev 973 alleges on information and belief that Defendant Chemgold, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Washoe, State of Nevada.

826.  **[PRP ID No. 649--Pardella Automotive]** Rev 973 alleges on information and belief that Defendant Pardella Automotive Repair Service, Ltd., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

827.  **[PRP ID No. 651--Crest Equipment]** Rev 973 alleges on information and belief that Defendant Crest Equipment Co. is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

828.  **[PRP ID No. 652--Lewis]** Rev 973 alleges on information and belief that Defendant Samuel Lewis, also known as Sam Lewis, and also known as S. Lewis, was, at all material times, an individual who did business as Chino Welding & Assembly with his principal places of residence and business in the County of San Bernardino, State of California.

829.  **[PRP ID No. 653--Qualified Equipment]** Rev 973 alleges on information and belief that Defendant Qualified Equipment Service is, and at all material times was, a business of unknown form with its principal

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

place of business in the County of Riverside, State of California.

830.  **[PRP ID No. 655--K.S. Waste Oil]** Rev 973 alleges on information and belief that Defendant K.S. Waste Oil Co. is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

831.  **[PRP ID No. 656--Crisalli]** Rev 973 alleges on information and belief that Defendant Anthony R. Crisalli, also known as A.R. Crisalli, also known as Anthony Crisalli, also known as R. Crisalli, also known as A. Crisalli, also known as Tony R. Crisalli, also known as T.R. Crisalli, also known as Tony Crisalli, and also known as T. Crisalli, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

832.  **[PRP ID No. 657--Preston's Unocal]** Rev 973 alleges on information and belief that Defendant Preston's Unocal Service & Tire is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

833.  **[PRP ID No. 658--Dagher Shell]** Rev 973 alleges on information and belief that Defendant Dagher Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

834.  **[PRP ID No. 659--California United Terminals]** Rev 973 alleges on information and belief that Defendant California United Terminals, Inc., also known as California United Terminals, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

835.  **[PRP ID No. 660--Toby Ramos Tire]** Rev 973 alleges on information and belief that Defendant Toby Ramos Tire Service, Inc., also known as Toby Ramos Tire Service, is, and at all material times was, a

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL 213.550.4000
FAX  213.550.4010

1   business of unknown form with its principal place of business in the County
2   of San Diego, State of California.

3       836.   **[PRP ID No. 661--U.S.A. Lubricants]** Rev 973 alleges on
4   information and belief that Defendant U.S.A. Lubricants Company was, at
5   all material times, a corporation organized and existing under the laws of
6   the State of California with its principal place of business in the County of
7   San Bernardino, State of California.

8       837.   **[PRP ID No. 662--Lifetime Transmission]** Rev 973 alleges on
9   information and belief that Defendant Lifetime Transmission Exchange was,
10  at all material times, a corporation organized and existing under the laws of
11  the State of California with its principal place of business in the County of
12  Los Angeles, State of California.

13      838.   **[PRP ID No. 663--Performance Auto]** Rev 973 alleges on
14  information and belief that Defendant Performance Auto is, and at all
15  material times was, a business of unknown form with its principal place of
16  business in the County of Los Angeles, State of California.

17      839.   **[PRP ID No. 664--Lopez]** Rev 973 alleges on information and
18  belief that Defendant Luis Lopez, also known as L. Lopez, was, at all
19  material times, an individual who did business as Monza Auto Service with
20  his principal places of residence and business in the County of Los
21  Angeles, State of California, but who is now deceased, and that Defendant
22  Doe No. 22--Lopez is the personal representative of the Estate of Luis
23  Lopez, an estate organized and existing under the laws of the State of
24  California with its principal place of business in the County of Los Angeles,
25  State of California.  Rev 973 will seek leave of the Court to amend this
26  pleading to show the true names and capacities of such defendant after
27  Rev 973 ascertains those names and capacities.

28      840.   **[PRP ID No. 665--Glen – Mac Swiss]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

information and belief that Defendant Glen – Mac Swiss Co. was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

841.   **[PRP ID No. 666--Schindler Elevator]** Rev 973 alleges on information and belief that Defendant Schindler Elevator Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware, doing business as Westinghouse Elevator, with its principal place of business in the County of Morris, State of New Jersey.

842.   **[PRP ID No. 667--Mobil Transport]** Rev 973 alleges on information and belief that Defendant Mobil Transport Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

843.   **[PRP ID No. 668--Lee's Automotive]** Rev 973 alleges on information and belief that Defendant Lee's Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

844.   **[PRP ID No. 670--California Tank Lines]** Rev 973 alleges on information and belief that Defendant California Tank Lines, LLC, also known as California Tank Lines, is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

845.   **[PRP ID No. 671--Pouldar]** Rev 973 alleges on information and belief that Defendant Ben Pouldar, also known as Benjamin Pouldar, and also known as B. Pouldar, was, at all material times, an individual who did business as Nick's Chevron Services with his principal places of residence and business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

846.  **[PRP ID No. 672--US Rentals]** Rev 973 alleges on information and belief that Defendant US Rentals is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

847.  **[PRP ID No. 673--Seremba]** Rev 973 alleges on information and belief that Defendant Robert Seremba, also known as Rob Seremba, also known as Robby Seremba, also known as Bob Seremba, also known as Bobby Seremba, also known as B. Seremba, and also known as R. Seremba, is, and at all material times was, an individual who currently maintains his/her principal places of residence and business in the County of Los Angeles, State of California.

848.  **[PRP ID No. 674--Elbin]** Rev 973 alleges on information and belief that Defendant Donald Elbin, also known as Don Elbin, and also known as D. Elbin, was, at all material times, an individual who did business as Montgomery Tank Lines with his principal places of residence and business in the County of Los Angeles, State of California.

849.  **[PRP ID No. 675--Sunnyside 76]** Rev 973 alleges on information and belief that Defendant Sunnyside 76, Inc., also known as Sunnyside 76, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

850.  **[PRP ID No. 676--A-1 Auto Repair]** Rev 973 alleges on information and belief that Defendant A-1 Auto Repair, Inc., also known as A-1 Auto Repair, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

851.  **[PRP ID No. 677--Rialto Chevron]** Rev 973 alleges on information and belief that Defendant Rialto Chevron, Inc., is, and at all

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

852.  **[PRP ID No. 678--Yagi Auto]** Rev 973 alleges on information and belief that Defendant Yagi Auto, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

853.  **[PRP ID No. 683--Kim's Shell Service]** Rev 973 alleges on information and belief that Defendant Kim's Shell Service (1604), also known as Kim's Shell Service, is, and at all material times was, a business of unknown form with its principal place of business in the County of Denton, State of Texas.

854.  **[PRP ID No. 684--McCullough]** Rev 973 alleges on information and belief that Defendant Randall McCullough, also known as Randy McCullough, and also known as R. McCullough, was, at all material times, an individual who did business as Randy's Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

855.  **[PRP ID No. 685--Kim's Shell Service]** Rev 973 alleges on information and belief that Defendant Kim's Shell Service (1135) is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

856.  **[PRP ID No. 686--Lake Forest Toyota]** Rev 973 alleges on information and belief that Defendant Lake Forest Toyota Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

-188-

REV 973'S SEVENTH AMENDED COMPLAINT

857.  **[PRP ID No. 687--Gomez]** Rev 973 alleges on information and belief that Defendant Pedro Gomez, also known as P. Gomez, was, at all material times, an individual who did business as Gomez Auto Repair with his principal places of residence and business in the County of Orange, State of California.

858.  **[PRP ID No. 689--Bernie Screw]** Rev 973 alleges on information and belief that Defendant Bernie Screw Products is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

859.  **[PRP ID No. 690--Ramirez]** Rev 973 alleges on information and belief that Defendant Christopher Ramirez, also known as Chris Ramirez, and also known as C. Ramirez, was, at all material times, an individual who did business as Smog Pros with his principal places of residence and business in the County of Los Angeles, State of California.

860.  **[PRP ID No. 692--Kasem's Union 76]** Rev 973 alleges on information and belief that Defendant Kasem's Union 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

861.  **[PRP ID No. 693--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco (632) is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

862.  **[PRP ID No. 694--Hot VW Repair]** Rev 973 alleges on information and belief that Defendant Hot VW Repair, Inc., also known as Hot VW Repair, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

863.  **[PRP ID No. 695--AAMCO Transmissions]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-189-

REV 973'S SEVENTH AMENDED COMPLAINT

information and belief that Defendant AAMCO Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

864.  **[PRP ID No. 696--Downey Firestone]** Rev 973 alleges on information and belief that Defendant Downey Firestone is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

865.  **[PRP ID No. 697--Magnolia Electric-Motors]** Rev 973 alleges on information and belief that Defendant Magnolia Electric-Motors, Inc., also known as Magnolia Electric-Motors, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

866.  **[PRP ID No. 698--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

867.  **[PRP ID No. 699--US Navy]** Rev 973 alleges on information and belief that the United States Navy is, and at all material times was, an agency of the Department of Defense, United States of America, responsible for training and equipping combat-ready naval forces and maintaining freedom of the seas for the United States of America and owning and/or operating facilities within the County of Los Angeles, State of California.

868.  **[PRP ID No. 700--Robbins]** Rev 973 alleges on information and belief that Defendant Jeff Robbins, also known as Jeffrey Robins, and also known as J. Robbins, was, at all material times, an individual who did business as Jeff's Auto Repair with his principal places of residence and business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7.ʳ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

869.  **[PRP ID No. 702--John's Auto]** Rev 973 alleges on information and belief that Defendant John's Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

870.  **[PRP ID No. 703--Norco]** Rev 973 alleges on information and belief that Defendant Norco Transmission Center, Inc., also known as Norco Transmission Center, is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

871.  **[PRP ID No. 704--Fullerton Auto]** Rev 973 alleges on information and belief that Defendant Fullerton Auto Care & Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

872.  **[PRP ID No. 705--Jetson Auto]** Rev 973 alleges on information and belief that Defendant Jetson Auto Service, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

873.  **[PRP ID No. 706--Colton Equipment]** Rev 973 alleges on information and belief that Defendant Colton Equipment Co. is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

874.  **[PRP ID No. 707--Nissan Master Service]** Rev 973 alleges on information and belief that Defendant Nissan Master Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

875.  **[PRP ID No. 708--123 Auto]** Rev 973 alleges on information

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

28

and belief that Defendant 123 Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

876. **[PRP ID No. 711--Reynolds]** Rev 973 alleges on information and belief that Defendant Michael Reynolds, also known as Mike Reynolds, and also known as M. Reynolds, was, at all material times, an individual who did business as Mike Reynolds Chevron Service with his principal places of residence and business in the County of Los Angeles, State of California.

877. **[PRP ID No. 712--Kwik Industries]** Rev 973 alleges on information and belief that Defendant Kwik Industries, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

878. **[PRP ID No. 713--Peters]** Rev 973 alleges on information and belief that Defendant Stephen Peters, also known as Steven Peters, also known as Steve Peters, and also known as S. Peters, was, at all material times, an individual who did business as Diesel Mobile Service with his principal places of residence and business in the County of Los Angeles, State of California.

879. **[PRP ID No. 715--Wu]** Rev 973 alleges on information and belief that Defendant Hwa H. Wu, also known as H. H. Wu, also known as Hwa Wu, and also known as H. Wu, was, at all material times, an individual who did business as JW Auto with his/her principal places of residence and business in the County of Los Angeles, State of California.

880. **[PRP ID No. 716--Arctic Cold Storage]** Rev 973 alleges on information and belief that Defendant Arctic Cold Storage, Inc., was, at all material times, a corporation organized and existing under the laws of the

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

State of California with its principal place of business in the County of Los Angeles, State of California.

881.  **[PRP ID No. 719--OTY]** Rev 973 alleges on information and belief that Defendant OTY Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

882.  **[PRP ID No. 720--Nguyen]** Rev 973 alleges on information and belief that Defendant Hoc V. Nguyen, also known as H.V. Nguyen, also known as Hoc Nguyen, also known as V. Nguyen, and also known as H. Nguyen, was, at all material times, an individual who did business as Smog Pros with his/her principal places of residence and business in the County of Orange, State of California.

883.  **[PRP ID No. 721--Strege Automotive]** Rev 973 alleges on information and belief that Defendant Strege Automotive, Incorporated, is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

884.  **[PRP ID No. 722--Smog Pros]** Rev 973 alleges on information and belief that Defendant Arco Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

885.  **[PRP ID No. 723--Lomita Chevron]** Rev 973 alleges on information and belief that Defendant Lomita Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

886.  **[PRP ID No. 724.1--Tune-Ups Plus]** Rev 973 alleges on information and belief that Defendant Tune-Ups Plus is, and at all material

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

887.   **[PRP ID No. 724.2--Austin]** Rev 973 alleges on information and belief that Defendant Austin's Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

888.   **[PRP ID No. 725.1--Valco]** Rev 973 alleges on information and belief that Defendant Valco Plastics Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

889.   **[PRP ID No. 725.2--Lee's Arco]** Rev 973 alleges on information and belief that Defendant Lee's Arco Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

890.   **[PRP ID No. 726--Jagur Tractor]** Rev 973 alleges on information and belief that Defendant Jagur Tractor is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

891.   **[PRP ID No. 728--Kianipur]** Rev 973 alleges on information and belief that Defendant Hamid Kianipur, also known as H. Kianipur, was, at all material times, an individual who did business as Auto Care Unocal with his/her principal places of residence and business in the County of Los Angeles, State of California.

892.   **[PRP ID No. 729--M & M Petroleum]** Rev 973 alleges on information and belief that Defendant M & M Petroleum Services, Inc., is, and at all material times was, a corporation organized and existing under

Fraley & Associates
Ste. 702
617 W. 7 · St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-194-

the laws of the State of California with its principal place of business in the County of Orange, State of California.

893.  **[PRP ID No. 730--Volvo-Benz Service]** Rev 973 alleges on information and belief that Defendant Volvo-Benz Service, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

894.  **[PRP ID No. 731--Markosian]** Rev 973 alleges on information and belief that Defendant Leon Markosian, also known as L. Markosian, was, at all material times, an individual who did business as Leon's Unocal with his principal places of residence and business in the County of Los Angeles, State of California.

895.  **[PRP ID No. 732--Tony's Express]** Rev 973 alleges on information and belief that Defendant Tony's Express Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

896.  **[PRP ID No. 735--Rio Rancho Goodyear]** Rev 973 alleges on information and belief that Defendant Rio Rancho Goodyear is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

897.  **[PRP ID No. 737--Henry's Auto]** Rev 973 alleges on information and belief that Defendant Henry's Auto Repair Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

898.  **[PRP ID No. 739--Sahyouni]** Rev 973 alleges on information and belief that Defendant Adnan E. Sahyouni, also known as A.E. Sahyouni, also known as Adnan Sahyouni, also known as E. Sahyouni, and

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

also known as A. Sahyouni, was, at all material times, an individual who did business as Andy's Shell with his principal places of residence and business in the County of Los Angeles, State of California.

899.  **[PRP ID No. 740--Ashbel Tune]** Rev 973 alleges on information and belief that Defendant Ashbel Tune and Lube Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

900.  **[PRP ID No. 742--Western Shell]** Rev 973 alleges on information and belief that Defendant Western Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

901.  **[PRP ID No. 743--Wragtime Air Freight]** Rev 973 alleges on information and belief that Defendant Wragtime Air Freight, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of New York with its principal place of business in the County of Camden, State of New Jersey.

902.  **[PRP ID No. 744--Hanna]** Rev 973 alleges on information and belief that Defendant George Hanna, also known as G. Hanna, was, at all material times, an individual who did business as Anza Mobil Service with his principal places of residence and business in the County of Los Angeles, State of California.

903.  **[PRP ID No. 745--United Auto]** Rev 973 alleges on information and belief that Defendant United Auto Repair & Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

904.  **[PRP ID No. 746--Lee]** Rev 973 alleges on information and belief that Defendant Ben J. Lee, also known as Benjamin J. Lee, also

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-196-

known as B.J. Lee, also known as Ben Lee, also known as Benjamin Lee, also known as J. Lee, and also known as B. Lee, was, at all material times, an individual who did business as Mobil (401) with his principal places of residence and business in the County of Los Angeles, State of California.

905. **[PRP ID No. 748--Grossi]** Rev 973 alleges on information and belief that Defendant Steven Grossi, also known as Stephen Grossi, also known as Steve Grossi, and also known as S. Grossi, was, at all material times, an individual who did business as Manhattan Beach Shell with his principal places of residence and business in the County of Los Angeles, State of California.

906. **[PRP ID No. 750--Kaylo]** Rev 973 alleges on information and belief that Defendant Kaylo Limited Partnership, also known as Kaylo, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

907. **[PRP ID No. 751--Pacific Auto]** Rev 973 alleges on information and belief that Defendant Pacific Auto Repairs, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

908. **[PRP ID No. 752--Hanna]** Rev 973 alleges on information and belief that Defendant Samani Hanna, also known as Sam Hanna, and also known as S. Hanna, was, at all material times, an individual who did business as Mike's Auto Repair with his/her principal places of residence and business in the County of Orange, State of California.

909. **[PRP ID No. 753--Grand Unocal]** Rev 973 alleges on information and belief that Defendant Grand Unocal 76 6187, also known as Grand Unocal 76, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL 213.550.4000
FAX 213.550.4010

Angeles, State of California.

910.  **[PRP ID No. 754--R.C. Service]** Rev 973 alleges on information and belief that Defendant R.C. Service Gas Station, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

911.  **[PRP ID No. 755--D.B. Oil]** Rev 973 alleges on information and belief that Defendant D.B. Oil, LLC, was, at all material times, a business of unknown form with its principal place of business in the County of Orange, State of California.

912.  **[PRP ID No. 756--Gish Auto]** Rev 973 alleges on information and belief that Defendant Gish Auto Repair, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

913.  **[PRP ID No. 757--S.T. Triad]** Rev 973 alleges on information and belief that Defendant S.T. Triad Enterprises, also known as S.T. Triad, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

914.  **[PRP ID No. 758--Ramirez Auto]** Rev 973 alleges on information and belief that Defendant Ramirez Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

915.  **[PRP ID No. 761--Saddleback Trans]** Rev 973 alleges on information and belief that Defendant Saddleback Trans, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-198-

REV 973'S SEVENTH AMENDED COMPLAINT

Orange, State of California.

916.   **[PRP ID No. 762--Casillas]** Rev 973 alleges on information and belief that Defendant David Casillas, also known as Dave Casillas, also known as D. Casillas, was, at all material times, an individual with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 23--Casillas is the personal representative of the Estate of David Casillas, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

917.   **[PRP ID No. 764--Michael J. Higgins Enterprises]** Rev 973 alleges on information and belief that Defendant Michael J. Higgins Enterprises, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

918.   **[PRP ID No. 766--S&S Trucking]** Rev 973 alleges on information and belief that Defendant S&S Trucking is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

919.   **[PRP ID No. 767--Tabibian]** Rev 973 alleges on information and belief that Defendant Majid Tabibian, also known as M. Tabibian, was, at all material times, an individual who did business as Smog Pros with his/her principal places of residence and business in the County of Los Angeles, State of California.

920.   **[PRP ID No. 768--Tamco Enterprises]** Rev 973 alleges on information and belief that Defendant Tamco Enterprises is, and at all

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-199-

**Rev 973's Seventh Amended Complaint**

material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

921.  **[PRP ID No. 769--Henry Auto]** Rev 973 alleges on information and belief that Defendant Henry Auto Center, Inc., also known as Henry Auto Center, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

922.  **[PRP ID No. 770--Fong]** Rev 973 alleges on information and belief that Defendant Gordon Fong, also known as G. Fong, was, at all material times, an individual who did business as Gasoline Alley with his principal places of residence and business in the County of Los Angeles, State of California.

923.  **[PRP ID No. 771--Main Street Dairy]** Rev 973 alleges on information and belief that Defendant Main Street Dairy, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

924.  **[PRP ID No. 772--Swedish Pro-Tech]** Rev 973 alleges on information and belief that Defendant Swedish Pro-Tech, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

925.  **[PRP ID No. 773--San Pedro Shell]** Rev 973 alleges on information and belief that Defendant San Pedro Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

926.  **[PRP ID No. 775--Targanyan]** Rev 973 alleges on information and belief that Defendant Serkis Targanyan, also known as S. Targanyan,

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-200-

REV 973'S SEVENTH AMENDED COMPLAINT

was, at all material times, an individual who did business as George's UNOCAL 76 with his/her principal places of residence and business in the County of Los Angeles, State of California.

927.  **[PRP ID No. 777--Annabis Unocal]** Rev 973 alleges on information and belief that Defendant Annabis Unocal Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

928.  **[PRP ID No. 778--Reliance Auto]** Rev 973 alleges on information and belief that Defendant Reliance Auto Repair Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

929.  **[PRP ID No. 779--Siam Minh]** Rev 973 alleges on information and belief that Defendant Siam Minh Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

930.  **[PRP ID No. 783--S. & O. Oil]** Rev 973 alleges on information and belief that Defendant S. & O. Oil Services, Inc., also known as S. & O. Oil Services, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

931.  **[PRP ID No. 784--Al's Jaguar]** Rev 973 alleges on information and belief that Defendant Al's Jaguar, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

932.  **[PRP ID No. 785--Pro Auto Care]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

information and belief that Defendant Pro Auto Care was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

933.  **[PRP ID No. 786--Kwon]** Rev 973 alleges on information and belief that Defendant Peter Kwon, also known as Pete Kwon, and also known as P. Kwon, was, at all material times, an individual who did business as Kwon's Mobil with his principal places of residence and business in the County of Los Angeles, State of California.

934.  **[PRP ID No. 787--Panella]** Rev 973 alleges on information and belief that Defendant Ralph Panella, also known as R. Panella, was, at all material times, an individual who did business as Ralph's Chevron with his principal places of residence and business in the County of Orange, State of California.

935.  **[PRP ID No. 789--Adolfo's Auto]** Rev 973 alleges on information and belief that Defendant Adolfo's Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

936.  **[PRP ID No. 791--Fawcett]** Rev 973 alleges on information and belief that Defendant John Fawcett, also known as J. Fawcett, was, at all material times, an individual who did business as Unocal Service Station at 26th Street with his principal places of residence and business in the County of Los Angeles, State of California.

937.  **[PRP ID No. 792--XCO]** Rev 973 alleges on information and belief that Defendant XCO, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ⁰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-202-

**Rev 973's Seventh Amended Complaint**

938.  **[PRP ID No. 793--Majdi]** Rev 973 alleges on information and belief that Defendant Ali Majdi, also known as A. Majdi, was, at all material times, an individual who did business as Pars Unocal with his/her principal places of residence and business in the County of Los Angeles, State of California.

939.  **[PRP ID No. 794--Tune Up Center]** Rev 973 alleges on information and belief that Defendant The Tune Up Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

940.  **[PRP ID No. 796--Ziglari]** Rev 973 alleges on information and belief that Defendant Ray Ziglari, also known as Raymond Ziglari, and also known as R. Ziglari, was, at all material times, an individual who did business as Japanese Auto Care Specialist with his/her principal places of residence and business in the County of Los Angeles, State of California.

941.  **[PRP ID No. 797--Chung]** Rev 973 alleges on information and belief that Defendant Yong Chung, also known as Y. Chung, was, at all material times, an individual who did business as Smog Pros with his/her principal places of residence and business in the County of Los Angeles, State of California.

942.  **[PRP ID No. 798--Osborn]** Rev 973 alleges on information and belief that Defendant Rex Osborn, also known as R. Osborn, was, at all material times, an individual who did business as Rex Osborn Exxon Services with his principal places of residence and business in the County of Los Angeles, State of California.

943.  **[PRP ID No. 799--Ropak]** Rev 973 alleges on information and belief that Defendant Ropak West Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of

Fraley & Associates
Ste. 702
617 W. 7 ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

**Rev 973's Seventh Amended Complaint**

California.

944. **[PRP ID No. 800--Mendoza]** Rev 973 alleges on information and belief that Defendant Raymond Mendoza, also known as Ray Mendoza, and also known as R. Mendoza, was, at all material times, an individual who did business as Ray's Texaco with his principal places of residence and business in the County of Los Angeles, State of California.

945. **[PRP ID No. 801--Dynamic]** Rev 973 alleges on information and belief that Defendant Dynamic Performance is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

946. **[PRP ID No. 802--Herald's Garage]** Rev 973 alleges on information and belief that Defendant Herald's Garage, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

947. **[PRP ID No. 803--LACSD]** Rev 973 alleges on information and belief that the County of Los Angeles Sheriff's Department is, and at all material times was, an agency of the County of Los Angeles, State of California, responsible for patrol, courtroom, and correctional facility services for the County of Los Angeles and owning and/or operating facilities within the County of Los Angeles, State of California.

948. **[PRP ID No. 804--Noory]** Rev 973 alleges on information and belief that Defendant Zareen E. Noory, also known as Z.E. Noory, also known as Zareen Noory, also known as E. Noory, and also known as Z. Noory, was, at all material times, an individual who did business as All Tune & Lube with his/her principal places of residence and business in the County of Orange, State of California.

949. **[PRP ID No. 805--Jim's Arco]** Rev 973 alleges on information

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

-204-

and belief that Defendant Jim's Arco Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

950. **[PRP ID No. 806--Performance Auto]** Rev 973 alleges on information and belief that Defendant Performance Auto Express is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

951. **[PRP ID No. 807--Burbank Water and Power]** Rev 973 alleges on information and belief that Burbank Water and Power is, and at all material times was, an agency of the City of Burbank, County of Los Angeles, State of California, responsible for providing sustainable water and electric services to residents and businesses for the City of Burbank and owning and/or operating facilities within the County of Los Angeles, State of California.

952. **[PRP ID No. 808--Goodyear Trinity]** Rev 973 alleges on information and belief that Defendant Goodyear Trinity Auto Service Center, Inc., also known as Goodyear Trinity Auto Service Center, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

953. **[PRP ID No. 809--Autoron Service]** Rev 973 alleges on information and belief that Defendant Autoron Service Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

954. **[PRP ID No. 810--AJ Mobil]** Rev 973 alleges on information and belief that Defendant AJ Mobil Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

955. **[PRP ID No. 811--Taniguchi]** Rev 973 alleges on information and belief that Defendant Jack Taniguchi, also known as John Taniguchi, also known as J. Taniguchi, was, at all material times, an individual who did business as Jack's Friendly Service with his principal places of residence and business in the County of Los Angeles, State of California.

956. **[PRP ID No. 812--Bohan Automotive]** Rev 973 alleges on information and belief that Defendant Bohan Automotive Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

957. **[PRP ID No. 814--Mankarian]** Rev 973 alleges on information and belief that Defendant Gary Mankarian, also known as G. Mankarian, was, at all material times, an individual who did business as Allen & Villa Mobil with his principal places of residence and business in the County of Los Angeles, State of California.

958. **[PRP ID No. 815--J.J. Auto Repair]** Rev 973 alleges on information and belief that Defendant J.J. Auto Repair, Inc., also known as J.J. Auto Repair, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

959. **[PRP ID No. 816--G&V Transmissions]** Rev 973 alleges on information and belief that Defendant G&V Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

960. **[PRP ID No. 818--Cardenas Auto]** Rev 973 alleges on information and belief that Defendant Cardenas Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

961.  **[PRP ID No. 819--Chevron U.S.A]** Rev 973 alleges on information and belief that Defendant Chevron U.S.A. is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

962.  **[PRP ID No. 820--Chung]** Rev 973 alleges on information and belief that Defendant Yang C. Chung, also known as Y.C. Chung, also known as Yang Chung, also known as C. Chung, and also known as Y. Chung, was, at all material times, an individual who did business as Chung's Union 76 with his/her principal places of residence and business in the County of Los Angeles, State of California.

963.  **[PRP ID No. 821--All Tune and Lube]** Rev 973 alleges on information and belief that Defendant All Tune and Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Pima, State of Arizona.

964.  **[PRP ID No. 823--Ray's Arco]** Rev 973 alleges on information and belief that Defendant Ray's Arco Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

965.  **[PRP ID No. 824--Classic Star Mercedes]** Rev 973 alleges on information and belief that Defendant Classic Star Mercedes is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

966.  **[PRP ID No. 825--Kim's Tire and Auto]** Rev 973 alleges on information and belief that Defendant Kim's Tire and Auto Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-207-

Rev 973's Seventh Amended Complaint

967.  **[PRP ID No. 827--Pan]** Rev 973 alleges on information and belief that Defendant Peter H. Pan, also known as P.H. Pan, also known as Peter Pan, also known as H. Pan, and also known as P. Pan, was, at all material times, an individual who did business as Pan's Texaco with his principal places of residence and business in the County of Los Angeles, State of California.

968.  **[PRP ID No. 828--A-1 Transmission]** Rev 973 alleges on information and belief that Defendant A-1 Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

969.  **[PRP ID No. 829--Crist Contracting]** Rev 973 alleges on information and belief that Defendant Crist Contracting Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

970.  **[PRP ID No. 830--Jahangiri]** Rev 973 alleges on information and belief that Defendant Jahan Jahangiri, also known as J. Jahangiri, was, at all material times, an individual who did business as Jahan's Arco Smog Pros with his/her principal places of residence and business in the County of Orange, State of California.

971.  **[PRP ID No. 831--Sreng]** Rev 973 alleges on information and belief that Defendant Peng Sreng, also known as P. Sreng, was, at all material times, an individual who did business as Peng's Unocal with his/her principal places of residence and business in the County of Los Angeles, State of California.

972.  **[PRP ID No. 832--Ocon 76]** Rev 973 alleges on information and belief that Defendant Ocon 76 is, and at all material times was, a business of unknown form with its principal place of business in the County

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸰ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-208-

REV 973'S SEVENTH AMENDED COMPLAINT

of Los Angeles, State of California.

973.  **[PRP ID No. 833--Arco Smog Pros]** Rev 973 alleges on information and belief that Defendant Arco Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

974.  **[PRP ID No. 834--Colima Unocal]** Rev 973 alleges on information and belief that Defendant Colima Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

975.  **[PRP ID No. 835--Lee's Chevron]** Rev 973 alleges on information and belief that Defendant Lee's Chevron Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

976.  **[PRP ID No. 836--Ko Ko Transmissions]** Rev 973 alleges on information and belief that Defendant Ko Ko Transmissions, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

977.  **[PRP ID No. 837--O & M Auto]** Rev 973 alleges on information and belief that Defendant O & M Auto & Truck Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

978.  **[PRP ID No. 840--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

979.  **[PRP ID No. 841--Silver Sea Auto]** Rev 973 alleges on information and belief that Defendant Silver Sea Auto Repair Inc., is, and at

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

980.   **[PRP ID No. 842--Alvarez Shell]** Rev 973 alleges on information and belief that Defendant Alvarez Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

981.   **[PRP ID No. 843--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

982.   **[PRP ID No. 844--Best Care Exxon]** Rev 973 alleges on information and belief that Defendant Best Care Exxon is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

983.   **[PRP ID No. 845--Aposhian]** Rev 973 alleges on information and belief that Defendant Viken Aposhian, also known as V. Aposhian, was, at all material times, an individual who did business as Smog Pros with his principal places of residence and business in the County of Los Angeles, State of California.

984.   **[PRP ID No. 846--A&B Auto]** Rev 973 alleges on information and belief that Defendant A&B Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

985.   **[PRP ID No. 848--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron (11453) is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

986.   **[PRP ID No. 849--Torco]** Rev 973 alleges on information and

Fraley & Associates
Ste. 702
617 W. 7⸱ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

belief that Defendant Torco International Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

987.  **[PRP ID No. 850--Lei]** Rev 973 alleges on information and belief that Defendant Ben T. Lei, Sr., Benjamin T. Lei, Sr., also known as B.T. Lei, Sr., also known as Ben Lei, Sr., Benjamin Lei, Sr., also known as T. Lei, Sr., also known as B. Lei, Sr., also known as Ben T. Lei, Benjamin T. Lei, also known as B.T. Lei, also known as Ben Lei, Benjamin Lei, also known as T. Lei, and also known as B. Lei, was, at all material times, an individual who did business as Ben Lei Mobil Service Center with his principal places of residence and business in the County of Los Angeles, State of California.

988.  **[PRP ID No. 851--Big John's]** Rev 973 alleges on information and belief that Defendant Big John's Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

989.  **[PRP ID No. 852--Culver City Transmission]** Rev 973 alleges on information and belief that Defendant Culver City Transmission Service, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

990.  **[PRP ID No. 853--Cho]** Rev 973 alleges on information and belief that Defendant Jin Cho, also known as J. Cho, was, at all material times, an individual who did business as C&C Shell with his/her principal places of residence and business in the County of Los Angeles, State of California.

991.  **[PRP ID No. 854--Morrell & Co.]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

28

-211-

REV 973'S SEVENTH AMENDED COMPLAINT

information and belief that Defendant John Morrell & Co., is, and at all

material times was, a corporation organized and existing under the laws of

the State of Delaware with its principal place of business in the County of

Los Angeles, State of California.

992.  **[PRP ID No. 855--McKee]** Rev 973 alleges on information and

belief that Defendant Russell J. McKee, also known as Russ J. McKee, also

known as R.J. McKee, also known as Russell McKee, also known as Russ

McKee, also known as J. McKee, and also known as R. McKee, was, at all

material times, an individual who did business as Big 4 Transmissions with

his principal places of residence and business in the County of Los

Angeles, State of California.

993.  **[PRP ID No. 856--Pro Automotive]** Rev 973 alleges on

information and belief that Defendant Pro Automotive is, and at all material

times was, a business of unknown form with its principal place of business

in the County of Los Angeles, State of California.

994.  **[PRP ID No. 858--Kim]** Rev 973 alleges on information and

belief that Defendant John T. Kim, also known as J.T. Kim, also known as

John Kim, also known as T. Kim, and also known as J. Kim, was, at all

material times, an individual who did business as Burbank Smog & Auto

Center with his principal places of residence and business in the County of

Los Angeles, State of California.

995.  **[PRP ID No. 859--Hank's Tire]** Rev 973 alleges on information

and belief that Defendant Hank's Tire is, and at all material times was, a

corporation organized and existing under the laws of the State of California

with its principal place of business in the County of Los Angeles, State of

California.

996.  **[PRP ID No. 861--Abu Lashin]** Rev 973 alleges on information

and belief that Defendant Abu Lashin Brothers, Inc., is, and at all material

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

997.  **[PRP ID No. 862--Zito]** Rev 973 alleges on information and belief that Defendant Salvatore Zito, also known as Sal Zito, and also known as S. Zito, was, at all material times, an individual who did business as Zito's Shell with his principal places of residence and business in the County of Orange, State of California.

998.  **[PRP ID No. 863--Crosby & Overton]** Rev 973 alleges on information and belief that Defendant Crosby & Overton, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

999.  **[PRP ID No. 865--Langdon]** Rev 973 alleges on information and belief that Defendant James Langdon, also known as Jim Langdon, also known as Jimmy Langdon, and also known as J. Langdon, was, at all material times, an individual who did business as Custom Fuel Service with his principal places of residence and business in the County of Fresno, State of California.

1000. **[PRP ID No. 866--Arco]** Rev 973 alleges on information and belief that Defendant Arco (11470) is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1001. **[PRP ID No. 867--McHenry]** Rev 973 alleges on information and belief that Defendant James McHenry, Jr., also known as Jim McHenry, Jr., also known as J. McHenry, Jr., also known as James McHenry, also known as Jim McHenry, and also known as J. McHenry, was, at all material times, an individual who did business as McHenry

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Chevron with his principal places of residence and business in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 24--McHenry is the personal representative of the Estate of James McHenry, Jr., an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California. Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

1002. **[PRP ID No. 869--Monrovia Shell]** Rev 973 alleges on information and belief that Defendant Monrovia Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1003. **[PRP ID No. 870--Prolimn Oil]** Rev 973 alleges on information and belief that Defendant Prolimn Oil Company, also known as Prolimn Oil, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1004. **[PRP ID No. 871--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1005. **[PRP ID No. 872--Fawcett]** Rev 973 alleges on information and belief that Defendant John Fawcett, also known as J. Fawcett, was, at all material times, an individual who did business as Ken's Union Oil Service, also known as John Fawcett Union Oil No. 2, with his principal places of residence and business in the County of Los Angeles, State of California.

1006. **[PRP ID No. 873--Complete Charter Lines]** Rev 973 alleges on information and belief that Defendant Complete Charter Lines, Inc., is,

Fraley & Associates
Ste. 702
617 W. 7 St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1007. **[PRP ID No. 874--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1008. **[PRP ID No. 875--Bay Cities Motors]** Rev 973 alleges on information and belief that Defendant Bay Cities Motors is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1009. **[PRP ID No. 879--Kim's Mobil]** Rev 973 alleges on information and belief that Defendant Kim's Mobil, Inc., also known as Kim's Mobil, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1010. **[PRP ID No. 880--Four Star Auto]** Rev 973 alleges on information and belief that Defendant Four Star Auto Repair and Parts is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1011. **[PRP ID No. 881--Yu]** Rev 973 alleges on information and belief that Defendant Alan Yu, also known as Al Yu, and also known as A. Yu, was, at all material times, an individual who did business as Arco Smog Pros (1000) with his principal places of residence and business in the County of Los Angeles, State of California.

1012. **[PRP ID No. 882--Hooshang]** Rev 973 alleges on information and belief that Defendant Foroshani Hooshang, also known as F. Hooshang, was, at all material times, an individual who did business as

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-215-

Smog Pros (3111) with his/her principal places of residence and business in the County of Los Angeles, State of California.

1013.**[PRP ID No. 883--Saldana]** Rev 973 alleges on information and belief that Defendant Arthur Saldana, also known as Art Saldana, and also known as A. Saldana, was, at all material times, an individual who did business as Art's Shell with his principal places of residence and business in the County of Los Angeles, State of California.

1014.**[PRP ID No. 885--Sadik]** Rev 973 alleges on information and belief that Defendant Kamal Sadik, also known as K. Sadik, was, at all material times, an individual who did business as Magic Lube with his/her principal places of residence and business in the County of San Diego, State of California.

1015.**[PRP ID No. 886--Templeton]** Rev 973 alleges on information and belief that Defendant Gary Templeton, also known as G. Templeton, was, at all material times, an individual who did business as Globe Transmissions with his principal places of residence and business in the County of Los Angeles, State of California.

1016.**[PRP ID No. 888--Pioneer Fast Service]** Rev 973 alleges on information and belief that Defendant Pioneer Fast Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1017.**[PRP ID No. 889--Harbor City Mobil]** Rev 973 alleges on information and belief that Defendant Harbor City Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1018.**[PRP ID No. 890--Hahn]** Rev 973 alleges on information and belief that Defendant Jong Hahn, also known as J. Hahn, was, at all material times, an individual who did business as Han Shell, also known as

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-216-

Hahn Shell, with his/her principal places of residence and business in the County of San Bernardino, State of California.

1019.**[PRP ID No. 891--B&H Auto]** Rev 973 alleges on information and belief that Defendant B&H Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1020.**[PRP ID No. 892--Purrfect]** Rev 973 alleges on information and belief that Defendant Purrfect Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California, and operating as a franchisee of Purrfect Auto Service, Inc., a corporation which was, at all material times, organized and existing under the laws of the State of California, with its principal place of business in the County of Los Angeles, State of California.

1021.**[PRP ID No. 893--Nazari]** Rev 973 alleges on information and belief that Defendant Nick Nazari, also known as Nicholas Nazari, and also known as N. Nazari, was, at all material times, an individual who did business as Nick Nazari Automotive with his principal places of residence and business in the County of Los Angeles, State of California.

1022.**[PRP ID No. 894--Economy Auto]** Rev 973 alleges on information and belief that Defendant Economy Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1023.**[PRP ID No. 896--Phillips Ranch]** Rev 973 alleges on information and belief that Defendant Phillips Ranch Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1024.**[PRP ID No. 897--Lee's Jaguar]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

information and belief that Defendant Lee's Jaguar and British Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1025. **[PRP ID No. 898--Jennings]** Rev 973 alleges on information and belief that Defendant Chris T. Jennings, also known as Christopher T. Jennings, also known as C.T. Jennings, also known as Chris Jennings, also known as Christopher Jennings, also known as T. Jennings, and also known as C. Jennings, was, at all material times, an individual who did business as Huntington Harbor Mobil with his principal places of residence and business in the County of Orange, State of California.

1026. **[PRP ID No. 900--Nangia]** Rev 973 alleges on information and belief that Defendant Raj K. Nangia, also known as R.K. Nangia, also known as Raj Nanjia, also known as K. Nangia, and also known as R. Nangia, was, at all material times, an individual who did business as Crown Automotive with his principal places of residence and business in the County of Los Angeles, State of California.

1027. **[PRP ID No. 901--Rodriguez]** Rev 973 alleges on information and belief that Defendant Abel Rodriguez, also known as A. Rodriguez, was, at all material times, an individual who did business as Discount Auto Service with his principal places of residence and business in the County of Los Angeles, State of California.

1028. **[PRP ID No. 902--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1029. **[PRP ID No. 903--Paul's Automotive]** Rev 973 alleges on information and belief that Defendant Paul's Automotive Service and

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

Repair, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1030. **[PRP ID No. 905--Moturis]** Rev 973 alleges on information and belief that Defendant Moturis Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1031. **[PRP ID No. 908--Hawthorne Unocal]** Rev 973 alleges on information and belief that Defendant Hawthorne Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1032. **[PRP ID No. 909--Norm's Union]** Rev 973 alleges on information and belief that Defendant Norm's Union 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1033. **[PRP ID No. 910--Underground Ford]** Rev 973 alleges on information and belief that Defendant Underground Ford, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1034. **[PRP ID No. 911--Shell]** Rev 973 alleges on information and belief that Defendant Western & Vernon Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1035. **[PRP ID No. 912--Coker's Trans]** Rev 973 alleges on information and belief that Defendant Coker's Trans is, and at all material times was, a business of unknown form with its principal place of business

Fraley & Associates
Ste. 702
617 W. 7-St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

in the County of Los Angeles, State of California.

1036. **[PRP ID No. 913--Louise Unocal]** Rev 973 alleges on information and belief that Defendant Louise Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1037. **[PRP ID No. 914--AB Plastics]** Rev 973 alleges on information and belief that Defendant AB Plastics Corporation was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1038. **[PRP ID No. 915--Force Automotive]** Rev 973 alleges on information and belief that Defendant Force Automotive, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1039. **[PRP ID No. 916--J.T. Mechanic]** Rev 973 alleges on information and belief that Defendant J.T. Mechanic & Body Shop, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1040. **[PRP ID No. 917--Mark's Mobile Truck]** Rev 973 alleges on information and belief that Defendant Mark's Mobile Truck Service, LLC, also known as Mark's Mobile Truck Service, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1041. **[PRP ID No. 918--B & B Auto]** Rev 973 alleges on information and belief that Defendant B & B Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

County of Los Angeles, State of California.

1042. **[PRP ID No. 919--Safarian]** Rev 973 alleges on information and belief that Defendant William Safarian, also known as Will Safarian, also known as Bill Safarian, also known as W. Safarian, and also known as B. Safarian, was, at all material times, an individual who did business as Bill's Texaco Service Center with his principal places of residence and business in the County of Los Angeles, State of California.

1043. **[PRP ID No. 920--All American Products]** Rev 973 alleges on information and belief that Defendant All American Products Group Inc., also known as All American Products Group, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1044. **[PRP ID No. 922--Century Transmissions]** Rev 973 alleges on information and belief that Defendant Century Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1045. **[PRP ID No. 923--Bob's Unocal]** Rev 973 alleges on information and belief that Defendant Bob's Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1046. **[PRP ID No. 924--Pouldar]** Rev 973 alleges on information and belief that Defendant Eddie Pouldar, also known as Ed Pouldar, also known as Edward Pouldar, also known as Edwin Pouldar, also known as Eduardo Pouldar, and also known as E. Pouldar, was, at all material times, an individual who did business as Eddie's Chevron with his principal places of residence and business in the County of Los Angeles, State of California.

1047. **[PRP ID No. 925--Bob's Union]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1  information and belief that Defendant Bob's Union, Inc., is, and at all

2  material times was, a corporation organized and existing under the laws of

3  the State of California with its principal place of business in the County of

4  Los Angeles, State of California.

5      1048. **[PRP ID No. 926--Hadley Auto]** Rev 973 alleges on

6  information and belief that Defendant Hadley Auto Transport, LLC, also

7  known as Hadley Auto Transport, is, and at all material times was, a

8  business of unknown form with its principal place of business in the County

9  of Wayne, State of Michigan.

10     1049. **[PRP ID No. 927--Cypress College Shell]** Rev 973 alleges on

11  information and belief that Defendant Cypress College Shell is, and at all

12  material times was, a business of unknown form with its principal place of

13  business in the County of Orange, State of California.

14     1050. **[PRP ID No. 928--TWL Automobile]** Rev 973 alleges on

15  information and belief that Defendant TWL Automobile Service Inc., was, at

16  all material times, a corporation organized and existing under the laws of

17  the State of California with its principal place of business in the County of

18  Los Angeles, State of California.

19     1051. **[PRP ID No. 930--Econo Lube N Tune]** Rev 973 alleges on

20  information and belief that Defendant Econo Lube N Tune is, and at all

21  material times was, a business of unknown form with its principal place of

22  business in the County of Orange, State of California.

23     1052. **[PRP ID No. 931--Choi]** Rev 973 alleges on information and

24  belief that Defendant Hubert Young Choi, also known as Hubert Y. Choi,

25  also known as H. Young Choi, also known as H.Y. Choi, also known as

26  Hubert Choi, also known as Young Choi, also known as Y. Choi, and also

27  known as H. Choi, was, at all material times, an individual who did

28

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-222-

**REV 973'S SEVENTH AMENDED COMPLAINT**

business as Choi's Airport Shell with his principal places of residence and business in the County of Los Angeles, State of California.

1053.**[PRP ID No. 932--Vincent Auto]** Rev 973 alleges on information and belief that Defendant Vincent Auto Repair, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1054.**[PRP ID No. 933--Nino]** Rev 973 alleges on information and belief that Defendant Tony Nino, also known as Anthony Nino, also known as T. Nino, and also known as A. Nino, was, at all material times, an individual who did business as Gary's Unocal with his principal places of residence and business in the County of Los Angeles, State of California.

1055.**[PRP ID No. 934--Century Tire]** Rev 973 alleges on information and belief that Defendant Century Tire is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1056.**[PRP ID No. 935--Hao's Auto]** Rev 973 alleges on information and belief that Defendant Hao's Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1057.**[PRP ID No. 936--Win]** Rev 973 alleges on information and belief that Defendant Kevin Win, also known as K. Win, was, at all material times, an individual who did business as Diana Shell with his principal places of residence and business in the County of Los Angeles, State of California.

1058.**[PRP ID No. 938--Star Auto]** Rev 973 alleges on information and belief that Defendant Star Auto Center Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of

Fraley & Associates
Ste. 702
617 W. 7.  St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

California with its principal place of business in the County of Orange, State of California.

1059. **[PRP ID No. 939--Econo Lube N Tune]** Rev 973 alleges on information and belief that Defendant Econo Lube N Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1060. **[PRP ID No. 941--Warner Service]** Rev 973 alleges on information and belief that Defendant Warner Service, Inc., also known as Warner Service, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1061. **[PRP ID No. 942--Amzac Enterprises]** Rev 973 alleges on information and belief that Defendant Amzac Enterprises, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1062. **[PRP ID No. 943--Delta Forklift]** Rev 973 alleges on information and belief that Defendant Delta Forklift, Inc., also known as Delta Forklift, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1063. **[PRP ID No. 944--Randall]** Rev 973 alleges on information and belief that Defendant Wayne Randall, also known as W. Randall, was, at all material times, an individual who did business as Transmissions R Us with his principal places of residence and business in the County of Riverside, State of California.

1064. **[PRP ID No. 945--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

business of unknown form with its principal place of business in the County of Orange, State of California.

1065. **[PRP ID No. 947--Tsui & Chao]** Rev 973 alleges on information and belief that Defendant Tsui & Chao Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1066. **[PRP ID No. 948--Union Paving]** Rev 973 alleges on information and belief that Defendant Union Paving Co., Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1067. **[PRP ID No. 949--Guervo Diesel]** Rev 973 alleges on information and belief that Defendant Guervo Diesel is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1068. **[PRP ID No. 951--Danny's Unocal]** Rev 973 alleges on information and belief that Defendant Danny's Unocal is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1069. **[PRP ID No. 952--Best Lube]** Rev 973 alleges on information and belief that Defendant Best Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1070. **[PRP ID No. 953--Alpha Environmental]** Rev 973 alleges on information and belief that Defendant Alpha Environmental Recovery Systems, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-225-

business in the County of Orange, State of California.

1071. **[PRP ID No. 954--Tony's Auto]** Rev 973 alleges on information and belief that Defendant Tony's Auto Service Corp., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1072. **[PRP ID No. 955--Chairez]** Rev 973 alleges on information and belief that Defendant Edward Chairez, also known as Ed Chairez, also known as Edwin Chairez, and also known as E. Chairez, was, at all material times, an individual who did business as Speedy Transmission with his principal places of residence and business in the County of Los Angeles, State of California.

1073. **[PRP ID No. 956--Hayek]** Rev 973 alleges on information and belief that Defendant George Hayek, also known as G. Hayek, was, at all material times, an individual who did business as Car Emporium with his principal places of residence and business in the County of Orange, State of California.

1074. **[PRP ID No. 957--Try-Die]** Rev 973 alleges on information and belief that Defendant Try-Die, Incorporated, was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1075. **[PRP ID No. 958--Vermont Auto]** Rev 973 alleges on information and belief that Defendant Vermont Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1076. **[PRP ID No. 959--Jim's Chevron]** Rev 973 alleges on information and belief that Defendant Jim's Chevron is, and at all material

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1077. **[PRP ID No. 962--TODC]** Rev 973 alleges on information and belief that Defendant TODC is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1078. **[PRP ID No. 963--Homsi]** Rev 973 alleges on information and belief that Defendant Jamil Homsi, also known as J. Homsi, was, at all material times, an individual who did business as Jimmy's Mobil Service with his principal places of residence and business in the County of Los Angeles, State of California.

1079. **[PRP ID No. 964--German Motorcraft]** Rev 973 alleges on information and belief that Defendant German Motorcraft is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1080. **[PRP ID No. 966--A N J Auto]** Rev 973 alleges on information and belief that Defendant A N J Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1081. **[PRP ID No. 967--Kong]** Rev 973 alleges on information and belief that Defendant Kaisuen Kong, also known as K. Kong, was, at all material times, an individual who did business as Sunny Auto Repair with his/her principal places of residence and business in the County of Los Angeles, State of California.

1082. **[PRP ID No. 968--Komaba]** Rev 973 alleges on information and belief that Defendant Katsuahiko Komaba, also known as K. Komaba, was, at all material times, an individual who did business as Beverly Auto

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-227-

REV 973'S SEVENTH AMENDED COMPLAINT

Center with his/her principal places of residence and business in the County of Los Angeles, State of California.

1083.**[PRP ID No. 969--Harrington Tools]** Rev 973 alleges on information and belief that Defendant Harrington Tools, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1084.**[PRP ID No. 973-- Aluminum]** Frontier Rev 973 alleges on information and belief that Defendant Frontier Aluminum Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

1085.**[PRP ID No. 974--Dong A]** Rev 973 alleges on information and belief that Defendant Dong A, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1086.**[PRP ID No. 975--JJ Trans]** Rev 973 alleges on information and belief that Defendant JJ Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1087.**[PRP ID No. 976--Oilab]** Rev 973 alleges on information and belief that Defendant Oilab was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1088.**[PRP ID No. 977--Purrfect]** Rev 973 alleges on information and belief that Defendant Purrfect Auto Service #85 is, and at all material

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel. 213.550.4000
Fax 213.550.4010

-228-

times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1089. **[PRP ID No. 979--Wayne's Auto]** Rev 973 alleges on information and belief that Defendant Wayne's Auto & Truck Repair, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1090. **[PRP ID No. 981--Ace Auto]** Rev 973 alleges on information and belief that Defendant Ace Auto Pros, Incorporated, also known as Ace Auto Pros, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1091. **[PRP ID No. 982--Three D Service]** Rev 973 alleges on information and belief that Defendant Three D Service Company, Inc., also known as Three D Service Company, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1092. **[PRP ID No. 984--Certified Alloy]** Rev 973 alleges on information and belief that Defendant Certified Alloy Products, Inc., also known as Certified Alloy Products, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1093. **[PRP ID No. 985--Motor Processors]** Rev 973 alleges on information and belief that Defendant Motor Processors, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1094. **[PRP ID No. 986--Amirs Mobil]** Rev 973 alleges on information

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

and belief that Defendant Amirs Mobil Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1095. **[PRP ID No. 987--Downey Automotive]** Rev 973 alleges on information and belief that Defendant Downey Automotive Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1096. **[PRP ID No. 989--Kasler]** Rev 973 alleges on information and belief that Defendant Kasler Corporation was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

1097. **[PRP ID No. 990--Bebawi]** Rev 973 alleges on information and belief that Defendant Maged M. Bebawi, also known as M.M. Bebawi, also known as Maged Bebawi, and also known as M. Bebawi, was, at all material times, an individual who did business as Goodyear Tire Center with his/her principal places of residence and business in the County of Mohave, State of Arizona.

1098. **[PRP ID No. 992--Colima Auto]** Rev 973 alleges on information and belief that Defendant Colima Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1099. **[PRP ID No. 994--Hollywood Auto]** Rev 973 alleges on information and belief that Defendant North Hollywood Auto Repair, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-230-

1100. **[PRP ID No. 995--Han's Auto]** Rev 973 alleges on information and belief that Defendant Han's Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1101. **[PRP ID No. 996--Lieberman]** Rev 973 alleges on information and belief that Defendant David Lieberman, also known as Dave Lieberman, and also known as D. Lieberman, was, at all material times, an individual who did business as Soledad Automotive with his principal places of residence and business in the County of Los Angeles, State of California.

1102. **[PRP ID No. 997--Park]** Rev 973 alleges on information and belief that Defendant Kwang Dong Park, also known as Kwang D. Park, also known as K. Dong Park, also known as K.D. Park, also known as Kwang Park, also known as Dong Park, also known as D. Park, and also known as K. Park, was, at all material times, an individual who did business as Park's Texaco with his/her principal places of residence and business in the County of Los Angeles, State of California.

1103. **[PRP ID No. 998--Mechanic Experts]** Rev 973 alleges on information and belief that Defendant Mechanic Experts, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1104. **[PRP ID No. 1001--California Auto]** Rev 973 alleges on information and belief that Defendant California Auto Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1105. **[PRP ID No. 1004--H Car Repair]** Rev 973 alleges on information and belief that Defendant H Car Repair, Inc., is, and at all material times was, a corporation organized and existing under the laws of

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

the State of California with its principal place of business in the County of Los Angeles, State of California.

1106. **[PRP ID No. 1005--Material Transport]** Rev 973 alleges on information and belief that Defendant Material Transport is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1107. **[PRP ID No. 1006--Burbank Automotive]** Rev 973 alleges on information and belief that Defendant Burbank Automotive Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1108. **[PRP ID No. 1007--Troy Howell Mobil]** Rev 973 alleges on information and belief that Defendant Troy Howell Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1109. **[PRP ID No. 1008--Fortune Chevron]** Rev 973 alleges on information and belief that Defendant Fortune Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1110. **[PRP ID No. 1010--M&M Mobil]** Rev 973 alleges on information and belief that Defendant M&M Mobil Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1111. **[PRP ID No. 1011--OS Auto]** Rev 973 alleges on information and belief that Defendant OS Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1112. **[PRP ID No. 1012--Lomita Shell]** Rev 973 alleges on information and belief that Defendant Lomita Shell is, and at all material

FRALEY & ASSOCIATES
STE. 702
617 W. 7⁻ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1113.**[PRP ID No. 1014--Al's Automatic Transmissions]** Rev 973 alleges on information and belief that Defendant Al's Automatic Transmissions Inc., also known as Al's Automatic Transmissions, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1114.**[PRP ID No. 1021--BMW Clinic]** Rev 973 alleges on information and belief that Defendant BMW Clinic, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1115.**[PRP ID No. 1022--Independent Repair]** Rev 973 alleges on information and belief that Defendant Independent Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1116.**[PRP ID No. 1024--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1117.**[PRP ID No. 1025--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1118.**[PRP ID No. 1026--MK Chevron]** Rev 973 alleges on information and belief that Defendant MK Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-233-

1119. **[PRP ID No. 1027--John's Service]** Rev 973 alleges on information and belief that Defendant John's Service Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1120. **[PRP ID No. 1028--Chino Auto]** Rev 973 alleges on information and belief that Defendant Chino Auto Tech, Inc., also known as Chino Auto Tech, is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1121. **[PRP ID No. 1030--R.S.]** Rev 973 alleges on information and belief that Defendant R.S. is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1122. **[PRP ID No. 1031--Best Trans]** Rev 973 alleges on information and belief that Defendant Best Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1123. **[PRP ID No. 1032--Hillside Chevron]** Rev 973 alleges on information and belief that Defendant Hillside Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1124. **[PRP ID No. 1033--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1125. **[PRP ID No. 1034--Exxon]** Rev 973 alleges on information and belief that Defendant Exxon Service Station is, and at all material times was, a business of unknown form with its principal place of business in the

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

County of Los Angeles, State of California.

1126. **[PRP ID No. 1035--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1127. **[PRP ID No. 1036--Midway Auto]** Rev 973 alleges on information and belief that Defendant Midway Auto Center, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1128. **[PRP ID No. 1037--Certified Transmission]** Rev 973 alleges on information and belief that Defendant Certified Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1129. **[PRP ID No. 1038--Malone Enterprises]** Rev 973 alleges on information and belief that Defendant Malone Enterprises, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1130. **[PRP ID No. 1039--Credo Automotive]** Rev 973 alleges on information and belief that Defendant Credo Automotive, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1131. **[PRP ID No. 1040--Redhill UNOCAL]** Rev 973 alleges on information and belief that Defendant Redhill UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

1132. **[PRP ID No. 1043--Jerry's Union 76]** Rev 973 alleges on information and belief that Defendant Jerry's Union 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1133. **[PRP ID No. 1044--Walnut Valley]** Rev 973 alleges on information and belief that Defendant Walnut Valley Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1134. **[PRP ID No. 1045--Frank's UNOCAL]** Rev 973 alleges on information and belief that Defendant Frank's UNOCAL, also known as Valley UNOCAL, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1135. **[PRP ID No. 1046--Central Riverside]** Rev 973 alleges on information and belief that Defendant Central Riverside Shell, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Riverside, State of California.

1136. **[PRP ID No. 1047--A&A Automotive]** Rev 973 alleges on information and belief that Defendant A&A Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1137. **[PRP ID No. 1051--Cerritos Towne Center]** Rev 973 alleges on information and belief that Defendant Cerritos Towne Center Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1138. **[PRP ID No. 1054--Corona Del Mar Chevron]** Rev 973 alleges

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ - ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-236-

**REV 973'S SEVENTH AMENDED COMPLAINT**

on information and belief that Defendant Corona Del Mar Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1139.**[PRP ID No. 1065--Kishi Auto]** Rev 973 alleges on information and belief that Defendant Kishi Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1140.**[PRP ID No. 1072--UNOCAL]** Rev 973 alleges on information and belief that Defendant UNOCAL Berth 78 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1141.**[PRP ID No. 1073--Pasadena Auto]** Rev 973 alleges on information and belief that Defendant Pasadena Auto Clinic is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1142.**[PRP ID No. 1080--Armor Elevator]** Rev 973 alleges on information and belief that Defendant Armor Elevator is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1143.**[PRP ID No. 1081--Morris Motors]** Rev 973 alleges on information and belief that Defendant Morris Motors, Inc., also known as Morris Motors, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1144.**[PRP ID No. 1082--Mobil Service]** Rev 973 alleges on information and belief that Defendant Mobil Service Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Fulton, State of Georgia.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-237-

REV 973'S SEVENTH AMENDED COMPLAINT

1145. **[PRP ID No. 1083--Abe's UNOCAL]** Rev 973 alleges on information and belief that Defendant Abe's UNOCAL 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Fresno, State of California.

1146. **[PRP ID No. 1085--Oil Conservation]** Rev 973 alleges on information and belief that Defendant Oil Conservation Service Inc., also known as Oil Conservation Service, is, and at all material times was, a business of unknown form with its principal place of business in the County of Fresno, State of California.

1147. **[PRP ID No. 1086--USCG]** Rev 973 alleges on information and belief that the United States Coast Guard is, and at all material times was, an agency of the Department of Homeland Security, United States of America, responsible for safeguarding the maritime interests and environment for the United States of America and owning and/or operating facilities within the County of San Diego, State of California.

1148. **[PRP ID No. 1088--Super Smog]** Rev 973 alleges on information and belief that Defendant Super Smog is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1149. **[PRP ID No. 1089--Amax Motor]** Rev 973 alleges on information and belief that Defendant Amax Motor, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1150. **[PRP ID No. 1091--Glendale Auto]** Rev 973 alleges on information and belief that Defendant Glendale Auto Sales and Leasing is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

28

1151. **[PRP ID No. 1092--Jerry's UNOCAL]** Rev 973 alleges on information and belief that Defendant Jerry's UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1152. **[PRP ID No. 1093--Al's UNOCAL 76]** Rev 973 alleges on information and belief that Defendant Al's UNOCAL 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1153. **[PRP ID No. 1097--Mobil 1401]** Rev 973 alleges on information and belief that Defendant Mobil 1401 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1154. **[PRP ID No. 1098--Charly's Mobil]** Rev 973 alleges on information and belief that Defendant Charly's Mobil Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1155. **[PRP ID No. 1102--Jeff's UNOCAL]** Rev 973 alleges on information and belief that Defendant Jeff's UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of New Haven, State of Connecticut.

1156. **[PRP ID No. 1103--Culver City UNOCAL]** Rev 973 alleges on information and belief that Defendant Culver City UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1157. **[PRP ID No. 1104--Texaco 3454]** Rev 973 alleges on information and belief that Defendant Texaco 3454 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-239-

1158.**[PRP ID No. 1105--Line Operators]** Rev 973 alleges on information and belief that Defendant Line Operators, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1159.**[PRP ID No. 1107--Valley Shell]** Rev 973 alleges on information and belief that Defendant Valley Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1160.**[PRP ID No. 1120--Michael's UNOCAL]** Rev 973 alleges on information and belief that Defendant Michael's UNOCAL 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1161.**[PRP ID No. 1122--Glendora Foreign Car]** Rev 973 alleges on information and belief that Defendant Glendora Foreign Car Services is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1162.**[PRP ID No. 1124--King Bear]** Rev 973 alleges on information and belief that Defendant King Bear is, and at all material times was, a business of unknown form with its principal place of business in the County of Yavapai, State of Arizona.

1163.**[PRP ID No. 1127--Sam's Arco]** Rev 973 alleges on information and belief that Defendant Sam's Arco is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1164.**[PRP ID No. 1131--Flying J]** Rev 973 alleges on information and belief that Defendant Flying J is, and at all material times was, a business of unknown form with its principal place of business in the County

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

of La Paz, State of Arizona.

1165.**[PRP ID No. 1134--Art's Service]** Rev 973 alleges on information and belief that Defendant Art's Service 15100 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1166.**[PRP ID No. 1136--J&S Auto]** Rev 973 alleges on information and belief that Defendant J&S Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1167.**[PRP ID No. 1137--Whittier UNOCAL]** Rev 973 alleges on information and belief that Defendant Whittier UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1168.**[PRP ID No. 1138--Gus Mobil]** Rev 973 alleges on information and belief that Defendant Gus Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1169.**[PRP ID No. 1139--Bob Lee Chevron]** Rev 973 alleges on information and belief that Defendant Bob Lee Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1170.**[PRP ID No. 1142--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1171.**[PRP ID No. 1148--B & V Auto]** Rev 973 alleges on information and belief that Defendant B & V Auto Transmission's, Inc., also known as B & V Auto Transmission, is, and at all material times was, a business of

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

unknown form with its principal place of business in the County of Los Angeles, State of California.

1172. **[PRP ID No. 1149--Beach City]** Rev 973 alleges on information and belief that Defendant Beach City Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1173. **[PRP ID No. 1151--Paley Brothers Purrfect]** Rev 973 alleges on information and belief that Defendant Paley Brothers Purrfect Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1174. **[PRP ID No. 1157--Century Tire]** Rev 973 alleges on information and belief that Defendant Century Tire & Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1175. **[PRP ID No. 1158--T&T Auto]** Rev 973 alleges on information and belief that Defendant T&T Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1176. **[PRP ID No. 1162--Performance Auto]** Rev 973 alleges on information and belief that Defendant Performance Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1177. **[PRP ID No. 1163--Sause Bros.]** Rev 973 alleges on information and belief that Defendant Sause Bros. Ocean Towing Co., Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Oregon with its principal place of business in the County of Coos, State of Oregon.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

1178. **[PRP ID No. 1166--Little Saigon]** Rev 973 alleges on information and belief that Defendant Little Saigon Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1179. **[PRP ID No. 1167--Lingley Chevron]** Rev 973 alleges on information and belief that Defendant Lingley Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1180. **[PRP ID No. 1172--Best Buy Tire]** Rev 973 alleges on information and belief that Defendant Best Buy Tire is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1181. **[PRP ID No. 1173--MG Engineering]** Rev 973 alleges on information and belief that Defendant MG Engineering Co., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1182. **[PRP ID No. 1174--C H A in Auto]** Rev 973 alleges on information and belief that Defendant C H A in Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1183. **[PRP ID No. 1176--Alondra Auto]** Rev 973 alleges on information and belief that Defendant Alondra Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1184. **[PRP ID No. 1178--Advance Auto]** Rev 973 alleges on information and belief that Defendant Advance Auto Care, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

Los Angeles, State of California.

1185. **[PRP ID No. 1180--Sierra Transmission]** Rev 973 alleges on information and belief that Defendant Sierra Transmission & Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1186. **[PRP ID No. 1181--Vehicle Maintenance] Rev** 973 alleges on information and belief that Defendant Vehicle Maintenance is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1187. **[PRP ID No. 1184--Monrovia Exxon]** Rev 973 alleges on information and belief that Defendant Monrovia Exxon is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1188. **[PRP ID No. 1185--Air Eagle]** Rev 973 alleges on information and belief that Defendant Air Eagle is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1189. **[PRP ID No. 1186--Best Auto Care]** Rev 973 alleges on information and belief that Defendant Best Auto Care Lube & Tune is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1190. **[PRP ID No. 1187--"A" Transmission]** Rev 973 alleges on information and belief that Defendant "A" Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1191. **[PRP ID No. 1188--Dan Conway's Chevron]** Rev 973 alleges on information and belief that Defendant Dan Conway's Chevron is, and at all material times was, a business of unknown form with its principal place

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

of business in the County of San Diego, State of California.

1192. **[PRP ID No. 1188.1--Conway]** Rev 973 alleges on information and belief that Daniel P. Conway, also known as Dan P. Conway, also known as Danny P. Conway, also known as Daniel Conway, also known as Dan Conway, also known as Danny Conway, also known as D. P. Conway, also known P. Conway, and also known as D. Conway, was, at all material times, an individual with his principal place of residence in the County of San Diego, State of California, but who is now deceased, and that Defendant Doe No. 25--Conway is the personal representative of the Estate of Daniel P. Conway, an estate organized and existing under the laws of the State of California with its principal place of business in the County of San Diego, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

1193. **[PRP ID No. 1189--UNOCAL 76]** Rev 973 alleges on information and belief that Defendant UNOCAL 76 Main St. is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1194. **[PRP ID No. 1190--Pitt-Des Moines]** Rev 973 alleges on information and belief that Defendant Pitt-Des Moines, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in the County of Mendocino, State of California.

1195. **[PRP ID No. 1193--Hanna UNOCAL]** Rev 973 alleges on information and belief that Defendant Hanna UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1196. **[PRP ID No. 1198--Corona Transmissions]** Rev 973 alleges

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-245-

REV 973'S SEVENTH AMENDED COMPLAINT

on information and belief that Defendant Corona Transmissions is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1197. **[PRP ID No. 1200--Mike's Chevron]** Rev 973 alleges on information and belief that Defendant Mike's Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1198. **[PRP ID No. 1201--Nick's Arco]** Rev 973 alleges on information and belief that Defendant Nick's Arco Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1199. **[PRP ID No. 1206--Joe's Trans]** Rev 973 alleges on information and belief that Defendant Joe's Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1200. **[PRP ID No. 1207--QMC, Inc.]** Rev 973 alleges on information and belief that Defendant QMC, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1201. **[PRP ID No. 1209--Triangle Texaco]** Rev 973 alleges on information and belief that Defendant Triangle Texaco is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1202. **[PRP ID No. 1210--Alpha Transform]** Rev 973 alleges on information and belief that Defendant Alpha Transform, Inc., also known as Alpha Transform, is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

California.

1203. **[PRP ID No. 1211--Brink's]** Rev 973 alleges on information and belief that Defendant Brink's, Incorporated, is, and at all material times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the City of Richmond, State of Virginia.

1204. **[PRP ID No. 1212--Durham School]** Rev 973 alleges on information and belief that Defendant Durham School Services, L.P., is, and at all material times was, a business of unknown form with its principal place of business in the County of Travis, State of Texas.

1205. **[PRP ID No. 1213--Coordinated Equipment]** Rev 973 alleges on information and belief that Defendant Coordinated Equipment Co., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1206. **[PRP ID No. 1215--High Industries]** Rev 973 alleges on information and belief that Defendant High Industries, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1207. **[PRP ID No. 1217--Brea UNOCAL]** Rev 973 alleges on information and belief that Defendant Brea UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1208. **[PRP ID No. 1218--Rios]** Rev 973 alleges on information and belief that Defendant Albert A. Rios, also known as Alberto A. Rios, also known as Al A. Rios, also known as A.A. Rios, also known as Albert Rios, also known as Alberto Rios, also known as Al Rios, and also known as A. Rios, is, and at all material times was, an individual who currently maintains

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

his principal places of residence and business in the County of Orange, State of California.

1209. **[PRP ID No. 1220--Kinney Vacuum]** Rev 973 alleges on information and belief that Defendant Kinney Vacuum is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1210. **[PRP ID No. 1221--RWA Trucking]** Rev 973 alleges on information and belief that Defendant RWA Trucking Company, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1211. **[PRP ID No. 1222--Raymond Aluminum]** Rev 973 alleges on information and belief that Defendant Raymond Aluminum, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1212. **[PRP ID No. 1222.1--James]** Rev 973 alleges on information and belief that Raymond L. James, also known as Ray L. James, also known as Raymond James, also known as Ray James, also known as R. L. James, also known as L. James, and also known as R. James, was, at all material times, an individual with his principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 26--James is the personal representative of the Estate of Raymond L. James, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

1213. **[PRP ID No. 1223--Bill's Mobil]** Rev 973 alleges on

FRALEY & ASSOCIATES
STE. 702
617 W. 7 ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

28

-248-

**REV 973'S SEVENTH AMENDED COMPLAINT**

information and belief that Defendant Bill's Mobil Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1214. **[PRP ID No. 1224--Brake Masters]** Rev 973 alleges on information and belief that Defendant Brake Masters is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1215. **[PRP ID No. 1226--Best Buy Tire]** Rev 973 alleges on information and belief that Defendant Best Buy Tire Centers, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1216. **[PRP ID No. 1227--Ramin's Mobil]** Rev 973 alleges on information and belief that Defendant Ramin's Mobil Service Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1217. **[PRP ID No. 1229--German Auto]** Rev 973 alleges on information and belief that Defendant German Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1218. **[PRP ID No. 1230--Herman's Expert]** Rev 973 alleges on information and belief that Defendant Herman's Expert Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1219. **[PRP ID No. 1231--Golden Automotive]** Rev 973 alleges on information and belief that Defendant Golden Automotive is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1220. **[PRP ID No. 1234--Mobil]** Rev 973 alleges on information and belief that Defendant Mobil 2925 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1221. **[PRP ID No. 1235--Johnson's Lube]** Rev 973 alleges on information and belief that Defendant Johnson's Lube is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1222. **[PRP ID No. 1238--Cho's Auto]** Rev 973 alleges on information and belief that Defendant Cho's Auto Service, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1223. **[PRP ID No. 1240--Markovitch Chevron]** Rev 973 alleges on information and belief that Defendant Markovitch Chevron Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1224. **[PRP ID No. 1243--Bay Auto Services]** Rev 973 alleges on information and belief that Defendant Bay Auto Services is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1225. **[PRP ID No. 1244--LACFD]** Rev 973 alleges on information and belief that the Los Angeles County Fire Department is, and at all material times was, an agency of the County of Los Angeles, State of California, responsible for providing fire protection and life safety services for the County of Los Angeles and owning and/or operating facilities within the County of Los Angeles, State of California.

1226. **[PRP ID No. 1245--Arco Smog Pros]** Rev 973 alleges on information and belief that Defendant Arco Smog Pros is, and at all

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-250-

REV 973'S SEVENTH AMENDED COMPLAINT

material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1227.**[PRP ID No. 1246--Fiesta Leasing]** Rev 973 alleges on information and belief that Defendant Fiesta Leasing is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1228.**[PRP ID No. 1249--Playa Vista]** Rev 973 alleges on information and belief that Defendant Playa Vista Car Care is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1229.**[PRP ID No. 1250--A-1 Equipment]** Rev 973 alleges on information and belief that Defendant A-1 Equipment Rentals is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1230.**[PRP ID No. 1251--Lewis Carburetor]** Rev 973 alleges on information and belief that Defendant Lewis Carburetor Rebuilt, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1231.**[PRP ID No. 1252--JC Garage]** Rev 973 alleges on information and belief that Defendant JC . . . Garage, also known as JC Garage, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1232.**[PRP ID No. 1253--Yang's Union]** Rev 973 alleges on information and belief that Defendant Yang's Union is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1233.**[PRP ID No. 1254--Yorba Linda UNOCAL]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

information and belief that Defendant Yorba Linda UNOCAL is, and at all

material times was, a business of unknown form with its principal place of

business in the County of Orange, State of California.

1234.**[PRP ID No. 1255--Alcorn Fence]** Rev 973 alleges on

information and belief that Defendant Alcorn Fence Company is, and at all

material times was, a corporation organized and existing under the laws of

the State of California with its principal place of business in the County of

Los Angeles, State of California.

1235.**[PRP ID No. 1257--Western Auto]** Rev 973 alleges on

information and belief that Defendant Western Auto is, and at all material

times was, a business of unknown form with its principal place of business

in the County of Los Angeles, State of California.

1236.**[PRP ID No. 1258--Studio City Mobil]** Rev 973 alleges on

information and belief that Defendant Studio City Mobil is, and at all

material times was, a business of unknown form with its principal place of

business in the County of Los Angeles, State of California.

1237.**[PRP ID No. 1259--Andy's Mobil]** Rev 973 alleges on

information and belief that Defendant Andy's Mobil Tune Up is, and at all

material times was, a business of unknown form with its principal place of

business in the County of Los Angeles, State of California.

1238.**[PRP ID No. 1260--Lomita Shell]** Rev 973 alleges on

information and belief that Defendant Lomita Shell is, and at all material

times was, a business of unknown form with its principal place of business

in the County of Los Angeles, State of California.

1239.**[PRP ID No. 1261--UNOCAL]** Rev 973 alleges on information

and belief that Defendant UNOCAL is, and at all material times was, a

business of unknown form with its principal place of business in the County

of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

1240. **[PRP ID No. 1262--Thrifty Car Rental]** Rev 973 alleges on information and belief that Defendant Thrifty Car Rental is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1241. **[PRP ID No. 1263--Auto Tech 365]** Rev 973 alleges on information and belief that Defendant Auto Tech 365 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1242. **[PRP ID No. 1264--Mobil Auto]** Rev 973 alleges on information and belief that Defendant Mobil Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1243. **[PRP ID No. 1265--Arco Smog Pros]** Rev 973 alleges on information and belief that Defendant Arco Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1244. **[PRP ID No. 1266--Avery Foreign Car]** Rev 973 alleges on information and belief that Defendant Avery Foreign Car Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1245. **[PRP ID No. 1267--OVH Independent]** Rev 973 alleges on information and belief that Defendant OVH Independent, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1246. **[PRP ID No. 1268--Gabriel's Automotive]** Rev 973 alleges on information and belief that Defendant Gabriel's Automotive and Towing is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-253-

**Rev 973's Seventh Amended Complaint**

1247. **[PRP ID No. 1269--Trans Auto]** Rev 973 alleges on information and belief that Defendant Trans Auto Clinic is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1248. **[PRP ID No. 1270--Pomona Valley Tires]** Rev 973 alleges on information and belief that Defendant Pomona Valley Tires and Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1249. **[PRP ID No. 1272--Demerjian Auto]** Rev 973 alleges on information and belief that Defendant Demerjian Auto Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1250. **[PRP ID No. 1273--Massoud Mobil]** Rev 973 alleges on information and belief that Defendant Massoud Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1251. **[PRP ID No. 1275--Ball Glass Container]** Rev 973 alleges on information and belief that Defendant Ball Glass Container Corporation was, at all material times, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the County of Broomfield, State of Colorado.

1252. **[PRP ID No. 1278--Arco]** Rev 973 alleges on information and belief that Defendant Arco 8601 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1253. **[PRP ID No. 1279--UNOCAL]** Rev 973 alleges on information and belief that Defendant UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

of Los Angeles, State of California.

1254. **[PRP ID No. 1280--Taylor Concrete]** Rev 973 alleges on information and belief that Defendant Taylor Concrete Pumping Corp., also known as Taylor Concrete Pumping, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1255. **[PRP ID No. 1281--Sam's UNOCAL]** Rev 973 alleges on information and belief that Defendant Sam's UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1256. **[PRP ID No. 1282--Auto Tune]** Rev 973 alleges on information and belief that Defendant Auto Tune 27620 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1257. **[PRP ID No. 1284--Mobil]** Rev 973 alleges on information and belief that Defendant Mobil Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1258. **[PRP ID No. 1285--Parvis Chevron]** Rev 973 alleges on information and belief that Defendant Parvis Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1259. **[PRP ID No. 1287--Exxon]** Rev 973 alleges on information and belief that Defendant Exxon Gas Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1260. **[PRP ID No. 1289--Pacific Steel]** Rev 973 alleges on information and belief that Defendant Pacific Steel Treating Co., Inc., is,

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-255-

REV 973'S SEVENTH AMENDED COMPLAINT

and at all material times was, a business of unknown form with its principal place of business in the County of Washoe, State of Nevada.

1261. **[PRP ID No. 1290--Orange Import]** Rev 973 alleges on information and belief that Defendant Orange Import Car Service, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1262. **[PRP ID No. 1292--Eastern Exxon]** Rev 973 alleges on information and belief that Defendant Eastern Exxon Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1263. **[PRP ID No. 1293--Auto Tune]** Rev 973 alleges on information and belief that Defendant Auto Tune Center is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1264. **[PRP ID No. 1294--Euro Performance World]** Rev 973 alleges on information and belief that Defendant Euro Performance World is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1265. **[PRP ID No. 1295--Shell]** Rev 973 alleges on information and belief that Defendant Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1266. **[PRP ID No. 1297--Custom Rubber Mix]** Rev 973 alleges on information and belief that Defendant Custom Rubber Mix, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San

Fraley & Associates
Ste. 702
617 W. 7· St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Bernardino, State of California.

1267. **[PRP ID No. 1300--Calgo Mfg]** Rev 973 alleges on information and belief that Defendant Calgo Mfg, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1268. **[PRP ID No. 1303--Hugo-Neu Proler]** Rev 973 alleges on information and belief that Defendant Hugo-Neu Proler is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1269. **[PRP ID No. 1304--Cornejo's]** Rev 973 alleges on information and belief that Defendant Cornejo's Service Station is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1270. **[PRP ID No. 1307--L & M Motors]** Rev 973 alleges on information and belief that Defendant L & M Motors is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1271. **[PRP ID No. 1309--Azusa White GMC]** Rev 973 alleges on information and belief that Defendant Azusa White GMC is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1272. **[PRP ID No. 1310--Shell]** Rev 973 alleges on information and belief that Defendant Shell 1631 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1273. **[PRP ID No. 1311--Sir Mix Concrete]** Rev 973 alleges on information and belief that Defendant Sir Mix Concrete Products, Inc., is,

FRALEY & ASSOCIATES
STE. 702
617 W. 7. ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1274. **[PRP ID No. 1313--Danny's Mobil]** Rev 973 alleges on information and belief that Defendant Danny's Mobil is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1275. **[PRP ID No. 1314--American Workboats]** Rev 973 alleges on information and belief that Defendant American Workboats, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of Hawaii with its principal place of business in the County of Los Angeles, State of California.

1276. **[PRP ID No. 1316--Airport UNOCAL]** Rev 973 alleges on information and belief that Defendant Airport UNOCAL is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1277. **[PRP ID No. 1318--Metric Motors]** Rev 973 alleges on information and belief that Defendant Metric Motors Japanese Car Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1278. **[PRP ID No. 1322--Steve's Transmission]** Rev 973 alleges on information and belief that Defendant Steve's Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1279. **[PRP ID No. 1323--United Transmission]** Rev 973 alleges on information and belief that Defendant United Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

1280. **[PRP ID No. 1324--Auto Meister]** Rev 973 alleges on information and belief that Defendant Auto Meister is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1281. **[PRP ID No. 1325--Reseda Motor]** Rev 973 alleges on information and belief that Defendant Reseda Motor Works is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1282. **[PRP ID No. 1326--Alco Plating Corporation]** Rev 973 alleges on information and belief that Defendant Alco Plating Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1283. **[PRP ID No. 1327--Discount Tire]** Rev 973 alleges on information and belief that Defendant Discount Tire Stores is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1284. **[PRP ID No. 1329--MPR Trucking]** Rev 973 alleges on information and belief that Defendant MPR Trucking is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1285. **[PRP ID No. 1330--Wilco Machine]** Rev 973 alleges on information and belief that Defendant Wilco Machine, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1286. **[PRP ID No. 1331--Tustin Automotive]** Rev 973 alleges on information and belief that Defendant Tustin Automotive is, and at all

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

material times was, a business of unknown form with its principal place of business in the County of Comal, Texas.

1287. **[PRP ID No. 1332--Spence & Frye GM]** Rev 973 alleges on information and belief that Defendant Spence & Frye GM Specialist is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1288. **[PRP ID No. 1333--Santa Monica Isuzu]** Rev 973 alleges on information and belief that Defendant Santa Monica Isuzu is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1289. **[PRP ID No. 1334--Dave's Towing]** Rev 973 alleges on information and belief that Defendant Dave's Towing is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1290. **[PRP ID No. 1334.1--Crisp]** Rev 973 alleges on information and belief that Dave E. Crisp, also known as David E. Crisp, also known as Dave Crisp, also known as David Crisp, also known as D. E. Crisp, also known as E. Crisp, and also known as D. Crisp, was, at all material times, an individual with his principal place of residence in the County of Los Angeles, State of California, but who is now deceased, and that Defendant Doe No. 27--Crisp is the personal representative of the Estate of Dave E. Crisp, an estate organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.  Rev 973 will seek leave of the Court to amend this pleading to show the true names and capacities of such defendant after Rev 973 ascertains those names and capacities.

1291. **[PRP ID No. 1335--Perfect Auto]** Rev 973 alleges on information and belief that Defendant Perfect Auto Service #24 is, and at all

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1292.**[PRP ID No. 1338--Lyby's General]** Rev 973 alleges on information and belief that Defendant Lyby's General Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1293.**[PRP ID No. 1340--German Car]** Rev 973 alleges on information and belief that Defendant German Car Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1294.**[PRP ID No. 1341--Alliance Trans]** Rev 973 alleges on information and belief that Defendant Alliance Trans is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1295.**[PRP ID No. 1343--Viklund Mercedes]** Rev 973 alleges on information and belief that Defendant Viklund Mercedes is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1296.**[PRP ID No. 1344--Jay's Auto]** Rev 973 alleges on information and belief that Defendant Jay's Auto Repair, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1297.**[PRP ID No. 1345--D&D Garage]** Rev 973 alleges on information and belief that Defendant D&D Garage is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1298.**[PRP ID No. 1346--U Pick U Save]** Rev 973 alleges on information and belief that Defendant U Pick U Save Self Service Auto is,

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1299. **[PRP ID No. 1347--Crown Shell]** Rev 973 alleges on information and belief that Defendant Crown Shell is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1300. **[PRP ID No. 1348--UNOCAL]** Rev 973 alleges on information and belief that Defendant UNOCAL 2041 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1301. **[PRP ID No. 1350--Bill Moyle & Sons]** Rev 973 alleges on information and belief that Defendant Bill Moyle & Sons, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1302. **[PRP ID No. 1351--El Segundo Tire]** Rev 973 alleges on information and belief that Defendant El Segundo Tire Service was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1303. **[PRP ID No. 1352--Agency Auto]** Rev 973 alleges on information and belief that Defendant Agency Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1304. **[PRP ID No. 1353--Mike's Main Channel]** Rev 973 alleges on information and belief that Defendant Mike's Main Channel Marine is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

1305. **[PRP ID No. 1354--Anglemyer Crane]** Rev 973 alleges on information and belief that Defendant Anglemyer Crane Rental is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1306. **[PRP ID No. 1355--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco 5289 is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1307. **[PRP ID No. 1357--Starlite Reclamation]** Rev 973 alleges on information and belief that Defendant Starlite Reclamation is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1308. **[PRP ID No. 1358--Arco]** Rev 973 alleges on information and belief that Defendant Arco 3227 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1309. **[PRP ID No. 1360--Covina Mobil]** Rev 973 alleges on information and belief that Defendant Covina Mobil, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1310. **[PRP ID No. 1361--Smog Pros]** Rev 973 alleges on information and belief that Defendant Smog Pros is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1311. **[PRP ID No. 1362--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

1312.**[PRP ID No. 1363--Sid's Auto]** Rev 973 alleges on information and belief that Defendant Sid's Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1313.**[PRP ID No. 1365--Cash Grading]** Rev 973 alleges on information and belief that Defendant Cash Grading Contractors, Inc., also known as Cash Grading Contractors, is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1314.**[PRP ID No. 1366--Abco]** Rev 973 alleges on information and belief that Defendant Abco Hardware & Builder's Supply, Inc., also known as Abco Hardware & Builder's Supply, is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1315.**[PRP ID No. 1367--JB Chevron]** Rev 973 alleges on information and belief that Defendant JB Chevron is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1316.**[PRP ID No. 1368--Blaine's 76]** Rev 973 alleges on information and belief that Defendant Blaine's 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Riverside, State of California.

1317.**[PRP ID No. 1369--Shell]** Rev 973 alleges on information and belief that Defendant Shell 2322 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1318.**[PRP ID No. 1370--John Piechoski Chevron]** Rev 973 alleges on information and belief that Defendant John Piechoski Chevron Service

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1319. **[PRP ID No. 1371--Upland Nissan]** Rev 973 alleges on information and belief that Defendant Upland Nissan Service is, and at all material times was, a business of unknown form with its principal place of business in the County of San Bernardino, State of California.

1320. **[PRP ID No. 1372--Roger's Maintenance]** Rev 973 alleges on information and belief that Defendant Roger's Maintenance is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1321. **[PRP ID No. 1373--Chevron]** Rev 973 alleges on information and belief that Defendant Chevron 910 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1322. **[PRP ID No. 1375--Standard Catering]** Rev 973 alleges on information and belief that Defendant Standard Catering, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1323. **[PRP ID No. 1376--Keith & Bill's Auto]** Rev 973 alleges on information and belief that Defendant Keith & Bill's Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Gallatin, State of Montana.

1324. **[PRP ID No. 1378--Chuck's Transmission]** Rev 973 alleges on information and belief that Defendant Chuck's Transmission, Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

Fraley & Associates
Ste. 702
617 W. 7. St.
Los Angeles CA 90017
Tel. 213.550.4000
Fax 213.550.4010

1325. **[PRP ID No. 1379--Texaco]** Rev 973 alleges on information and belief that Defendant Texaco 892 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1326. **[PRP ID No. 1380--Westside International]** Rev 973 alleges on information and belief that Defendant Westside International Texaco is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1327. **[PRP ID No. 1381--P & R Metals]** Rev 973 alleges on information and belief that Defendant P & R Metals, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

1328. **[PRP ID No. 1382--Universal Transmission]** Rev 973 alleges on information and belief that Defendant Universal Transmission is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1329. **[PRP ID No. 1383--Container Corporation]** Rev 973 alleges on information and belief that Defendant Container Corporation of America is, and at all material times was, a business of unknown form with its principal place of business in the City of St. Louis, State of Missouri.

1330. **[PRP ID No. 1384--Gabriel's Shell]** Rev 973 alleges on information and belief that Defendant Gabriel's Shell Service is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1331. **[PRP ID No. 1385--UNOCAL]** Rev 973 alleges on information and belief that Defendant UNOCAL 1385 is, and at all material times was, a business of unknown form with its principal place of business in the County

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-266-

**Rev 973's Seventh Amended Complaint**

of Orange, State of California.

1332.**[PRP ID No. 1386--Leonard's Diesel]** Rev 973 alleges on information and belief that Defendant Leonard's Diesel Repair, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of San Bernardino, State of California.

1333.**[PRP ID No. 1389--U.S. Equipment]** Rev 973 alleges on information and belief that Defendant U.S. Equipment Co., Inc., is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1334.**[PRP ID No. 1391--Pomona Car Care]** Rev 973 alleges on information and belief that Defendant Pomona Car Care is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1335.**[PRP ID No. 1393--Angelica]** Rev 973 alleges on information and belief that Defendant Angelica Health Care is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1336.**[PRP ID No. 1394--Jusen Terminal]** Rev 973 alleges on information and belief that Defendant Jusen Terminal is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1337.**[PRP ID No. 1395--Arco 2040]** Rev 973 alleges on information and belief that Defendant Arco 2040 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1338.**[PRP ID No. 1396--Motri Auto]** Rev 973 alleges on information and belief that Defendant Motri Auto Repair is, and at all material times

Fraley & Associates
Ste. 702
617 W. 7ᵀᴴ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-267-

was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1339. **[PRP ID No. 1397--Bob's UNOCAL 76]** Rev 973 alleges on information and belief that Defendant Bob's UNOCAL 76 is, and at all material times was, a business of unknown form with its principal place of business in the County of Orange, State of California.

1340. **[PRP ID No. 1398--LA Mesa R.V.]** Rev 973 alleges on information and belief that Defendant LA Mesa R.V. Center, Inc., (Central) is, and at all material times was, a business of unknown form with its principal place of business in the County of San Diego, State of California.

1341. **[PRP ID No. 1400--Estrada]** Rev 973 alleges on information and belief that Defendant Erik Estrada, also known as E. Estrada, is, and at all material times was, an individual who currently maintains his principal places of residence and business in the County of Los Angeles, State of California.

1342. **[PRP ID No. 1401--Aero Auto]** Rev 973 alleges on information and belief that Defendant Aero Auto Repair is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1343. **[PRP ID No. 1402--UNOCAL 2600]** Rev 973 alleges on information and belief that Defendant UNOCAL 2600 is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1344. **[PRP ID No. 1403--Arka's Auto]** Rev 973 alleges on information and belief that Defendant Arka's Auto is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1345. **[PRP ID No. 3785--Oil Fields Trucking]** Rev 973 alleges on

Fraley & Associates
Ste. 702
617 W. 7™ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

information and belief that Defendant Oil Fields Trucking is, and at all material times was, a business of unknown form with its principal place of business in the County of Los Angeles, State of California.

1346. **[PRP ID No. 8388--Inland Container]** Rev 973 alleges on information and belief that Defendant Inland Container Corporation is, and at all material times was, a corporation organized and existing under the laws of the State of Indiana with its principal place of business in the County of Los Angeles, State of California.

1347. **[PRP ID No. 27,909--Redwood Oil]** Rev 973 alleges on information and belief that Defendant Redwood Oil Company, Inc., is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Marin, State of California.

1348. **[PRP ID No. 27,910--San Joaquin Oil]** Rev 973 alleges on information and belief that Defendant San Joaquin Oil Company is, and at all material times was, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Orange, State of California.

1349. **[PRP ID No. 27,911--Alameda Oil]** Rev 973 alleges on information and belief that Defendant Alameda Oil Company, Inc., was, at all material times, a corporation organized and existing under the laws of the State of California with its principal place of business in the County of Los Angeles, State of California.

///

///

///

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

-269-

REV 973'S SEVENTH AMENDED COMPLAINT

## XIII.

## DEFINITIONS RE ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

1350.**Arranger.**  As used in this Seventh Amended Complaint, the term "Arranger" has the meaning described in CERCLA § 107(a)(3), 42 U.S.C. § 9607(a)(3), as amended from time to time:

> any person who by contract, agreement, or otherwise arranged for disposal or treatment, or arranged with a transporter for transport for disposal or treatment, of hazardous substances owned or possessed by such person, by any other party or entity, at any facility or incineration vessel owned or operated by another party or entity and containing such hazardous substances.

1351.**Generator.**  As used in this Seventh Amended Complaint, the term "Generator" has the meaning set forth in 40 C.F.R. § 260.10, as amended from time to time:

> any person, by site, whose act or process produces hazardous waste identified or listed in part 261 of this chapter or whose act first causes a hazardous waste to become subject to regulation.

1352.**Transporter.**  As used in this Seventh Amended Complaint, the term "Transporter" has the meaning:

> (A)   described in CERCLA § 107(a)(4), 42 U.S.C. § 9607(a)(4), as amended from time to time:  "any person who accepts or accepted any hazardous substances for transport to disposal or treatment facilities, incineration vessels or sites selected by such person;" and/or

> (B)  set forth in 40 C.F.R. § 260.10, as amended from time

FRALEY & ASSOCIATES
STE. 702
617 W. 7⸱ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

28

-270-

to time: "a person engaged in the offsite transportation of hazardous waste by air, rail, highway, or water."

1353. **Arranger/Generator/Transporter Defendants.**  As used in this Seventh Amended Complaint, the term "Arranger/Generator/Transporter Defendants" mean all defendants named in paragraph 352 as a party to this action.

## XIV.

## FACTS APPLICABLE TO ALL
## ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

1354. The Arranger/Generator/Transporter Defendants, and each of them, arranged for the disposal of, generated, and/or transported waste oil, used oil filters, and hazardous waste oil that the Leach Defendants accepted at the Leach Site.

1355. The waste oil, used oil filters, and Hazardous Waste that the Arranger/Generator/Transporter Defendants, and each of them, arranged for disposal of, generated, and/or transported and that the Leach Defendants accepted at the Leach Site constituted part of the hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues that the Leach Defendants purchased, received, handled, used, generated, stored, processed, treated, transported, disposed of, and/or released on, under, from, and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site.

1356. The Arranger/Generator/Transporter Defendants, and each of them, who are/were individuals are/were, at all material times, the legal or equitable owners of other Arranger/Generator/Transporter Defendants, and each of them, and are/were actively involved in the management and

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-271-

REV 973'S SEVENTH AMENDED COMPLAINT

control of other Arranger/Generator/Transporter Defendants, and each of them, including, but not limited to, the management and control of the policies, procedures, and/or practices relating to hazardous substances, hazardous waste, chemicals known to the State of California to cause cancer and/or reproductive toxicity, petroleum-related products, petroleum products, and/or petroleum residues.  The Arranger/Generator/Transporter Defendants, and each of them, who are individuals, therefore, are personally liable for the acts of the other Arranger/Generator/Transporter Defendants, and each of them, that the  Arranger/Generator/Transporter Defendants, and each of them, who are individuals own and/or owned and/or operate and/or operated and the Environmental Conditions.

## XV.

## CLAIMS FOR RELIEF AGAINST
## ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

## TWENTY-SEVENTH CLAIM FOR RELIEF
## (FOR RESPONSE COST RECOVERY UNDER CERCLA AGAINST ALL ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS)

1357. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as though set forth in full.

1358. Rev 973 is a "person" as that term is defined in CERCLA § 101(21), 42 U.S.C. § 9601 (21).

1359. Rev 973 is not, and at all material times was not, a "covered person" or responsible party pursuant to CERCLA § 107, 42 U.S.C. § 9607.

1360. Rev 973 alleges on information and belief that the

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗ St.
LOS ANGELES CA  90017
TEL  213.550.4000
FAX  213.550.4010

28

Arranger/Generator/Transporter Defendants, and each of them, are "persons" as defined in CERCLA § 101(21), 42 U.S.C. § 9601(21).

1361. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, are, and at all material times were, arrangers for disposal, and/or transporters, of hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and/or petroleum residues that the Mouren-Laurens Defendants accepted at the Mouren-Laurens Site and/or the Leach Site and/or the Leach Defendants accepted at the Leach Site pursuant to CERCLA § 107(a)(3)-(4), 42 U.S.C. § 9607(a)(3)-(4).

1362. Rev 973 alleges on information and belief that the Mouren-Laurens Site and the Leach Site are, and at all material times were, "facilities" as defined in CERCLA § 101(9), 42 U.S.C. § 9601(9).

1363. Rev 973 alleges on information and belief that a "release" or "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

1364. Rev 973 alleges on information and belief that a "release" or "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Leach Site onto the Mouren-Laurens Site.

1365. Rev 973 alleges on information and belief that the substances that have been released on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site are "hazardous substances" as defined in CERCLA § 101(14), 42 U.S.C. § 9601(14).

1366. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, therefore, are "covered persons" or responsible parties pursuant to CERCLA § 107,

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-273-

1  42 U.S.C. § 9607.

2      1367. As a direct and proximate result of the release/s of hazardous

3  substances that have occurred, and may be continuing to occur, on, under,

4  from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach

5  Site, Rev 973 has incurred and will continue to incur response costs as

6  defined in CERCLA § 101(25), 42 U.S.C. § 9601(25) for the Environmental

7  Conditions.

8      1368. The response costs that Rev 973 has incurred and will continue

9  to incur for the Environmental Conditions are necessary and consistent

10 with the NCP.

11     1369. The Arranger/Generator/Transporter Defendants, and each of

12 them, therefore, are strictly liable to Rev 973 under CERCLA § 107(a), 42

13 U.S.C. § 9607(a), for all response costs that Rev 973 incurs for the

14 Environmental Conditions due to the release/s on, under, from, and/or in

15 the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

16     1370. As a direct and proximate result of the releases that have

17 occurred, and may be continuing to occur, on, under, from, and/or in the

18 vicinity of, the Mouren-Laurens Site and/or the Leach Site and the resulting

19 Environmental Conditions, Rev 973 has suffered, and/or will suffer,

20 damages as follows:

21          a.    Response Costs;

22          b.    Damages for injury to, destruction of, and/or loss of,

23     natural resources, including, but not limited to, the reasonable costs

24     of assessing such injury, destruction, or loss; and

25          c.    The costs of a health assessment or health effects study,

26 in a total amount that Rev 973 does not yet know, but which Rev 973

27 alleges on information and belief is at least US $20 million, plus interest at

28 the rate provided by law, and which Rev 973 will prove at trial in this action.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-274-

## TWENTY-EIGHTH CLAIM FOR RELIEF

## (FOR CONTRIBUTION UNDER CERCLA AGAINST ALL ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS)

1371. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as though set forth in full.

1372. Rev 973 is a "person" as that term is defined in CERCLA § 101(21), 42 U.S.C. § 9601(21).

1373. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, are "persons" as defined in CERCLA § 101(21), 42 U.S.C. § 9601(21).

1374. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, are, and/or at all material times were, arrangers for disposal, and/or transporters, of hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and/or petroleum residues that the Mouren-Laurens Defendants accepted at the Mouren-Laurens Site and/or the Leach Site and/or the Leach Defendants accepted at the Leach Site pursuant to CERCLA § 107(a)(3)-(4), 42 U.S.C. § 9607(a)(3)-(4).

1375. Rev 973 alleges on information and belief that the Mouren-Laurens Site and the Leach Site are, and/or at all material times were, "facilities" as defined in CERCLA § 101(9), 42 U.S.C. § 9601(9).

1376. Rev 973 alleges on information and belief that a "release" or "releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

1377. Rev 973 alleges on information and belief that a "release" or

FRALEY & ASSOCIATES
STE. 702
617 W. 7 · ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

"releases," as defined in CERCLA § 101(22), 42 U.S.C. § 9601(22), of substances has occurred, and may be continuing to occur, on, under, from, and/or in the vicinity of, the Leach Site onto the Mouren-Laurens Site.

1378. Rev 973 alleges on information and belief that the substances that have been released on, under, from, and/or the vicinity of, the Mouren-Laurens Site and the Leach Site are "hazardous substances" as defined in CERCLA § 101(14), 42 U.S.C. § 9601(14).

1379. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, therefore, are "covered person/s" or responsible party/ies pursuant to CERCLA § 107, 42 U.S.C. § 9607.

1380. As a direct and proximate result of the release/s of hazardous substances that have occurred, and may be continuing to occur, on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, Rev 973 has incurred and will continue to incur response costs as defined in CERCLA § 101(25), 42 U.S.C. § 9601(25) for the Environmental Conditions.

1381. The response costs that Rev 973 has incurred and will continue to incur for the Environmental Conditions are necessary and consistent with the NCP.

1382. Although Rev 973 denies any liability for the Environmental Conditions, Rev 973 may be nonetheless assessed liability for such Environmental Conditions as a covered person or responsible party pursuant to CERCLA § 107(a), 42 U.S.C. § 9607(a), by government agencies or in a private cost recovery action.

1383. The liability of Rev 973, if any, for the Environmental Conditions has not been resolved through a cost recovery action or a de minimis settlement with the United States.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-276-

REV 973'S SEVENTH AMENDED COMPLAINT

1384. Rev 973, therefore, is entitled to contribution from the Arranger/Generator/Transporter Defendants, and each of them, under CERCLA § 113, 42 U.S.C. § 9613, for all, or such portion as the Court may determine of the, response costs that Rev 973 incurs for the Environmental Conditions due to the release/s on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1385. As a direct and proximate result of the releases that have occurred, and may be continuing to occur, on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and the resulting Environmental Conditions, Rev 973 has suffered, and/or will suffer, damages as follows:

        a.     Response costs;

        b.     Damages for injury to, destruction of, and/or loss of, natural resources, including, but not limited to, the reasonable costs of assessing such injury, destruction, or loss; and

        c.     The costs of a health assessment or health effects study, in a total amount that Rev 973 does not yet know, but which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

## TWENTY-NINTH CLAIM FOR RELIEF

### (FOR DECLARATORY RELIEF UNDER CERCLA AGAINST ALL ARRANGER/ GENERATOR/TRANSPORTER DEFENDANTS)

1386. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as though set forth in full.

1387. An actual controversy has arisen and now exists between Rev

-277-

FRALEY & ASSOCIATES
STE. 702
617 W. 7™ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

973 and the Arranger/Generator/Transporter Defendants, and each of them.

1388. Rev 973 contends that the Arranger/Generator/Transporter Defendants, and each of them, are liable for all:

    a.    Response Costs;

    b.    Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

    c.    The costs of a health assessment or health effects study, that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1389. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, have denied, and continue to deny, that they are liable for all:

    a.    Response Costs;

    b.    Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

    c.    The costs of a health assessment or health effects study, that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1390. This Court has jurisdiction pursuant to CERCLA, § 113(g)(2), 42 U.S.C. § 9613(g)(2), and the Declaratory Judgments Act, § 201(a), 28 U.S.C. § 2201(a), to enter a declaratory judgment establishing liability for

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

-278-

REV 973'S SEVENTH AMENDED COMPLAINT

all:

    a.    Response Costs;

    b.    Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

    c.    The costs of a health assessment or health effects study, that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1391. Absent a judicial declaration setting forth the rights, obligations, and liabilities of the parties in the controversy between Rev 973, on the one hand, and the Arranger/Generator/Transporter Defendants, and each of them, on the other hand, a multiplicity of actions may result.

1392. Rev 973, therefore, requests that this Court enter a declaratory judgment declaring that the Arranger/Generator/Transporter Defendants, and each of them, are liable for all:

    a.    Response Costs;

    b.    Damages for injury to, destruction of, and/or loss of, natural resources, including the reasonable costs of assessing such injury, destruction, or loss; and

    c.    The costs of a health assessment or health effects study; that Rev 973 incurs for the Environmental Conditions in response to releases and threatened releases of hazardous substances on, under, emanating from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

## THIRTIETH CLAIM FOR RELIEF

## (FOR RESTITUTION UNDER RCRA AGAINST ALL
## ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS)

1393. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as though set forth in full.

1394. Rev 973 is a "person" as that term is defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

1395. Rev 973 has given the requisite "Notice of Endangerment" to all required persons, to the Administrator of the United States Environmental Protection Agency, to the Regional Administrator of the United States Environmental Protection Agency, and to the State of California, pursuant to RCRA § 7002(b)(2)(A), 42 U.S.C. § 6972(b)(2)(A).

1396. Rev 973 sent a copy of this Seventh Amended Complaint to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency pursuant to RCRA § 7002(b)(2)(F), 42 U.S.C. § 6972(b)(2)(F).

1397. Rev 973 alleges on information and belief that neither the Administrator of the Environmental Protection Agency nor the State of California:

a.     has commenced or are diligently prosecuting an action under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C. § 9606, to restrain or abate acts or conditions that may have contributed, or are contributing, to alleged RCRA violations on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

b.     is actually engaged in a removal action under CERCLA §

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

c.      has incurred costs to initiate a Remedial Investigation and Feasibility Study ("RI/FS") under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

d.      is diligently prosecuting a remedial action under CERCLA to remedy the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site; or

e.      has obtained a court order under RCRA § 7003, 42 U.S.C. § 6973, CERCLA § 106, 42 U.S.C. § 9606, pursuant to which a responsible party is diligently conducting a removal action, RI/FS, or proceeding with a remedial action for the presence of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1398. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, are "persons" as defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

1399. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, are, and/or at all material times were, generators, and/or transporters, of hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and/or petroleum residues that the Mouren-Laurens Defendants accepted at the Mouren-Laurens Site and/or the Leach Site and/or the Leach Defendants accepted at the Leach Site pursuant to RCRA section

FRALEY & ASSOCIATES
STE. 702
617 W. 7™ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

1   7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B).

2       1400. Rev 973 alleges on information and belief that the Generator

3   and Transporter Defendants, and each of them, are, and/or at all material

4   times were, contributing to purchasing, receiving, handling, using,

5   generating, storing, processing, treating, transporting, disposing of, and/or

6   releasing hazardous waste on, under, from, and/or in the vicinity of, the

7   Mouren-Laurens Site and/or the Leach Site.

8       1401. Rev 973 alleges on information and belief that the Generator

9   and Transporter Defendants, and each of them, through their acts or

10  omissions are threatening to cause, and/or have caused, release/s of

11  hazardous substances and/or hazardous wastes on, under, from, and/or in

12  the vicinity of, the Mouren-Laurens Site and/or the Leach Site, thereby

13  causing the Environmental Conditions.

14      1402. Rev 973 alleges on information and belief that the hazardous

15  substances and/or hazardous wastes that the Generator and Transporter

16  Defendants, and each of them, have disposed into the Environment on,

17  under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the

18  Leach Site have been detected on, under, from, and/or in the vicinity of,

19  the Mouren-Laurens Site and/or the Leach Site in concentrations that

20  exceed those levels recognized as safe by the federal and state

21  governments.

22      1403. Rev 973 alleges on information and belief that the hazardous

23  substances and/or hazardous wastes that the Generator and Transporter

24  Defendants, and each of them, have disposed into the Environment on,

25  under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the

26  Leach Site may have migrated, be migrating, and/or continue to migrate off

27  the Mouren-Laurens Site and/or the Leach Site, degrading the quality,

28  integrity, and healthfulness of the soils and groundwater on, under, from,

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1404. Rev 973 alleges on information and belief that the Environmental Conditions violate RCRA, subchapters III (Hazardous Waste Management) and IV (Solid Waste Management), and present, and/or may present, an imminent and substantial endangerment to health and/or the Environment by, among other things, threatening the groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and/or the health of the people who live or work on and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site.

1405. Rev 973 has requested that the Generator and Transporter Defendants, and each of them, conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

1406. The Generator and Transporter Defendants, and each of them, have failed and refused and continue to fail and refuse to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

1407. Rev 973 has incurred, and will continue to incur, substantial investigation, cleanup, and abatement costs for investigating, monitoring, responding to, and remediating the Environmental Conditions.

1408. Rev 973 has incurred, and will continue to incur, substantial costs to abate the imminent and substantial danger caused by the Environmental Conditions.

1409. The response actions that Rev 973 has taken, and will continue to take, and the costs that Rev 973 has incurred, and will continue to incur, to abate the imminent and substantial danger caused by the Environmental Conditions were the legal responsibility of, and should have been

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-283-

Rev 973's Seventh Amended Complaint

performed by, the Generator and Transporter Defendants, and each of them.

1410. The Generator and Transporter Defendants, and each of them, are responsible for performing any order that this Court may issue, and/or for taking all other action that may be necessary, to investigate, abate, and/or remediate the actual and/or potential endangerment caused by the Environmental Conditions.

1411. The Generator and Transporter Defendants, and each of them, are responsible for paying restitution to Rev 973 pursuant to RCRA § 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B), for all costs that Rev 973 has incurred, and/or will incur, to investigate, abate, and/or remediate the actual and/or potential endangerment caused by the Environmental Conditions, which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

## <u>THIRTY-FIRST CLAIM FOR RELIEF</u>

## (FOR INJUNCTIVE RELIEF UNDER RCRA AGAINST ALL ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS)

1412. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as though set forth in full.

1413. Rev 973 is a "person" as that term is defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

1414. Rev 973 has given the requisite "Notice of Endangerment" to all required persons, to the Administrator of the United States Environmental Protection Agency, to the Regional Administrator of the United States

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-284-

REV 973'S SEVENTH AMENDED COMPLAINT

Environmental Protection Agency, and to the State of California, pursuant to RCRA § 7002(b)(2)(A), 42 U.S.C. § 6972(b)(2)(A).

1415. Rev 973 has sent a copy of this Seventh Amended Complaint to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency pursuant to RCRA § 7002(b)(2)(F), 42 U.S.C. § 6972(b)(2)(F).

1416. Rev 973 alleges on information and belief that neither the Administrator of the Environmental Protection Agency nor the State of California:

a.    has commenced or are diligently prosecuting an action under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C. § 9606, to restrain or abate acts or conditions that may have contributed, or are contributing, to alleged RCRA violations on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

b.    is actually engaged in a removal action under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

c.    has incurred costs to initiate a Remedial Investigation and Feasibility Study ("RI/FS") under CERCLA § 104, 42 U.S.C. § 9604, for the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site;

d.    is diligently prosecuting a remedial action under CERCLA to remedy the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site; or

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

e.      has obtained a court order under RCRA § 7003, 42 U.S.C. § 6973, or CERCLA § 106, 42 U.S.C. § 9604, pursuant to which a responsible party is diligently conducting a removal action, RI/FS, or proceeding with a remedial action for the presence of hazardous substances and/or hazardous wastes on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1417. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, are "persons" as defined in RCRA § 1004(15), 42 U.S.C. § 6903(15).

1418. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, are or were, at all material times, generators, and/or a transporters, of hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and/or petroleum residues that the Mouren-Laurens Defendants accepted at the Mouren-Laurens Site and/or the Leach Site and/or the Leach Defendants accepted at the Leach Site pursuant to RCRA section 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B).

1419. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, are, and/or at all material times were, contributing to the purchasing, receiving, handling, using, generating, storing, processing, treating, transporting, disposing of, and/or releasing hazardous waste on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1420. Rev 973 alleges on information and belief that the Generator and Transporter Defendants, and each of them, through their acts and/or omissions are threatening to cause, or caused, release/s of hazardous substances and/or hazardous wastes on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, thereby causing the

Fraley & Associates
Ste. 702
617 W. 7ᵗ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

Environmental Conditions.

1421. Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Generator and Transporter Defendants, and each of them, have disposed into the Environment on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site have been detected on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site in concentrations that exceed those levels recognized as safe by the federal and state governments.

1422. Rev 973 alleges on information and belief that the hazardous substances and/or hazardous wastes that the Generator and Transporter Defendants, and each of them, have disposed into the Environment on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site may have migrated, be migrating, and/or continue to migrate off the Mouren-Laurens Site and/or the Leach Site, degrading the quality, integrity, and healthfulness of the soils and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

1423. Rev 973 alleges on information and belief that the Environmental Conditions violate RCRA, Subchapter III (Hazardous Waste Management) and Subchapter IV (Solid Waste Management), and present, or may present, an imminent and substantial endangerment to health and/or the Environment by, among other things, threatening the groundwater on, under, from, or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site and/or the health of the people who live or work on and/or in the vicinity of the Mouren-Laurens Site and/or the Leach Site.

1424. Rev 973 has requested that the Generator and Transporter Defendants, and each of them, conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

-287-

1425. The Generator and Transporter Defendants, and each of them, have failed and refused and continue to fail and refuse to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by the Environmental Conditions.

1426. Rev 973 has incurred, and will continue to incur, substantial investigation, clean-up, and abatement costs for investigating, monitoring, responding to, and remediating the Environmental Conditions.

1427. Rev 973 has incurred, and will continue to incur, substantial costs to abate the imminent and substantial danger caused by the Environmental Conditions.

1428. Rev 973 requests that this Court issue a temporary restraining order, a preliminary injunction, and a permanent injunction requiring the Generator and Transporter Defendants, and each of them, and their respective agents, representatives, servants, and employees, and all persons acting by or under their authority or in concert with them, to clean up the Environmental Conditions and/or assist Rev 973 to conduct the necessary environmental remedial investigation and remediation to abate the actual and/or potential endangerment caused by, and to clean up, the Environmental Conditions.

## THIRTY-SECOND CLAIM FOR RELIEF

### (FOR INDEMNITY AND/OR CONTRIBUTION UNDER CALIFORNIA HEALTH AND SAFETY CODE AGAINST ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS)

1429. Rev 973 realleges and incorporates into this paragraph by this reference each and every allegation contained in paragraphs 1 through 78, and 351 through 1356, inclusive, of this Seventh Amended Complaint as

FRALEY & ASSOCIATES
STE. 702
617 W. 7TH ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

-288-

though set forth in full.

1430. Rev 973 is a "person" as that term is defined in Hazardous Substance Account Act ("HSAA"), California Health and Safety Code § 25319.

1431. Rev 973 has provided written notice of this claim for relief to the Director of the California Department of Toxic Substances Control in accord with the HSAA, California Health and Safety Code § 25363(e).

1432. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter Defendants, and each of them, are, and/or at all material times were, "covered persons" or "responsible parties" as those terms are defined in CERCLA § 107(a), 42 U.S.C. § 9607(a).

1433. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter, and each of them, are, and/or at all material times were, "owners" and/or "operators" of a facility and/or "generators" and/or "transporters" and as such are "covered persons" under CERCLA § 107(a), 42 U.S.C. § 9607(a).

1434. Rev 973 alleges on information and belief that the Arranger/Generator/Transporter, and each of them, are, and/or at all material times were, "responsible parties" under the HSAA, California Health & Safety Code § 25323.5.

1435. Rev 973 alleges on information and belief that the substances that have been deposited, stored, disposed of, released, placed, and/or otherwise have come to be located on Mouren-Laurens Site and/or the Leach Site are "hazardous substances" within the meaning of the HSAA, California Health & Safety Code § 25316.

1436. Rev 973 alleges on information and belief that the acts and/or omissions of the Arranger/Generator/Transporter, and each of them, with regard to the hazardous substances on, under, from, and/or in the vicinity

-289-

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

**REV 973'S SEVENTH AMENDED COMPLAINT**

of the Mouren-Laurens Site and/or the Leach Site resulted in a "release" of hazardous substances on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site within the meaning of the HSAA, California Health & Safety Code § 25320.

1437. As a direct and proximate result of the acts and/or omissions of the Arranger/Generator/Transporter Defendants, and each of them, Rev 973 has incurred and will continue to incur "remedial action" and "removal action" costs and expenditures as those terms are defined in the HSAA, California Health & Safety Code §§ 25322 and 25323, including, but not limited to, costs and expenditures to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the Environmental Conditions.

1438. Rev 973 alleges on information and belief that the liability of the Arranger/Generator/Transporter, and each of them, has not been terminated, has not been discharged by arbitration, and is not the subject of a pending apportionment proceeding under the HSAA, California Health and Safety Code § 25356.6.

1439. Rev 973 is entitled to indemnification and/or contribution, in whole or part, from the Arranger/Generator/Transporter Defendants, and each of them, for all "remedial action" and "removal action" costs and expenditures as those terms are defined in HSAA, California Health & Safety Code §§ 25322 and 25323, that Rev 973 has incurred, and/or will incur, for the Environmental Conditions, which Rev 973 alleges on information and belief is at least US $20 million, plus interest at the rate provided by law, and which Rev 973 will prove at trial in this action.

///
///
///

**REV 973'S SEVENTH AMENDED COMPLAINT**

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵗʰ ST.
LOS ANGELES CA 90017
TEL 213.550.4000
FAX 213.550.4010

# XVI.

## PRAYER FOR RELIEF AGAINST

## ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

1440. Rev 973 prays for judgment against the Arranger/Generator/Transporter Defendants as follows:

a. On the Twenty-Seventh Claim for Relief for Recovery of Response Costs Under CERCLA, against the Arranger/Generator/Transporter Defendants, and each of them, for recovery of Response Costs incurred, damages to natural resources, and the cost of a health assessment or health effects study in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

b. On the Twenty-Eighth Claim for Relief for Contribution under CERCLA against the Arranger/Generator/Transporter Defendants, and each of them, for contribution of Response Costs incurred, damages to natural resources, and the cost of a health assessment or health effects study in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

c. On the Twenty-Ninth Claim for Relief for Declaratory Relief under CERCLA against the Arranger/Generator/Transporter Defendants, and each of them, for a declaration by the Court that the Arranger/Generator/Transporter Defendants, and each of them, are liable for all or part of the Response Costs of past, present, and future actions taken by Rev 973, the Arranger/Generator/Transporter Defendants, or other persons consistent with the NCP to respond to Releases or threatened Releases that directly and proximately caused the Environmental Conditions, damages to natural resources,

Fraley & Associates
Ste. 702
617 W. 7⋅ St.
Los Angeles CA  90017
Tel  213.550.4000
Fax  213.550.4010

and the cost of a health assessment or health effects study, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

d.     On the Thirtieth Claim for Relief for Restitution under RCRA against the Arranger/Generator/Transporter Defendants, and each of them, for restitution in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs;

e.     On the Thirty-First Claim for Relief for Injunctive Relief under RCRA against the Arranger/Generator/Transporter Defendants, and each of them, for a temporary restraining order, a preliminary injunction, and a permanent injunction, plus attorneys' fees, expenses, and costs;

f.     On the Thirty-Second Claim for Relief for Indemnity or Contribution under California Health and Safety Code against the Arranger/Generator/Transporter Defendants, and each of them, for indemnification and/or contribution in the total amount of US $20 million or according to proof at trial, plus interest at the legal rate, plus attorneys' fees, expenses, and costs; and

such other and further relief as the Court deems just and proper.

///

///

///

Fraley & Associates
Ste. 702
617 W. 7ᵗʰ St.
Los Angeles CA 90017
Tel 213.550.4000
Fax 213.550.4010

**Rev 973's Seventh Amended Complaint**

## XVII.

## JURY TRIAL DEMAND RE ARRANGER/GENERATOR/TRANSPORTER DEFENDANTS

1441. Rev 973 demands a jury trial on all claims for relief that Rev 973 alleges in this Seventh Amended Complaint against the Arranger/Generator/Transporter Defendants that are so triable.

*   *   *

Dated:  2014-02-07                              Respectfully submitted,

                                                FRANKLIN R. FRALEY, JR.
                                                Fraley & Associates

                                                By:  /s/
                                                    Franklin R. Fraley, Jr.
                                                Attorneys for Plaintiff and Counter-Defendant REV 973, LLC, and Third-Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE

Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA 90017
Tel  213.550.4000
Fax  213.550.4010

-293-

REV 973'S SEVENTH AMENDED COMPLAINT