EXHIBIT 2

FRANKLIN R. FRALEY, JR.--SBN 151879
Attorney at Law
31st Flr.
555 W. 5th St.
Los Angeles CA 90013
Tel 213/996-8366
Fax 213/996-8367

Attorney for Plaintiff
and Counter-Defendant
REV 973, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MOUREN-LAURENS, an individual, et al.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY ACTIONS. | **CASE NO. CV 98-10690 AHM(AIJx)**<br><br>**SIXTY-DAY NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO THE RESOURCE CONSERVATION AND RECOVERY ACT**<br><br>DISCOVERY CUTOFF:<br>　　Vacated<br>EXPERT DISCOVERY CUTOFF:<br>　　Vacated<br>DISCOVERY MOTION CUTOFF:<br>　　Not Set<br>EXPERT DISCOVERY MOTION CUTOFF:<br>　　Not Set<br>TRIAL DATE:<br>　　Not Set |

ORIGINAL

REV 021554

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
298

TO:   ALL DEFENDANTS (See attached Service List):

I.

**NOTICE INTENT TO SUE**

Rev 973, LLC, a limited liability company organized and existing under the laws of the State of California ("Rev 973"), through Rev 973's attorney of record identified above, hereby gives sixty days' advance notice pursuant to the Resource Conservation and Recovery Act of 1976, as further amended by the Hazardous and Solid Waste Amendments of 1984 ("RCRA"), section 7002(b)(1), 42 U.S.C. § 6972(b)(1), that Rev 973 intends to seek leave of the Court in this action to file the Fifth Amended Complaint by Rev 973, LLC, to, among other things, allege a claim for relief against:

1.   Roy Leach, an individual;
2.   Patricia Leach, an individual;
3.   Leach Oil Company, a California corporation; and
4.   Leach Property Management, a California general partnership

(1 through 4, collectively, the "Leach Defendants") pursuant to RCRA section 7002(a)(1)(A), 42 U.S.C. § 6972(a)(1)(A), seeking injunctive relief for violating the standards, regulations, conditions, requirements, and/or prohibitions set forth in RCRA, subchapters IX and III, as well as the federal and state regulations promulgated under RCRA, relating to the installation, operation, maintenance, and closure of underground storage tanks ("USTs").

This action is, among other things, a cost recovery action in which Rev 973 seeks, among other things, response costs, a clean-up

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

-1-

REV 021555

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
299

order, declaratory relief, and related damages (including attorneys' fees, expenses, and costs) in accord with federal and state statutory and common laws. Rev 973's Fifth Amended Complaint includes, but is not limited to, claims for relief pursuant to:

1. Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") (cost recovery, contribution and declaratory relief);

2. Resource Conservation and Recovery Act ("RCRA") (restitution and injunctive relief);

3. Oil Pollution Act (cost recovery);

4. California Porter-Cologne Water Quality Control Act (indemnity);

5. Safe Drinking Water and Toxic Enforcement Act (civil penalties and injunctive relief);

6. Hazardous Substances Account Act (indemnity or contribution); and

7. California Unfair Practices Act (injunction and restitution).

## II.

### DESCRIPTION OF BASIS FOR CLAIMS

Rev 973 is informed and believes that:

1. From in or about 1955 until in or about 1960, John Mouren-Laurens, Mireille Mouren-Laurens, Mouren-Laurens Oil Company, John Mouren-Laurens as the personal representative of the Estate of Joseph Mouren-Laurens, Sr., and Emma Mouren-Laurens (the "Mouren-Laurens Defendants") and/or the predecessors of the Mouren-Laurens Defendants owned, constructed improvements on, and/or operated a business on 625 E. Compton Blvd., Los Angeles CA,

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021556

-2-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
300

and/or 15006 S. Avalon Blvd., Gardena CA 90248 (the "Leach Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

2. From in or about 1955 until in or about 1998, the Mouren-Laurens Defendants and/or the predecessors of the Mouren-Laurens Defendants also owned, constructed improvements on, and/or operated a business on 641, 705, 715, and 719 E. Compton Blvd., Los Angeles CA (the "Mouren-Laurens Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

3. From in or about 1960 through the present, the Leach Defendants owned, constructed improvements on, and operated a business on the Leach Site and engaged in recycling, refining, and/or blending used oil.

4. On or about 10 February 1998, Rev 973 acquired all right, title, and interest to the Mouren-Laurens Site pursuant to a trustee's deed upon sale after a duly noticed non-judicial foreclosure sale.

5. From in or about 1960 until the present, the Leach Defendants contaminated and polluted the structures, soil, subsoil, surface water, groundwater on, under, from, and in the vicinity of the Mouren-Laurens Site and the Leach Site through their acts and/or omissions in handling, using, storing, disposing of, and/or releasing hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

6. Among other things, the Leach Defendants generated hazardous substances, hazardous wastes, petroleum-related products,

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021557

-3-

REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT

Exhibit 2
301

petroleum products, and petroleum residues within the meaning of RCRA § 1004(5), 42 U.S.C. § 6903(5), as part of the Leach Defendants' used oil recycling, refining, and/or blending operations.

7. Because the Leach Defendants failed to exercise their authority and ability to remove these substances on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues were released and abandoned on, under, from, and/or in the vicinity of, the Leach Site, migrated to the Mouren-Laurens Site, and/or were released and abandoned directly on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

8. Soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site were contaminated when:

    a. Leach Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, malfunctioned;

    b. Leach Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, leaked;

    c. Leach Defendants deposited, released, and/or placed hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site.

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021558

-4-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
302

8. In addition, sometime after 1960, the Leach Defendants installed, operated, and maintained a UST, commonly referred to as "the light ends pond," on/under the Leach Site. From the Leach Defendants' initial installation of the UST until the present, the UST contained or contains hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues. Significantly, sometime during the 1980s the Leach Defendants drained and cleaned the UST and discovered a two foot long crack in the cement side-wall of the UST.

9. The Leach Defendants have violated and continue to violate standards, regulations, conditions, requirements, and/or prohibitions relating to the installation, operation, maintenance, and closure of USTs as set forth in RCRA, including subchapters III and IX, and the federal and state regulations promulgated under RCRA, by, among other things:

    a. failing to notify federal and/or state officials of the existence of the UST;

    b. failing to register the UST;

    c. failing to obtain a permit for the UST;

    d. failing to take corrective action with respect to releases and ongoing releases from the UST; and

    e. failing to comply with requirements for closing USTs.

10. The hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues released by the Leach Defendants on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site pose significant health risks to humans and other animals.

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021559

-5-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
303

11. As a consequence of the Leach Defendants' acts and/or omissions relating to the UST, hazardous substances and/or hazardous wastes were released and abandoned on, under, from, and/or in the vicinity of, the Leach Site, migrated to the Mouren-Laurens Site, and/or were released and abandoned directly on the Mouren-Laurens Site. These hazardous substances and/or hazardous wastes pose significant health risks to humans and other animals.

12. As a direct and proximate result of the acts and/or omissions of the Leach Defendants, the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site is contaminated with hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues, including, but not limited to, the following contaminants, which can be found on, under, from, and in the vicinity of the Mouren-Laurens Site: TRPH, benzene, nPropylbenzene,1,3,5-Trimethylbenzene, 1,2,4-Trimethylbenzene, Sec-Butylbenzene,1,2-Dichlorobenzene, n-Butylbenzene, Isopropylbenzene, Ethylbenzene, tert-Butylbenzene, Chlorobenzene, Toluene, P-Isopropyltoluene, Total Xylenes, o-Xylene, m/p-Xylene, Trichloroethene (TCE), Tetrachloroethene (PCE), Naphthalene, 4-Methyl-2-Pentanone, Methylene Chloride, cis-1-2 Dichloroethene, 1,2-Dichloroethane, 1,1-Dichloroethene, 1,1-Dichloroethane, Acetone, 2-Butanone, 2-Hexanone, cis (2-ethylhexyl) phthalate, di-n-Butyl phthalate, 2,4-Dimethylphenol, 2-Methylnaphthalene, 2-Methylphenol, 4-Methylphenol, 3-Methylphenol, Phenol, 4,4-DDD, 4,4-DDE, 4,4-DDT, Aroclor 1254 (PCB), Aroclor 1260 (PCB), Arsenic, Chromium, Lead.

///

F.R. Fraley, Jr.
31st Flr.
555 W. 5th St.
Los Angeles CA 90013
Tel 213/ 996-8366
Fax 213/996-8367

REV 021560

-6-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
304

13. In 1987, the Los Angeles Regional Water Quality Control Board ("RQWCB") issued Clean-up and Abatement Order No. 87-147 for the Mouren-Laurens Site. The RQWCB is the lead agency providing oversight for the Mouren-Laurens Site.

## III.

### REMEDIAL INVESTIGATION AND ACTION/REMEDIES SOUGHT

Rev 973 has initiated an investigation and analysis of the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and the Leach Site to assess the extent and magnitude of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site. Rev 973 has completed a preliminary assessment of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and intends to proceed with further investigation, a remediation feasibility study, public comment, and a remedial action plan for the Mouren-Laurens Site—all consistent with the National Contingency Plan and as otherwise authorized by federal and state law.

As a result of the environmental contamination on, under, from, and in the vicinity of, the Mouren-Laurens and/or the Leach Site, Rev 973 has incurred and will continue to incur costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

///
///
///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021561

-7-

REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT

Exhibit 2
305

```
 1      Rev 973 will seek all available remedies, including, but not
 2 limited to, restitution and injunctive relief, against each of the
 3 Leach Defendants, jointly and severally.
 4 Dated: 18 March 2002              FRANKLIN R. FRALEY, JR.
                                     Attorney at Law
 5
 6
                                     _____
 7                                   Franklin R. Fraley, Jr.
                                     Attorney for Plaintiff and
 8                                   Counter-Defendant
                                     REV 973, LLC
 9
10
...
28
```

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021562

-8-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
306

**PROOF OF SERVICE BY MAIL**

I am over the age of eighteen and not a party to this action. I am a citizen of the United States and a resident of the County of Los Angeles, State of California. I am employed in the County of Los Angeles, State of California; my business address is: Franklin R. Fraley, Jr., Attorney at Law, 31st Flr., 555 W. 5th St., Los Angeles CA 90013.

On 18 March 2002, I served a copy of the document described as **SIXTY-DAY NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO THE RESOURCE CONSERVATION AND RECOVERY ACT** on the parties to this action by placing true copies of that document in envelopes addressed as follows:

> Carmen Trutanich, Esq.
> Victor J. Otten, Esq.
> Trutanich • Michel, LLP
> Port of Los Angeles
> 407 N. Harbor Blvd.
> San Pedro CA 90731
> Telecopier Number: 310/548-4813
>
> Attorneys for Defendants, Cross-Claimants, and Third-Party Plaintiffs
> John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co.
>
> A. James Artiano, Esq.
> Jane M. Braugh, Esq.
> Artiano, Guzman & Toomey, L.L.P.
> Ste. 102
> 3828 Carson St.
> Torrance CA 90503-6706
> Telecopier: 310/543-9850
>
> Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff
>
> Estate of Joseph Mouren-Laurens, Sr.

///
///
///

REV 021563

-9-

F.R. FRALEY, JR.
31st FLR.
555 W. 5th ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
307

```
 1          Timothy C. Cronin, Esq.
            David J. Goguen, Esq.
 2          The Law Offices of Timothy C. Cronin
            2nd Flr.
 3          809 Montgomery St.
            San Francisco CA  94133
 4          Telecopier:  415/951-0167

 5          Attorneys for Defendant, Counter-Claimant, Cross-
            Claimant, and Third-Party Plaintiff
 6          Emma Mouren-Laurens

 7          Stephen M. Nichols, Esq.
            Deidre F. Cohen, Esq.
 8          Walsworth, Franklin, Bevins & McCall
            5th Flr.
 9          1 City Blvd. W.
            Orange CA  92868-3604
10          Telecopier:  714/634-0686

11          Attorneys for Defendants and Cross-Defendants
            Leach Oil Company, Leach Property Management, Roy
12          Leach, and Patricia Leach

13          Pal Lengyel-Leahu, Esq.
            Ste. 100
14          5140 Birch St.
            Newport Beach CA  92660
15          Telecopier:  949/752-7967

16          Attorney for Third-Party Defendant
            Narco Corporation
17
18  with copies to:

19          Christie Todd Whitman
            Administrator
20          United States Environmental Protection Agency
            401 M Street, SW
21          Washington DC  20460

22          Wayne Nastri
            Regional Administrator
23          Region IX, US Environmental Protection Agency
            75 Hawthorne Street
24          San Francisco CA  94105

25          Edwin F. Lowry, Director
            Department of Toxic Substance Control
26          1001 I Street
            PO Box 806
27          Sacramento CA  95812-0806
28
```

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021564

-10-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
308

1    I sealed the envelopes and deposited the envelopes with the
2 United States Postal Service, with first class postage fully
3 prepaid, on that date in Los Angeles, California.
4    I am executing this Proof of Service by Mail on 18 March
5 2002 in Los Angeles, California.
6    I declare under penalty of perjury under the laws of the
7 United States of America that the facts stated in this Proof of
8 Service by Mail are true.

                                        /s/ Franklin R. Fraley, Jr.
                                        Franklin R. Fraley, Jr.

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021565

-11-

**REV 973'S SIXTY-DAY RCRA NOTICE OF SUIT**

Exhibit 2
309