EXHIBIT 3

```
1   FRANKLIN R. FRALEY, JR.--SBN 151879
    Attorney at Law
2   31st Flr.
    555 W. 5th St.
3   Los Angeles CA  90013
    Tel  213/996-8366
4   Fax  213/996-8367

5   Attorney for Plaintiff
    and Counter-Defendant
6   REV 973, LLC

7

8                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  REV  973,  LLC,  a  California)  CASE NO. CV 98-10690 AHM(AIJx)
    limited liability company,    )
12                                 )  NINETY-DAY  NOTICE  BY  REV  973,
              Plaintiff,           )  LLC,  OF  INTENT  TO  FILE  SUIT
13                                 )  PURSUANT   TO   THE   RESOURCE
         v.                        )  CONSERVATION AND RECOVERY ACT
14                                 )
                                   )  DISCOVERY CUTOFF:
15  JOHN    MOUREN-LAURENS,     an)          Vacated
    individual, et al.             )  EXPERT DISCOVERY CUTOFF:
16                                 )          Vacated
              Defendants.          )  DISCOVERY MOTION CUTOFF:
17  _____)          Not Set
                                   )  EXPERT DISCOVERY
18  AND  RELATED  COUNTER-, CROSS-,)  MOTION CUTOFF:
    AND THIRD-PARTY ACTIONS.       )          Not Set
19  _____)
                                      TRIAL DATE:
20                                            Not Set
```

ORIGINAL

REV 021533

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
310

TO: ALL DEFENDANTS (See attached Service List):

I.

**NOTICE INTENT TO SUE**

Rev 973, LLC, a limited liability company organized and existing under the laws of the State of California ("Rev 973"), through Rev 973's attorney of record identified above, hereby gives ninety days' advance notice pursuant to the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act of 1976, as further amended by the Hazardous and Solid Waste Amendments of 1984 ("RCRA"), section 7002 (b)(2)(A), 42 U.S.C. § 6972(b)(2)(A), that Rev 973 intends to seek leave of the Court in this action to file the Fifth Amended Complaint by Rev 973, LLC, to, among other things, allege two claims for relief against:

1. John Mouren-Laurens, an individual;
2. Mireille Mouren-Laurens, an individual;
3. Mouren-Laurens Oil Company, a California corporation;
4. John Mouren-Laurens, as the personal representative of the Estate of Joseph Mouren-Laurens, Sr.;
5. Emma Mouren-Laurens, an individual;
6. Roy Leach, an individual;
7. Patricia Leach, an individual;
8. Leach Oil Company, a California corporation; and
9. Leach Property Management, a California general partnership

(1 through 5, collectively, the "Mouren-Laurens Defendants"; 6 through 9, collectively, the "Leach Defendants"; 1 through 9, collectively, the "Defendants") pursuant to RCRA § 7002(a)(1)(B),

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

-1-

REV 021534

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
311

42 U.S.C. § 6972(a)(1)(B), seeking restitution and injunctive relief.

This action is, among other things, a cost recovery action in which Rev 973 seeks, among other things, response costs, a clean-up order, declaratory relief, and related damages (including attorneys' fees, expenses, and costs) in accord with federal and state statutory and common laws. Rev 973's Fifth Amended Complaint includes, but is not limited to, claims for relief pursuant to:

1. Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") (cost recovery, contribution and declaratory relief);

2. Resource Conservation and Recovery Act ("RCRA") (restitution and injunctive relief);

3. Oil Pollution Act (cost recovery);

4. California Porter-Cologne Water Quality Control Act (indemnity);

5. Safe Drinking Water and Toxic Enforcement Act (civil penalties and injunctive relief);

6. Hazardous Substances Account Act (indemnity or contribution); and

7. California Unfair Practices Act (injunction and restitution).

## II.

### DESCRIPTION OF BASIS FOR CLAIMS

Rev 973 is informed and believes that:

1. From in or about 1955 until in or about 1960, the Mouren-Laurens Defendants and/or the predecessors of the Mouren-Laurens Defendants owned, constructed improvements on,

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST
LOS ANGELES CA 90013
TEL 213/996-8366
FAX 213/996-8367

-2-

REV 021535

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
312

1. and/or operated a business on 625 E. Compton Blvd., Los Angeles CA, and/or 15006 S. Avalon Blvd., Gardena CA 90248 (the "Leach Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

2. From in or about 1955 until in or about 1998, the Mouren-Laurens Defendants and/or the predecessors of the Mouren-Laurens Defendants also owned, constructed improvements on, and/or operated a business on 641, 705, 715, and 719 E. Compton Blvd., Los Angeles CA (the "Mouren-Laurens Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

3. From in or about 1960 through the present, the Leach Defendants owned, constructed improvements on, and operated a business on the Leach Site and engaged in recycling, refining, and/or blending used oil.

4. On or about 10 February 1998, Rev 973 acquired all right, title, and interest to the Mouren-Laurens Site pursuant to a trustee's deed upon sale after a duly noticed non-judicial foreclosure sale.

5. From in or about 1955 until the present, the Defendants contaminated and polluted the structures, soil, subsoil, surface water, groundwater on, under, from, and in the vicinity of the Mouren-Laurens Site and the Leach Site through their acts and/or omissions in handling, using, storing, disposing of, and/or releasing hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021536

6. Among other things, the Defendants generated hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues within the meaning of RCRA § 1004(5), 42 U.S.C. § 6903(5), as part of the Defendants' used oil recycling, refining, and/or blending operations.

7. Because the Defendants failed to exercise their authority and ability to remove these substances on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues were released and abandoned on the Leach Site, migrated to the Mouren-Laurens Site, and/or were released and abandoned directly on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

8. Soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site were contaminated when:

    a. Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, malfunctioned;

    b. Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, leaked;

    c. Defendants deposited, released, and/or placed hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site.

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021537

-4-

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
314

1    8. The hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues released by the Defendants on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site pose significant health risks to humans and other animals.

9. As a direct and proximate result of the acts and/or omissions of the Defendants, the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site is contaminated with hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues, including, but not limited to, the following contaminants, which can be found on, under, from, and in the vicinity of the Mouren-Laurens Site: TRPH, benzene, nPropylbenzene, 1,3,5-Trimethylbenzene, 1,2,4-Trimethylbenzene, Sec-Butylbenzene, 1,2-Dichlorobenzene, n-Butylbenzene, Isopropylbenzene, Ethylbenzene, tert-Butylbenzene, Chlorobenzene, Toluene, P-Isopropyltoluene, Total Xylenes, o-Xylene, m/p-Xylene, Trichloroethene (TCE), Tetrachloroethene (PCE), Naphthalene, 4-Methyl-2-Pentanone, Methylene Chloride, cis-1-2 Dichloroethene, 1,2-Dichloroethane, 1,1-Dichloroethene, 1,1-Dichloroethane, Acetone, 2-Butanone, 2-Hexanone, cis (2-ethylhexyl) phthalate, di-n-Butyl phthalate, 2,4-Dimethylphenol, 2-Methylnaphthalene, 2-Methylphenol, 4-Methylphenol, 3-Methylphenol, Phenol, 4,4-DDD, 4,4-DDE, 4,4-DDT, Aroclor 1254 (PCB), Aroclor 1260 (PCB), Arsenic, Chromium, Lead.

10. In 1987, the Los Angeles Regional Water Quality Control Board ("RQWCB") issued Clean-up and Abatement Order No. 87-147 for

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021538

-5-

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
315

1 the Mouren-Laurens Site. The RQWCB is the lead agency providing
2 oversight for the Mouren-Laurens Site.

### III.

### REMEDIAL INVESTIGATION AND ACTION/REMEDIES SOUGHT

Rev 973 has initiated an investigation and analysis of the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and the Leach Site to assess the extent and magnitude of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site. Rev 973 has completed a preliminary assessment of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and intends to proceed with further investigation, a remediation feasibility study, public comment, and a remedial action plan for the Mouren-Laurens Site—all consistent with the National Contingency Plan and as otherwise authorized by federal and state law.

As a result of the environmental contamination on, under, from, and in the vicinity of, the Mouren-Laurens and/or the Leach Site, Rev 973 has incurred and will continue to incur costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

///
///
///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021539

-6-

REV 973'S NINETY-DAY RCRA NOTICE OF SUIT

Exhibit 3
316

Rev 973 will seek all available remedies, including, but not limited to, restitution and injunctive relief, against each of the Defendants, jointly and severally.

Dated: 18 March 2002

FRANKLIN R. FRALEY, JR.
Attorney at Law

*[signature]*

Franklin R. Fraley, Jr.
Attorney for Plaintiff and
Counter-Defendant
REV 973, LLC

F.R. Fraley, Jr.
31ST FLR.
555 W. 5TH ST.
Los Angeles CA 90013
Tel 213/ 996-8366
Fax 213/996-8367

REV 021540

-7-

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
317

**PROOF OF SERVICE BY MAIL**

1    I am over the age of eighteen and not a party to this action. I am a citizen of the United States and a resident of the County of Los Angeles, State of California. I am employed in the County of Los Angeles, State of California; my business address is: Franklin R. Fraley, Jr., Attorney at Law, 31st Flr., 555 W. 5th St., Los Angeles CA 90013.

   On 18 March 2002, I served a copy of the document described as **NINETY-DAY NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO THE RESOURCE CONSERVATION AND RECOVERY ACT** on the parties to this action by placing true copies of that document in envelopes addressed as follows:

       Carmen Trutanich, Esq.
       Victor J. Otten, Esq.
       Trutanich • Michel, LLP
       Port of Los Angeles
       407 N. Harbor Blvd.
       San Pedro CA 90731
       Telecopier Number: 310/548-4813

       Attorneys for Defendants, Cross-Claimants, and Third-Party Plaintiffs
       John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co.

       A. James Artiano, Esq.
       Jane M. Braugh, Esq.
       Artiano, Guzman & Toomey, L.L.P.
       Ste. 102
       3828 Carson St.
       Torrance CA 90503-6706
       Telecopier: 310/543-9850

       Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff

       Estate of Joseph Mouren-Laurens, Sr.

///
///
///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021541

-8-

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
318

```
 1          Timothy C. Cronin, Esq.
            David J. Goguen, Esq.
 2          The Law Offices of Timothy C. Cronin
            2nd Flr.
 3          809 Montgomery St.
            San Francisco CA  94133
 4          Telecopier:  415/951-0167

 5          Attorneys for Defendant, Counter-Claimant, Cross-
            Claimant, and Third-Party Plaintiff
 6          Emma Mouren-Laurens

 7          Stephen M. Nichols, Esq.
            Deidre F. Cohen, Esq.
 8          Walsworth, Franklin, Bevins & McCall
            5th Flr.
 9          1 City Blvd. W.
            Orange CA  92868-3604
10          Telecopier:  714/634-0686

11          Attorneys for Defendants and Cross-Defendants
            Leach Oil Company, Leach Property Management, Roy
12          Leach, and Patricia Leach

13          Pal Lengyel-Leahu, Esq.
            Ste. 100
14          5140 Birch St.
            Newport Beach CA  92660
15          Telecopier:  949/752-7967

16          Attorney for Third-Party Defendant
            Narco Corporation
17

18  with copies to:

19          Christie Todd Whitman
            Administrator
20          United States Environmental Protection Agency
            401 M Street, SW
21          Washington DC  20460

22          Wayne Nastri
            Regional Administrator
23          Region IX, US Environmental Protection Agency
            75 Hawthorne Street
24          San Francisco CA  94105

25          Edwin F. Lowry, Director
            Department of Toxic Substance Control
26          1001 I Street
            PO Box 806
27          Sacramento CA  95812-0806

28
```

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021542

-9-

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
319

1  I sealed the envelopes and deposited the envelopes with the
2  United States Postal Service, with first class postage fully
3  prepaid, on that date in Los Angeles, California.
4  I am executing this Proof of Service by Mail on 18 March
5  2002 in Los Angeles, California.
6  I declare under penalty of perjury under the laws of the
7  United States of America that the facts stated in this Proof of
8  Service by Mail are true.

                                                */s/ Franklin R. Fraley, Jr.*
                                                Franklin R. Fraley, Jr.

F.R. Fraley, Jr.
31st Flr.
555 W. 5th St.
Los Angeles CA 90013
Tel. 213/ 996-8366
Fax  213/ 996-8367

REV 021543

**REV 973'S NINETY-DAY RCRA NOTICE OF SUIT**

Exhibit 3
320