EXHIBIT 4

```
 1  FRANKLIN R. FRALEY, JR.--SBN 151879
    Attorney at Law
 2  31st Flr.
    555 W. 5th St.
 3  Los Angeles CA  90013
    Tel  213/996-8366
 4  Fax  213/996-8367

 5  Attorney for Plaintiff
    and Counter-Defendant
 6  REV 973, LLC

 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MOUREN-LAURENS, an individual, et al.<br><br>    Defendants.<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY ACTIONS. | **CASE NO. CV 98-10690 AHM(AIJx)**<br><br>**NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO THE HAZARDOUS SUBSTANCE ACCOUNT ACT**<br><br>DISCOVERY CUTOFF:<br>    Vacated<br>EXPERT DISCOVERY CUTOFF:<br>    Vacated<br>DISCOVERY MOTION CUTOFF:<br>    Not Set<br>EXPERT DISCOVERY MOTION CUTOFF:<br>    Not Set<br>TRIAL DATE:<br>    Not Set |

**ORIGINAL**

REV 021544

---

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
321

TO: ALL DEFENDANTS (See attached Service List):

I.

**NOTICE INTENT TO SUE**

Rev 973, LLC, a limited liability company organized and existing under the laws of the State of California ("Rev 973"), through Rev 973's attorney of record identified above, hereby gives notice pursuant to the Hazardous Substance Account Act ("HSAA"), California Health and Safety Code section 25363(e), that Rev 973 intends to seek leave of the Court in this action to file the Fifth Amended Complaint by Rev 973, LLC, to, among other things, allege a claim for relief against:

1. John Mouren-Laurens, an individual;
2. Mireille Mouren-Laurens, an individual;
3. Mouren-Laurens Oil Company, a California corporation;
4. John Mouren-Laurens, as the personal representative of the Estate of Joseph Mouren-Laurens, Sr.;
5. Emma Mouren-Laurens, an individual;
6. Roy Leach, an individual;
7. Patricia Leach, an individual;
8. Leach Oil Company, a California corporation; and
9. Leach Property Management, a California general partnership

(1 through 5, collectively, the "Mouren-Laurens Defendants"; 6 through 9, collectively, the "Leach Defendants"; 1 through 9, collectively, the "Defendants") pursuant to the HSAA, California Health and Safety Code section 25363.

This action is, among other things, a cost recovery action in which Rev 973 seeks, among other things, response costs, a clean-up

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021545

-1-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
322

order, declaratory relief, and related damages (including attorneys' fees, expenses, and costs) in accord with federal and state statutory and common laws. Rev 973's Fifth Amended Complaint includes, but is not limited to, claims for relief pursuant to:

    1.    Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") (cost recovery, contribution and declaratory relief);

    2.    Resource Conservation and Recovery Act ("RCRA") (restitution and injunctive relief);

    3.    Oil Pollution Act (cost recovery);

    4.    California Porter-Cologne Water Quality Control Act (indemnity);

    5.    Safe Drinking Water and Toxic Enforcement Act (civil penalties and injunctive relief);

    6.    Hazardous Substances Account Act (indemnity or contribution); and

    7.    California Unfair Practices Act (injunction and restitution).

## II.

## DESCRIPTION OF BASIS FOR CLAIMS

Rev 973 is informed and believes that:

1. From in or about 1955 until in or about 1960, the Mouren-Laurens Defendants and/or the predecessors of the Mouren-Laurens Defendants owned, constructed improvements on, and/or operated a business on 625 E. Compton Blvd., Los Angeles CA, and/or 15006 S. Avalon Blvd., Gardena CA 90248 (the "Leach Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021546

-2-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
323

2. From in or about 1955 until in or about 1998, the Mouren-Laurens Defendants and/or the predecessors of the Mouren-Laurens Defendants also owned, constructed improvements on, and/or operated a business on 641, 705, 715, and 719 E. Compton Blvd., Los Angeles CA (the "Mouren-Laurens Site"), and engaged in, among other things, recycling, refining, and/or blending used oil.

3. From in or about 1960 through the present, the Leach Defendants owned, constructed improvements on, and operated a business on the Leach Site and engaged in recycling, refining, and/or blending used oil.

4. On or about 10 February 1998, Rev 973 acquired all right, title, and interest to the Mouren-Laurens Site pursuant to a trustee's deed upon sale after a duly noticed non-judicial foreclosure sale.

5. From in or about 1955 until the present, the Defendants contaminated and polluted the structures, soil, subsoil, surface water, groundwater on, under, from, and in the vicinity of the Mouren-Laurens Site and the Leach Site through their acts and/or omissions in handling, using, storing, disposing of, and/or releasing hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.

6. Among other things, the Defendants generated hazardous substances, within the meaning of HSAA, California Health and Safety Code section 25316, as part of the Defendants' used oil recycling, refining, and/or blending operations.

///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021547

-3-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
324

7. Because the Defendants failed to exercise their authority and ability to remove these substances on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site, hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues were released and abandoned on, under, from, and/or in the vicinity of, the Leach Site, migrated to the Mouren-Laurens Site, and/or were released and abandoned directly on, under, from, and/or in the vicinity of, the Mouren-Laurens Site.

8. Soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site were contaminated when:

    a. Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, malfunctioned;

    b. Defendants' facilities, including, but not limited to, holding tanks, pipelines, storage drums, and or vehicles, leaked;

    c. Defendants deposited, released, and/or placed hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum residues on, under, from, and/or in the vicinity of, the Leach Site and/or the Mouren-Laurens Site.

8. As a direct and proximate result of the acts and/or omissions of the Defendants, the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site is contaminated with hazardous substances, hazardous wastes, petroleum-related products, petroleum products, and petroleum

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021548

-4-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
325

residues, including, but not limited to, the following contaminants, which can be found on, under, and in the vicinity of the Mouren-Laurens Site: TRPH, benzene, nPropylbenzene,1,3,5-Trimethylbenzene, 1,2,4-Trimethylbenzene, Sec-Butylbenzene,1,2-Dichlorobenzene, n-Butylbenzene, Isopropylbenzene, Ethylbenzene, tert-Butylbenzene, Chlorobenzene, Toluene, P-Isopropyltoluene, Total Xylenes, o-Xylene, m/p-Xylene, Trichloroethene (TCE), Tetrachloroethene (PCE), Naphthalene, 4-Methyl-2-Pentanone, Methylene Chloride, cis-1-2 Dichloroethene, 1,2-Dichloroethane, 1,1-Dichloroethene, 1,1-Dichloroethane, Acetone, 2-Butanone, 2-Hexanone, cis (2-ethylhexyl) phthalate, di-n-Butyl phthalate, 2,4-Dimethylphenol, 2-Methylnaphthalene, 2-Methylphenol, 4-Methylphenol, 3-Methylphenol, Phenol, 4,4-DDD, 4,4-DDE, 4,4-DDT, Aroclor 1254 (PCB), Aroclor 1260 (PCB), Arsenic, Chromium, Lead.

9. In 1987, the Los Angeles Regional Water Quality Control Board ("RQWCB") issued Clean-up and Abatement Order No. 87-147 for the Mouren-Laurens Site. The RQWCB is the lead agency providing oversight for the Mouren-Laurens Site.

## III.

### REMEDIAL INVESTIGATION AND ACTION/REMEDIES SOUGHT

Rev 973 has initiated an investigation and analysis of the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and the Leach Site to assess the extent and magnitude of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site. Rev 973 has completed a preliminary assessment of the environmental contamination on, under, from, and/or in the vicinity

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

-5-

REV 021549

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
326

1 of, the Mouren-Laurens Site and intends to proceed with further
2 investigation, a remediation feasibility study, public comment, and
3 a remedial action plan for the Mouren-Laurens Site—all consistent
4 with the National Contingency Plan and as otherwise authorized by
5 federal and state law.

6 As a result of the environmental contamination on, under,
7 from, and in the vicinity of, the Mouren-Laurens and/or the Leach
8 Site, Rev 973 has incurred and will continue to incur "Remedial
9 Action" and "Removal Action" costs as those terms are defined in
10 HSAA, California Health and Safety Code sections 25322 and 25323,
11 which include, but are not limited to, costs to investigate,
12 identify, assess, monitor, remove, remediate, and otherwise rectify
13 the environmental contamination on, under, from, and/or in the
14 vicinity of, the Mouren-Laurens Site and/or the Leach Site.

15 Rev 973 will seek all available remedies, including, but not
16 limited to, restitution and injunctive relief, against each of the
17 Defendants, jointly and severally.

18 Dated: 18 March 2002      FRANKLIN R. FRALEY, JR.
                                       Attorney at Law

                                       Franklin R. Fraley, Jr.
                                       Attorney for Plaintiff and
                                       Counter-Defendant
                                       REV 973, LLC

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021550

-6-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
327

**PROOF OF SERVICE BY MAIL**

I am over the age of eighteen and not a party to this action. I am a citizen of the United States and a resident of the County of Los Angeles, State of California. I am employed in the County of Los Angeles, State of California; my business address is: Franklin R. Fraley, Jr., Attorney at Law, 31st Flr., 555 W. 5th St., Los Angeles CA 90013.

On 18 March 2002, I served a copy of the document described as **NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO THE HAZARDOUS SUBSTANCE ACCOUNT ACT** on the parties to this action by placing true copies of that document in envelopes addressed as follows:

> Carmen Trutanich, Esq.
> Victor J. Otten, Esq.
> Trutanich • Michel, LLP
> Port of Los Angeles
> 407 N. Harbor Blvd.
> San Pedro CA 90731
> Telecopier Number: 310/548-4813
>
> Attorneys for Defendants, Cross-Claimants, and Third-Party Plaintiffs
> John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co.
>
> A. James Artiano, Esq.
> Jane M. Braugh, Esq.
> Artiano, Guzman & Toomey, L.L.P.
> Ste. 102
> 3828 Carson St.
> Torrance CA 90503-6706
> Telecopier: 310/543-9850
>
> Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff
>
> Estate of Joseph Mouren-Laurens, Sr.

///
///
///

REV 021551

-7-

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

F.R. Fraley, Jr.
31st Flr.
555 W. 5th St.
Los Angeles CA 90013
Tel 213/ 996-8366
Fax 213/996-8367

Exhibit 4
328

```
 1          Timothy C. Cronin, Esq.
            David J. Goguen, Esq.
 2          The Law Offices of Timothy C. Cronin
            2nd Flr.
 3          809 Montgomery St.
            San Francisco CA  94133
 4          Telecopier:  415/951-0167

 5          Attorneys for Defendant, Counter-Claimant, Cross-
            Claimant, and Third-Party Plaintiff
 6          Emma Mouren-Laurens

 7          Stephen M. Nichols, Esq.
            Deidre F. Cohen, Esq.
 8          Walsworth, Franklin, Bevins & McCall
            5th Flr.
 9          1 City Blvd. W.
            Orange CA  92868-3604
10          Telecopier:  714/634-0686

11          Attorneys for Defendants and Cross-Defendants
            Leach Oil Company, Leach Property Management, Roy
12          Leach, and Patricia Leach

13          Pal Lengyel-Leahu, Esq.
            Ste. 100
14          5140 Birch St.
            Newport Beach CA  92660
15          Telecopier:  949/752-7967

16          Attorney for Third-Party Defendant
            Narco Corporation
17

18  with a copy to:

19          Edwin F. Lowry
            Director
20          Department of Toxic Substances Control
            1001 I St.
21          P.O. Box 806
            Sacramento CA  95812-0806
22  ///

23  ///

24  ///

25

26

27
28
```

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021552

-8-

REV 973'S NINETY-DAY HSAA NOTICE OF SUIT

Exhibit 4
329

1  I sealed the envelopes and deposited the envelopes with the
2  United States Postal Service, with first class postage fully
3  prepaid, on that date in Los Angeles, California.
4  I am executing this Proof of Service by Mail on 18 March
5  2002 in Los Angeles, California.
6  I declare under penalty of perjury under the laws of the
7  United States of America that the facts stated in this Proof of
8  Service by Mail are true.

_____
Franklin R. Fraley, Jr.

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021553

**REV 973'S NINETY-DAY HSAA NOTICE OF SUIT**

Exhibit 4
330