EXHIBIT 5

1  FRANKLIN R. FRALEY, JR.--SBN 151879
   Attorney at Law
2  31st Flr.
   555 W. 5th St.
3  Los Angeles CA  90013
   Tel  213/996-8366
4  Fax  213/996-8367

5  Attorney for Plaintiff
   and Counter-Defendant
6  REV 973, LLC

7

8                  UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  REV  973,  LLC,  a  California)  **CASE NO. CV 98-10690 AHM(AIJx)**
    limited liability company,   )
12                               )  **SIXTY-DAY NOTICE BY REV 973, LLC,**
               Plaintiff,        )  **OF INTENT TO FILE SUIT PURSUANT**
13                               )  **TO CALIFORNIA SAFE DRINKING WATER**
           v.                    )  **AND TOXIC ENFORCEMENT ACT OF 1986**
14                               )  **(PROPOSITION 65)**
                                 )
15  JOHN   MOUREN-LAURENS,   an)  DISCOVERY CUTOFF:
    individual, et al.           )              Vacated
16                               )  EXPERT DISCOVERY CUTOFF:
           Defendants.           )              Vacated
17  _____)  DISCOVERY MOTION CUTOFF:
                                 )              Not Set
18  AND  RELATED  COUNTER-,  CROSS-,)  EXPERT DISCOVERY
    AND THIRD-PARTY ACTIONS.     )  MOTION CUTOFF:
19  _____)              Not Set

20                                  TRIAL DATE:
                                                Not Set
21

22

23

24

25

26

27

28

F.R. FRALEY, JR.
31st FLR.
555 W. 5th ST.
LOS ANGELES CA  90013
TEL 213/ 996-8366
FAX  213/996-8367

ORIGINAL

REV 021566

_____

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
331

TO:  ALL DEFENDANTS (See attached Service List):

I.

**NOTICE INTENT TO SUE**

Rev 973, LLC, a limited liability company organized and existing under the laws of the State of California ("Rev 973"), through Rev 973's attorney of record identified above, hereby gives sixty days' advance notice pursuant to the Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65"), California Health and Safety Code section 25249.7(d), that Rev 973 intends to seek leave of the Court in this action to file the Fifth Amended Complaint by Rev 973, LLC, to, among other things, allege a claim for relief in the public interest against:

1.    Roy Leach, an individual;

2.    Patricia Leach, an individual;

3.    Leach Oil Company, a California corporation; and

4.    Leach Property Management, a California general partnership

(1 through 4, collectively, the "Leach Defendants") pursuant to RCRA section 7002(a)(1)(A),  42 U.S.C. § 6972(a)(1)(A), seeking injunctive relief for violating the standards, regulations, conditions, requirements, and/or prohibitions set forth in RCRA, subchapters IX and III, as well as the federal and state regulations promulgated under RCRA, relating to the installation, operation, maintenance, and closure of underground storage tanks ("USTs").

This action is, among other things, a cost recovery action in which Rev 973 seeks, among other things, response costs, a clean-up order, declaratory relief, and related damages (including

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL 213/ 996-8366
FAX  213/996-8367

-1-

REV 021567

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
332

attorneys' fees, expenses, and costs) in accord with federal and state statutory and common laws. Rev 973's Fifth Amended Complaint includes, but is not limited to, claims for relief pursuant to:

1. Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") (cost recovery, contribution and declaratory relief);

2. Resource Conservation and Recovery Act ("RCRA") (restitution and injunctive relief);

3. Oil Pollution Act (cost recovery);

4. California Porter-Cologne Water Quality Control Act (indemnity);

5. Safe Drinking Water and Toxic Enforcement Act (civil penalties and injunctive relief);

6. Hazardous Substances Account Act (indemnity or contribution); and

7. California Unfair Practices Act (injunction and restitution).

**II.**

**DESCRIPTION OF BASIS FOR CLAIMS**

Rev 973 is informed and believes that:

1. From in or about 1955 until in or about 1960, John Mouren-Laurens, Mireille Mouren-Laurens, Mouren-Laurens Oil Company, John Mouren-Laurens as the personal representative of the Estate of Joseph Mouren-Laurens, Sr., and Emma Mouren-Laurens (the "Mouren-Laurens Defendants") and/or the predecessors of the Mouren-Laurens Defendants owned, constructed improvements on, and/or operated a business on 625 E. Compton Blvd., Los Angeles CA, and/or 15006 S. Avalon Blvd., Gardena CA 90248 (the "Leach Site"),

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL  213/ 996-8366
FAX  213/996-8367

REV 021568

-2-

Exhibit 5
333

1  and engaged in, among other things, recycling, refining, and/or

2  blending used oil.

3      2.    From in or about 1955 until in or about 1998, the

4  Mouren-Laurens Defendants and/or the predecessors of the

5  Mouren-Laurens Defendants also owned, constructed improvements on,

6  and/or operated a business on 641, 705, 715, and 719 E. Compton

7  Blvd., Los Angeles CA (the "Mouren-Laurens Site"), and engaged in,

8  among other things, recycling, refining, and/or blending used oil.

9      3.    From in or about 1960 through the present, the Leach

10  Defendants owned, constructed improvements on, and operated a

11  business on the Leach Site and engaged in recycling, refining,

12  and/or blending used oil.

13      4.    On or about 10 February 1998, Rev 973 acquired all right,

14  title, and interest to the Mouren-Laurens Site pursuant to a

15  trustee's deed upon sale after a duly noticed non-judicial

16  foreclosure sale.

17      5.    From in or about 1960 until the present, the Leach

18  Defendants contaminated and polluted the structures, soil, subsoil,

19  surface water, groundwater on, under, and in the vicinity of the

20  Mouren-Laurens Site and the Leach Site through their acts and/or

21  omissions in handling, using, storing, disposing of, and/or

22  releasing hazardous substances, hazardous wastes, petroleum-related

23  products, petroleum products, and petroleum residues on, under,

24  from, and/or in the vicinity of, the Mouren-Laurens Site and/or the

25  Leach Site.

26      6.    Among other things, the Leach Defendants used and/or

27  generated chemical/s known to the State of California to cause

28  cancer or reproductive toxicity where such chemical/s will pass or

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021569

-3-

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
334

1  probably will pass into a source of drinking water as part of the

2  Leach Defendants' used oil recycling, refining, and/or blending

3  operations.

4     7.   Because the Leach Defendants failed to exercise their

5  authority and ability to remove these chemicals on, under, from,

6  and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach

7  Site, chemical/s known to the State of California to cause cancer

8  or reproductive toxicity were released and abandoned on, under,

9  from, and/or in the vicinity of, the Leach Site, migrated to the

10  Mouren-Laurens Site, and/or were released and abandoned directly

11  on, under, from, and/or in the vicinity of, the Mouren-Laurens Site

12  where such chemical/s will pass or probably will pass into a source

13  of drinking water.

14     8.   Soil and groundwater on, under, from, and/or in the

15  vicinity of, the Mouren-Laurens Site and/or the Leach Site were

16  contaminated when:

17          a.   Leach Defendants' facilities, including, but not

18       limited to, holding tanks, pipelines, storage drums, and or

19       vehicles, malfunctioned;

20          b.   Leach Defendants' facilities, including, but not

21       limited to, holding tanks, pipelines, storage drums, and or

22       vehicles, leaked;

23          c.   Leach Defendants deposited, released, and/or placed

24       hazardous substances, hazardous wastes, petroleum-related

25       products, petroleum products, and petroleum residues on,

26       under, from, and/or in the vicinity of, the Leach Site and/or

27       the Mouren-Laurens Site.

28  ///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL  213/ 996-8366
FAX  213/996-8367

REV 021570

-4-

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
335

8.   As a direct and proximate result of the acts and/or omissions of the Leach Defendants, the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site is contaminated with chemical/s known to the State of California to cause cancer or reproductive toxicity, including, but not limited to, the following contaminants, which can be found on, under, and in the vicinity of the Mouren-Laurens Site:   TRPH, benzene, nPropylbenzene,1,3,5-Trimethylbenzene,   1,2,4-Trimethylbenzene, Sec-Butylbenzene,1,2-Dichlorobenzene,   n-Butylbenzene, Isopropylbenzene, Ethylbenzene, tert-Butylbenzene, Chlorobenzene, Toluene, P-Isopropyltoluene, Total Xylenes, o-Xylene, m/p-Xylene, Trichloroethene   (TCE),   Tetrachloroethene   (PCE),   Naphthalene, 4-Methyl-2-Pentanone, Methylene Chloride, cis-1-2 Dichloroethene, 1,2-Dichloroethane,   1,1-Dichloroethene,   1,1-Dichloroethane, Acetone, 2-Butanone, 2-Hexanone, cis (2-ethylhexyl) phthalate, di-n-Butyl   phthalate,   2,4-Dimethylphenol,   2-Methylnaphthalene, 2-Methylphenol, 4-Methylphenol, 3-Methylphenol, Phenol, 4,4-DDD, 4,4-DDE, 4,4-DDT, Aroclor 1254 (PCB), Aroclor 1260 (PCB), Arsenic, Chromium, Lead.

9.   In 1987, the Los Angeles Regional Water Quality Control Board ("RQWCB") issued Clean-up and Abatement Order No. 87-147 for the Mouren-Laurens Site.   The RQWCB is the lead agency providing oversight for the Mouren-Laurens Site.

## III.

## REMEDIAL INVESTIGATION AND ACTION/REMEDIES SOUGHT

Rev 973 has initiated an investigation and analysis of the soil and groundwater on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and the Leach Site to assess the extent and

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA 90013
TEL 213/ 996-8366
FAX 213/996-8367

REV 021571

-5-

Exhibit 5
336

1  magnitude of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and/or the Leach Site.  Rev 973 has completed a preliminary assessment of the environmental contamination on, under, from, and/or in the vicinity of, the Mouren-Laurens Site and intends to proceed with further investigation, a remediation feasibility study, public comment, and a remedial action plan for the Mouren-Laurens Site—all consistent with the National Contingency Plan and as otherwise authorized by federal and state law.

As a result of the environmental contamination on, under, from, and in the vicinity of, the Mouren-Laurens and/or the Leach Site, Rev 973 has incurred and will continue to incur costs to investigate, identify, assess, monitor, remove, remediate, and otherwise rectify the environmental contamination on, under, and/or in the vicinity of, the Mouren-Laurens from, and/or the Leach Site.

Rev 973 will seek all available remedies, including, but not limited to, restitution and injunctive relief, against each of the Leach Defendants, jointly and severally.

Dated:  /8 March 2002          FRANKLIN R. FRALEY, JR.
                               Attorney at Law


                               _____
                               Franklin R. Fraley, Jr.
                               Attorney for Plaintiff and
                               Counter-Defendant
                               REV 973, LLC

F.R. FRALEY, JR.
31st FLR.
555 W. 5th ST.
LOS ANGELES CA  90013
TEL  213/ 996-8366
FAX  213/996-8367

REV 021572

-6-

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
337

<u>**PROOF OF SERVICE BY MAIL**</u>

I am over the age of eighteen and not a party to this action. I am a citizen of the United States and a resident of the County of Los Angeles, State of California. I am employed in the County of Los Angeles, State of California; my business address is: Franklin R. Fraley, Jr., Attorney at Law, 31st Flr., 555 W. 5th St., Los Angeles CA 90013.

On 18 March 2002, I served a copy of the document described as **SIXTY-DAY NOTICE BY REV 973, LLC, OF INTENT TO FILE SUIT PURSUANT TO CALIFORNIA SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACT OF 1986 (PROPOSITION 65)** on the parties to this action by placing true copies of that document in envelopes addressed as follows:

Carmen Trutanich, Esq.
Victor J. Otten, Esq.
Trutanich • Michel, LLP
Port of Los Angeles
407 N. Harbor Blvd.
San Pedro CA 90731
Telecopier Number:  310/548-4813

Attorneys for Defendants, Cross-Claimants, and Third-Party Plaintiffs
John Mouren-Laurens, Mireille Mouren-Laurens, and Mouren-Laurens Oil Co.

A. James Artiano, Esq.
Jane M. Braugh, Esq.
Artiano, Guzman & Toomey, L.L.P.
Ste. 102
3828 Carson St.
Torrance CA  90503-6706
Telecopier:  310/543-9850

Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff

Estate of Joseph Mouren-Laurens, Sr.

///
///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL  213/996-8366
FAX  213/996-8367

REV 021573

-7-

Exhibit 5
338

1     Timothy C. Cronin, Esq.
     David J. Goguen, Esq.
2     The Law Offices of Timothy C. Cronin
     2nd Flr.
3     809 Montgomery St.
     San Francisco CA  94133
4     Telecopier:  415/951-0167

5     Attorneys for Defendant, Counter-Claimant, Cross-
     Claimant, and Third-Party Plaintiff
6     Emma Mouren-Laurens

7     Stephen M. Nichols, Esq.
     Deidre F. Cohen, Esq.
8     Walsworth, Franklin, Bevins & McCall
     5th Flr.
9     1 City Blvd. W.
     Orange CA  92868-3604
10    Telecopier:  714/634-0686

11    Attorneys for Defendants and Cross-Defendants
     Leach Oil Company, Leach Property Management, Roy
12    Leach, and Patricia Leach

13    Pal Lengyel-Leahu, Esq.
     Ste. 100
14    5140 Birch St.
     Newport Beach CA  92660
15    Telecopier:  949/752-7967

16    Attorney for Third-Party Defendant
     Narco Corporation

17

18 with copies to:

19    Bill Lockyer, Esq.
     Attorney General
20    Department of Justice
     State of California
21    1300 I St. #1101
     P.O. Box 944255
22    Sacramento CA  94244-2550

23    Steve Cooley, Esq.
     District Attorney
24    Los Angeles County District Attorney's Office
     210 W. Temple St.
25    Los Angeles CA 90012-3210

26 ///

27 ///

28 ///

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL  213/996-8366
FAX  213/996-8367

REV 021574

-8-

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
339

1            Rockard J. Delgadillo, Esq.
               City Attorney
2            City of Los Angeles
               1800 City Hall E.
3            200 N. Main St.
               Los Angeles CA  90012

4

5     I sealed the envelopes and deposited the envelopes with the

6 United States Postal Service, with first class postage fully

7 prepaid, on that date in Los Angeles, California.

8     I am executing this Proof of Service by Mail on 18 March

9 2002 in Los Angeles, California.

10     I declare under penalty of perjury under the laws of the

11 United States of America that the facts stated in this Proof of

12 Service by Mail are true.

13                                                          
14                                  Franklin R. Fraley, Jr.

15

16

17

18

19

20

21

22

23

24

25

26

27

F.R. FRALEY, JR.
31ST FLR.
555 W. 5TH ST.
LOS ANGELES CA  90013
TEL  213/ 996-8366
FAX  213/996-8367
28

ORIGINAL

REV 021575

-9-

**REV 973'S PROPOSITION 65 NOTICE OF SUIT**

Exhibit 5
340

State of California - Department of Justice - Attorney General's Office - Proposition 65 Enforcement Reporting

**Attention: Prop 65 Coordinator, 1515 Clay Street, Suite 2000, Oakland, CA  94612**

FORM JUS 1500
(03/01)

PRIVATE ENFORCEMENT FILING - Health and Safety Code section 25249.7(e) and (f)

## REPORT OF CIVIL COMPLAINT FILING

*Please print or type required information*

☐ Original Filing   ☒ Supplemental Filing   ☐ Corrected Filing

| PARTIES TO THE ACTION | |
|---|---|
| **PLAINTIFF(S)** | |
| Rev 973, LLC, a California limited liability company | |
| This filing is for an amended complaint; the original complaint did not contain a Proposition 65 claim so Rev 973, LLC, did not file a report for the original complaint. | |
| **DEFENDANT(S)** | |
| 1. John Mouren-Laurens, an individual;<br>2. Mireille Mouren-Laurens, an individual;<br>3. Mouren-Laurens Oil Company, a California corporation;<br>4. John Mouren-Laurens, as the personal representative of the Estate<br>   of Joseph Mouren-Laurens, Sr.;<br>5. Emma Mouren-Laurens, an individual;<br>6. Roy Leach, an individual;<br>7. Patricia Leach, an individual;<br>8. Leach Oil Company, a California corporation; and<br>9. Leach Property Management, a California general partnership | |

**CASE INFO**

| COURT DOCKET NUMBER | COURT NAME |
|---|---|
| CV 98-10690 AHM(Ex) | United States District Court |

| SHORT CASE NAME | |
|---|---|
| Rev 973, LLC v. Mouren-Laurens | Central District of California |

**REPORT INFO**

TYPE OF CLAIM (Check All That Apply)

☒ Proposition 65 Unlawful Discharge
☐ Proposition 65 Failure to Warn
☒ B&P Code section 17200
☐ Other _____

RELIEF SOUGHT (Check All That Apply)

☐ Warning
☒ Discharge Ban
☒ Civil Penalty

*For Internal Use Only*

### COPY OF COMPLAINT MUST BE ATTACHED

**FILER INFO**

| NAME OF CONTACT | | |
|---|---|---|
| Franklin R. Fraley, Jr. | | |
| ORGANIZATION | TELEPHONE NUMBER | |
| Attorney at Law | ((213)) 996-8366 | |
| ADDRESS | FAX NUMBER | |
| 555 W. 5th St., 31st Flr. | ((213)) 996-8367 | |
| CITY | STATE  ZIP | E-MAIL ADDRESS |
| Los Angeles CA  90013 | | ffraley@sprintmail.com |

**FILING INSTRUCTIONS:** This form can be completed online and printed.  If electronic filing is not available, mail the completed form with a copy of the complaint to the attention of the Prop 65 Coordinator at the address shown above.  If you need additional space to complete this form please use an attachment.

REV 021576

FILE

Exhibit 5
341