NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Franklin R. Fraley, Jr.
Fraley & Associates
617 W. 7th St., Ste. 702
Los Angeles CA  90017
Tel 213.550.4000
Fax 213.550.4010

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff and Counter-Defendant REV 973, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REV 973, LLC, a California limited liability company

Plaintiff(s),

v.

JOHN MOUREN-LAURENS, an individual; et al.

Defendant(s)

CASE NUMBER:

CV98-10690 DSF (Ex)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

FOR SEVENTH AMENDED COMPLAINT
BY REV 973, LLC

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        REV 973, LLC, a California limited liability company,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|-------|----------------------|
| See attachment. | All parties listed on attachment are named defendants. |

FRALEY & ASSOCIATES

February 7, 2014

Date

By: /s/

Signature
Franklin R. Fraley, Jr.

Attorney of record for (or name of party appearing in pro per):
Plaintiff and Counter-Defendant

REV 973, LLC, a California limited liability company

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

JOHN MOUREN-LAURENS, an individual;

MIREILLE MOUREN-LAURENS, an individual;

CLAUDINE MOUREN-LAURENS, as administrator of the Estate of Joseph Mouren-Laurens, Sr.;

NICOLE MOUREN-LAURENS, as administrator of the Estate of Emma Mouren-Laurens;

MOUREN-LAURENS OIL COMPANY, a California corporation;

ROY LEACH, an individual;

PATRICIA LEACH, aka PATRICIA SUTCH, aka PATRICIA BENETATOS, an individual;

LEACH PROPERTY MANAGEMENT, a California general partnership;

LEACH OIL COMPANY, INC., a California corporation;

DOES 1 through 10, inclusive;

[PRP ID No. 1] Valov Services, Inc., a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 3] Jim Knight Oil Drain Company, Inc., a California corporation;

[PRP ID No. 4] Agresco Oil Company, Inc., a California corporation;

[PRP ID No. 6] Advanced Environmental, Inc., a Delaware corporation;

[PRP ID No. 9] Nelco Oil Refining Corporation, a California corporation;

[PRP ID No. 10] Abbott's Waste Oil Service, Inc., a California corporation;

[PRP ID No. 12] Jack Stone, a/k/a John Stone, and a/k/a J. Stone, an individual, d/b/a Jack Stone Drainage Oil Service;

[PRP ID No. 13] Southern California Rapid Transit District, an agency of the State of California;

[PRP ID No. 14] Doe No.11--Sprenger, the personal representative of the Estate of Otto Sprenger, a/k/a O. Sprenger, a deceased individual;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 15] Rosemead Oil Products, Inc., a California corporation;

[PRP ID No. 17] Art Stone, a/k/a A. Stone, an individual;

[PRP ID No. 18] Cooper Drum Co., a/k/a Cooper Drum, a business of unknown form;

[PRP ID No. 21] DeMenno/Kerdoon, a California corporation;

[PRP ID No. 22] Wes Edwards, a/k/a Wesley Edwards, and a/k/a W. Edwards, an individual;

[PRP ID No. 27] Talley Brothers, Inc., a California corporation;

[PRP ID No. 28] Chong Kim, a/k/a C. Kim, an individual, d/b/a Union Oil;

[PRP ID No. 29] Laidlaw Transit, Inc., a Pennsylvania corporation;

[PRP ID No. 34] Express Oil Co., Inc., a California corporation;

[PRP ID No. 36] Doe No. 12--Alarcon, the personal representative of the Estate of Louis Alarcon, a/k/a Louie Alarcon, a/k/a Lou Alarcon, and a/k/a L. Alarcon, a deceased individual;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 37] Rutherford/Pacific, Inc., a California corporation;

[PRP ID No. 41] Advanced Recycling Sciences, Inc., a Nevada corporation;

[PRP ID No. 43] Zeferino Gonzalez, a/k/a Z. Gonzalez, an individual;

[PRP ID No. 44] Hazardous Technologies, Inc., a California corporation;

[PRP ID No. 46] American Earth Management, Incorporated, a California corporation;

[PRP ID No. 47] Valvoline Inc., also d/b/a Valvoline, a business of unknown form;

[PRP ID No. 48] Waymire Drum & Container Company, Inc., a California corporation;

[PRP ID No. 49] W-H Tank Lines, Inc., a California corporation;

[PRP ID No. 52] Omega Oil Company, a California corporation;

[PRP ID No. 53] Hedrick Distributors, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**


[PRP ID No. 55] World Pacific Oil Company, Inc., a California corporation;


[PRP ID No. 56] Black Gold Industries, a California corporation;


[PRP ID No. 57] Commercial Filter Recycling, Inc., a California corporation;


[PRP ID No. 58] Paul Lopez, a/k/a P. Lopez;


[PRP ID No. 59] Ditty Container, Inc., a California corporation;


[PRP ID No. 63] Crane's Waste Oil, Inc., a California corporation;


[PRP ID No. 65] Truck Stops of America, a business of unknown form;


[PRP ID No. 66] Eko Tek, Inc., a/k/a Eko Tek, a business of unknown form;


[PRP ID No. 68] Petro Lock, Inc., a California corporation;


[PRP ID No. 69] Circle R, a California corporation;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 71] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 72] Black Star Oil, a California corporation;

[PRP ID No. 73] Reynolds Metals Co., a Delaware corporation;

[PRP ID No. 75] Southwest Trails, a California corporation;

[PRP ID No. 77] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 78] Steve Purmort, a/k/a Steven Purmort, a/k/a Stephen Purmort, and a/k/a S. Purmort, an individual;

[PRP ID No. 79] Bureau of Sanitation, an agency of the Department of Public Works, City of Los Angeles, State of California;

[PRP ID No. 81] Samuel S. Sayabalian, a/k/a Sam S. Sayabalian, a/k/a Sam Sayabalian, a/k/a S. Sayabalian, a/k/a Samuel Sayabalian, and a/k/a S.S. Sayabalian, an individual, d/b/a Sam's Chevron;

[PRP ID No. 82] Orange County Transit Authority, an agency of the County of Orange, State of California;

[PRP ID No. 83] South Bay Toyota, a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 84] E.L. Nobles Construction Equipment, Inc., a California corporation;

[PRP ID No. 86] Western Waste Industries, a California corporation;

[PRP ID No. 88] Mayflower Contract Services, Inc., an Indiana corporation;

[PRP ID No. 91] G.I. Trucking Company, a California corporation;

[PRP ID No. 95] Cool Fuel, Inc., a California corporation;

[PRP ID No. 96] Channel and Basin Reclamation, Inc., a California corporation;

[PRP ID No. 97] Mark IV Charter Lines, a business of unknown form;

[PRP ID No. 98] Cal Waste Industries, Inc., a California corporation;

[PRP ID No. 99] Cal-Vac, a business of unknown form;

[PRP ID No. 99.1] Doe No. 13--Balthazar, the personal representative of the Estate of Richard Balthazar, a/k/a Rich Balthazar, a/k/a Rick Balthazar, and a/k/a Dick Balthazar, a deceased individual;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 102] M. O. Dion & Sons, Inc., a California corporation;

[PRP ID No. 105] Speedy's Oil, a business of unknown form;

[PRP ID No. 106] Joseph Aldecoa, a/k/a Joe Aldecoa, a/k/a Joey Aldecoa, a/k/a JJ Aldecoa, and a/k/a J. Aldecoa, an individual, d/b/a JJ Waste Oil;

[PRP ID No. 107] Cummings Cal Pacific, a business of unknown form;

[PRP ID No. 109] Guiseppe Saito, a/k/a G. Saito, an individual, d/b/a Bay Cities Lube;

[PRP ID No. 110] Greg Kalajian, a/k/a Gregory Kalajian, and a/k/a G. Kalajian, an individual, d/b/a K&S Mobil Service Station;

[PRP ID No. 111] Button Transportation, Inc., a California corporation;

[PRP ID No. 112] Adohr Farms, Inc., a California corporation;

[PRP ID No. 115] Quik Change Lube & Oil, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 116] Thermo King Corporation, a California corporation;

[PRP ID No. 117] Recycled Energy, also d/b/a Kalbab Industries, Inc., and also d/b/a Kaibab Industries, Inc., an Arizona corporation;

[PRP ID No. 118] Econo Lube N' Tune #34, a business of unknown form;

[PRP ID No. 119] Stuart-Ironsides, Inc., also d/b/a D A Stuart Company, a business of unknown form;

[PRP ID No. 121] Vector, a business of unknown form;

[PRP ID No. 123] Pacific Southwest Marine, a California corporation;

[PRP ID No. 128] Bayside Oil II, Inc., a California corporation;

[PRP ID No. 129] Instant Lube, Inc., a California corporation;

[PRP ID No. 130] Loyola Marymount University, a California corporation;

[PRP ID No. 131] Vikin Eulmessekian, and a/k/a V. Eulmessekian, an individual, d/b/a Jack's Lube Services;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 133] Upstar Auto Sales & Services, Inc., a California corporation;

[PRP ID No. 135] C.W. Poss, Inc., a California corporation;

[PRP ID No. 136] Joseph Aldecoa, a/k/a Joe Aldecoa, a/k/a Joey Aldecoa, a/k/a JJ Aldecoa, and a/k/a J. Aldecoa an individual, d/b/a Vampire Oil;

[PRP ID No. 138] Al Unser's Auto Care, Inc., a/k/a Al Unser's Auto Care, a business of unknown form;

 [PRP ID No. 142] Action Oil, a business of unknown form;

[PRP ID No. 143] Michelle Stevens, a/k/a M. Stevens, an individual, d/b/a Borg Manufacturing;

[PRP ID No. 145] Don Kott Ford, a California corporation;

[PRP ID No. 147] Doty Bros. Equipment Co., a California corporation;

[PRP ID No. 148] King Oil Co., a/k/a King Oil, and a/k/a King & King Oil, a business of unknown form;

[PRP ID No. 149] Tra Pac Inc., a California corporation;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 151] Chia-In Auto Corp., a California corporation;

[PRP ID No. 152] Angelus Sanitary Can Machine Company, d/b/a Angelus Block Co., Inc., a California corporation;

[PRP ID No. 154] Pharmavite International Corporation, a California corporation;

[PRP ID No. 155] International Metals Ekco, Ltd., a California limited partnership;

[PRP ID No. 161] Alpha Oil, a business of unknown form;

[PRP ID No. 162] Kwang Kim, a/k/a K. Kim, an individual, d/b/a Mr. Oil;

[PRP ID No.164] Toyota Central Leasing Corporation, Inc., a California corporation;

[PRP ID No. 165] J. Stubblefield, an individual;

[PRP ID No. 166] Silver Star Svc, a business of unknown form;

[PRP ID No. 168] New Century Leasing, Inc., a California

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

corporation;

[PRP ID No. 169] Sam Simon, a/k/a Samuel Simon, and a/k/a S. Simon, an individual;

[PRP ID No. 170] Paul's Transmissions, a business of unknown form;

[PRP ID No. 171] Georgia Pacific-Corp., a Georgia corporation;

[PRP ID No. 172] Williams Tank Lines, a California corporation;

[PRP ID No. 173] Shepherd Machinery, a California corporation;

[PRP ID No. 175] Federal Express, a business of unknown form;

[PRP ID No. 176] Certified Lift Truck Company, a California corporation;

[PRP ID No. 178] EZ Lube, Inc., a California corporation;

[PRP ID No. 179] Andy Grant, a/k/a Andrew Grant, and a/k/a A. Grant, an individual, d/b/a LAX Fuel;

[PRP ID No. 180] Transco Transmission Company, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**


[PRP ID No. 182] Jerry Wilson, a/k/a J. Wilson an individual, d/b/a Jerry's Mobil, a/k/a Lube & Maintenance, a/k/a Mobil 5531;


[PRP ID No. 183] California Screw Products Corp., a California corporation;


[PRP ID No. 184] Valvoline Instant Oil Change, a business of unknown form;


[PRP ID No. 186] Industry Diesel, a business of unknown form;


[PRP ID No. 187] G&G Trucking, a business of unknown form;


[PRP ID No. 188] Jim Booth, a/k/a James Booth, and a/k/a J. Booth, an individual;


[PRP ID No. 189] Murray Plumbing and Heating Corporation, a California corporation, d/b/a Murray Company;


[PRP ID No. 190] R&L Oil, a business of unknown form;


[PRP ID No. 193] Long Beach Transportation Company, a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 194] Whittier Chrysler, Inc., a Delaware corporation;

[PRP ID No. 196] United Rentals, Inc., a/k/a United Rentals, a business of unknown form;

[PRP ID No. 198] Paul's Oil Service, a business of unknown form;

[PRP ID No. 199] Harold Silverman, a/k/a Harry Silverman, and a/k/a H. Silverman, an individual;

[PRP ID No. 200] Asbury System Inc., a Utah corporation;

[PRP ID No. 202] Whittier Dodge, Inc., a California corporation;

[PRP ID No. 203] Western Union, a business of unknown form;

[PRP ID No. 204] Randy Bruce Costales, a/k/a Randall Bruce Costales, a/k/a Randy B. Costales, a/k/a Randall B. Costales, a/k/a R. Bruce Costales, a/k/a R.B. Costales, a/k/a Bruce Costales, a/k/a R. Costales, and a/k/a B. Costales, an individual;

[PRP ID No. 206] BFI Waste Systems, a California corporation;

[PRP ID No. 207] Montebello Lincoln-Mercury, a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 210] One Stop Machine Shop, Inc., a California corporation;

[PRP ID No. 211] Delta Enterprises Corp., a California corporation;

[PRP ID No. 212] Auto Part Recycler, Inc., a California corporation;

[PRP ID No. 213] Allan Company, Inc., a California corporation;

[PRP ID No. 214] Econo Lune N' Tune Placentia, a business of unknown form;

[PRP ID No. 215] A.P. Fischer, Inc., a California corporation;

[PRP ID No. 216] Penske Truck Rental, a business of unknown form;

[PRP ID No. 219] Econo Lube N' Tune, a business of unknown form;

[PRP ID No. 221] King's Computerized Auto Center, a business of unknown form;

[PRP ID No. 222] Laurel Diesel Service, a business of unknown form;

[PRP ID No. 223] United Auto Service & Repair Center Inc., a

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

California corporation;

[PRP ID No. 225] Unocal 755, a business of unknown form;

[PRP ID No. 226] Scarbrough Construction and Equipment Sales and Leasing, Inc., a California corporation;

[PRP ID No. 227] Hock's Garage, Inc., a California corporation;

[PRP ID No. 229] Douglas Aircraft Company, Inc., a California corporation;

[PRP ID No. 230] BGI Worldwide, a California corporation;

[PRP ID No. 231] Best Lube N Tune, a business of unknown form;

[PRP ID No. 232] Auto Transport, a business of unknown form;

[PRP ID No. 234] Joseph Shteysel, a/k/a Joe Shteysel, and a/k/a J. Shteysel, an individual;

[PRP ID No. 235] William A. Estrada, a/k/a Will A. Estrada, a/k/a Bill A. Estrada, a/k/a Bill Estrada, a/k/a B. Estrada, a/k/a W. Estrada, a/k/a W.A. Estrada, and a/k/a A. Estrada, an individual;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 237] All American Auto Service, a California corporation;

[PRP ID No. 238] Rockview Dairies, Inc., a California corporation;

[PRP ID No. 239] Loyola Trucking, Inc., a California corporation;

[PRP ID No. 242] Valvoline Instant Oil Change, a Delaware corporation;

[PRP ID No. 243] Owner-Operator Ready Mix Concrete, Inc., a California corporation;

[PRP ID No. 244] Eastern Municipal Water District Facilities Corporation, a California corporation;

[PRP ID No. 245] Jamy's Auto Repair, a business of unknown form;

[PRP ID No. 247] A&M Oil, a California corporation;

[PRP ID No. 249] Oliver & Williams, a California corporation;

[PRP ID No. 250] Amberwick Corp., a California corporation;

[PRP ID No. 251] Scher Tire, Inc., a California corporation;

REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 252] EZ Lube, a California corporation;

[PRP ID No. 253] Millers Automotive, a business of unknown form;

[PRP ID No. 255] Upgrade Auto Parts & ACC, a business of unknown form;

[PRP ID No. 259] Sunkist Growers, Inc., a California corporation;

[PRP ID No. 262] Doe No. 14--King, the personal representative of the Estate of William King, a/k/a William M. King, a/k/a Will M. King, a/k/a Bill M. King, a/k/a William King, a/k/a Will King, a/k/a Bill King, a/k/a W. M. King, a/k/a B. M. King, a/k/a M. King, a/k/a B. King, and a/k/a W. King, a deceased individual;

[PRP ID No. 263] Asian Complete Auto Repair, a California corporation;

[PRP ID No. 264] Mickey, a business of unknown form;

[PRP ID No. 266] Andy's Transmissions, a business of unknown form;

[PRP ID No. 267] Ostrum Chevrolet, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 268] Mr. Transmission, a business of unknown form;

[PRP ID No. 270] Clayton Industries, a California corporation;

[PRP ID No. 271] Leeco Transmission, a business of unknown form;

[PRP ID No. 272] Hausman Bus Sales, Inc., an Arizona corporation;

[PRP ID No. 274] Borges Rock Products, a California corporation;

[PRP ID No. 276] California Corridor Construction, a business of unknown form;

[PRP ID No. 278] Tires West Inc., a California corporation;

[PRP ID No. 279] Home Savings of America, a business of unknown form;

[PRP ID No. 280] Chemical Transportation, a business of unknown form;

[PRP ID No. 281] Weiner Steel, a business of unknown form;

[PRP ID No. 282] All-American Oil Co., Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 283] EZ Lube, a business of unknown form;

[PRP ID No. 284] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 285] Tulon Co., Inc., a California corporation;

[PRP ID No. 286] K. Watanabe Corp., a/k/a K. Watanabe, a business of unknown form;

[PRP ID No. 287] Earl Purmort Drain Oil Service, a business of unknown form;

[PRP ID No. 287.1] Doe No. 15--Purmort, the personal representative of the Estate of Earl Purmort, a/k/a E. Purmort, a deceased individual;

[PRP ID No. 288] PBC Concrete, Inc., a business of unknown form;

[PRP ID No. 289] George's Shell Service, a business of unknown form;

[PRP ID No. 293] All American Products, a business of unknown form;

[PRP ID No. 294] All Tune & Lube, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 295] California Charter, Inc., a business of unknown form;

[PRP ID No. 296] Computer Tune and Lube, a business of unknown form;

[PRP ID No. 298] Schlosser Forge Co., a California corporation;

[PRP ID No. 301] Department of Public Works, an agency of the City of Los Angeles, State of California;

[PRP ID No. 302] Santa Ana Transmission Service, a business of unknown form;

[PRP ID No. 305] Industrial Transmission & Machine Co., Inc., a California corporation;

[PRP ID No. 306] Ty Trang, a/k/a T. Trang, an individual, d/b/a All Smog & Tune;

[PRP ID No. 308] United Rentals, Inc., a business of unknown form;

[PRP ID No. 309] John's Auto Repair, a business of unknown form;

**<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 311] Steve's VW Repair, a business of unknown form;

[PRP ID No. 312] Fred's Chevron Service, a business of unknown form;

[PRP ID No. 316] Jerry Zanerick, a/k/a Jerome Zanerick, a/k/a Jerrold Zanerick, a/k/a Gerald Zanerick, a/k/a Jer Zanerick, and a/k/a J. Zanerick, an individual, d/b/a Purrfect Auto Service;

[PRP ID No. 317] Ko Ko Transmission Center, a business of unknown form;

[PRP ID No. 319] Frank's Auto Center, a business of unknown form;

[PRP ID No. 320] K&J Bros. Shell, a business of unknown form;

[PRP ID No. 321] Simi Corp., a business of unknown form;

[PRP ID No. 322] Utah Petroleum Transport, LLC, a/k/a Utah Petroleum Transport, a business of unknown form;

[PRP ID No. 323] Blue Star Automotive, Inc., a California corporation;

[PRP ID No. 324] Leaseway Bulk Services, Inc., a/k/a Leaseway Bulk Services, a business of unknown form;

**R****EV**** 973'****S**** C****ERTIFICATION****/N****OTICE**** I****NTERESTED**** P****ARTIES**** ****RE**** 7****TH**** A****M****'****D**** C****OMPLAINT**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 325] Hasan Yamani, a/k/a H. Yamani, an individual, d/b/a Precise Tune Alignment & Brake;

[PRP ID No. 328] Montebello Container Corp., a California corporation;

[PRP ID No. 329] R & S Transmission, Inc., a/k/a R & S Transmission, a business of unknown form;

[PRP ID No. 330] Montenay Pacific Power Corp., a/k/a Montenay Pacific Power, a business of unknown form;

[PRP ID No. 331] Smog Pros, a business of unknown form;

[PRP ID No. 333] B & K Firestone, Inc., a California corporation;

[PRP ID No. 334] Courtesy Transmissions, a business of unknown form;

[PRP ID No. 335] Bobby's Unocal, a business of unknown form;

[PRP ID No. 336] M.P. McCaffrey, Inc., a California corporation;

[PRP ID No. 337] Valley GM Diesel Holding, Inc., a California

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES re 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

corporation;

[PRP ID No. 338] Chaffee Partner, Inc., a California corporation;

[PRP ID No. 339] Park's Shell Service, a business of unknown form;

[PRP ID No. 340] Lakewood Transmission, a business of unknown form;

[PRP ID No. 342] Todd Pacific Shipyards Corporation, a Delaware corporation;

[PRP ID No. 343] Manolo Gonzalez, a/k/a Manny Gonzalez, and a/k/a M. Gonzalez, an individual;

[PRP ID No. 344] Pacific Coast Oil Company, a business of unknown form;

[PRP ID No. 345] San Pedro Smog, a business of unknown form;

[PRP ID No. 347] Choe's Mobil, a business of unknown form;

[PRP ID No. 349] Super Oil Change N Tune, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 352] Maywood Auto Parts, Inc., a California corporation;

[PRP ID No. 353] Tires West, Inc., a California corporation;

[PRP ID No. 356] Alfa Auto Repair, Inc., a California corporation;

[PRP ID No. 357] Shoemaker Service, a business of unknown form;

[PRP ID No. 357.1] Doe No. 16--Shoemaker, the personal representative of the Estate of Maurice Shoemaker, a/k/a Maury Shoemaker, and a/k/a M. Shoemaker, a deceased individual;

[PRP ID No. 358] TopNotch Auto Service, a California corporation;

[PRP ID No. 360] Doe No. 17--Dicus, the personal representative of the Estate of Walter E. Dicus, a/k/a Walt E. Dicus, a/k/a W.E. Dicus, a/k/a Walter Dicus, a/k/a Walt Dicus, a/k/a W. Dicus, and a/k/a E. Dicus, a deceased individual;

[PRP ID No. 361] Pelican Automotive Group, Inc., a California corporation;

[PRP ID No. 362] Euclid Arco Smog Pro, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 363] Santa Monica Motors, Inc., a California corporation;

[PRP ID No. 364] Royal Transmissions, a/k/a Royal Transmissions, Inc., a business of unknown form;

[PRP ID No. 366] Metro Oil & Chemical Company, Inc., a California corporation;

[PRP ID No. 367] Chevron 2411, a business of unknown form;

[PRP ID No. 369] Auto Care 500, a business of unknown form;

[PRP ID No. 371] All American 14600, a business of unknown form;

[PRP ID No. 372] United States Marine Corps, an agency within the Department of Defense, United States of America;

[PRP ID No. 373] Roger Estrada, a/k/a R. Estrada, an individual, d/b/a Roger Estrada Unocal, a/k/a Roger Estrada's 76;

[PRP ID No. 375] ABC Bus Inc., a Missouri corporation;

[PRP ID No. 376] Doe No. 18--Marshall is the personal representative of the Estate of Alex Marshall, a/k/a Alexander

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

Marshall, a/k/a Alexei Marshall, a/k/a Alexandra Marshall, and a/k/a A. Marshall, a deceased individual;

[PRP ID No. 377] All Tune and Lube, a business of unknown form;

[PRP ID No. 379] Star Kist Foods, a business of unknown form;

[PRP ID No. 380] Vinod Mittal, a/k/a V. Mittal, an individual, d/b/a Smog Pros;

[PRP ID No. 382] Commuter Bus Lines, Inc., a/k/a Commuter Bus Lines, a business of unknown form;

[PRP ID No. 383] Dick's Auto Service, a business of unknown form;

[PRP ID No. 384] Crescent Transmission, a business of unknown form;

[PRP ID No. 385] Commercial Enameling Co., a business of unknown form;

[PRP ID No. 386] E-Z Lube, a business of unknown form;

[PRP ID No. 388] Los Angeles Unified School District, a government agency of the City of Los Angeles, State of California;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 389] Dale's Union Service, Inc., a California corporation;

[PRP ID No. 390] Neighborhood Shell, a business of unknown form;

[PRP ID No. 391] Nippon Automotive, Ltd., a California corporation;

[PRP ID No. 392] Lube Express, a business of unknown form;

[PRP ID No. 393] Los Angeles Metropolitan Transit Authority, an agency of the County of Los Angeles, State of California;

[PRP ID No. 394] Karol's Garage, a business of unknown form;

[PRP ID No. 396] Bismark Transmission, Inc., a/k/a Bismark Transmission, a business of unknown form;

[PRP ID No. 397] GM Smog & Tune Up, a business of unknown form;

[PRP ID No. 398] Pacific Environmental Management Corp., a business of unknown form;

[PRP ID No. 400] Rene Prado Gonzalez, a/k/a Rene P. Gonzalez, a/k/a R. Prado Gonzalez, a/k/a R. P. Gonzalez, a/k/a Rene Gonzalez,

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

a/k/a Prado Gonzalez, a/k/a P. Gonzalez, and a/k/a R. Gonzalez, an individual, d/b/a RC Truck & Trailer Repair;

[PRP ID No. 401] Smog Pros, a business of unknown form;

[PRP ID No. 402] Aloha Auto Center, a business of unknown form;

[PRP ID No. 403] AAA, a business of unknown form;

[PRP ID No. 404] Chandler's Palos Verdes Sand and Gravel, a California corporation;

[PRP ID No. 405] Rolling Hills Auto Plaza, a business of unknown form;

[PRP ID No. 406] Econo Lube N Tune Service Centers, a business of unknown form;

[PRP ID No. 408] Sam's Datsum, Inc., a California corporation;

[PRP ID No. 409] Elias Chevron, a business of unknown form;

[PRP ID No. 410] Alexco LLC, a/k/a Alexco, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 412] Dependable Highway Express, Inc., a California corporation;

[PRP ID No. 413] Granger-Pica Shell, Inc., a California corporation;

[PRP ID No. 415] Ecology Control Industries, Inc., a California corporation;

[PRP ID No. 416] Key Nissan Service, Inc., a California corporation;

[PRP ID No. 417] Shell Service Stations, a business of unknown form;

[PRP ID No. 418] Purrfect Auto Service, a business of unknown form;

[PRP ID No. 419] D&D Shell Service, a business of unknown form;

[PRP ID No. 420] Coburn Equipment, Inc., a California corporation;

[PRP ID No. 421] Nick Alexander Imports, a California corporation;

[PRP ID No. 422] Valley Auto Repair & Smog Station, a business of unknown form;

[PRP ID No. 423] A&A Auto Service, a business of unknown form;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 424] Al's Auto Transms, a/k/a Al's Auto Transmissions, a business of unknown form;

[PRP ID No. 425] Southland Oil, Inc., a California corporation;

[PRP ID No. 426] Diversified Sales & Service Corp., a business of unknown form;

[PRP ID No. 427] Dave Housel, a/k/a David Housel, and a/k/a D. Housel, an individual, d/b/a Dave's Arco;

[PRP ID No. 428] Ramirez Shell Auto Service, a business of unknown form;

[PRP ID No. 429] Doe No. 19--Lowe, the personal representative of the Estate of Andrew Lowe, a/k/a Andy Lowe, and a/k/a A. Lowe, a deceased individual, d/b/a AC Auto Service;

[PRP ID No. 430] Gary Wong, a/k/a G. Wong, an individual, d/b/a Valley's Smog Pros;

[PRP ID No. 431] Golden Auto Center, Inc., a business of unknown form;

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 432] Car Tune, a business of unknown form;

[PRP ID No. 433] Joe Bezerra, a/k/a Joseph Bezerra, and a/k/a J. Bezerra, an individual, d/b/a Joe Bezerra's Chevron;

[PRP ID No. 434] Xpert Tune, a business of unknown form;

[PRP ID No. 435] Steele & Kennedy Union Oil, a business of unknown form;

[PRP ID No. 436] Pila Orlando, a/k/a P. Orlando, an individual, d/b/a Pila Orlando UNOCAL;

[PRP ID No. 437] MBZ Motors, LLC, a California limited liability company;

[PRP ID No. 438] Unocal La Palma 76, a business of unknown form;

[PRP ID No. 439] Fariborz Rashidi, a/k/a F. Rashidi, an individual, d/b/a Woodside Village Chevron;

[PRP ID No. 440] Chang Yoon Kim, a/k/a Chang Y. Kim, a/k/a C. Yoon Kim, a/k/a C.Y. Kim, a/k/a C. Kim, a/k/a Yoon Kim, a/k/a Y. Kim, a/k/a C. Kim, a/k/a Chang Kim, a/k/a Kim Yoon Chang, a/k/a Kim Y. Chang, a/k/a K. Yoon Chang, a/k/a K.Y. Chang, a/k/a K.

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

Chang, a/k/a Y. Chang, a/k/a Yoon Chang Kim, a/k/a Yoon C. Kim, a/k/a Y. Chang Kim, a/k/a Y.C. Kim, a/k/a Yoon Kim Chang, a/k/a Yoon K. Chang, a/k/a Y. Kim Chang, a/k/a Y.K. Chang, a/k/a Chang Kim Yoon, a/k/a Chang K. Yoon, a/k/a C. Kim Yoon, a/k/a C.K. Yoon, a/k/a C. Yoon, a/k/a K. Yoon, a/k/a Kim Chang Yoon, a/k/a Kim C. Yoon, a/k/a K. Chang Yoon, and a/k/a K.C. Yoon, an individual, d/b/a ABC Shell;

[PRP ID No. 441] Roger's & Halloway Roofing, a business of unknown form;

[PRP ID No. 442] Jim's Auto Center, a business of unknown form;

[PRP ID No. 444] Vance Corporation, a California corporation;

[PRP ID No. 445] Yoshi Toyomura, a/k/a Y. Toyomura, an individual, d/b/a Yoshi's Auto;

[PRP ID No. 446] Chevron Stations, Inc., a Delaware corporation;

[PRP ID No. 447] Jerry Queza, a/k/a J. Queza, an individual, d/b/a Enterprise Toyota;

[PRP ID No. 448] Chong's Mobil, a business of unknown form;

**Rev 973's Certification/Notice Interested Parties re 7th Am'd Complaint**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 449] Ty Smith, a/k/a Tyler Smith, and a/k/a T. Smith, an individual, d/b/a American Diesel;

[PRP ID No. 450] Smog Pros, a business of unknown form;

[PRP ID No. 452] Roy Miller Freight Lines, Inc., a California corporation;

[PRP ID No. 453] O'Shea Chevron, a business of unknown form;

[PRP ID No. 454] American Car Wash, a business of unknown form;

[PRP ID No. 455] Rod's Truck Service, a California corporation;

[PRP ID No. 456] Standard Brands Paint Company, a Maryland corporation;

[PRP ID No. 457] Leon's Transmission Service, Inc., a business of unknown form;

[PRP ID No. 459] Bob's Unocal, LLC, a California limited liability company;

[PRP ID No. 460] K&S Mobil Service Station, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 461] Smog Pros, a business of unknown form;

[PRP ID No. 462] Teddy Donaldson, a/k/a Ted Donaldson, a/k/a T. Donaldson, a/k/a Theodore Donaldson, a/k/a Theo Donaldson, a/k/a Edward Donaldson, a/k/a Ed Donaldson, a/k/a Eddie Donaldson, and a/k/a E. Donaldson, an individual, d/b/a Trojan Chevron Service;

[PRP ID No. 463] Smog Pros, a business of unknown form;

[PRP ID No. 464] San Gabriel Automotive Repair, Inc., a California corporation;

[PRP ID No. 465] Sami Merhi, a/k/a S. Merhi, an individual, d/b/a Del Amo Shell Service;

[PRP ID No. 466] ATR Mobile Trucks Repair, a business of unknown form;

[PRP ID No. 467] Charles H. Simmons, a/k/a C.H. Simmons, a/k/a Charles Simmons, a/k/a H. Simmons, and a/k/a C. Simmons, an individual, d/b/a A&H Olympic;

[PRP ID No. 468] AAMCO Transmissions, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 469] Chevron, a business of unknown form;

[PRP ID No. 470] Phillips Auto Service Inc., a California corporation;

[PRP ID No. 471] Quick Stop Auto Center, a business of unknown form;

[PRP ID No. 472] AAMCO Transmissions, a business of unknown form;

[PRP ID No. 473] Pro Express, Inc., a California corporation;

[PRP ID No. 474] Haines Mazda Specialist, a business of unknown form;

[PRP ID No. 475] Arrow Fuel Service, Inc., a California corporation;

[PRP ID No. 476] Kelly Khoury, a/k/a K. Khoury, an individual, d/b/a Khoury's Shell Service;

[PRP ID No. 477] Paul Diaz, a/k/a P. Diaz, an individual, d/b/a D&B Services Auto Repair;

[PRP ID No. 478] AAMCO, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 480] Hong Hyung Kyu, a/k/a Hong H. Kyu, a/k/a H. Hyung Kyu, a/k/a H.H. Kyu, a/k/a Hong Kyu, a/k/a Hyung Kyu, and a/k/a H. Kyu, an individual, d/b/a Lim's Shell;

[PRP ID No. 481] Transmission Pete, a business of unknown form;

[PRP ID No. 482] John's Smog Pros, a business of unknown form;

[PRP ID No. 483] Bret Moore Oil Company, a/k/a Bret Moore Oil, a business of unknown form;

[PRP ID No. 484] P&A Truck Repair, a business of unknown form;

[PRP ID No. 485] Dong Jin Park, a/k/a Dong J. Park, a/k/a D. Jin Park, a/k/a D.J. Park, a/k/a Dong Park, a/k/a Jin Park, a/k/a J. Park, and a/k/a D. Park, an individual, d/b/a Loco Auto;

[PRP ID No. 486] Robert's Automotive, a business of unknown form;

[PRP ID No. 487] Smog Pros, a business of unknown form;

[PRP ID No. 488] Avon Tire, a business of unknown form;

[PRP ID No. 489] Dr. Transmission, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 490] Jaybee Manufacturing Corporation, a California corporation;

[PRP ID No. 491] Jacob Barzideh, a/k/a Jake Barzideh, and a/k/a J. Barzideh, an individual, d/b/a A1 Shell;

[PRP ID No. 492] San Gabriel Transit, Inc., a California corporation;

[PRP ID No. 493] AAMCO Pasadena, a business of unknown form;

[PRP ID No. 494] Chevron, a business of unknown form;

[PRP ID No. 496] Chapman Mobil, a business of unknown form;

[PRP ID No. 497] Washington Muffler and Brake, Inc., a California corporation;

[PRP ID No. 498] Hrant Shekerdemian, a/k/a H. Shekerdemian, an individual, d/b/a Hrant Auto Service;

[PRP ID No. 499] Song Kim, a/k/a S. Kim, an individual, d/b/a Sam's Transmission;

[PRP ID No. 500] Deluxe Laboratories Inc., a business of unknown

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 501] Mobil Service, a business of unknown form;

[PRP ID No. 502] AAMCO, a business of unknown form;

[PRP ID No. 503] Morrison Knudsen Corporation, a business of unknown form;

[PRP ID No. 506] Downey Texaco, a business of unknown form;

[PRP ID No. 507] Unocal 501, a business of unknown form;

[PRP ID No. 508] Javad Haghi, a/k/a J. Haghi, an individual, d/b/a Unocal;

[PRP ID No. 510] Johnny's Le Arco, a business of unknown form;

[PRP ID No. 511] Fred's Automotive, a California corporation;

[PRP ID No. 512] Toyo-Tech, a business of unknown form;

[PRP ID No. 513] Paul's Auto Repair, a business of unknown form;

[PRP ID No. 514] Bethlehem Steel, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 515] Luis Mesias, a/k/a L. Mesias, an individual, d/b/a Luis Shop;

[PRP ID No. 517] Keystone Ford, Inc., a Delaware corporation;

[PRP ID No. 518] Jack Larson Shell, Inc., a California corporation;

[PRP ID No. 519] Doe No. 20--Williams, the personal representative of the Estate of Kenneth Williams, a/k/a Ken Williams, and a/k/a K. Williams, a deceased individual, d/b/a Ken's Rapid Lube;

[PRP ID No. 520] Navas Auto-Pro Plus, a business of unknown form;

[PRP ID No. 521] Carlos Monreal, a/k/a C. Monreal, an individual, d/b/a Artesia Automotive;

[PRP ID No. 522] Mercury Air Group, a business of unknown form;

[PRP ID No. 523] Jenkins Oil Co., Inc., a California corporation;

[PRP ID No. 524] Ken Banks, a/k/a Kenneth Banks, and a/k/a K. Banks, an individual, d/b/a Moreno Valley Transmission;

[PRP ID No. 526] City of Industry Disposal Co., Inc., a California

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)

corporation;

[PRP ID No. 527] Jim Matson, a/k/a James Matson, a/k/a Jimmy Matson, and a/k/a J. Matson, an individual, d/b/a Jim Matson Automotive;

[PRP ID No. 528] Alpha Auto Sales, a business of unknown form;

[PRP ID No. 529] Sutorbilt, a business of unknown form;

[PRP ID No. 530] Cabrillo Marine Services, Inc., a California corporation;

[PRP ID No. 532] David Vatani, a/k/a Dave Vatani, and a/k/a D. Vatani, an individual, d/b/a Unocal Dealers Service Station;

[PRP ID No. 533] Taylor Co., a business of unknown form;

[PRP ID No. 534] H&T Union 76 No. 2, a business of unknown form;

[PRP ID No. 535] Triplett & Son, Inc., a California corporation;

[PRP ID No. 537] Texaco, Inc., a business of unknown form;

[PRP ID No. 539] Unocal Leisure World Inc., a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 540] Berge Karaghossian, a/k/a B. Karaghossian, an individual, d/b/a Berge's Mobil Service;

[PRP ID No. 542] MD Hydraulics, Inc., a California corporation;

[PRP ID No. 543] Able Auto, a business of unknown form;

[PRP ID No. 544] Best Buy Tire Centers, Inc., a California corporation;

[PRP ID No. 545] Quik Change Lube & Oil, a business of unknown form;

[PRP ID No. 546] Star Tire Center, Inc., a California corporation;

[PRP ID No. 547] Trans. West Pacific Co., a California corporation;

[PRP ID No. 548] Meng Chea, a/k/a M. Chea, an individual, d/b/a California Nissan Service;

[PRP ID No. 549] Western Municipal Water District of Riverside County, an agency of the Santa Ana Watershed Project Authority;

[PRP ID No. 550] Star Auto Clinic, a business of unknown form;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 551] ANDREW KATSUYA ASARI, as administrator of the Estate of Kazumasa Asari, aka Kaz Asari, aka K. Asari, an individual, formerly doing business as Asari Auto Repair;

[PRP ID No. 553] Upgrade Enterprise, Inc., a California corporation;

[PRP ID No. 555] Brewster's Automotive, Inc., a California corporation;

[PRP ID No. 557] A&H Econo Lube & Tune, a business of unknown form;

[PRP ID No. 558] Chemical Leaman Tank Lines, Inc., a Delaware corporation;

[PRP ID No. 559] Shin Cook, a/k/a S. Cook, an individual, d/b/a K1 Transmission Service;

[PRP ID No. 560] Ford's Automotive Service, a business of unknown form;

[PRP ID No. 561] Harry's Airport Garage, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 562] Santa Ana Lincoln-Mercury, a California corporation;

[PRP ID No. 563] San Luis Service Auto Center, Inc., a/k/a San Luis Service Auto Center, a business of unknown form;

[PRP ID No. 564] AAMCO Transmission, a business of unknown form;

[PRP ID No. 567] Jose Pelayo, a/k/a J. Pelayo, an individual, d/b/a Jose Pelayo Auto Service;

[PRP ID No. 568] Car Tune Auto Service, a business of unknown form;

[PRP ID No. 569] Department of Public Works, an agency of the County of Santa Barbara, State of California;

[PRP ID No. 570] Ming's Auto Corporation, a California corporation;

[PRP ID No. 572] Hood Construction Company, a California corporation;

[PRP ID No. 573] Hahn's Auto Service, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 574] Comet California Cutlery, Inc., a/k/a Comet California Cutlery, a business of unknown form;

[PRP ID No. 575] Esmail Enterprises, Inc., a California corporation;

[PRP ID No. 576] Tony's Auto Repair, a California corporation;

[PRP ID No. 578] Quick Auto Repair, a business of unknown form;

[PRP ID No. 579] Gary Johnson, a/k/a G. Johnson, an individual, d/b/a Village Chevron;

[PRP ID No. 580] Calzona Tankways, Inc., an Arizona corporation;

[PRP ID No. 581] Oest Enterprises, Inc., a California corporation;

[PRP ID No. 583] Cerritos Chevron, a California general partnership;

[PRP ID No. 583.1] Robert Chow, a/k/a Rob Chow, a/k/a Robby Chow, a/k/a R. Chow a/k/a Bob Chow, a/k/a Bobby Chow, and a/k/a B. Chow, a general partner in Cerritos Chevron;

[PRP ID No. 583.2] Parina Hirani, a/k/a P. Hirani, a general partner in Cerritos Chevron;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 583.3] Ruben Mehrady, a/k/a R. Mehrady, a general partner in Cerritos Chevron;

[PRP ID No. 584] Contico Container Corp., a/k/a Contico Container, a business of unknown form;

[PRP ID No. 585] Gardena Battery, Inc., a California corporation;

[PRP ID No. 586] Don Cooper, a/k/a Donald Cooper, and a/k/a D. Cooper, an individual, d/b/a AAMCO;

[PRP ID No. 587] Able Auto Center, a business of unknown form;

[PRP ID No. 588] LGL Transportation, a business of unknown form;

[PRP ID No. 592] Tony Suskie, a/k/a Anthony Suskie, a/k/a A. Suskie, and a/k/a T. Suskie, an individual, d/b/a Tony's Unocal and Towing;

[PRP ID No. 593] Consolidated Drum Reconditioning, a California corporation;

[PRP ID No. 594] The Tune Up Center, a business of unknown form;

[PRP ID No. 595] Victor Auto Repair, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES re 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 596] Kingsley Auto Service, Inc., a/k/a Kingsley Auto, a business of unknown form;

[PRP ID No. 597] Jae N. Kim, a/k/a Jae Kim, a/k/a J.N. Kim, a/k/a N. Kim, and a/k/a J. Kim, an individual, d/b/a J Kim's Auto Repair Shop;

[PRP ID No. 598] Doe No. 21--Tony, the personal representative of the Estate of James Tony, Jr., a/k/a Jim Tony, Jr., a/k/a J. Tony, Jr. a/k/a James Tony, a/k/a Jim Tony, a/k/a J. Tony, a/k/a Tony James, Jr., a/k/a T. James, Jr., a/k/a Tony James, a/k/a T. James, a/k/a Anthony James, Jr., a/k/a A. James, Jr., a/k/a Anthony James, and a/k/a A. James, a deceased individual, d/b/a Tony's Discount Transmission;

[PRP ID No. 599] A&B Transmissions, a California general partnership;

[PRP ID No. 599.1] Hector Hernandez, a/k/a H. Hernandez, a general partner in A&B Transmissions;

[PRP ID No. 599.2] Chin Jun, a/k/a C. Jun, a general partner in A&B Transmissions;

[PRP ID No. 599.3] Jin Jun, a/k/a J. Jun, a general partner in A&B

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

Transmissions;

[PRP ID No. 599.4] Celso Murillo, a/k/a C. Murillo, a general partner in A&B Transmissions;

[PRP ID No. 600] Leroy Brazeal, a/k/a Lee Brazeal, and a/k/a L. Brazeal, an individual, d/b/a Lee's Auto Safety;

[PRP ID No. 601] Valley Auto Repair, a business of unknown form;

[PRP ID No. 602] Reza Hedayat, a/k/a R. Hedayat, an individual, d/b/a Shell Auto;

[PRP ID No. 603] MPI, a business of unknown form;

[PRP ID No. 605] Unocal 4373, a business of unknown form;

[PRP ID No. 606] Swedish Advanced Auto Bay, a business of unknown form;

[PRP ID No. 609] Cleveland Wrecking Company, a Delaware corporation;

[PRP ID No. 610] Garfield Chevron, a business of unknown form;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 612] Crest Steel Corporation, a California corporation;

[PRP ID No. 613] Anaheim Union 76, a business of unknown form;

[PRP ID No. 614] All Tune and Lube, a business of unknown form;

[PRP ID No. 616] Buy-Sell Enterprises, Inc., a California corporation d/b/a Bob's Tire & Auto Center;

[PRP ID No. 622] Wilcox Machine Co. a California corporation;

[PRP ID No. 624] Walid Hassan, a/k/a W. Hassan, an individual, d/b/a Chuck's Union 76;

[PRP ID No. 625] Orange Texaco, a business of unknown form;

[PRP ID No. 626] Ken's Oil, a California corporation;

[PRP ID No. 628] Freeway Shell No. 5, a business of unknown form;

[PRP ID No. 629] Jim Everett, a/k/a James Everett, and a/k/a J. Everett, an individual;

[PRP ID No. 630] Service Station of the Stars, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 631] United States Navy, an agency of the Department of Defense, United States of America;

[PRP ID No. 633] American Racing Equipment, Inc., a Delaware corporation;

[PRP ID No. 634] Hung Tran, a/k/a H. Tran, an individual, d/b/a Smog Pro Arco 0087, a/k/a Smog Pro, and a/k/a Arco;

[PRP ID No. 636] Charles B. De Farkas Enterprises, Inc., a California corporation d/b/a Shell Self Service;

[PRP ID No. 638] Jamy H. Hsih, a/k/a J.H. Hsih, a/k/a Jamy Hsih, a/k/a H. Hsih, and a/k/a J. Hsih, an individual, d/b/a Jamy's Auto;

[PRP ID No. 639] Harry H. Hahn, a/k/a Harold H. Hahn, a/k/a H.H. Hahn, a/k/a Harry Hahn, also known as Harold Hahn, and a/k/a H. Hahn, an individual, d/b/a Hahn's Texaco;

[PRP ID No. 640] Arrow Truck Wrecking, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 641] Roldolfo A. Llamas, a/k/a R.A. Llamas, a/k/a Roldolfo Llamas, a/k/a A. Llamas, and a/k/a R. Llamas, an individual, d/b/a Rudy's Truck Service;

[PRP ID No. 642] Ramzi Union, Inc., a/k/a Ramzi Union, a business of unknown form;

[PRP ID No. 644] United Auto & Tires, a business of unknown form;

[PRP ID No. 645] Mike Yeghazar, a/k/a Michael Yeghazar, and a/k/a M. Yeghazar, an individual, d/b/a Ian Auto Service Center;

[PRP ID No. 646] Exxon 921, a business of unknown form;

[PRP ID No. 647] Soon Boon, a/k/a S. Boon, an individual, d/b/a Chino Hills Nissan Service;

[PRP ID No. 648] Chemgold, Inc., a California corporation;

[PRP ID No. 649] Pardella Automotive Repair Service, Ltd., a California corporation;

[PRP ID No. 651] Crest Equipment Co., a business of unknown form;

**Rev 973's Certification/Notice Interested Parties re 7th Am'd Complaint**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 652] Samuel Lewis, a/k/a Sam Lewis, and a/k/a S. Lewis, an individual, d/b/a Chino Welding & Assembly;

[PRP ID No. 653] Qualified Equipment Service, a business of unknown form;

[PRP ID No. 655] K.S. Waste Oil Co., a business of unknown form;

[PRP ID No. 656] Anthony R. Crisalli, a/k/a A.R. Crisalli, a/k/a Anthony Crisalli, a/k/a R. Crisalli, a/k/a A. Crisalli, a/k/a Tony R. Crisalli, a/k/a T.R. Crisalli, a/k/a Tony Crisalli, and a/k/a T. Crisalli, an individual;

[PRP ID No. 657] Preston's Unocal Service & Tire, a business of unknown form;

[PRP ID No. 658] Dagher Shell, a business of unknown form;

[PRP ID No. 659] California United Terminals, Inc., a/k/a California United Terminals, a business of unknown form;

[PRP ID No. 660] Toby Ramos Tire Service, Inc., a/k/a Toby Ramos Tire Service, a business of unknown form;

[PRP ID No. 661] U.S.A. Lubricants Company, a California

**REV 973's Certification/Notice Interested Parties re 7th Am'd Complaint**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

corporation;

[PRP ID No. 662] Lifetime Transmission Exchange, a California corporation;

[PRP ID No. 663] Performance Auto, a business of unknown form;

[PRP ID No. 664] Doe No. 22--Lopez, the personal representative of the Estate of Luis Lopez, a/k/a L. Lopez, a deceased individual, d/b/a Monza Auto Service;

[PRP ID No. 665] Glen – Mac Swiss Co., a California corporation;

[PRP ID No. 666] Schindler Elevator Corporation, a Delaware corporation, d/b/a Westinghouse Elevator;

[PRP ID No. 667] Mobil Transport Service, a business of unknown form;

[PRP ID No. 668] Lee's Automotive, a business of unknown form;

[PRP ID No. 670] California Tank Lines, LLC, a/k/a California Tank Lines, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 671] Ben Pouldar, a/k/a Benjamin Pouldar, and a/k/a B. Pouldar, an individual, d/b/a Nick's Chevron Services<u>;</u>

[PRP ID No. 672] US Rentals, a business of unknown form;

[PRP ID No. 673] Robert Seremba, a/k/a Rob Seremba, a/k/a Robby Seremba, a/k/a Bob Seremba, a/k/a Bobby Seremba, a/k/a B. Seremba, and a/k/a R. Seremba, an individual;

[PRP ID No. 674] Donald Elbin, a/k/a Don Elbin, and a/k/a D. Elbin, an individual, d/b/a Montgomery Tank Lines;

[PRP ID No. 675] Sunnyside 76, Inc., a/k/a Sunnyside 76, a business of unknown form;

[PRP ID No. 676] A-1 Auto Repair, Inc., a/k/a A-1 Auto Repair, a business of unknown form;

[PRP ID No. 677] Rialto Chevron, Inc., a California corporation;

[PRP ID No. 678] Yagi Auto, Inc., a California corporation;

[PRP ID No. 683] Kim's Shell Service (1604), a/k/a Kim's Shell Service, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 684] Randall McCullough, a/k/a Randy McCullough, and a/k/a R. McCullough, an individual, d/b/a Randy's Chevron;

[PRP ID No. 685] Kim's Shell Service (1135), a business of unknown form;

[PRP ID No. 686] Lake Forest Toyota Repair, a business of unknown form;

[PRP ID No. 687] Pedro Gomez, a/k/a P. Gomez, an individual, d/b/a Gomez Auto Repair;

[PRP ID No. 689] Bernie Screw Products, a business of unknown form;

[PRP ID No. 690] Christopher Ramirez, a/k/a Chris Ramirez, and a/k/a C. Ramirez, an individual, d/b/a Smog Pros;

[PRP ID No. 692] Kasem's Union 76, a business of unknown form;

[PRP ID No. 693] Texaco (632), a business of unknown form;

[PRP ID No. 694] Hot VW Repair, Inc., a/k/a Hot VW Repair, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 695] AAMCO Transmissions, a business of unknown form;

[PRP ID No. 696] Downey Firestone, a business of unknown form;

[PRP ID No. 697] Magnolia Electric-Motors, Inc., a/k/a Magnolia Electric-Motors, a business of unknown form;

[PRP ID No. 698] Texaco Service Station, a business of unknown form;

[PRP ID No. 699] United States Navy, an agency of the Department of Defense, United States of America;

[PRP ID No. 700] Jeff Robbins, a/k/a Jeffrey Robins, and a/k/a J. Robbins, an individual, d/b/a Jeff's Auto Repair;

[PRP ID No. 702] John's Auto Repair, a business of unknown form;

[PRP ID No. 703] Norco Transmission Center, Inc., a/k/a Norco Transmission Center, a business of unknown form;

[PRP ID No. 704] Fullerton Auto Care & Trans, a business of unknown form;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 705] Jetson Auto Service, Inc., a California corporation;

[PRP ID No. 706] Colton Equipment Co. a California corporation;

[PRP ID No. 707] Nissan Master Service, a business of unknown form;

[PRP ID No. 708] 123 Auto Repair, a business of unknown form;

[PRP ID No. 711] Michael Reynolds, a/k/a Mike Reynolds, and a/k/a M. Reynolds, an individual, d/b/a Mike Reynolds Chevron Service;

[PRP ID No. 712] Kwik Industries, Inc., a California corporation;

[PRP ID No. 713] Stephen Peters, a/k/a Steven Peters, a/k/a Steve Peters, and a/k/a S. Peters, an individual, d/b/a Diesel Mobile Service;

[PRP ID No. 715] Hwa H. Wu, a/k/a H. H. Wu, a/k/a Hwa Wu, and a/k/a H. Wu, an individual, d/b/a JW Auto;

[PRP ID No. 716] Arctic Cold Storage, Inc., a California corporation;

[PRP ID No. 719] OTY Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 720] Hoc V. Nguyen, a/k/a H.V. Nguyen, a/k/a Hoc Nguyen, a/k/a V. Nguyen, and a/k/a H. Nguyen, an individual, d/b/a Smog Pros;

[PRP ID No. 721] Strege Automotive, Incorporated, a California corporation;

[PRP ID No. 722] Arco Smog Pros, a business of unknown form;

[PRP ID No. 723] Lomita Chevron, a business of unknown form;

[PRP ID No. 724.1] Tune-Ups Plus, a business of unknown form;

[PRP ID No. 724.2] Austin's Transmission, a business of unknown form;

[PRP ID No. 725.1] Valco Plastics Inc., a California corporation;

[PRP ID No. 725.2] Lee's Arco Smog Pros, a business of unknown form;

[PRP ID No. 726] Jagur Tractor, a California corporation;

[PRP ID No. 728] Hamid Kianipur, a/k/a H. Kianipur, an individual, d/b/a Auto Care Unocal;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 729] M & M Petroleum Services, Inc., a California corporation;

[PRP ID No. 730] Volvo-Benz Service, Inc., a California corporation;

[PRP ID No. 731] Leon Markosian, a/k/a L. Markosian, an individual, d/b/a Leon's Unocal;

[PRP ID No. 732] Tony's Express Inc., a California corporation;

[PRP ID No. 735] Rio Rancho Goodyear, a business of unknown form;

[PRP ID No. 737] Henry's Auto Repair Center, a business of unknown form;

[PRP ID No. 739] Adnan E. Sahyouni, a/k/a A.E. Sahyouni, a/k/a Adnan Sahyouni, a/k/a E. Sahyouni, and a/k/a A. Sahyouni, an individual, d/b/a Andy's Shell;

[PRP ID No. 740] Ashbel Tune and Lube Inc., a California corporation;

[PRP ID No. 742] Western Shell, a business of unknown form;

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 743] Wragtime Air Freight, Inc., a New York corporation;

[PRP ID No. 744] George Hanna, a/k/a G. Hanna, an individual, d/b/a Anza Mobil Service;

[PRP ID No. 745] United Auto Repair & Service, a business of unknown form;

[PRP ID No. 746] Ben J. Lee, a/k/a Benjamin J. Lee, a/k/a B.J. Lee, a/k/a Ben Lee, a/k/a Benjamin Lee, a/k/a J. Lee, and a/k/a B. Lee, an individual, d/b/a Mobil (401);

[PRP ID No. 748] Steven Grossi, a/k/a Stephen Grossi, a/k/a Steve Grossi, and a/k/a S. Grossi, an individual, d/b/a Manhattan Beach Shell;

[PRP ID No. 750] Kaylo Limited Partnership, a/k/a Kaylo, a business of unknown form;

[PRP ID No. 751] Pacific Auto Repairs, Inc., a California corporation;

[PRP ID No. 752] Samani Hanna, a/k/a Sam Hanna, and a/k/a S. Hanna, an individual, d/b/a Mike's Auto Repair;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 753] Grand Unocal 76 6187, a/k/a Grand Unocal 76, a business of unknown form;

[PRP ID No. 754] R.C. Service Gas Station, Inc., a California corporation;

[PRP ID No. 755] D.B. Oil, LLC, a business of unknown form;

[PRP ID No. 756] Gish Auto Repair, Inc., a California corporation;

[PRP ID No. 757] S.T. Triad Enterprises, a/k/a S.T. Triad, a business of unknown form;

[PRP ID No. 758] Ramirez Auto Repair, a business of unknown form;

[PRP ID No. 761] Saddleback Trans, Inc., a California corporation;

[PRP ID No. 762] Doe No. 23--Casillas, the personal representative of the Estate of David Casillas, a/k/a Dave Casillas, a/k/a D. Casillas, a deceased individual;

[PRP ID No. 764] Michael J. Higgins Enterprises, Inc., a California corporation;

[PRP ID No. 766] S&S Trucking, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 767] Majid Tabibian, a/k/a M. Tabibian, an individual, d/b/a Smog Pros;

[PRP ID No. 768] Tamco Enterprises, a business of unknown form;

[PRP ID No. 769] Henry Auto Center, Inc., a/k/a Henry Auto Center, a business of unknown form;

[PRP ID No. 770] Gordon Fong, a/k/a G. Fong, an individual, d/b/a Gasoline Alley;

[PRP ID No. 771] Main Street Dairy, Inc., a California corporation;

[PRP ID No. 772] Swedish Pro-Tech, Inc., a California corporation;

[PRP ID No. 773] San Pedro Shell, a business of unknown form;

[PRP ID No. 775] Serkis Targanyan, a/k/a S. Targanyan, an individual, d/b/a George's UNOCAL 76;

[PRP ID No. 777] Annabis Unocal Service, a business of unknown form;

[PRP ID No. 778] Reliance Auto Repair Service, Inc., a California

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

corporation;

[PRP ID No. 779] Siam Minh Corporation, a California corporation;

[PRP ID No. 783] S. & O. Oil Services, Inc., a/k/a S. & O. Oil Services, a business of unknown form;

[PRP ID No. 784] Al's Jaguar, Inc., a California corporation;

[PRP ID No. 785] Pro Auto Care, a California corporation;

[PRP ID No. 786] Peter Kwon, a/k/a Pete Kwon, and a/k/a P. Kwon, an individual, d/b/a Kwon's Mobil;

[PRP ID No. 787] Ralph Panella, a/k/a R. Panella, an individual, d/b/a Ralph's Chevron;

[PRP ID No. 789] Adolfo's Auto Repair, a business of unknown form;

[PRP ID No. 791] John Fawcett, a/k/a J. Fawcett, an individual, d/b/a Unocal Service Station at 26th Street;

[PRP ID No. 792] XCO, Inc., a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 793] Ali Majdi, a/k/a A. Majdi, an individual, d/b/a Pars Unocal;

[PRP ID No. 794] The Tune Up Center, a business of unknown form;

[PRP ID No. 796] Ray Ziglari, a/k/a Raymond Ziglari, and a/k/a R. Ziglari, an individual, d/b/a Japanese Auto Care Specialist;

[PRP ID No. 797] Yong Chung, a/k/a Y. Chung, an individual, d/b/a Smog Pros;

[PRP ID No. 798] Rex Osborn, a/k/a R. Osborn, an individual, d/b/a Rex Osborn Exxon Services;

[PRP ID No. 799] Ropak West Inc., a California corporation;

[PRP ID No. 800] Raymond Mendoza, a/k/a Ray Mendoza, and a/k/a R. Mendoza, an individual, d/b/a Ray's Texaco;

[PRP ID No. 801] Dynamic Performance, a business of unknown form;

[PRP ID No. 802] Herald's Garage, Inc., a California corporation;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 803] County of Los Angeles Sheriff's Department, an agency of the County of Los Angeles, State of California;

[PRP ID No. 804] Zareen E. Noory, a/k/a Z.E. Noory, a/k/a Zareen Noory, a/k/a E. Noory, and a/k/a Z. Noory, an individual, d/b/a All Tune & Lube;

[PRP ID No. 805] Jim's Arco Service, a business of unknown form;

[PRP ID No. 806] Performance Auto Express, a business of unknown form;

[PRP ID No. 807] Burbank Water and Power, an agency of the City of Burbank, County of Los Angeles, State of California;

[PRP ID No. 808] Goodyear Trinity Auto Service Center, Inc., a/k/a Goodyear Trinity Auto Service Center, a business of unknown form;

[PRP ID No. 809] Autoron Service Co., Inc., a California corporation;

[PRP ID No. 810] AJ Mobil Service, a business of unknown form;

[PRP ID No. 811] Jack Taniguchi, a/k/a John Taniguchi, a/k/a J. Taniguchi, an individual, d/b/a Jack's Friendly Service;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 812] Bohan Automotive Inc., a California corporation;

[PRP ID No. 814] Gary Mankarian, a/k/a G. Mankarian, an individual, d/b/a Allen & Villa Mobil;

[PRP ID No. 815] J.J. Auto Repair, Inc., a/k/a J.J. Auto Repair, a business of unknown form;

[PRP ID No. 816] G&V Transmissions, a business of unknown form;

[PRP ID No. 818] Cardenas Auto Service, a business of unknown form;

[PRP ID No. 819] Chevron U.S.A., a business of unknown form;

[PRP ID No. 820] Yang C. Chung, a/k/a Y.C. Chung, a/k/a Yang Chung, a/k/a C. Chung, and a/k/a Y. Chung, an individual, d/b/a Chung's Union 76;

[PRP ID No. 821] All Tune and Lube, a business of unknown form;

[PRP ID No. 823] Ray's Arco Smog Pros, a business of unknown form;

[PRP ID No. 824] Classic Star Mercedes, a business of unknown

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 825] Kim's Tire and Auto Service, Inc., a California corporation;

[PRP ID No. 827] Peter H. Pan, a/k/a P.H. Pan, a/k/a Peter Pan, a/k/a H. Pan, and a/k/a P. Pan, an individual, d/b/a Pan's Texaco;

[PRP ID No. 828] A-1 Transmission, a business of unknown form;

[PRP ID No. 829] Crist Contracting Co., Inc., a California corporation;

[PRP ID No. 830] Jahan Jahangiri, a/k/a J. Jahangiri, an individual, d/b/a Jahan's Arco Smog Pros;

[PRP ID No. 831] Peng Sreng, a/k/a P. Sreng, an individual, d/b/a Peng's Unocal;

[PRP ID No. 832] Ocon 76, a business of unknown form;

[PRP ID No. 833] Arco Smog Pros, a business of unknown form;

[PRP ID No. 834] Colima Unocal, a business of unknown form;

[PRP ID No. 835] Lee's Chevron Station, a business of unknown

form;

[PRP ID No. 836] Ko Ko Transmissions, Inc., a business of unknown form;

[PRP ID No. 837] O & M Auto & Truck Service, Inc., a California corporation;

[PRP ID No. 840] Smog Pros, a business of unknown form;

[PRP ID No. 841] Silver Sea Auto Repair Inc., a business of unknown form;

[PRP ID No. 842] Alvarez Shell, a business of unknown form;

[PRP ID No. 843] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 844] Best Care Exxon, a business of unknown form;

[PRP ID No. 845] Viken Aposhian, a/k/a V. Aposhian, an individual, d/b/a Smog Pros;

[PRP ID No. 846] A&B Auto, a business of unknown form;

[PRP ID No. 848] Chevron (11453), a business of unknown form;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 849] Torco International Corporation, a California corporation;

[PRP ID No. 850] Ben T. Lei, Sr., a/k/a Benjamin T. Lei, Sr., a/k/a B.T. Lei, Sr., a/k/a Ben Lei, Sr., a/k/a Benjamin Lei, Sr., a/k/a T. Lei, Sr., a/k/a B. Lei, Sr., a/k/a Ben T. Lei, a/k/a Benjamin T. Lei, a/k/a B.T. Lei, a/k/a Ben Lei, a/k/a Benjamin Lei, a/k/a T. Lei, and a/k/a B. Lei, an individual, d/b/a Ben Lei Mobil Service Center;

[PRP ID No. 851] Big John's Trans, a business of unknown form;

[PRP ID No. 852] Culver City Transmission Service, Inc., a California corporation;

[PRP ID No. 853] Jin Cho, a/k/a J. Cho, an individual, d/b/a C&C Shell;

[PRP ID No. 854] John Morrell & Co., a Delaware corporation;

[PRP ID No. 855] Russell J. McKee, a/k/a Russ J. McKee, a/k/a R.J. McKee, a/k/a Russell McKee, a/k/a Russ McKee, a/k/a J. McKee, and a/k/a R. McKee, an individual, d/b/a Big 4 Transmissions;

[PRP ID No. 856] Pro Automotive, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 858] John T. Kim, a/k/a J.T. Kim, a/k/a John Kim, a/k/a T. Kim, and a/k/a J. Kim, an individual, d/b/a Burbank Smog & Auto Center;

[PRP ID No. 859] Hank's Tire, a California corporation;

[PRP ID No. 861] Abu Lashin Brothers, Inc., a California corporation;

[PRP ID No. 862] Salvatore Zito, a/k/a Sal Zito, and a/k/a S. Zito, an individual, d/b/a Zito's Shell;

[PRP ID No. 863] Crosby & Overton, Inc., a California corporation;

[PRP ID No. 865] James Langdon, a/k/a Jim Langdon, a/k/a Jimmy Langdon, and a/k/a J. Langdon, an individual d/b/a Custom Fuel Service;

[PRP ID No. 866] Arco (11470), a business of unknown form;

[PRP ID No. 867] Doe No. 24--McHenry, the personal representative of the Estate of James McHenry, Jr., a/k/a Jim McHenry, Jr., a/k/a J. McHenry, Jr., a/k/a James McHenry, a/k/a Jim McHenry, and a/k/a J. McHenry, a deceased individual, d/b/a McHenry Chevron;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 869] Monrovia Shell, a business of unknown form;

[PRP ID No. 870] Prolimn Oil Company, a/k/a Prolimn Oil, a business of unknown form;

[PRP ID No. 871] Smog Pros, a business of unknown form;

[PRP ID No. 872] John Fawcett, a/k/a J. Fawcett, an individual, d/b/a Ken's Union Oil Service, a/k/a John Fawcett Union Oil No. 2;

[PRP ID No. 873] Complete Charter Lines, Inc., a California corporation;

[PRP ID No. 874] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 875] Bay Cities Motors, a business of unknown form;

[PRP ID No. 879] Kim's Mobil, Inc., a/k/a Kim's Mobil, a business of unknown form;

[PRP ID No. 880] Four Star Auto Repair and Parts, a California corporation;

[PRP ID No. 881] Alan Yu, a/k/a Al Yu, and a/k/a A. Yu, an individual, d/b/a Arco Smog Pros (1000);

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 882] Foroshani Hooshang, a/k/a F. Hooshang, an individual, d/b/a Smog Pros (3111);

[PRP ID No. 883] Arthur Saldana, a/k/a Art Saldana, and a/k/a A. Saldana, an individual, d/b/a Art's Shell;

[PRP ID No. 885] Kamal Sadik, a/k/a K. Sadik, an individual, d/b/a Magic Lube;

[PRP ID No. 886] Gary Templeton, a/k/a G. Templeton, an individual, d/b/a Globe Transmissions;

[PRP ID No. 888] Pioneer Fast Service, a business of unknown form;

[PRP ID No. 889] Harbor City Mobil, a business of unknown form;

[PRP ID No. 890] Jong Hahn, a/k/a J. Hahn, an individual, d/b/a Han Shell, a/k/a Hahn Shell;

[PRP ID No. 891] B&H Auto Repair, a business of unknown form;

[PRP ID No. 892] Purrfect Auto Service, a business of unknown form; operating as a franchisee of Purrfect Auto Service, Inc., a California corporation;

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 893] Nick Nazari, a/k/a Nicholas Nazari, and a/k/a N. Nazari, an individual, d/b/a Nick Nazari Automotive;

[PRP ID No. 894] Economy Auto Center, a business of unknown form;

[PRP ID No. 896] Phillips Ranch Unocal, a business of unknown form;

[PRP ID No. 897] Lee's Jaguar and British Auto Repair, a business of unknown form;

[PRP ID No. 898] Chris T. Jennings, a/k/a Christopher T. Jennings, a/k/a C.T. Jennings, a/k/a Chris Jennings, a/k/a Christopher Jennings, a/k/a T. Jennings, and a/k/a C. Jennings, an individual, d/b/a Huntington Harbor Mobil;

[PRP ID No. 900] Raj K. Nangia, a/k/a R.K. Nangia, a/k/a Raj Nanjia, a/k/a K. Nangia, and a/k/a R. Nangia, an individual, d/b/a Crown Automotive;

[PRP ID No. 901] Abel Rodriguez, a/k/a A. Rodriguez, an individual, d/b/a Discount Auto Service;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 902] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 903] Paul's Automotive Service and Repair, Inc., a California corporation;

[PRP ID No. 905] Moturis Inc., a California corporation;

[PRP ID No. 908] Hawthorne Unocal, a business of unknown form;

[PRP ID No. 909] Norm's Union 76, a business of unknown form;

[PRP ID No. 910] Underground Ford, Inc., a California corporation;

[PRP ID No. 911] Western & Vernon Shell, a business of unknown form;

[PRP ID No. 912] Coker's Trans, a business of unknown form;

[PRP ID No. 913] Louise Unocal, a business of unknown form;

[PRP ID No. 914] AB Plastics Corporation, a California corporation;

[PRP ID No. 915] Force Automotive, Inc., a California corporation;

[PRP ID No. 916] J.T. Mechanic & Body Shop, Inc., a California

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

corporation;

[PRP ID No. 917] Mark's Mobile Truck Service, LLC, a/k/a Mark's Mobile Truck Service, a business of unknown form;

[PRP ID No. 918] B & B Auto Service, a business of unknown form;

[PRP ID No. 919] William Safarian, a/k/a Will Safarian, a/k/a Bill Safarian, a/k/a W. Safarian, and a/k/a B. Safarian, an individual, d/b/a Bill's Texaco Service Center;

[PRP ID No. 920] All American Products Group Inc., a/k/a All American Products Group, a business of unknown form;

[PRP ID No. 922] Century Transmissions, a business of unknown form;

[PRP ID No. 923] Bob's Unocal, a business of unknown form;

[PRP ID No. 924] Eddie Pouldar, a/k/a Ed Pouldar, a/k/a Edward Pouldar, a/k/a Edwin Pouldar, a/k/a Eduardo Pouldar, and a/k/a E. Pouldar, an individual, d/b/a Eddie's Chevron;

[PRP ID No. 925] Bob's Union, Inc., a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 926] Hadley Auto Transport, LLC, a/k/a Hadley Auto Transport, a business of unknown form;

[PRP ID No. 927] Cypress College Shell, a business of unknown form;

[PRP ID No. 928] TWL Automobile Service Inc., a California corporation;

[PRP ID No. 930] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 931] Hubert Young Choi, a/k/a Hubert Y. Choi, a/k/a H. Young Choi, a/k/a H.Y. Choi, a/k/a Hubert Choi, a/k/a Young Choi, a/k/a Y. Choi, and a/k/a H. Choi, an individual, d/b/a Choi's Airport Shell;

[PRP ID No. 932] Vincent Auto Repair, Inc., a California corporation;

[PRP ID No. 933] Tony Nino, a/k/a Anthony Nino, a/k/a T. Nino, and a/k/a A. Nino, an individual, d/b/a Gary's Unocal;

[PRP ID No. 934] Century Tire, a business of unknown form;

[PRP ID No. 935] Hao's Auto Service, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 936] Kevin Win, a/k/a K. Win, an individual, d/b/a Diana Shell;

[PRP ID No. 938] Star Auto Center Inc., a California corporation;

[PRP ID No. 939] Econo Lube N Tune, a business of unknown form;

[PRP ID No. 941] Warner Service, Inc., a/k/a Warner Service, a business of unknown form;

[PRP ID No. 942] Amzac Enterprises, Inc., a California corporation;

[PRP ID No. 943] Delta Forklift, Inc., a/k/a Delta Forklift, a business of unknown form;

[PRP ID No. 944] Wayne Randall, a/k/a W. Randall, an individual, d/b/a Transmissions R Us;

[PRP ID No. 945] Smog Pros, a business of unknown form;

[PRP ID No. 947] Tsui & Chao Corporation, a California corporation;

[PRP ID No. 948] Union Paving Co., Inc., a California corporation;

[PRP ID No. 949] Guervo Diesel, a business of unknown form;

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 951] Danny's Unocal, a business of unknown form;

[PRP ID No. 952] Best Lube, a business of unknown form;

[PRP ID No. 953] Alpha Environmental Recovery Systems, Inc., a
California corporation;

[PRP ID No. 954] Tony's Auto Service Corp., a California corporation;

[PRP ID No. 955] Edward Chairez, a/k/a Ed Chairez, a/k/a Edwin
Chairez, a/k/a Eduardo Chairez, and a/k/a E. Chairez, an individual,
d/b/a Speedy Transmission;

[PRP ID No. 956] George Hayek, a/k/a G. Hayek, an individual, d/b/a
Car Emporium;

[PRP ID No. 957] Try-Die, Incorporated, a California corporation;

[PRP ID No. 958] Vermont Auto Repair, a business of unknown form;

[PRP ID No. 959] Jim's Chevron, a business of unknown form;

[PRP ID No. 962] TODC, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 963] Jamil Homsi, a/k/a J. Homsi, an individual, d/b/a Jimmy's Mobil Service;

[PRP ID No. 964] German Motorcraft, a business of unknown form;

[PRP ID No. 966] A N J Auto Repair, a business of unknown form;

[PRP ID No. 967] Kaisuen Kong, a/k/a K. Kong, an individual, d/b/a Sunny Auto Repair;

[PRP ID No. 968] Katsuahiko Komaba, a/k/a K. Komaba, an individual, d/b/a Beverly Auto Center;

[PRP ID No. 969] Harrington Tools, Inc., a California corporation;

[PRP ID No. 973] Frontier Aluminum Corporation, a California corporation;

[PRP ID No. 974] Dong A, Inc., a California corporation;

[PRP ID No. 975] JJ Trans, a business of unknown form;

[PRP ID No. 976] Oilab, a California corporation;

[PRP ID No. 977] Purrfect Auto Service #85, a business of unknown

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 979] Wayne's Auto & Truck Repair, Inc., a California corporation;

[PRP ID No. 981] Ace Auto Pros, Incorporated, a/k/a Ace Auto Pros, a business of unknown form;

[PRP ID No. 982] Three D Service Company, Inc., a/k/a Three D Service Company, a business of unknown form;

[PRP ID No. 984] Certified Alloy Products, Inc., a/k/a Certified Alloy Products, a business of unknown form;

[PRP ID No. 985] Motor Processors, Inc., a California corporation;

[PRP ID No. 986] Amirs Mobil Service, a business of unknown form;

[PRP ID No. 987] Downey Automotive Service, Inc., a California corporation;

[PRP ID No. 989] Kasler Corporation, a California corporation;

REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 990] Maged M. Bebawi, a/k/a M.M. Bebawi, a/k/a Maged Bebawi, and a/k/a M. Bebawi, an individual, d/b/a Goodyear Tire Center;

[PRP ID No. 992] Colima Auto Repair, a business of unknown form;

[PRP ID No. 994] North Hollywood Auto Repair, Inc., a California corporation;

[PRP ID No. 995] Han's Auto, a business of unknown form;

[PRP ID No. 996] David Lieberman, a/k/a Dave Lieberman, and a/k/a D. Lieberman, an individual, d/b/a Soledad Automotive;

[PRP ID No. 997] Kwang Dong Park, a/k/a Kwang D. Park, a/k/a K. Dong Park, a/k/a K.D. Park, a/k/a Kwang Park, a/k/a Dong Park, a/k/a D. Park, and a/k/a K. Park, an individual, d/b/a Park's Texaco;

[PRP ID No. 998] Mechanic Experts, Inc., a business of unknown form;

[PRP ID No. 1001] California Auto Center, a business of unknown form;

[PRP ID No. 1004] H Car Repair, Inc., a California corporation;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1005] Material Transport, a business of unknown form;

[PRP ID No. 1006] Burbank Automotive Center, a business of unknown form;

[PRP ID No. 1007] Troy Howell Mobil, a business of unknown form;

[PRP ID No. 1008] Fortune Chevron, a business of unknown form;

[PRP ID No. 1010] M&M Mobil Service, a business of unknown form;

[PRP ID No. 1011] OS Auto, a business of unknown form;

[PRP ID No. 1012] Lomita Shell, a business of unknown form;

[PRP ID No. 1014] Al's Automatic Transmissions Inc., a/k/a Al's Automatic Transmissions, a business of unknown form;

[PRP ID No. 1021] BMW Clinic, Inc., a California corporation;

[PRP ID No. 1022] Independent Repair, a business of unknown form;

[PRP ID No. 1024] Chevron, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1025] Smog Pros, a business of unknown form;

[PRP ID No. 1026] MK Chevron, a business of unknown form;

[PRP ID No. 1027] John's Service Center, a business of unknown form;

[PRP ID No. 1028] Chino Auto Tech, Inc., a/k/a Chino Auto Tech, a business of unknown form;

[PRP ID No. 1030] R.S., a business of unknown form;

[PRP ID No. 1031] Best Trans, a business of unknown form;

[PRP ID No. 1032] Hillside Chevron, a business of unknown form;

[PRP ID No. 1033] Smog Pros, a business of unknown form;

[PRP ID No. 1034] Exxon Service Station, a business of unknown form;

[PRP ID No. 1035] Texaco, a business of unknown form;

[PRP ID No. 1036] Midway Auto Center, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1037] Certified Transmission, a business of unknown form;

[PRP ID No. 1038] Malone Enterprises, Inc., a California corporation;

[PRP ID No. 1039] Credo Automotive, Inc., a California corporation;

[PRP ID No. 1040] Redhill UNOCAL, a business of unknown form;

[PRP ID No. 1043] Jerry's Union 76, a business of unknown form;

[PRP ID No. 1044] Walnut Valley Auto, a business of unknown form;

[PRP ID No. 1045] Frank's UNOCAL, a/k/a Valley UNOCAL, a business of unknown form;

[PRP ID No. 1046] Central Riverside Shell, Inc., a California corporation;

[PRP ID No. 1047] A&A Automotive, a business of unknown form;

[PRP ID No. 1051] Cerritos Towne Center Chevron, a business of unknown form;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1054] Corona Del Mar Chevron, a business of unknown form;

[PRP ID No. 1065] Kishi Auto, a business of unknown form;

[PRP ID No. 1072] UNOCAL Berth 78, a business of unknown form;

[PRP ID No. 1073] Pasadena Auto Clinic, a business of unknown form;

[PRP ID No. 1080] Armor Elevator, a business of unknown form;

[PRP ID No. 1081] Morris Motors, Inc., a/k/a Morris Motors, a business of unknown form;

[PRP ID No. 1082] Mobil Service Center, a business of unknown form;

[PRP ID No. 1083] Abe's UNOCAL 76, a business of unknown form;

[PRP ID No. 1085] Oil Conservation Service Inc., a/k/a Oil Conservation Service, a business of unknown form;

[PRP ID No. 1086] United States Coast Guard, an agency of the Department of Homeland Security, United States of America;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1088] Super Smog, a business of unknown form;

[PRP ID No. 1089] Amax Motor, Inc., a California corporation;

[PRP ID No. 1091] Glendale Auto Sales and Leasing, a business of unknown form;

[PRP ID No. 1092] Jerry's UNOCAL, a business of unknown form;

[PRP ID No. 1093] Al's UNOCAL 76, a business of unknown form;

[PRP ID No. 1097] Mobil 1401, a business of unknown form;

[PRP ID No. 1098] Charly's Mobil Service Station, a business of unknown form;

[PRP ID No. 1102] Jeff's UNOCAL, a business of unknown form;

[PRP ID No. 1103] Culver City UNOCAL, a business of unknown form;

[PRP ID No. 1104] Texaco 3454, a business of unknown form;

[PRP ID No. 1105] Line Operators, Inc., a California corporation;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1107] Valley Shell, a business of unknown form;

[PRP ID No. 1120] Michael's UNOCAL 76, a business of unknown form;

[PRP ID No. 1122] Glendora Foreign Car Services, a business of unknown form;

[PRP ID No. 1124] King Bear, a business of unknown form;

[PRP ID No. 1127] Sam's Arco, a business of unknown form;

[PRP ID No. 1131] Flying J, a business of unknown form;

[PRP ID No. 1134] Art's Service 15100, a business of unknown form;

[PRP ID No. 1136] J&S Auto, a business of unknown form;

[PRP ID No. 1137] Whittier UNOCAL, a business of unknown form;

[PRP ID No. 1138] Gus Mobil, a business of unknown form;

[PRP ID No. 1139] Bob Lee Chevron, a business of unknown form;

**REV 973's Certification/Notice Interested Parties re 7ᵗʰ Am'd Complaint**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1142] Smog Pros, a business of unknown form;

[PRP ID No. 1148] B & V Auto Transmission's, Inc., a/k/a B & V Auto Transmission, a business of unknown form;

[PRP ID No. 1149] Beach City Automotive, a business of unknown form;

[PRP ID No. 1151] Paley Brothers Purrfect Auto Repair, a business of unknown form;

[PRP ID No. 1157] Century Tire & Automotive, a business of unknown form;

[PRP ID No. 1158] T&T Auto Service, a business of unknown form;

[PRP ID No. 1162] Performance Auto, a business of unknown form;

[PRP ID No. 1163] Sause Bros. Ocean Towing Co., Inc., an Oregon corporation;

[PRP ID No. 1166] Little Saigon Auto, a business of unknown form;

[PRP ID No. 1167] Lingley Chevron, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

<u>**Attachment to Certification and Notice of Interested Parties (CV 30)**</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1172] Best Buy Tire, a business of unknown form;

[PRP ID No. 1173] MG Engineering Co., a business of unknown form;

[PRP ID No. 1174] C H A in Auto, a business of unknown form;

[PRP ID No. 1176] Alondra Auto, a business of unknown form;

[PRP ID No. 1178] Advance Auto Care, Inc., a California corporation;

[PRP ID No. 1180] Sierra Transmission & Auto Repair, a business of unknown form;

[PRP ID No. 1181] Vehicle Maintenance, a business of unknown form;

[PRP ID No. 1184] Monrovia Exxon, a business of unknown form;

[PRP ID No. 1185] Air Eagle, a business of unknown form;

[PRP ID No. 1186] Best Auto Care Lube & Tune, a business of unknown form;

[PRP ID No. 1187] "A" Transmission, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1188] Dan Conway's Chevron, a business of unknown form;

[PRP ID No. 1188.1] Doe No. 25--Conway, the personal representative of the Estate of Daniel P. Conway, a/k/a Dan P. Conway, a/k/a Danny P. Conway, a/k/a Daniel Conway, a/k/a Dan Conway, a/k/a Danny Conway, a/k/a D. P. Conway, also known P. Conway, and a/k/a D. Conway, a deceased individual;

[PRP ID No. 1189] UNOCAL 76 Main St., a business of unknown form;

[PRP ID No. 1190] Pitt-Des Moines, Inc., a Pennsylvania corporation;

[PRP ID No. 1193] Hanna UNOCAL, a business of unknown form;

[PRP ID No. 1198] Corona Transmissions, a business of unknown form;

[PRP ID No. 1200] Mike's Chevron, a business of unknown form;

[PRP ID No. 1201] Nick's Arco Service Station, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1206] Joe's Trans, a business of unknown form;

[PRP ID No. 1207] QMC, Inc., a California corporation;

[PRP ID No. 1209] Triangle Texaco, a business of unknown form;

[PRP ID No. 1210] Alpha Transform, Inc., a/k/a Alpha Transform, a business of unknown form;

[PRP ID No. 1211] Brink's, Incorporated, a Delaware corporation;

[PRP ID No. 1212] Durham School Services, L.P., a business of unknown form;

[PRP ID No. 1213] Coordinated Equipment Co., a California corporation;

[PRP ID No. 1215] High Industries, Inc., a business of unknown form;

[PRP ID No. 1217] Brea UNOCAL, a business of unknown form;

[PRP ID No. 1218] Albert A. Rios, a/k/a Alberto A. Rios, a/k/a Al A. Rios, a/k/a A.A. Rios, a/k/a Albert Rios, a/k/a Alberto Rios, a/k/a Al Rios, and a/k/a A. Rios, an individual;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1220] Kinney Vacuum, a business of unknown form;

[PRP ID No. 1221] RWA Trucking Company, Inc., a California corporation;

[PRP ID No. 1222] Raymond Aluminum, Inc., a business of unknown form;

[PRP ID No. 1222.1] Doe No. 26--James is the personal representative of the Estate of Raymond L. James, a/k/a Ray L. James, a/k/a Raymond James, a/k/a Ray James, a/k/a R. L. James, a/k/a L. James, and a/k/a R. James, a deceased individual;

[PRP ID No. 1223] Bill's Mobil Service Station, a business of unknown form;

[PRP ID No. 1224] Brake Masters, a business of unknown form;

[PRP ID No. 1226] Best Buy Tire Centers, Inc., a California corporation;

[PRP ID No. 1227] Ramin's Mobil Service Center, a business of unknown form;

[PRP ID No. 1229] German Auto Repair, a business of unknown

**Rev 973's Certification/Notice Interested Parties re 7ᵗʰ Am'd Complaint**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 1230] Herman's Expert Automotive, a business of unknown form;

[PRP ID No. 1231] Golden Automotive, a business of unknown form;

[PRP ID No. 1234] Mobil 2925, a business of unknown form;

[PRP ID No. 1235] Johnson's Lube, a business of unknown form;

[PRP ID No. 1238] Cho's Auto Service, Inc., a business of unknown form;

[PRP ID No. 1240] Markovitch Chevron Service, a business of unknown form;

[PRP ID No. 1243] Bay Auto Services, a business of unknown form;

[PRP ID No. 1244] Los Angeles County Fire Department, an agency of the County of Los Angeles, State of California;

[PRP ID No. 1245] Arco Smog Pros, a business of unknown form;

[PRP ID No. 1246] Fiesta Leasing, a business of unknown form;

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1249] Playa Vista Car Care, a business of unknown form;

[PRP ID No. 1250] A-1 Equipment Rentals, a business of unknown form;

[PRP ID No. 1251] Lewis Carburetor Rebuilt, Inc., a California corporation;

[PRP ID No. 1252] JC . . . Garage, a/k/a JC Garage, a business of unknown form;

[PRP ID No. 1253] Yang's Union, a business of unknown form;

[PRP ID No. 1254] Yorba Linda UNOCAL, a business of unknown form;

[PRP ID No. 1255] Alcorn Fence Company, a California corporation;

[PRP ID No. 1257] Western Auto, a business of unknown form;

[PRP ID No. 1258] Studio City Mobil, a business of unknown form;

[PRP ID No. 1259] Andy's Mobil Tune Up, a business of unknown

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 1260] Lomita Shell, a business of unknown form;

[PRP ID No. 1261] UNOCAL, a business of unknown form;

[PRP ID No. 1262] Thrifty Car Rental, a business of unknown form;

[PRP ID No. 1263] Auto Tech 365, a business of unknown form;

[PRP ID No. 1264] Mobil Auto Service, a business of unknown form;

[PRP ID No. 1265] Arco Smog Pros, a business of unknown form;

[PRP ID No. 1266] Avery Foreign Car Service, a business of unknown form;

[PRP ID No. 1267] OVH Independent, Inc., a business of unknown form;

[PRP ID No. 1268] Gabriel's Automotive and Towing, a business of unknown form;

[PRP ID No. 1269] Trans Auto Clinic, a business of unknown form;

**Rev 973's Certification/Notice Interested Parties re 7th Am'd Complaint**

Attachment to Certification and Notice of Interested Parties (CV 30)
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1270] Pomona Valley Tires and Service, a business of unknown form;

[PRP ID No. 1272] Demerjian Auto Service, a business of unknown form;

[PRP ID No. 1273] Massoud Mobil, a business of unknown form;

[PRP ID No. 1275] Ball Glass Container Corporation, a Delaware corporation;

[PRP ID No. 1278] Arco 8601, a business of unknown form;

[PRP ID No. 1279] UNOCAL, a business of unknown form;

[PRP ID No. 1280] Taylor Concrete Pumping Corp., a/k/a Taylor Concrete Pumping, a business of unknown form;

[PRP ID No. 1281] Sam's UNOCAL, a business of unknown form;

[PRP ID No. 1282] Auto Tune 27620, a business of unknown form;

[PRP ID No. 1284] Mobil Service Station, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1285] Parvis Chevron, a business of unknown form;

[PRP ID No. 1287] Exxon Gas Station, a business of unknown form;

[PRP ID No. 1289] Pacific Steel Treating Co., Inc., a business of unknown form;

[PRP ID No. 1290] Orange Import Car Service, Inc., a California corporation;

[PRP ID No. 1292] Eastern Exxon Service Station, a business of unknown form;

[PRP ID No. 1293] Auto Tune Center, a business of unknown form;

[PRP ID No. 1294] Euro Performance World, a California corporation;

[PRP ID No. 1295] Shell, a business of unknown form;

[PRP ID No. 1297] Custom Rubber Mix, Inc., a California corporation;

[PRP ID No. 1300] Calgo Mfg, Inc., a California corporation;

[PRP ID No. 1303] Hugo-Neu Proler, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC
FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC
CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1304] Cornejo's Service Station, a business of unknown form;

[PRP ID No. 1307] L & M Motors, a business of unknown form;

[PRP ID No. 1309] Azusa White GMC, a business of unknown form;

[PRP ID No. 1310] Shell 1631, a business of unknown form;

[PRP ID No. 1311] Sir Mix Concrete Products, Inc., a business of unknown form;

[PRP ID No. 1313] Danny's Mobil, a business of unknown form;

[PRP ID No. 1314] American Workboats, Inc., a Hawaii corporation;

[PRP ID No. 1316] Airport UNOCAL, a business of unknown form;

[PRP ID No. 1318] Metric Motors Japanese Car Repair, a business of unknown form;

[PRP ID No. 1322] Steve's Transmission, a business of unknown form;

[PRP ID No. 1323] United Transmission, a business of unknown

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

form;

[PRP ID No. 1324] Auto Meister, a business of unknown form;

[PRP ID No. 1325] Reseda Motor Works, a business of unknown form;

[PRP ID No. 1326] Alco Plating Corporation, a California corporation;

[PRP ID No. 1327] Discount Tire Stores, a business of unknown form;

[PRP ID No. 1329] MPR Trucking, a business of unknown form;

[PRP ID No. 1330] Wilco Machine, Inc., a California corporation;

[PRP ID No. 1331] Tustin Automotive, a business of unknown form;

[PRP ID No. 1332] Spence & Frye GM Specialist, a business of unknown form;

[PRP ID No. 1333] Santa Monica Isuzu, a business of unknown form;

[PRP ID No. 1334] Dave's Towing, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1334.1] Doe No. 27--Crisp, the personal representative of the Estate of Dave E. Crisp, a/k/a David E. Crisp, a/k/a Dave Crisp, a/k/a David Crisp, a/k/a D. E. Crisp, a/k/a E. Crisp, and a/k/a D. Crisp, a deceased individual;

[PRP ID No. 1335] Perfect Auto Service #24, a business of unknown form;

[PRP ID No. 1338] Lyby's General Auto Repair, a business of unknown form;

[PRP ID No. 1340] German Car Service, a business of unknown form;

[PRP ID No. 1341] Alliance Trans, a business of unknown form;

[PRP ID No. 1343] Viklund Mercedes, a business of unknown form;

[PRP ID No. 1344] Jay's Auto Repair, Inc., a business of unknown form;

[PRP ID No. 1345] D&D Garage, a business of unknown form;

[PRP ID No. 1346] U Pick U Save Self Service Auto, a business of unknown form;

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1347] Crown Shell, a business of unknown form;

[PRP ID No. 1348] UNOCAL 2041, a business of unknown form;

[PRP ID No. 1350] Bill Moyle & Sons, Inc., a California corporation;

[PRP ID No. 1351] El Segundo Tire Service, a California corporation;

[PRP ID No. 1352] Agency Auto, a business of unknown form;

[PRP ID No. 1353] Mike's Main Channel Marine, a business of unknown form;

[PRP ID No. 1354] Anglemyer Crane Rental, a business of unknown form;

[PRP ID No. 1355] Texaco 5289, a business of unknown form;

[PRP ID No. 1357] Starlite Reclamation, a business of unknown form;

[PRP ID No. 1358] Arco 3227, a business of unknown form;

[PRP ID No. 1360] Covina Mobil, Inc., a business of unknown form;

[PRP ID No. 1361] Smog Pros, a business of unknown form;

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES re 7TH AM'D COMPLAINT**

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1362] Chevron, a business of unknown form;

[PRP ID No. 1363] Sid's Auto Repair, a business of unknown form;

[PRP ID No. 1365] Cash Grading Contractors, Inc., a/k/a Cash Grading Contractors, a business of unknown form;

[PRP ID No. 1366] Abco Hardware & Builder's Supply, Inc., a/k/a Abco Hardware & Builder's Supply, a business of unknown form;

[PRP ID No. 1367] JB Chevron, a business of unknown form;

[PRP ID No. 1368] Blaine's 76, a business of unknown form;

[PRP ID No. 1369] Shell 2322, a business of unknown form;

[PRP ID No. 1370] John Piechoski Chevron Service, a business of unknown form;

[PRP ID No. 1371] Upland Nissan Service, a business of unknown form;

[PRP ID No. 1372] Roger's Maintenance, a business of unknown form;

<u>Attachment to Certification and Notice of Interested Parties (CV 30)</u>
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1373] Chevron 910, a business of unknown form;

[PRP ID No. 1375] Standard Catering, Inc., a California corporation;

[PRP ID No. 1376] Keith & Bill's Auto, a business of unknown form;

[PRP ID No. 1378] Chuck's Transmission, Inc., a business of unknown form;

[PRP ID No. 1379] Texaco 892, a business of unknown form;

[PRP ID No. 1380] Westside International Texaco, a business of unknown form;

[PRP ID No. 1381] P & R Metals, Inc., a California corporation;

[PRP ID No. 1382] Universal Transmission, a business of unknown form;

[PRP ID No. 1383] Container Corporation of America, a business of unknown form;

[PRP ID No. 1384] Gabriel's Shell Service, a business of unknown form;

**REV 973'S CERTIFICATION/NOTICE INTERESTED PARTIES RE 7TH AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1385] UNOCAL 1385, a business of unknown form;

[PRP ID No. 1386] Leonard's Diesel Repair, Inc., a California corporation;

[PRP ID No. 1389] U.S. Equipment Co., Inc., a business of unknown form;

[PRP ID No. 1391] Pomona Car Care, a business of unknown form;

[PRP ID No. 1393] Angelica Health Care, a business of unknown form;

[PRP ID No. 1394] Jusen Terminal, a business of unknown form;

[PRP ID No. 1395] Arco 2040, a business of unknown form;

[PRP ID No. 1396] Motri Auto Repair, a business of unknown form;

[PRP ID No. 1397] Bob's UNOCAL 76, a business of unknown form;

[PRP ID No. 1398] LA Mesa R.V. Center, Inc., (Central), a business of unknown form;

**REV 973's CERTIFICATION/NOTICE INTERESTED PARTIES re 7ᵀᴴ AM'D COMPLAINT**

**Attachment to Certification and Notice of Interested Parties (CV 30)**
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY REV 973, LLC**
**FOR SEVENTH AMENDED COMPLAINT BY REV 973, LLC**
**CASE NUMBER CV 98-10690 DSF (Ex)**

[PRP ID No. 1400] Erik Estrada, a/k/a E. Estrada, an individual;

[PRP ID No. 1401] Aero Auto Repair, a business of unknown form;

[PRP ID No. 1402] UNOCAL 2600, a business of unknown form;

[PRP ID No. 1403] Arka's Auto, a business of unknown form;

[PRP ID No. 3785] Oil Fields Trucking, a business of unknown form;

[PRP ID No. 8388] Inland Container Corporation, an Indiana corporation;

[PRP ID No. 27,909] Redwood Oil Company, Inc., a California corporation;

[PRP ID No. 27,910] San Joaquin Oil Company, a California corporation;

[PRP ID No. 27,911] Alameda Oil Company, Inc., a California corporation.