Thomas P. Schmidt
Law Offices of Thomas P. Schmidt
8880 Cal Center Dr., Suite 400
Sacramento, CA  95126
Long Beach Transit
PRP Id. No. **193**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>　　　　　Defendants,<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS. | **Case No.  CV98-10690 DSF (Ex)**<br><br>**NOTICE BY:**<br><br>**PRP NAME:** **Long Beach Transportation Company**<br>**PRP ID. NO. 193**<br><br>**OF:**<br><br>**(1)   APPEARANCE IN LAWSUIT;**<br><br>**AND**<br><br>**(2)   WAIVER OF SERVICE OF SUMMONS**<br><br>**(PER CASE MANAGEMENT ORDER NO. 3, ENTERED 2014-01-17, DOCKET NO. 821)** |

14-01-09—FRF-v2-Clean--Filed

**NOTICE BY PRP LONG BEACH TRANSPORTATION COMPANY OF APPEARANCE**

**(PRP ID. NO. 193)**

1  To the Honorable Court, the Special Master, and all parties and
2  their attorneys of record or in propria persona:
3  The potentially responsible party ("PRP") identified below received
4  mail service of a summons and a complaint naming the PRP as a
5  defendant, accepts service of summons by mail to avoid the costs of
6  further service, and appears in this action as follows:

7  Name on Notice of Lawsuit: **Long Beach Transportation Company**

8  PRP's Correct Legal Name:  Long Beach Transit
   Print Name

9  PRP Id. No.:  **193**

10 PRP Contact Information:  Thomas P. Schmidt
                             tpschmidt@earthlink.net
                             Law Offices of Thomas P. Schmidt
                             Suite 400
                             8880 Cal Center Drive
                             Sacramento, CA  95126
                             714-394-4409

Attorney contact information [if applicable]:

Thomas P. Schmidt
tpschmidt@earthlink.net
Law Offices of Thomas P. Schmidt
Suite 400
8880 Cal Center Drive
Sacramento, CA  95126
714-394-4409

By completing, filing, and mailing the PRP Appearance Notice, the PRP named above reserves all rights, objections, defenses, and claims without further action, including, but not limited to, objections to jurisdiction, denials of allegations, affirmative defenses, and counter/cross-claims.

Dated: May 16, 2014
*Print Date*

Respectfully submitted,

Law Offices of Thomas P. Schmidt
Thomas P. Schmidt

By: /s/   *Thomas P. Schmidt*
     Thomas P. Schmidt

Attorneys for [if applicable]
Long Beach Transit