FRANKLIN R. FRALEY, JR.--SBN 151879
Fraley & Associates
617 W. 7th St., Ste. 702
Los Angeles CA  90017
Tel   213.550.4000
cmecf@fraleylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REV 973, LLC, a California limited liability company

Plaintiff(s),

v.

JOHN MOUREN-LAURENS, an individual; et al.,

Defendant(s).

CASE NUMBER
CV98-10690 DSF (Ex)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) See List of Dismissed Defendants beginning on page 2.

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Rev 973, LLC (8th Amended Complaint by Rev 973, LLC, filed 14 July 2014 [Dkt. 1006]).

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

FRALEY & ASSOCIATES

December 15, 2014           By: /s/
*Date*                          *Signature of Attorney/Party*
                            Franklin R. Fraley, Jr.
                            Attorney for Plaintiff and Counter-Defendant REV 973, LLC, and Third-Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**LIST OF DISMISSED DEFENDANTS**
**CASE NUMBER CV98-10690 DSF (Ex)**

[PRP ID No. 193] Long Beach Transportation Company, a California corporation, which appeared as Long Beach Transit;

[PRP ID No. 208] El Camino College Maintenance, a business of unknown form;

[PRP ID No. 372] United States Marine Corps, an agency within the Department of Defense, United States of America;

[PRP ID No. 631] United States Navy, an agency of the Department of Defense, United States of America;

[PRP ID No. 699] United States Navy, an agency of the Department of Defense, United States of America;

[PRP ID No. 1086] United States Coast Guard, an agency of the Department of Homeland Security, United States of America;

[PRP ID No. 2,036] Alhambra Schools, a business of unknown form;

[PRP ID No. 2,487] LA Air Force Base Hobby Shop, an agency within the Department of Defense, United States of America;

[PRP ID No. 2,542] Rancho Los Amigos Medical Center, a business of unknown form;

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)
BY REV 973 OF FEDERAL/STATE GOVERNMENT PRPS RE 8TH AMENDED COMPLAINT

## LIST OF DISMISSED DEFENDANTS
### CASE NUMBER CV98-10690 DSF (Ex)

[PRP ID No. 2,662] Lakewood Sheriff's Station, a business of unknown form;

[PRP ID No. 3,229] Santa Monica Hospital, a business of unknown form;

[PRP ID No. 3,781] L.A.P.D., a business of unknown form;

[PRP ID No. 4,091] Compton Airport, a business of unknown form;

[PRP ID No. 5,036] Cal Tran's, a business of unknown form;

[PRP ID No. 5,163] L.A. City Fleet Service, a business of unknown form;

[PRP ID No. 5,166] Navy Public Works Center, an agency within the Department of Defense, United States of America;

[PRP ID No. 5,626] LASD Aero, a business of unknown form;

[PRP ID No. 5,704] Fairfax High School, a business of unknown form;

[PRP ID No. 5,931] Lincoln Educ. Center, a business of unknown form;

[PRP ID No. 7,243] Carson Sheriff, a business of unknown form;

[PRP ID No. 7,843] Firestone Sheriffs Station, a business of unknown form;

**LIST OF DISMISSED DEFENDANTS**
**CASE NUMBER CV98-10690 DSF (Ex)**

[PRP ID No. 27,934] City of Torrance Municipal Airport, a business of unknown form.

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)
BY REV 973 OF FEDERAL/STATE GOVERNMENT PRPS RE 8TH AMENDED COMPLAINT**