Margaret A.M. Heine    Bar No. 150610
Attorney at Law
Heine Law Group
2209 E. Chapman Ave., Ste. A
Fullerton CA  92831
(714) 578-2942
Fax:714 449-0316

Attorney for:  Norm's Union 76, Norman Johnson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| REV 973, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MOUREN-LAURENS, an individual; et al., <br><br> Defendants <br><br> And RELATED COUNTER-CROSS,-AND THIRD PARTY CLAIMS. | Case No.  CV98-10690 DSF (EX) <br><br> NOTICE BY: <br><br> PRP NAME:  NORM'S UNION 76 <br><br> PRP ID. NO. 909 <br><br> OF APPEARANCE IN LAWSUIT <br><br> (PER CASE MANAGEMENT ORDER NO. 3,  ENTERED 2014-01-17, DOCKET NO. 821) |

   To the Honorable Court, the Special Master, and all parties and their attorneys of record or in propria persona:

   The potentially responsible party (PRP) identified below received service of a summons and complaint naming the PRP as a defendant and appears in this action as follows:

   Name on Notice of Lawsuit:  Norm's Union 76

   PRP's Correct Legal Name:   (Now defunct company)

PRP ID NO:				909

PRP Contact Information		Norman Johnson

Email:				normsunion76@yahoo.com

Attorney contact information:

        Margaret Heine

        Heine Law Group

        2209 E. Chapman Ave., Ste. A

        Fullerton, CA  92831

        714-578-2942

        By completing, filing, and mailing this PRP Appearance Notice, the PRP named above reserves all rights, objections, defenses, and claims without further action, including, but not limited to, objections to jurisdiction, denials of allegations, affirmative defenses, and counter/cross claims.

Respectfully submitted,

Date: 01-25-2015

        Heine Law Group

        */s/ Margaret A.M. Heine*

        Margaret A.M. Heine
        Attorney for Norm's Union 76, Norman Johnson