**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____                    *Street Address*    jason.haycock@klgates.com

_____                                                    _____
*City, State, Zip*                                                                                  *E-Mail Address*

_____    _____    _____
*Telephone Number*                              *Fax Number*                                    *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☒ **GRANTED**    ☐ **DENIED**

*[Signature: Dale S. Fischer]*

Dated _____         _____
                                                            U. S. District Judge/U.S. Magistrate Judge