FRANKLIN R. FRALEY, JR.—SBN 151879
Fraley & Associates
Ste. 702
617 W. 7th St.
Los Angeles CA 90017
Tel 213.550.4000
cmecf@fraleylaw.com

Attorneys for Plaintiff and Counter-Defendant REV 973, LLC, and Third-Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>    Defendants,<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY CLAIMS. | **Case No. CV98-10690 DSF (Ex)**<br><br>**REPORT NO. 3 BY REV 973, LLC, TO COURT RE BANKRUPTCIES**<br><br>**Filed Pursuant to Minute Order (entered 2016-07-15) [Dkt. No. 2583]**<br><br>**Next Report Due: 2018-07-31** |

2018-02-09—FRF-v1-Clean

To the Honorable Court:

Pursuant to the Court's Minute Order (entered 15 July 2016) [Dkt. No. 2583) regarding bankruptcies, Plaintiff Rev 973, LLC, reports that:

- Rev 973 has not, to date, taken any steps to seek relief from any stay of this action as to any defendant arising from any bankruptcy or to prosecute claims against any defendant in any bankruptcy because:

    o this action itself remains stayed pursuant to the Court's orders, so Rev 973 cannot prosecute this action against any defendant subject to a bankruptcy stay even if Rev 973 obtains relief from any bankruptcy stay; and

    o the Mediator continues to hold on-going mediation sessions among certain parties and non-party government regulators to negotiate settlements of this action.

- Rev 973 does not take any steps to prosecute this action against any defendant that notifies Rev 973 of a potentially applicable bankruptcy stay and so informs such defendants.

Rev 973 apologizes to the Court for the delay in submitting this report, which was due on 31 January 2018, but which counsel overlooked because Fraley & Associates changed calendaring software at the end of January 2018.

Dated: 2018-02-09    Respectfully submitted,

FRANKLIN R. FRALEY, JR.
Fraley & Associates

By: /s/_____
Franklin R. Fraley, Jr.
Attorneys for Plaintiff and Counter-Defendant REV 973, LLC, and Third-Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE

FRALEY & ASSOCIATES
STE. 702
617 W. 7ᵀᴴ ST.
LOS ANGELES CA 90017
CMECF@FRALEYLAW.COM

-1-

2018-02-09—FRF-v1-Clean

**REV 973 REPORT NO. 3 RE BANKRUPTCIES**