UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.,<br><br>Defendants. | CASE NO.:   2:98-cv-10690 DSF (Ex)<br><br>**[PROPOSED] ORDER** |
| AND RELATED COUNTER-CROSS, AND THIRD-PARTY CLAIMS. | |

|     |     |
| --- | --- |
| 1   | Having reviewed and considered the Stipulated Request For Continuance Of Trial Date And Final Pretrial Date Per Regional Water Quality Control Board Declaration and the Declaration Of Noah Golden-Krasner In Support Of Stipulated Request To Continue Trial Date And Final Pretrial Conference Date, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: |

      1. The trial date for this matter is now set for _____, 2021;

      2. The Final Pretrial Conference is now set for _____, 2021; and

      3. The continued trial and Final Pretrial Conference dates shall be deemed the original dates set for purposes of all statutory and other deadlines.

Date:_____, 2021      _____
                                        Dale S. Fisher, United States District Judge