1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| REV 973, LLC, a California limited liability company, | CASE NO.: 2:98-cv-10690 DSF (Ex) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOHN MOUREN-LAURENS, an individual; et al., | |
| Defendants. | |
| AND RELATED COUNTER- CROSS, AND THIRD-PARTY CLAIMS. | |

Having reviewed and considered the Stipulated Request For Continuance Of Trial Date And Final Pretrial Date Per Regional Water Quality Control Board Declaration and the Declaration Of Noah Golden-Krasner In Support Of Stipulated Request To Continue Trial Date And Final Pretrial Conference Date, and

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The trial date for this matter is now set for December 7, 2021;

2. The Final Pretrial Conference is now set for November 15, 2021; and

3. The continued trial and Final Pretrial Conference dates shall be deemed the original dates set for purposes of all statutory and other deadlines.

Dated: July 15, 2021

_____
Dale S. Fisher, United States District Judge

1