| | |
|---|---|
| 1 | FITZGERALD YAP KREDITOR LLP |
| 2 | Michael J. FitzGerald (SBN 70842)<br>   mfitzgerald@fyklaw.com |
| 3 | Eric P. Francisconi (SBN 172102)<br>   efrancisconi@fyklaw.com |
| 4 | 2 Park Plaza, Suite 850<br>Irvine, California 92614 |
| 5 | Telephone: (949) 788-8900<br>Facsimile: (949) 788-8980 |
| 6 | |
| 7 | Attorneys for Defendants, Counter-Claimants, Cross-Complainants, and Cross-Defendants Leach Oil Company, a California Corporation; Leach Property Management, a California general partnership; Roy Leach, an individual (deceased); and Patricia Leach, an individual |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MOUREN-LAURENS, an individual; *et al.*,<br><br>    Defendants.<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY ACTIONS. | Case No.: 2:98-cv-10690 DSF (Ex)<br><br>**TRIAL WITNESS LIST FOR LEACH OIL CO., INC., LEACH PROPERTY MANAGEMENT, ROY LEACH (DECEASED), AND PATRICIA LEACH**<br><br>Trial<br>Date: December 7, 2021<br>Time: 8:30 a.m.<br>Courtroom: 7D (First St. Courthouse)<br><br>Final Pretrial Conference<br>Date: November 15, 2021<br>Time: 3:00 p.m.<br>Courtroom: 7D (First St. Courthouse) |

-1-
Trial Witness List for Leach Oil Co., Inc., Leach Property Management, Roy Leach (Deceased), and Patricia Leach
Case No. 2:98-cv-10690 DSF (Ex)

Defendants, Counter-Claimants, Cross-Complainants, and Cross-Defendants Leach Oil Co, Inc., Leach Property Management, Roy Leach (deceased), and Patricia Leach (hereafter collectively the Leach Parties) hereby submit, pursuant to Central District of California Local Rules, Rule 16-5 and section I.D.(4) of this Court's Order re Jury Trial, this list of witnesses they intend to call during the trial of the above-captioned matter.

| Name, Address, and Telephone Number | Live or Deposition | Description of Testimony | Time Estimate (Direct) | Time Estimate (Cross) |
|---|---|---|---|---|
| **Patricia Leach** (percipient) Address and telephone number previously provided | Live | As a long-time principal of Leach Oil Co., Ms. Leach is expected to testify concerning the history of the sites at issue, an explanation of the layout of the Leach site, the relationships of the sites and their owners to one another, the details of the operations conducted on the sites, events that she witnessed potentially leading to environmental contamination, how record keeping was handled at Leach Oil, Leach Oil's customers, and Leach Oil's damages. | 10 hours | 12 hours |
| **Jerrold Fine** (percipient) Address and telephone number previously provided *(adverse party)* | Live | As the principal of Rev 973, LLC, Mr. Fine will testify as to the transaction in which that entity obtained ownership of the former Mouren-Laurens site, the due diligence conducted before that acquisition, operations | 3 hours | 1.5 hours |

-2-
Trial Witness List for Leach Oil Co., Inc., Leach Property Management, Roy Leach (Deceased), and Patricia Leach
Case No. 2:98-cv-10690 DSF (Ex)

| | | | | | |
|---|---|---|---|---|---|
| | | | conducted upon the site, attempts to sell and/or lease the site, income generated by the site, expenses related to the site, and damages. | | |
| | **Catherine Quinn** (expert) Address and telephone number previously provided | **Live** | As the expert witness for the Leach Parties pertaining to environmental issues, Ms. Quinn is expected to testify as to the matters contained within her expert reports in this case, her percipient observations as to both sites at issue, her relevant experience pertaining to the subject matter of her testimony, opinions related to the expert testimony offered by others, what is and the expenses incurred for her services. | 8 hours | 10 hours |
| | **Michael Kinworthy** (percipient) Address and telephone number previously provided | **Live** | As the individual supervising the environmental testing at the sites for many years, Mr. Kinworthy is expected to authenticate his findings, elaborate upon the testing methods used, and clarify what testing has and has not been conducted upon the sites. | 5 hours | 2 hours |
| | **David Liu** (percipient) Ramboll Group 5 Park Plaza #500 Irvine, CA 92614 | **Live** | As the former environmental expert for the Leach Parties, Mr. Liu is expected to authenticate documents and reports. | 2 hours | 1 hour |

| **Roy Leach** (deceased) | Deposition | As a long-time principal of Leach Oil Co., Mr. Leach's deposition testimony is expected to concern the history of the sites at issue, an explanation of the layout of the Leach site, the relationships of the sites and their owners to one another, the details of the operations conducted on the sites, events that she witnessed potentially leading to environmental contamination, how record keeping was handled at Leach Oil, Leach Oil's customers, and Leach Oil's damages. His background differs from Ms. Leach in that his experience and job responsibilities at the site were different, in that his role focused on site operations while Ms. Leach's role was more managerial and clerical. | n/a | n/a |

DATED:   October 25, 2021

FITZGERALD YAP KREDITOR LLP

_____
Michael J. FitzGerald
Eric P. Francisconi
Attorneys for Leach Oil Company, Leach Property Management, Roy Leach (deceased), and Patricia Leach

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing paper with the Clerk of the United States District Court, Central District of California, using the CM/ECF system, which shall send notification of such filing to all counsel of record.

_____
Eric P. Francisconi
FitzGerald Yap Kreditor LLP
2 Park Plaza, Suite 850
Irvine, CA 92614
T: 949-788-8900
F: 949-788-8980