Law Offices of Beth S. Dorris
Beth S. Dorris, State Bar No. 115798
Gerald Greengard, State Bar No. 125741
Email: beth.dorris@aol.com
3226 Mandeville Canyon Rd.
Los Angeles, CA 90049
Tel: (310) 476-4761
Fax: (877) 433-4154
Attorneys for Plaintiff and Counter-Defendant
REV 973, LLC, and Third Party Defendants
REVERE FINANCIAL CORPORATION and
JERROLD A. FINE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REV 973, LLC, a California limited liability company, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>John Mouren-Laurens, an individual; et al., <br><br>　　　　Defendants. <br>_____ <br>And related counter- and cross- actions | CASE NO.: CV 98-10690 DSF (Ex) <br><br>**REV 973'S WITNESS LIST** <br><br>Assigned for all purposes to: <br>Hon. Dale S. Fischer <br><br>Pretrial Conference Date: November 15, 2021 <br>Time: 1:30 p.m.: <br>Ctrm: 7D <br><br>Trial Date: December 7, 2021 |

**Rev 973 – Witness List**
**Witnesses whose testimony will be presented by deposition are all those included in the deposition transcript excerpts not listed below:**
Witnesses:

Jerrold Fine
3637 Motor Ave., Suite 200
Los Angeles, CA 90034
(310) 836-8700

Joseph P. Derhake
2154 Torrance Blvd., Suite 200
Torrance, CA 90501
(310) 615-4500

Paul L. Biren
Los Angeles County Fire Department Hazardous Materials Investigator 5825 Rickenbacker Rd.,
Commerce, CA 90040
(323) 890-4067

Peter Bailey, P.G. *
DTSC Hazardous Waste Management
8800 Cal Center Drive,
Sacramento, CA 95826
(916) 255-3602

Mireille Mouren-Laurens
Patricia Leach
Peter Valov, Jr.
Benigno Corvera

| | |
|---|---|
| 1 | Experts: |
| 2 | |
| 3 | Brett Bowyer, P.G.<br>17011 Beach Blvd., Suite 900 |
| 4 | Huntington Beach, CA 92647<br>(877) 232-4620 |
| 5 | |
| 6 | |
| 7 | SRandall Blaesi<br>5901 W. Century Blvd, Suite 1230 |
| 8 | Los Angeles, CA 90045<br>(310) 215-0482 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
REV 973'S WITNESS LIST

Jerrold Fine will testify as to matters touching virtually all claims and defenses in this Action involving Rev 973 and/or either Site. He will testify as to Rev's business, loan history, marketing history, licensing operations; condition of both Sites since 1998, corrective action efforts. His testimony is needed because there have been significant developments since his depositions were taken, starting in the late 1980s or earlier 2000s. His testimony may take at least 8-16 hours direct and estimated 8 hours cross.

Joseph Derhake will testify as to emergency response and other corrective action measures taken after Rev 973 foreclosed on the Mouren-Laurens Site in 1998, and the relationship to efforts to sell or lease the property. His testimony will be focused and short, estimated 1-2 hours direct, ½ cross.

Paul Biren of the LA Fire Dept. was directly involved with the site investigations and multi-agency task force that dealt with significant hazardous waste discharges from MLOC's operations in 1995 and thereafter. We have questions about release reporting and notifications to other agencies based on newly found information from other government agencies that go beyond the original deposition. Mr. Biren's testimony we also be focused and short, perhaps 1-2 hours direct, perhaps 1 hour cross.

Peter Bailey of DTSC is designated for the chance that we will need him to testify, but will not be part of Rev's prima facie case. He will testify on Leach Parties' TSDF permit issues, discharges and releases noted by DTSC at the TSDF site, and condition of the TSDF site before DTSC denied Leach Oil Company, Inc.'s full operating permit as a TSDF in November 2008.

Mr. Bailey's testimony is expected to be about 1-2 hours direct, 1 hour cross.

Mireille Mouren Laurens is not part of Rev's prima facie case, but Rev may call her to address alter-ego/corporate veil/successor liability issues among the individuals and estates that are part of the Mouren-Laurens parties, as to Mouren-Laurens Oil Company and as to any remaining functions and corporate formalities of Mouren-Laurens Oil Company. Her testimony is estimated to take 1-4 hours direct, 1 hour cross.

Experts:

Brett Bowyer, PG, will testify as to the contamination at the two sites and groundwater below and near the sites, corrective action measures to address the remaining contamination, release/discharge history, sources and pathways, and estimated cost of remediation and monitoring to obtain a no further action letter for the sites. Mr. Bowyer will also testify as to uses associated with the contaminants in soils and groundwater and apportionment/allocation of fault. His testimony is estimated to take 4-12 hours direct and 3-10 hours cross.

Randall Blaesi is an appraisal expert who will testify as to the appraised value of the Mouren-Laurens Site and the effect of contamination on that value and on rents. His testimony is estimated to take 3-4 hours direct and 1-2 hours cross.

1
2
3   DATED: October 25, 2021    Respectfully submitted,
                               Law Offices of Beth S. Dorris
4
5                              By: /s/ Beth S. Dorris
                                   Beth S. Dorris
                               Attorneys for Plaintiff and Counter-
6                              Defendant Rev 973, LLC, Revere Financial
                               Corporation, and Jerrold A. Fine
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REV 973'S WITNESS LIST