Beth S Dorris (SBN 115798)
beth.dorris@aol.com
Gerald L. Greengard (SBN 125741)
ggreengard@greengardlaw.com
LAW OFFICES OF BETH S. DORRIS
3226 Mandeville Canyon Road
Los Angeles, CA 90049-1016
Telephone: (310) 476-0476
Facsimile: (877) 433-0415

Attorneys for Plaintiff and Counter-Defendant
REV 973, LLC, and Third Party Defendants
REVERE FINANCIAL CORPORATION and
JERROLD A. FINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MOUREN-LAURENS, an individual; et al.<br>　　　　　　　Defendant.<br>_____<br>AND RELATED COUNTER-CROSS, AND THIRD-PARTY CLAIMS. | CASE NO. 2:98-cv-10690 DSF (Ex)<br><br>**NOTICE OF NON-OPPOSITION TO REV 973'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MR. STEVE FIGGINS**<br><br>Assigned for all purposes to:<br>Hon. Dale S. Fischer<br><br>Date:　　November 15, 2021<br>Time:　　1:30 p.m.<br>Crtrm:　　7D<br>Trial Date: December 7, 2021 |

///

///

///

///

///

PLEASE TAKE NOTICE THAT there has been no opposition filed to the motion in limine to exclude the expert testimony of Mr. Steve Figgins (the "Motion"). The Motion was filed by REV 973, LLC on October 18, 2021, and is set for hearing on November 15, 2021.  Accordingly, pursuant to Local Rule 7-9, any opposition to the Motion must have been filed on or before October 25, 2021.   The Motion thus is unopposed.

Local Rule 7-12, Failure to File Required Documents, provides in relevant part:

> "The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion… ."

DATED:  November 3, 2021           LAW OFFICES OF BETH S. DORRIS

By:     /s/ Beth S. Dorris
BETH S. DORRIS
Attorneys for Plaintiff and Counter-Defendant REV 973, LLC, and Third Party Defendants REVERE FINANCIAL CORPORATION and JERROLD A. FINE