1  Timothy C. Cronin (SBN: 181989)
   tcronin@crolaw.com
2  Alan R. Johnston   (SBN: 208991)
   ajohnston@crolaw.com
3  Dennis J. Byrne   (SBN: 172618)
   dbyrne@crolaw.com
4  THE CRONIN LAW GROUP
5  390 Bridge Parkway, Suite 220
   Redwood City, CA 94065
6  Telephone:   (415) 951-0166
   Facsimile:   (415) 951-0167
7
8  Attorneys for Defendants, Counterclaimants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens and Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens
9
10
11 Jordan S. Stanzler  (SBN: 54620)
   jstanzler@stanzlerlawgroup.com
12 THE STANZLER LAW GROUP
   390 Bridge Parkway, Suite 220
13 Redwood City, CA 94065
   Telephone:  (650) 739-0200
14
15 Attorneys for Defendants, Counterclaimants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division)**

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MOUREN-LAURENS, an individual, et al.,<br><br>    Defendants.<br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS. | Case No.: 2:98-cv-10690-DSF-EX<br><br>**DEFENDANTS AND COUNTER-CLAIMANTS MOUREN-LAURENS PARTIES' NOTICE OF OBJECTION TO PLAINITFF REV 973 LLC'S NOTICE OF *PURPORTED* NON-OPPOSTION TO PLAINITFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF STEVE FIGGINS**<br><br>Ctrm:  7D<br><br>Final Pre-trial Conference Date:<br>                November 15, 2021<br>Trial Date:  December 7, 2021<br>Judge:        Hon. Dale S. Fischer |

## NOTICE OF OBJECTION TO PURPORTED NON-OPPOSITION

**PLEASE TAKE NOTICE** that Defendants and Counter-Claimants Mouren-Laurens Parties[1] hereby object to Plaintiff and Counter-Defendant Rev 973, LLC's "Notice of Non-Opposition to Rev 973, LLC's Motion in Limine to Exclude Expert Witness Testimony of Mr. Steve Figgins". (Dkt. No. 2939.)

On November 4, 2021, the Mouren-Laurens Parties timely filed their Opposition to Plaintiff's Motion in Limine, Declaration of Counsel in support thereof (with supporting exhibits) and Proposed Order Denying Plaintiff's Motion in Limine. (Dkt. Nos. 2940, 2940-1, 2940-2, 2940-3 and 2940-4) notwithstanding that no filing date for the motion or filing date for any opposition has been "established by the Court" pursuant to section "II.A. Motions in Limine", of the Court's "Order Re Court Trial".

## THE COURT'S "ORDER RE COURT TRIAL"

Section "I.D. Pretrial Conference", subsection "2", of the Court's "Order Re Court Trial", provides in relevant part:

> "2. STRICT COMPLIANCE WITH LOCAL RULE 16 IS REQUIRED. THIS ORDER SETS FORTH SOME <u>DIFFERENT</u> AND SOME <u>ADDITIONAL</u> REQUIREMENTS." (All caps in original, emphasis added.)

Section "II.A. Motions in Limine", of the Court's "Order Re Court Trial", provides in relevant part:

> "A. MOTIONS IN LIMINE
>
> All motions in limine must be filed by the <u>date established by the Court</u>. . . . Opposition must be filed by the <u>date established by the Court</u>." (All caps in original, emphasis added.)

---

[1] "Mouren-Laurens Parties" refers to Defendants and Counter-Claimants Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens, Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens, Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens.

1
Defendants' and Counter-Claimants' Notice of Objection to Plaintiff's Notice of Purported Non-Opposition to Plaintiff's Motion in Limine to Exclude Expert Testimony of Steve Figgins

The Court has never established dates for filing motions in limine, oppositions thereto or hearings thereon pursuant to Section "II.A. Motions in Limine", of the Court's "Order Re Court Trial".

Nonetheless, unfortunately, Plaintiff Rev 973, LLC continues its procedural gamesmanship in this case by ignoring "II.A. Motions in Limine", of the Court's "Order Re Court Trial", unilaterally (and without notice to the Mouren-Laurens Parties) filing its motion in limine without the Court establishing the date to do so, then filing a Notice of Non-Opposition on behalf of the Mouren-Laurens Parties knowing full well that no opposition date has been established by the Court and, pursuant to the parties' meet and confer regarding the motion, that the Mouren-Laurens Parties would oppose that motion.

For these reasons, the Mouren-Laurens Parties object to Plaintiff's Notice of Non-Opposition and respectfully request that the Court strike the same.[2]

Dated: November 12, 2021          Respectfully submitted,

                                  THE CRONIN LAW GROUP


                                  BY: /s/ *Timothy C. Cronin*
                                      TIMOTHY C. CRONIN
                                      Attorneys for Defendants and Counter-Claimants, Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens, Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens

---

[2] The three motions in limine filed by the Mouren-Laurens Parties were noticed for dates "established by the Court pursuant to Section "II.A. Motions in Limine", of the Court's "Order Re Court Trial". (Dkt. Nos, 2945, 2946 and 2947.)

| | | |
|---|---|---|
| 1 | Dated: November 12, 2021 | Respectfully submitted, |
| 2 | | THE STANZLER LAW GROUP |
| 3 | | |
| 4 | | BY: /s/ *Jordan S. Stanzler* |
| 5 | | JORDAN S. STANZLER |
| 6 | | Attorneys for Defendants and Counter-Claimants Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens |
| 7 | | |

*Pursuant to United States District Court, Central District of California, Local Rule 5-4.3.4(2)(i), the filer attests that all signatories listed on this document, and on whose behalf the filer is submitting this document, concur in the filing's content and have authorized the filing.*