Timothy C. Cronin         (SBN: 181989)
tcronin@crolaw.com
Alan R. Johnston          (SBN: 208991)
ajohnston@crolaw.com
Dennis J. Byrne           (SBN: 172618)
dbyrne@crolaw.com
THE CRONIN LAW GROUP
390 Bridge Parkway, Suite 220
Redwood City, CA 94065
Telephone:   (415) 951-0166
Facsimile:   (415) 951-0167

Attorneys for Defendants, Counterclaimants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens and Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens

Jordan S. Stanzler        (SBN: 54620)
jstanzler@stanzlerlawgroup.com
THE STANZLER LAW GROUP
390 Bridge Parkway, Suite 220
Redwood City, CA 94065
Telephone:   (650) 739-0200
Facsimile:   (650) 739-0916

Attorneys for Defendants, Counterclaimants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division)**

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MOUREN-LAURENS, an individual, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS. | Case No.: 2:98-cv-10690-DSF-EX<br><br>**MOUREN-LAURENS PARTIES' AMENDED WITNESS LIST PURSUANT TO L.R. 16-5**<br><br>Assigned for all purposes to: Hon. Dale S. Fischer<br><br>Final Pre-trial Conference Date: April 4, 2022<br><br>Trial Date:   May 30, 2022<br><br>Ctrm:        7D |

Mouren-Laurens Parties' Amended Witness List Pursuant to United States District Court, Central District of California L.R. 16-5

Pursuant to Local Rule 16-5, the Court's Order Re Jury Trial and Order Re Court Trial and the Court's November 15, 2021 Order, the Mouren-Laurens Parties[1] hereby submit the following Amended Witness List:

| Witness's Name,[2] Phone Number, Address | Description of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Patricia Leach**<br><br>625 E. Compton Blvd, Compton, CA 90220<br><br>135 Doverfield Drive #58 Placentia, CA | Will testify about Leach Oil Company, Inc.'s ("LOCs") regulatory history and operations including LOCs hazardous waste handling procedures/disposals/spills and history of regulatory non-compliance, regulatory enforcement actions and notices of violation.<br><br>Unique because she is the only LOC principle with percipient knowledge of LOCs hazardous waste handling procedures/disposals/spills and history of regulatory non-compliance which caused soil and groundwater contamination at and under the former Mouren-Laurens Site ("MLOC Site"). | 7.0 hours | Unknown | [To be filled in during trial] |
| **Adnan Siddiqui** | In charge of the Los Angeles Regional Water Quality Control Board's efforts to clean-up the | 5.0 hours | Unknown | [To be filled in during trial] |

---

[1] "Mouren-Laurens Parties" refers to Defendants, Counter-Claimants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens, Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens, Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens.

[2] An asterisk (*) preceding a witness's name indicates that witness will be called only if the need arises.

| | | | | | |
|---|---|---|---|---|---|
| | Adnan Siddiqui, California Regional Water Quality Control Board Los Angeles Region, 320 West 4th Street, Suite 200, Los Angeles, CA 90013 (213) 576-6812 | MLOC Site and LOC Site, he will offer expert about site conditions and soil and groundwater contamination at and under the LOC Site and MLOC Site including LOCs, and other sources, causing soil and groundwater contamination at and under the MLOC Site. Will also offer testimony regarding Mouren-Laurens Parties' obtaining a conditional approval of a remedial action plan ("RAP") from the Water Board and the Mouren-Laurens Parties' continuing efforts to work with the Water Board to obtain a final RAP and Rev's and LOCs continuing failure to comply with clean-up and abatement orders relating to the LOC Site and MLOC Site. | | | |
| | **Catherine Quinn** Catherine Quinn, Quinn Environmental Strategies, Inc., 2151 Michelson Drive, Suite 188, Irvine, CA 92612 (949) 769-3432 | LOCs environmental expert will offer expert opinions about site conditions and contamination at and around the LOC Site and MLOC Site (together "Sites") including LOCs, and other sources, causing soil and groundwater contamination at and under the MLOC Site. Unique because LOCs sole expert and opinions based on her analysis and | 3.0 hours | Unknown | [To be filled in during trial] |

| Witness | Description | | | |
|---|---|---|---|---|
| | interpretation of information and data regarding sources of soil and groundwater contamination at and under the MLOC Site, including the LOC. | | | |
| **Brett Bowyer**<br><br>Brett Bowyer, Bowyer Environmental Consulting, Inc., 17011 Beach Boulevard, Suite 900, Huntington Beach, CA 92647<br>(877) 232-4620 | Rev 973, LLC's ("Rev") environmental expert will offer expert opinions about site conditions and contamination at and around the LOC Site and MLOC Site including LOCs, and other sources, causing soil and groundwater contamination at and under the MLOC Site.<br><br>Unique because Rev's sole expert and opinions based on his analysis and interpretation of information and data regarding sources of soil and groundwater contamination at and under the MLOC Site, including LOC. | 3.0 hours | Unknown | [To be filled in during trial] |
| **Steve Figgins**<br><br>Steve Figgins, EKI Environment & Water, Inc., 2355 Main Street, Suite 210, Irvine, CA 92614<br>(949) 293-0999 | Mouren-Laurens Parties environmental expert will offer expert opinions about site conditions and contamination at and around the LOC Site and MLOC Site including LOCs, and other sources, causing soil and groundwater contamination at | 5.5 hours | Unknown | |

| | | | | |
|---|---|---|---|---|
| | under the MLOC Site and allocation of responsibility for same.  Will also offer testimony regarding Mouren-Laurens Parties' obtaining a conditional approval of a remedial action plan ("RAP") from the Los Angeles Regional Water Quality Control Board ("Water Board") on behalf  of the Mouren-Laurens Parties for the remediation of the soil and groundwater contamination at and under both Sites.<br><br>Unique because Mouren-Laurens Parties sole retained expert and opinions based on his analysis and interpretation of information and data regarding sources of soil and groundwater contamination at and under the MLOC Site, including LOC.  Having participated in the remediation of more than 300 sites, he will offer expert testimony regarding the application of regulatory requirements to sites and to the remediation of sites.<br><br>Further unique because he and his firm prepared and submitted the conditionally approved | | | [To be filled in during trial] |

| | | | | | |
|---|---|---|---|---|---|
| | | RAP and he is the sole percipient expert regarding the Water Board's expectations for a final approved RAP because Rev and LOCs chose not to fund any portion of, or participate in, the RAP approval process. | | | |
| | **Erin Garner**<br><br>Erin Garner, Office of Enforcement, California Regional Water Quality Control Board, 1001 I Street Sacramento, CA 95814<br>(916) 327-3123 | State Water Board, Office of Enforcement, will testify about the clean-up and abatement orders issued to LOCs and Rev and their failure to comply with the same, regulatory history of the Sites, regulatory framework as applied to the Sites, regulatory compliance and cooperation with respect to the Sites, regulatory enforcement actions and notices of violation with respect to the Sites. | 1.5 hours | Unknown | [To be filled in during trial] |
| | | Unique because he is the sole percipient witness from the Water Board's Office of Enforcement who can testify regarding Rev's and LOCs failure to comply with clean-up and abatement orders issued to them and the Water Board's authority to bring enforcement actions against them for not doing so. Further unique because he can offer testimony regarding the Mouren-Laurens Parties' | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | ongoing efforts to comply with the clean-up and abatement order issued to them. | | | |
| | **\*Paul Biren**<br><br>LA County Fire Department, Hazardous Materials Investigator, 5825 Rickenbacker Road, Commerce, CA 90040<br>(323) 890-4067 | Will testify about LOCs regulatory history and operations including LOCs hazardous waste handling procedures/disposals/spills and history of regulatory non-compliance, regulatory enforcement actions and notices of violation.<br><br>Unique because he has first-hand knowledge of, and percipient witness to, LOCs history of regulatory non-compliance with its permit and environmental laws in his capacity as an LA County Fire Department Hazardous Material Investigator. | 2.0 hours | Unknown | [To be filled in during trial] |
| | **\*Allan Plaza**<br><br>California Department of Toxic Substances Control, Chatsworth Regional Office, 9211 Oakdale Avenue, Chatsworth, CA 91311<br>(818) 717-6609 | Will testify about LOCs regulatory history and operations including LOCs hazardous waste handling procedures/disposals/spills and history of regulatory non-compliance with its hazardous waste permit, regulatory enforcement actions and notices of violation.<br><br>Unique because he has first-hand knowledge of, and percipient witness to, LOCs history of regulatory non- | 2.0 hours | Unknown | [To be filled in during trial] |

| | | | | |
|---|---|---|---|---|
| | | compliance with its permit and environmental laws in his capacity as a member of DTSC's Hazardous Waste Management Permitting & Corrective Action Division. | | | |
| | **Jerrold Fine**<br><br>Jerrold Fine, Revere Financial Corporation, 3637 Motor Avenue, Suite 200, Los Angeles, CA 90034<br>(310) 836-8700 | Will testify about Revere Financial Corporation, Inc.'s ("Revere") acquisition of the note on the MLOC Site, Fine's knowledge of the existing contamination of the MLOC Site at the time Revere Financial acquired the note on the MLOC Site, Revere's knowledge of the existing contamination of the MLOC Site at the time it acquired the note on the MLOC Site; Rev's knowledge of the existing contamination of the MLOC Site at the time it foreclosed on the note on the MLOC Site; Revere's assignment of the note to Rev, Rev's foreclosure on the note and Rev's ownership of the MLOC Site for 23 years including any business activities thereon since acquiring ownership of the MLOC Site, regulatory history of the MLOC Site, Rev's failure to comply with the Water Board's clean-up and abatement order for | 6.0 | Unknown | [To be filled in during trial] |

| | | | | | |
|---|---|---|---|---|---|
| | | the MLOC Site, Rev's failure to timely divest itself of ownership of the MLOC Site after acquiring the same, and regulatory enforcement actions and notices of violation with respect to the MLOC Site.<br><br>Unique because as President of Revere, and the Managing Member of Rev, Fine is the person most knowledgeable about Rev's acquisition of the MLOC Site and all matters related to the MLOC Site including those at issue in the litigation and their business activities in connection therewith. | | | |
| | **Joshua Fine**<br><br>Joshua Fine, Revere Financial Corporation, 3637 Motor Avenue, Suite 200, Los Angeles, CA 90034<br>(310) 836-8700 | Will testify about Rev's for profit business operations over the course of its 23 year period of ownership of the MLOC Site since acquiring it from Revere and Rev's failure to undertake efforts to timely divest itself of ownership of the MLOC Site after acquiring the same which goes to the issue of Rev's so-called lender exemption defense under CERCLA.<br><br>Unique because he is employed as the manager of the MLOC Site and has | 2.5 hours | Unknown | [To be filled in during trial] |

| | | | | | |
|---|---|---|---|---|---|
| | | first-hand, percipient witness knowledge of Rev's for profit business operations over the course of its 23 year period of ownership of the MLOC Site since acquiring it from Revere and Rev's failure to undertake efforts to timely divest itself of ownership of the MLOC Site after acquiring the same. | | | |
| | **Richard Riley**<br><br>14934 Valeda Drive, La Mirada, CA 90638<br><br>(562) 946-0121 | Will testify about LOCs regulatory history and operations including LOCs hazardous waste handling procedures/disposals/spills and history of regulatory non-compliance, regulatory enforcement actions and notices of violation and first hand observations of circumstances showing that LOCs operations caused and/or contributed to the soil and groundwater contamination at und under the MLOC Site.<br><br>Unique because as an employee of LOC with first-hand percipient knowledge of its operations, he is a percipient witness to LOCs operations which caused and/or contributed to the soil and groundwater contamination at und | 3.5 hours | Unknown | [To be filled in during trial] |

| | | | | | |
|---|---|---|---|---|---|
| | | under the MLOC Site. | | | |
| | **Joe Gindi**<br><br>2080 Century Park East, Los Angeles, CA 90067 | Will testify about the for profit business relationship between and among himself, Jerrold Fine, Revere, Rev and Don Kaplan, Revere's acquisition of the note on the MLOC Site, for profit business operations conducted on the MLOC Site for 23 years since foreclosure and Rev's non-compliance with the Water Board's clean-up and abatement order issued to Rev.<br><br>Unique because as one of three investors/members of Rev, he has first-hand, percipient witness knowledge of Rev's for profit business operations over the course of its 23 year period of ownership of the MLOC Site since acquiring it from Revere and Rev's failure to undertake efforts to timely divest itself of ownership of the MLOC Site after acquiring the same, which go to the issue of Rev's so-called lender exemption defense under CERCLA. | 3.0 hours | Unknown | [To be filled in during trial] |
| | **Don Kaplan**<br><br>130 S. Rockingham | Will testify about the for profit business relationship between and among himself, Jerrold Fine, Revere, Rev and Joe | 2.0 hours | Unknown | |

| | | | | | |
|---|---|---|---|---|---|
| | Ave, Los Angeles, CA, 90049-2514 (310) 871-7227 | Gindi, Revere's acquisition of the note on the MLOC Site, for profit business operations conducted on the MLOC Site for 23 years since foreclosure and Rev's non-compliance with the Water Board's clean-up and abatement order issued to Rev.  Unique because as one of three investors/members of Rev, he has first-hand, percipient witness knowledge of Rev's for profit business operations over the course of its 23 year period of ownership of the MLOC Site since acquiring it from Revere and Rev's failure to undertake efforts to timely divest itself of ownership of the MLOC Site after acquiring the same, which go to the issue of Rev's so-called lender exemption defense under CERCLA. | | | [To be filled in during trial] |
| | **Valerie Craig**  Valerie Craig, Revere Financial Corporation, 3637 Motor Avenue, Suite 200, Los Angeles, CA 90034 | Will testify about Revere's acquisition of the note on the MLOC Site, Revere's knowledge of contamination on the MLOC Site, her communications with Henry Olivier and other environmental consultants on behalf of Revere regarding the FDIC's | 2.0 hours | Unknown | |

| | | | | |
|---|---|---|---|---|
| (310) 836-8700 | Phase II environmental report regarding the cost to clean-up the MLOC Site, Revere's assignment of the note on the MLOC Site to Rev, Rev's foreclosure on the note and Rev's ownership of the MLOC Site for 23 years including any business activities thereon since acquiring ownership of the MLOC Site and the for profit business relationship between and among Don Kaplan, Jerrold Fine, Revere, Rev and Joe Gindi.<br><br>Unique because she is the person who interacted with environmental consultants on Revere's behalf regarding the FDIC's Phase II environmental report regarding the cost to clean-up the MLOC Site. | | | [To be filled in during trial] |

Pursuant to the Court's November 15, 2021 Order, the Mouren-Laurens Parties hereby submit the following time estimates for witness' testimony to be offered by deposition:

| Witness | Description of Testimony / Why Testimony Unique | Est. Read Time |
|---|---|---|
| **Gerald Abbott** | Owner and employee of Abbott Waste Oil. Delivered waste oil to Leach. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 5 minutes |

| **Edgar Arguello** | Former Leach employee – testimony on Leach operations (relevant to CERCLA and State law claims). | 15 minutes |
|---|---|---|
| **Greg Athons** | Former Leach Plant Operator mid-70s. Testimony on Leach operations (relevant to CERCLA and State law claims). | 10 minutes |
| **Kathleen Brown** | Former Leach office employee. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 10 minutes |
| **James Forthman** | Former Leach Plant Operator, mid-70s. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 5 minutes |
| **Mitch Hardin** | Former Leach employee, early 1980s. Testimony on Leach operations and procedures, including rain releases (relevant to CERCLA and State law claims). | 20 minutes |
| **Steve Hayden** | Former Leach employee, laborer and oil blender. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 10 minutes |
| **Patricia Leach** | Owner/Operator of Leach Oil. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 20 minutes |
| **Roy Leach** | Owner/Operator of Leach Oil. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 10 minutes |
| **Allen Plaza** | DTSC Employee – Inspected and permitted Leach facility (relevant to CERCLA and State law claims). | 10 minutes |
| **Luis Salceda** | Leach employee since 1989. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 5 minutes |
| **Salvador Salceda** | Former Leach employee since early 1980s. Testimony on Leach operations and procedures (relevant to CERCLA and State law claims). | 5 minutes |

| | |
|---|---|
| Dated: December 30, 2021 | Respectfully submitted, |
| | THE CRONIN LAW GROUP |
| | BY: /s/ *Timothy C. Cronin* |
| | TIMOTHY C. CRONIN |
| | Attorneys for Defendants and Counter-Claimants, Nicole Mouren-Laurens as Administrator of the Estate of Emma Mouren-Laurens, Claudine Mouren-Laurens as Administrator of the Estate of Joseph Mouren-Laurens |
| Dated: December 30, 2021 | THE STANZLER LAW GROUP |
| | BY: */s/ Jordan S. Stanzler* |
| | JORDAN S. STANZLER |
| | Attorneys for Defendants and Counter-Claimants Mouren-Laurens Oil Company, Inc., John Mouren-Laurens and Mireille Mouren-Laurens |

*Pursuant to United States District Court, Central District of California, Local Rule 5-4.3.4(2)(i), the filer attests that all signatories listed on this document, and on whose behalf the filer is submitting this document, concur in the filing's content and have authorized the filing.*