Law Offices of Beth S. Dorris
Beth S. Dorris, State Bar No. 115798
Gerald Greengard, State Bar No. 125741
Email: beth.dorris@aol.com
3226 Mandeville Canyon Rd.
Los Angeles, CA 90049
Tel: (310) 476-4761
Fax: (877) 433-4154
Attorneys for Plaintiff and Counter-Defendant
REV 973, LLC, and Third Party Defendants
REVERE FINANCIAL CORPORATION and
JERROLD A. FINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REV 973, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN Mouren-Laurens, an individual; et al.,<br><br>Defendants.<br>_____<br>And related counter- and cross- actions | CASE NO.: CV 98-10690 DSF (Ex)<br><br>**REV PARTIES' AMENDED WITNESS LIST PURSUANT TO L.R. 16-5**<br><br>Assigned for all purposes to:<br>Hon. Dale S. Fischer<br>Pretrial Conference Date: April 4, 2021<br>Time: 1:30 p.m.<br>Ctrm: 7D<br>Trial Date: May 31, 2021 |

**REV PARTIES' AMENDED WITNESS LIST**

# REV PARTIES' WITNESS LIST PURSUANT TO L.R. 16-5

Pursuant to Local Rule 16-5 and the Court's Order Re Jury Trial and Order Re Court Trial, Rev 973, LLC, Revere Financial Corporation and Jerrold A. Fine (collectively, "Rev Parties") hereby submit the following Witness List:

**Rev Parties – Witness List**

Witnesses which Rev 973, LLC ("Rev"), Revere Financial Corporation, and Jerrold A. Fine (collectively, "Rev Parties") expect to have testify, or which Rev Parties may have testify if the need arises, are:

1. Jerrold A. Fine
   3637 Motor Ave., Suite 200
   Los Angeles, CA 90034
   (310) 836-8700

   Estimated 8-16 hours direct and 8 hours cross

   Jerrold A. Fine will testify as to matters touching virtually all claims and defenses in this Action involving Rev 973 and/or either Site. He will testify as to Rev's business, loan history, marketing history, licensing operations; condition of both Sites since 1998, corrective action efforts, assets of Rev 973 and, if and to the extent remaining for trial, any and all alter ego claims. His testimony is needed because there have been significant developments since his depositions were taken, starting in the late 1990s or earlier 2000s. His testimony is estimated to take 8-16 hours direct and 8 hours cross. Rev Parties reserve the right, if Mr. Fine's health deteriorates further prior to trial (given his age and recent heart surgery and subsequent heart attack and other health issues) to introduce Mr. Fine's testimony into evidence at the time of trial through deposition transcripts or alternative methods allowed.

2. Joseph P. Derhake
   2154 Torrance Blvd., Suite 200
   Torrance, CA 90501
   (310) 615-4500

   Estimated 1-2 hours direct, ½ hour cross

Joseph Derhake will testify as to emergency response and other corrective action measures taken after Rev 973 foreclosed on the Mouren-Laurens Site in 1998, and the relationship to efforts to sell or lease the property. His testimony will be focused and short, estimated 1-2 hours direct, ½ hour cross.

3. Paul L. Biren
   Los Angeles County Fire Department
   Hazardous Materials Investigator
   5825 Rickenbacker Rd.,
   Commerce, CA 90040
   (323) 890-4067

   Estimated 1-2 hours direct, 1 hour cross

   Paul Biren of the LA Fire Dept. will testify regarding site investigations and multi-agency task force that dealt with significant hazardous waste discharges from MLOC's operations in 1995 and thereafter; release reporting, and notifications to other agencies. Mr. Biren's testimony is estimated to take 1-2 hours direct, 1 hour cross.

4. Peter Bailey, P.G. *
   DTSC Hazardous Waste Management
   8800 Cal Center Drive,
   Sacramento, CA 95826
   (916) 255-3602

   Estimated 1-2 hours direct, 1 hour cross

   Peter Bailey of DTSC is designated for the chance that Rev Parties will need him to testify. He will testify on Leach Parties' TSDF permit issues, discharges and releases noted by DTSC at the TSDF site, condition of the TSDF site and facility thereon before DTSC denied Leach Oil Company, Inc.'s full operating permit as a TSDF in November 2008, and the State's action and judgment against Leach Parties for hazardous waste violations. Mr. Bailey's testimony is estimated to take about 1-2 hours direct, 1 hour cross.

5. Mireille Mouren-Laurens *
   Agent and CEO of Mouren-Laurens Oil Company
   19232 Atna St.
   Tarzana, CA 91356

   Estimated 1-4 hours direct, 1 hour cross

   Mireille Mouren-Laurens may be called to testify regarding financial resources, being considered as part of allocation of liability and alter-ego/ corporate veil/ successor liability issues among the individuals and estates that are part of the Mouren-Laurens Parties, as to the Mouren-Laurens Oil Company and as to the functions and corporate formalities of the Mouren-Laurens Oil Company, historic operations and releases of solid waste or hazardous waste, and to address CERCLA issues regarding contribution/allocation, payments for Mouren-Laurens Parties' response costs and the "no double recovery rule" in CERCLA. Her testimony is estimated to take 1-4 hours direct, 1 hour cross.

**Experts**:

6. Brett Bowyer, P.G.
   17011 Beach Blvd., Suite 900
   Huntington Beach, CA 92647
   (877) 232-4620

   Estimated 12 hours direct and 10 hours cross

   Brett Bowyer, PG, will testify as to the contamination at the two sites and groundwater below and near the sites, corrective action measures to address the remaining contamination, release/discharge history, sources and pathways, an estimated cost of remediation and monitoring to obtain a no further action letter for the sites. Mr. Bowyer will also testify as to uses associated with the contaminants in soils and groundwater and apportionment of responsibility of each facility therefor. His testimony is estimated to take 12 hours direct and 10 hours cross.

7. Randall Blaesi
   5901 W. Century Blvd, Suite 1230 Los Angeles, CA 90045
   (310) 215-0482

   Estimated 3-4 hours direct and 1-2 hours cross.

   Randall Blaesi is an appraisal expert who will testify as to the appraised value of the Mouren-Laurens Site and the effect of contamination on that value and on rents. His testimony is estimated to take 3-4 hours direct and 1-2 hours cross.

| Deponent | Description | Est. Read Time |
|---|---|---|
| Harry Barton | Former Leach employee.  Testimony on Leach operations and releases. | 10 min. |
| Paul Biren | LA County Fire Dept. hazardous materials specialist.  Testimony on Mouren-Laurens operations, releases, and regulatory history | 20-30 min. |
| Benigno Corvera | Former Mouren-Laurens employee.  Testimony on Mouren-Laurens operations and releases. | 10 min. |
| Isauro Corvera | Former Mouren-Laurens employee.  Testimony on Mouren-Laurens operations and releases. | 10 min. |
| Jerrold Fine | Managing Member of Rev 973.  Testimony on property ownership, licensing, history and non-operation by Rev 973. | 20-30 min. |
| James Forthman | Former Leach employee.  Testimony on Leach operations and releases. | 10 min. |
| Mitch Hardin | Former Leach employee.  Testimony on Leach operations and releases. | 10 min. |
| Ralph Kazmerski | Former Leach employee.  Testimony on Leach operations and releases. | 10 min. |
| Joe Kitchen | Former Leach employee.  Testimony on Leach operations and releases. | 10 min. |
| Patricia Leach | Owner/Operator of Leach Oil.  Testimony on Leach ownership, operations, and releases. | 20 min. |
| Roy Leach | Former Owner/Operator of Leach Oil.  Testimony on Leach ownership, operations, and releases. | 25 min. |
| Jay Mehta | Former Controller of Mouren-Laurens.  Testimony on Mouren-Laurens ownership, operations, and releases. | 15 min. |
| Gordon Michael | President of Express Oil.  Testimony on observations of Mouren-Laurens facility and drums abandoned thereon by Mouren-Laurens after foreclosure. | 10 min. |
| Emma Mouren-Laurens | Former owner of the Mouren-Laurens property.  Testimony on Mouren-Laurens ownership and operational interests. | 15 min. |
| John Mouren-Laurens | Former Owner/Operator of Mouren-Laurens.  Testimony on Mouren-Laurens ownership, operations, and releases. | 15 min. |
| Harlan Plasier | Former Property Manager of Mouren-Laurens property.  Testimony on property condition and operations. | 10-15 min. |

| Vladimir Podlipskiy | Former premier chemical quality control chemist. Testimony on operations and releases. | 10 min. |
|---|---|---|
| Catherine Quinn | Leach environmental consultant and expert. Testimony on environmental and contamination history of the Leach property. | 15 min. |
| Richard Riley | Former Leach employee. Testimony on Leach operations and releases. | 30 min. |
| Luis Salceda | Former Leach employee. Testimony on Leach operations and releases. | 15 min. |
| Salvador Salceda | Former Leach employee. Testimony on Leach operations and releases. | 15 min. |
| Allen Trautloff | Former Leach employee. Testimony on Leach operations and releases. | 15 min. |
| Peter A. Valov | Former Mouren-Laurens employee and contractor. Testimony on Mouren-Laurens operations and releases. | 15 min. |
| Peter P. Valov | Former Mouren-Laurens employee and contractor. Testimony on Mouren-Laurens operations and releases. | 15 min. |
| Tom Wooten | Former Leach employee. Testimony on Leach operations and releases. | 15 min. |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED: December 30 2021     Respectfully submitted, |
| 6 | |
| 7 | By: /s/ Beth S. Dorris |
|   | Beth S. Dorris |
| 8 | Attorneys for Plaintiff and Counter-Defendant Rev 973, LLC, Revere Financial Corporation and Jerrold A. Fine |
| 9 | |

7

**REV PARTIES' AMENDED WITNESS LIST**